UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUL 12 P 3:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>Plaintiff | CASE NO. 04-11329DPW |
| v. | |
| TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT and<br>JOHN O. D'AGOSTINO,<br>Defendants | |

# DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

1. The Defendants deny the allegations contained in Paragraph 1 of the Plaintiff's Complaint.

2. The Defendants admit the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3. The Defendants admit the allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. The Defendants admit the allegations contained in Paragraph 4 of the Plaintiff's Complaint.

5. The Defendants admit the allegations contained in Paragraph 5 of the Plaintiff's Complaint.

6. The Defendants admit the allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7. The Defendants admit the allegations contained in Paragraph 7 of the Plaintiff's Complaint.

8. The Defendants admit the allegations contained in Paragraph 8 of the Plaintiff's Complaint.

9. The Defendants admit the allegations contained in Paragraph 9 of the Plaintiff's Complaint.

10. The Defendants deny the allegations contained in Paragraph 10 of the Plaintiff's Complaint.

11. The Defendants admit the allegations contained in Paragraph 11 of the Plaintiff's Complaint.

12. The Defendants admit the allegations contained in Paragraph 12 of the Plaintiff's Complaint.

13. The Defendants admit the allegations contained in Paragraph 13 of the Plaintiff's Complaint.

14. The Defendants deny the allegations contained in Paragraph 14 of the Plaintiff's Complaint.

15. The Defendants admit the allegations contained in Paragraph 15 of the Plaintiff's Complaint.

16. The Defendants deny the allegations contained in Paragraph 16 of the Plaintiff's Complaint.

17. The Defendants deny the allegations contained in Paragraph 17 of the Plaintiff's Complaint.

18. The Defendants deny the allegations contained in Paragraph 18 of the Plaintiff's Complaint.

19. The Defendants deny the allegations contained in Paragraph 19 of the Plaintiff's Complaint.

20. The Defendants deny the allegations contained in Paragraph 20 of the Plaintiff's Complaint.

21. The Defendants deny the allegations contained in Paragraph 21 of the Plaintiff's Complaint.

22. The Defendants deny the allegations contained in Paragraph 22 of the Plaintiff's Complaint.

23. The Defendants deny the allegations contained in Paragraph 23 of the Plaintiff's Complaint.

24. The Defendants deny the allegations contained in Paragraph 24 of the Plaintiff's Complaint.

25. The Defendants are without sufficient knowledge to either admit or deny the allegations contained in paragraph 25 of the Plaintiff's Complaint.

26. The Defendants deny the allegations contained in Paragraph 26 of the Plaintiff's Complaint.

27. The Defendants deny the allegations contained in Paragraph 27 of the Plaintiff's Complaint.

28. The Defendants admit that Mr. D'Agostino has been made aware as a result of Beliveau's disclosure of the information.

29. The Defendants admit that the deposition took place and deny the remainder of the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30. The Defendants deny the allegations contained in Paragraph 30 of the Plaintiff's Complaint.

31. The Defendants deny the allegations contained in Paragraph 31 of the Plaintiff's Complaint.

32. The Defendants deny the allegations contained in Paragraph 32 of the Plaintiff's Complaint.

33. The Defendants deny the allegations contained in Paragraph 33 of the Plaintiff's Complaint.

34. The Defendants deny the allegations contained in Paragraph 34 of the Plaintiff's Complaint.

35. The Defendants admit that the Board voted to retain Mr. Goulet and deny the remainder of the allegations contained in Paragraph 35 of the Plaintiff's Complaint.

36. The Defendants admit that a memorandum was issued and deny the remainder of the allegations contained in paragraph 36 of the Plaintiff's Complaint.

