# United States District Court

_____ DISTRICT OF _____

Dr. John J. Beliveau

V.

Town of Mansfield Municipal Electric Department, John O. D'Agostino

FILED
IN CLERKS OFFICE

2004 JUL 12 P 3:40

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: 04-11329 DPW

TO: (Name and address of defendant)

Town of Mansfield
Municipal Electric Plant
Attn: Human Resources Division
125 High St., Suite 4
Mansfield, MA 02048

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Juliane Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon St, 30th Flr.
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  JUN 15 2004

# RETURN OF SERVICE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

June 23, 2004

I hereby certify and return that on 6/21/2004 at 02:08 pm I served a true and attested copy of the Summons and Complaint, Letter, C.A. Cover Sheet, Complaint, Jury Demand, Exhibits 1-6, A-J, in this action in the following manner: To wit, by delivering in hand to Gary Babin, agent, person in charge at the time of service for Town of Mansfield Municipal Electric Plant, 125 High Street, Mansfield, MA 02048. Copies ($4.00), Conveyance ($2.25), Travel ($14.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $53.90

Deputy Sheriff Milton L Knox, Jr.                                          Deputy Sheriff

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                            Signature of Server

                                                                       _____
                                                                       Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.