# United States District Court

_____ DISTRICT OF _____

FILED
IN CLERKS OFFICE

Dr. John J. Beliveau

2004 JUL 12 P 3:40

**SUMMONS IN A CIVIL CASE**

V.

U.S. DISTRICT COURT
DISTRICT OF MASS

Town of Mansfield Municipal Electric Department,
John O. D'Agostino

CASE NUMBER: 04 11329 DPW

TO: (Name and address of defendant)

John O. D'Agostino, Town Manager
Town of Mansfield,
Municipal Electric Plant

Human Resource Division
Six Park Row
Mansfield, MA  02048

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Juliane Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon St., 30th Flr.
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

JUN 15 2004
DATE

## RETURN OF SERVICE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

June 23, 2004

I hereby certify and return that on 6/21/2004 at 02:01 pm I served a true and attested copy of the Summons and Complaint, Letter, C.A. Cover Sheet, Complaint, Jury Demand, Exhibits 1-6, A-J, in this action in the following manner: To wit, by delivering in hand to Mary-Lou Cotton, agent, person in charge at the time of service for John O. D'Agostino , Six Park Row, Mansfield, MA 02048. Copies ($2.00), Conveyance ($2.25), Travel ($14.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $56.40

Deputy Sheriff Milton L Knox, Jr.                                                                                         Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                  Signature of Server

                                               _____
                                               Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.