UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>　　　Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>　　　Defendants. | Civil Action No. 1:04-cv-11329-DPW |

**JOINT STATEMENT OF PROPOSED PRETRIAL SCHEDULE**

Pursuant to Local Rule 16.1(D), the parties hereby submit this proposed pretrial schedule:

1. **Discovery plan.**

    a.  Discovery shall commence immediately upon the Court's Decision and Order on the pending L.R. 16 Proposed Pretrial Schedules.

    b.  The parties shall exchange initial disclosures within fourteen (14) days of this Court's Decision and Order referenced in Paragraph 1(a), *supra*.

    c.  Non-Expert discovery shall be completed within nine (9) months of this Court's Decision and Order referenced in Paragraph 1(a), *supra*.

    d.  Expert discovery shall be completed within eleven (11) months of this Court's Decision and Order referenced in Paragraph 1(a), *supra*.

    e.  All discovery shall close eleven (11) months after this Court's Decision and Order referenced in Paragraph 1(a), *supra*.

   f. Pretrial conference shall be held within one (1) month of the Court's decision(s) upon the parties' Motions for Summary Judgment.

   g. Trial shall be held within two three (3) months of the Court's decision(s) upon the parties' Motions for Summary Judgment.

**2. Schedule for filing of motions:**

The parties propose the following motion schedule. All motions, oppositions and additional papers shall in all respects (*i.e.*, timing, form, etc.) comply with the requirements of L.R. 7.1.

   a. Motions for Summary Judgment shall be filed and served within twelve (12) months of this Court's Decision and Order referenced in Paragraph 1(a), *supra.*

   b. Responses to Motions for Summary Judgment shall be filed and served within within thirteen (13) months of this Court's Decision and Order referenced in Paragraph 1(a), *supra*.

**3. Certifications.** The undersigned attorneys certify that they have discussed the topics set forth in L.R. 16.1(D)(3) with their clients.

Respectfully submitted,

DR. JOHN J. BELIVEAU

By his attorneys,


 /s/ Juliane Balliro
Juliane Balliro (BBO# 028010)
Daniel P. McCarthy (BBO# 651559)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 854-4000

TOWN OF MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT, JOHN O.
D'AGOSTINO


By their attorneys,


 /s/ Susan Jacobs
Susan Jacobs, Esq. (BBO# 554875)
Robert Mangiaratti, Esq. (BBO# 317400)
Volterra Goldberg Mangiaratti & Jacobs
Three Mill St.
Attleboro, MA  02703
(508) 222-1463