UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU,<br>       Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>       Defendants. | Civil Action No. 1:04-cv-11329-DPW |

**CERTIFICATE PURSUANT TO 16.1(D)**

Pursuant to Local Rule 16.1(D), the undersigned certifies that they have discussed the topics set forth in L.R. 16.1(D)(3) with her client.

Respectfully submitted,

DR. JOHN J. BELIVEAU

By his attorneys,


  /s/ Juliane Balliro_____
Juliane Balliro (BBO# 028010)
Daniel P. McCarthy (BBO# 651559)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 854-4000

31091-2-Cert16.1(D).doc