# UNITES STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHETTS

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>**PLAINTIFF**<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT and JOHN O. D'AGOSTINO,<br>**DEFENDANTS** | Civil Action No. 1:04-CV-11329-DPW |

## CERTIFICATE PURSUANT TO 16.1(D)

Pursuant to Local Rule 16.1(D), the undersigned certifies that she has discussed the topics set forth in L.R. 16.1(D)(3) with her clients.

Dated: August 12, 2004

Respectfully submitted,

TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT and JOHN D'AGOSTINO
By their attorney,

_____
Susan Jacobs, Esq. – BBO#554875
VOLTERRA, GOLDBERG, MANGIARATTI & JACOBS
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

U:\Rikki\Mansfield\Beliveau v. Mansfield\Cert. Pursuant to 16.1D.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-11329-DPW

DR. JOHN J. BELIVEAU,
    Plaintiff

v.

TOWN OF MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT and
JOHN O. D'AGOSTINO,
    Defendants

CERTIFICATE OF SERVICE

I, Susan Jacobs, attorney for the Defendants in the within action, hereby certify that a true and correct copy of the foregoing Certificate Pursuant to 16.1(D) was this day forwarded to the Plaintiff by first class mail, postage prepaid, to the following:

Juliane Balliro, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA  02108

Signed under the pains and penalties of perjury, this 12th day of August 2004.

VOLTERRA, GOLDBERG, MANGIARATTI
& JACOBS, LAW COUNSELLORS INC.

_____
Susan Jacobs, BBO#554875
Three Mill Street
Attleboro, MA  02703
(508) 222-1463

U:\Rikki\Mansfield\Beliveau v. Mansfield\CertSvc_Certificate(SJ).doc