# UNITES STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHETTS

CASE NO. 04-11329-DPW

DR. JOHN J. BELIVEAU,
    PLAINTIFF

v.

TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT and JOHN O. D'AGOSTINO,
    DEFENDANTS

FILED *in open court*
Clerk's Office
USDC, Mass.
Date 8/19/04
By /s/
Deputy Clerk

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as Attorney on behalf of Defendants, Town of Mansfield Municipal Electric Department and John O. D'Agostino, in connection with the above-captioned matter.

Dated:

Respectfully submitted.

_____
Robert S. Mangiaratti, Esquire
Attorney for Defendant
Three Mill Street
Attleboro, Massachusetts 02703
BBO#317400
Telephone: 508-222-1463