UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>Defendants. | Civil Action No. 1:04-cv-11329-DPW |

## CERTIFICATE PURSUANT TO 16.1(D)

Pursuant to Local Rule 16.1(D), the undersigned certify that they have discussed the topics set forth in Local Rule 16.1(D)(3).

Respectfully submitted,

Plaintiff,

_____
Dr. John J. Beliveau

_____
Juliane Balliro (BBO# 028010)
Daniel P. McCarthy (BBO# 651559)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 854-4000

31091-2-Cert16.1Beliv.doc

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/23/04

_____

Plaintiff's attorneys,