# UNITES STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHETTS

DR. JOHN J. BELIVEAU,
    PLAINTIFF

v.

TOWN OF MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT and
JOHN O. D'AGOSTINO,
    DEFENDANTS

Civil Action No. 1:04-CV-11329-DPW

## CERTIFICATE PURSUANT TO 16.1(D)

Pursuant to Local Rule 16.1(D), the undersigned certifies that she has discussed the topics set forth in L.R. 16.1(D)(3) with her clients.

Respectfully submitted,

TOWN OF MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT and
JOHN D'AGOSTINO
By their attorney,

/s/ Susan Jacobs, Esquire
Susan Jacobs, Esq. – BBO#554875
VOLTERRA, GOLDBERG,
MANGIARATTI & JACOBS
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

Defendant,
TOWN OF MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT

_____
JOHN D'AGOSTINO   MANAGER

Defendant,
JOHN D'AGOSTINO

_____
JOHN D'AGOSTINO

Dated: August 23, 2004