37. The Defendants deny the allegations contained in Paragraph 37 of the Plaintiff's Complaint.

38. The Defendants deny the allegations contained in Paragraph 38 of the Plaintiff's Complaint.

39. The Defendants admit the allegations contained in Paragraph 39 of the Plaintiff's Complaint.

40. The Defendants admit the allegations contained in Paragraph 40 of the Plaintiff's Complaint.

41. The Defendants deny the allegations contained in Paragraph 41 of the Plaintiff's Complaint.

42. The Defendants admit the allegations contained in Paragraph 42 of the Plaintiff's Complaint.

43. The Defendants admit the allegations contained in Paragraph 43 of the Plaintiff's Complaint.

44. The Defendants admit the allegations contained in Paragraph 44 of the Plaintiff's Complaint.

45. The Defendants admit the allegations contained in Paragraph 45 of the Plaintiff's Complaint.

46. The Defendants deny the allegations contained in Paragraph 46 of the Plaintiff's Complaint.

47. The Defendants admit the allegations contained in Paragraph 47 of the Plaintiff's Complaint.

48. The Defendants deny the allegations contained in Paragraph 48 of the Plaintiff's Complaint.

49. The Defendants deny the allegations contained in Paragraph 49 of the Plaintiff's Complaint.

50. No response required.

51. The Defendants are without sufficient knowledge to either admit or deny the allegations contained in paragraph 51 of the Plaintiff's Complaint.

52. The Defendants deny the allegations contained in Paragraph 52 of the Plaintiff's Complaint.

53. The Defendants deny the allegations contained in Paragraph 53 of the Plaintiff's Complaint.

54. The Defendants deny the allegations contained in Paragraph 54 of the Plaintiff's Complaint.

55. The Defendants deny the allegations contained in Paragraph 55 of the Plaintiff's Complaint.

56. The Defendants deny the allegations contained in Paragraph 56 of the Plaintiff's Complaint.

57. No response required.

58. The Defendants are without sufficient knowledge to either admit or deny the allegations contained in paragraph 58 of the Plaintiff's Complaint.

59. The Defendants deny the allegations contained in Paragraph 59 of the Plaintiff's Complaint.

60. The Defendants deny the allegations contained in Paragraph 60 of the Plaintiff's Complaint.

61. The Defendants deny the allegations contained in Paragraph 61 of the Plaintiff's Complaint.

62. The Defendants deny the allegations contained in Paragraph 62 of the Plaintiff's Complaint.

63. The Defendants deny the allegations contained in Paragraph 63 of the Plaintiff's Complaint.

64. No response required.

65. The Defendants are without sufficient knowledge to either admit or deny the allegations contained in paragraph 65 of the Plaintiff's Complaint.

66. The Defendants deny the allegations contained in Paragraph 66 of the Plaintiff's Complaint.

67. The Defendants deny the allegations contained in Paragraph 67 of the Plaintiff's Complaint.

68. The Defendants deny the allegations contained in Paragraph 68 of the Plaintiff's Complaint.

69. The Defendants deny the allegations contained in Paragraph 69 of the Plaintiff's Complaint.

70. No response required.

71. The Defendants deny the allegations contained in Paragraph 71 of the Plaintiff's Complaint.

72. The Defendants are without sufficient knowledge to either admit or deny the allegations contained in paragraph 72 of the Plaintiff's Complaint.

73. The Defendants deny the allegations contained in Paragraph 73 of the Plaintiff's Complaint.

74. The Defendants deny the allegations contained in Paragraph 74 of the Plaintiff's Complaint.

75. The Defendants deny the allegations contained in Paragraph 75 of the Plaintiff's Complaint.

76. No response required.

77. The Defendants deny the allegations contained in Paragraph 77 of the Plaintiff's Complaint.

78. The Defendants deny the allegations contained in Paragraph 78 of the Plaintiff's Complaint.

79. No response required.

80. The Defendants deny the allegations contained in Paragraph 80 of the Plaintiff's Complaint.

81. The Defendants deny the allegations contained in Paragraph 81 of the Plaintiff's Complaint.

82. The Defendants deny the allegations contained in Paragraph 82 of the Plaintiff's Complaint.

83. No response required.

84. The Defendants deny the allegations contained in Paragraph 84 of the Plaintiff's Complaint.

85. The Defendants deny the allegations contained in Paragraph 85 of the Plaintiff's Complaint.

86. The Defendants deny the allegations contained in Paragraph 86 of the Plaintiff's Complaint.

87. No response required.

88. The Defendants deny the allegations contained in Paragraph 88 of the Plaintiff's Complaint.

89. The Defendants deny the allegations contained in Paragraph 89 of the Plaintiff's Complaint.

90. The Defendants deny the allegations contained in Paragraph 90 of the Plaintiff's Complaint.

WHEREFORE, the Defendants demand that each and every count of the Plaintiff's Complaint be dismissed and that the Defendants be awarded their counsel fees and costs and for such other relief as may be just.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The acts complained of by the Plaintiff were not committed by the Defendant(s) or by any person or persons for whose conduct the Defendant was legally responsible.

### Second Affirmative Defense

The complaint fails to state a claim upon which relief can be granted.

### Third Affirmative Defense

The Plaintiff's Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(3) because it was filed in an improper venue.

### Fourth Affirmative Defense

The Plaintiff's Complaint should be dismissed because any injury or loss of money or property to the Plaintiff was not proximately caused by the Defendants.

### Fifth Affirmative Defense

The Plaintiff's Complaint should be dismissed for insufficiency of process.

### Sixth Affirmative Defense

The Plaintiff's Complaint should be dismissed for insufficiency of service of process.

### Seventh Affirmative Defense

The Plaintiff has been guilty of unclean hands and inequitable conduct and is therefore barred from obtaining equitable relief.

### Eighth Affirmative Defense

The Plaintiff is estopped by their own words and conduct from asserting the claims alleged in the complaint.

### Ninth Affirmative Defense

Plaintiff has failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

### Tenth Affirmative Defense

The Plaintiff has failed to comply with the procedural rules and process afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

### Eleventh Affirmative Defense

The Plaintiff's claim should be dismissed for lack of subject matter jurisdiction.

### Twelfth Affirmative Defense

The Plaintiff cannot establish a prima facie case of retaliation or discrimination.

### Thirteenth Affirmative Defense

Separate and legitimate grounds for exist with justify the Defendants' conduct.

### Fourteenth Affirmative Defense

Any statement allegedly made by the Defendant(s) was true, and therefore the Plaintiff cannot maintain this action.

### Fifteenth Affirmative Defense

Any statement allegedly made by the Defendant(s) was opinion, and therefore the Plaintiff cannot maintain this action.

### Sixteenth Affirmative Defense

Any statement allegedly made by the Defendant(s) is absolutely or conditionally privileged, and therefore the Plaintiff cannot maintain this action.

### Seventeenth Affirmative Defense

Any statement allegedly made by the Defendant(s) was retracted, and therefore the Plaintiff cannot demonstrate damages and cannot maintain this action.

### Eighteenth Thirteenth Affirmative Defense

The Plaintiff's claims must be dismissed because statements made in connection with adjudicatory proceedings are protected by privilege.

### Nineteenth Affirmative Defense

The Plaintiff's claims are barred by the Statute of Limitations.

### Twentieth Affirmative Defense

The qualified immunity of public officials performing discretionary acts bars the Plaintiff from maintaining this action.

### Twenty-First Affirmative Defense

The Plaintiff suffered no damage, and the sum the Plaintiff now seeks to recover is a penalty, wherefore the defendant owes the Plaintiff nothing.

### Twenty-Second Affirmative Defense

The Plaintiff is libel proof because he has such a widespread reputation as a person of bad character and lacking in moral worth.

 

Dated: July 9, 2004

The Defendants,
By Their Attorneys,
Volterra, Goldberg, Mangiaratti & Jacobs
Law Counsellors, Inc.

_____
Susan Jacobs, BBO No. 554875
Three Mill Street
Attleboro, MA  02703
(508) 222-1463

## CERTIFICATE OF SERVICE

I, Susan Jacobs, attorney for the Defendants in the within action, hereby certify that a true and correct copy of the foregoing Answer to Complaint was this day forwarded to the Plaintiff by first class mail, postage prepaid, to the following:

Juliane Balliro, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA  02108

Signed under the pains and penalties of perjury, this 9th day of July 2004.

VOLTERRA, GOLDBERG, MANGIARATTI
& JACOBS, LAW COUNSELLORS INC.

_____
Susan Jacobs, BBO# 554875
Three Mill Street
Attleboro, MA  02703
(508) 222-1463