UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU,<br>　　　　Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN O.<br>D'AGOSTINO,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 1:04-cv-11329-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF, DR. JOHN J. BELIVEAU'S, INITIAL DISCLOSURES
PURSUANT TO FED.R.CIV.P. 26(a)(1)**

Plaintiff, Dr. John J. Beliveau ("Dr. Beliveau"), hereby provides the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Dr. Beliveau relies on currently available information and reserves the right to identify additional persons, documents and tangible things, and damages.

**A.　Individuals Likely to Have Discoverable Information Relevant to Disputed Facts and Subjects of Information.**

Individuals who may have knowledge of issues disputed in the pleadings:

1.　Dr. John J. Beliveau
　　230 Blueberry Lane
　　West Kingston, Rhode Island.

　　Dr. Beliveau is likely to have discoverable information concerning all facts and allegations contained in the Complaint and Answer.

2.　John O. D'Agostino
　　12 Park Avenue
　　Mansfield, Massachusetts.

　　Mr. D'Agostino is likely to have discoverable information concerning all facts and allegation contained in the Complaint and Answer.

3.  <u>Members of the Town of Mansfield's Board of Light Commissioners</u>

Members of the Town of Mansfield's Board of Light Commissions are likely to have discoverable information on subjects including, but not limited to, Dr. Beliveau's employment with the Light Department, Dr. Beliveau's responsibilities in his capacity with the Light Department, matters discussed in and relating to Board meetings, and all facts and allegations contained in the Complaint and Answer.

4.  <u>Members of the Town of Mansfield's Board of Selectmen</u>

Members of the Town of Mansfield's Board of Selectmen are likely to have discoverable information on subjects including, but not limited to, matters discussed in and relating to Board meetings, statements made by John D'Agostino concerning Dr. Beliveau, and all facts and allegations contained in the Complaint and Answer.

5.  <u>Mary Lou Cotton</u>

Mary Lou Cotton is likely to have discoverable information on subjects including, but not limited to, matters discussed in and relating to Board of Selectmen meetings, statements made by John D'Agostino concerning Dr. Beliveau, and other issues relating to the Board of Selectmen.

6.  <u>Authors/Editors at the Sun Chronicle</u>

Authors/Editors at the Sun Chronicle are likely to have discoverable information on subjects including, but not limited to, matters regarding stories printed concerning Dr. Beliveau's termination from and lawsuit against the Town of Mansfield Municipal Light Department and John D'Agostino, statements made by John D'Agostino concerning Dr. Beliveau, and other facts as contained in various published articles.

7.  <u>Kimberly Stoyle</u>

Ms. Stoyle is likely to have discoverable information on subjects including, but not limited to, her Charge of Discrimination filed against the Town of Mansfield and Mr. D'Agostino ("Stoyle Charge"), the Town of Mansfield's investigation into the Stoyle Charge, Dr. Beliveau's involvement with the Stoyle Charge, the memorandum from the Town Treasurer and Town Accountant alleging substantial overdrafts in the Electric Plant financial account, and all facts and allegations contained in the Complaint and Answer.

8.  <u>James Lampke</u>

Mr. Lampke is likely to have discoverable information on subjects including, but not limited to, the Stoyle Charge, the Town of Mansfield's investigation into the Stoyle Charge, Dr. Beliveau's involvement with the Stoyle Charge, and other issues relating to the Stoyle charge.

9.  <u>Jim Goulet</u>

Mr. Goulet is likely to have discoverable information on subjects including, but not limited to, the memorandum from the Town Treasurer and Town Accountant alleging substantial overdrafts in the Electric Plant financial account, and facts concerning the audit of the financial accounts of the Electric Plant.

10. <u>Representatives from the Massachusetts Ethics Commission</u>

Representatives from the Massachusetts Ethics Commission are likely to have discoverable information on subjects including, but not limited to, the investigation into John D'Agostino and Dr. Beliveau's participation thereof.

11. <u>David Conely</u>

David Conley is likely to have discoverable information on subjects including, but not limited to, certain issues concerning the location of fences around transformers in the Town of Mansfield.

12. <u>Richard Boucher</u>
    Town Treasurer

Richard Boucher is likely to have discoverable information on subjects including, but not limited to, the audit of the Light Department, the giving of gifts/donations by the Light Department, and other facts associated with the Town Treasurer's office.

13. <u>Bea Kearney</u>
    Town Accountant

Bea Kearney is likely to have discoverable information on subjects including, but not limited to, the audit of the Light Department, the giving of gifts/donations by the Light Department, and other facts concerning the Town Accountant's office.

14. <u>Lieutenant Figarito</u>

Mr. Figarito is likely to have discoverable information on subjects including, but not limited to, facts surrounding Dr. Beliveau's termination from the Light Department and escort home.

15. <u>William Richard</u>

William Richard is likely to have discoverable information on subjects including, but not limited to, statements made by Mr. D'Agostino concerning Dr. Beliveau .

**The following names appear in documents, and those listed may have knowledge of relevant facts:**

1. Robert Martin
2. Gary D'Ambra
3. Lee Azinheira
4. Kenneth Barna
5. Diedre Lawrence
6. Jim Lazzara
7. Robert S. Mangiaratti
8. Paul Walsh
9. Michael McCue
10. Gale Farrugia,
11. Sharyn A. Riley
12. Bruce Standford
13. Ronald Kusek
14. Frank Foss
15. Eileen Ouellette
16. Jen Oberlander
17. Gil Lahlum
18. Donna Sirois

The plaintiff recognizes that persons other than those listed may have knowledge of discoverable information, and reserves the right to supplement this disclosure during the course of discovery.

**B.    Description and Location of Documents, Data Compilations and Tangible Things Relevant to Disputed Facts.**

    1.    Light Commissioners Meeting Agendas, including, but not limited to:

        a.    10/20/03
        b.    11/17/03
        c.    12/22/03

    2.    Minutes of Light Commissioners Meetings, including but not limited to:

        a.    1/6/03
        b.    2/3/03
        c.    3/10/03
        d.    4/14/03
        e.    5/12/03

    f.       6/9/03
    g.      8/11/03
    h.      9/10/03
    i.       10/20/03
    j.       11/17/03
    k.      2/9/04

3. <u>Memorandum from various individuals including, but not limited to:</u>

    a.      To Board of Selectmen from John D'Agostino, dated 1/6/04 re: Status of North Main Street Poles
    b.      To John D'Agostino from Lee Azinheira, DPW Director, dated 2/9/04 re: North Main Street/Verizon Update
    c.      To John D'Agostino from Lee Azinheira, DPW Director, dated 3/27/03 re: North Main Street Underground Cable/Comcast
    d.      Re: "Reasons Customers Make Payments At Electric Office," undated,
    e.      Re: towns with light plants and auditors
    f.       To John Beliveau from John D'Agostino dated 4/28/03 re: Use of Ratepayer Funds for Donations
    g.      To John Beliveau from Kenneth Barna and Diedre Lawrence dated 5/9/03 re: Gifts to Charities and Town
    h.      To Board of Light Commissioners from John Beliveau dated 5/12/03 re: Questions from Board Members Regarding Donations
    i.       To Bob Mangiaratti from John Beliveau dated 5/7/03 re: Our Meeting May 7 Regarding Gifts by the Light Department to the Town or Outside Entities
    j.       To Bob Mangiaratti from John Beliveau dated 4/29/03 re: Gifts by the Light Department to the Town or Outside Entities
    k.      To John Beliveau from John D'Agostino dated 4/28/03
    l.       To Ken Barna and Diedre Lawrence from John Beliveau dated 4/29/03 re: Gifts by the Light Department to the Town or Outside Entities
    m.     To John D'Agostino from John Beliveau dated 9/4/03 re: Performance Appraisal
    n.      To John Beliveau from John D'Agostino dated 7/7/99 re: Salary Range Adjustment
    o.      To All Employees from Town Manager dated 10/3/83 re: Personnel Policy
    p.      To Board of Selectmen from John D'Agostino dated 6/14/99 re: Clarification of the Director of the Light Department's Position
    q.      To John D'Agostino from John Beliveau dated 8/15/02 re: Performance Appraisal
    r.       To John D'Agostino from John Beliveau dated 6/5/01 re: Performance Appraisal
    s.      To John D'Agostino from John Beliveau dated 6/12/00 re: Performance Appraisal
    t.       To John D'Agostino from John Beliveau dated 5/8/00 re: Salary Surveys

u. To Various Individuals from John D'Agostino dated 6/21/00 re IRS Reporting-Town Vehicles
v. To All Department Heads from John D'Agostino dated 7/22/99 re: Acting Town Manager Appointment
w. To Office Staff from Jack dated 10/25/00 re: Work Schedules
x. To John Beliveau from Richard Boucher and Bea Kearney dated 12/15/03 re: Audit Goulet, Salvidio, P.C. [1/19]
y. To John D'Agostino from Bea Keanery and Richard Boucher dated 2/4/04 re: Police Details for Town Departments
z. To John Beliveau from Richard Boucher dated 2/4/04 re: Sales Tax Assessment
aa. To John Beliveau from John D'Agostino dated 12/23/03 re: Light Department Auditors
bb. To John Beliveau from John D'Agostino dated 12/10/03 re: Auditors for the Mansfield Municipal Light Department
cc. To Richard Boucher and Bea Kearney from John Beliveau dated 12/12/03 re: Result of Audit Regarding Cash balance Discrepancy
dd. To Bea Kearney from John Beliveau dated 7/30/03 re: Meeting of July 24 between Goulet Salvidio, E.B. Brown, Bea Kearney, Kim Stoyle, John Beliveau and Lee Azinheira
ee. To Board of Light Commissioners from John Beliveau dated 2/5/04 re: FY 2002 Audit
ff. To Board of Selectmen and Finance Committee from John D'Agostino dated 2/2/04 re: Electric Department Audit Report
gg. To Goulet Salvidio & Associates, P.C. from Morgan Brown & Joy, LLP dated 1/27/03 re: Mansfield Municipal Electric Department
hh. To Jim Lazzara from John Beliveau dated 12/4/03 re: Supplemental Information Requests
ii. To Goulet Salvidio & Associates, P.C. from Robert S. Mangiaratti dated 11/20/03 re: Mansfield Municipal Electric Department
jj. To John Beliveau from John D'Agostino dated 1/2/03 re: MCAD Claim
kk. To Board of Light Commissioners from John Beliveau dated 2/5/04 re: FY 2002 Audit
ll. To Board of Selectmen from John D'Agostino dated 2/2/04 re: Electric Department Audit Report
mm. To John Beliveau from Richard Boucher and Bea Kearney dated 12/15/03 re: Audit Goulet, Salvidio, P.C.
nn. To John D'Agostino from John Beliveau dated 7/16/03 re: Cash Reconciliation-Light Department Audit
oo. To Board of Selectmen from John D'Agostino dated 4/12/04 re: Munis Report Format for Town Financial Reports
pp. To John Beliveau and Kim Stoyle from Richard Boucher and Bea Kearney dated 2/28/03 re: Light Department Cash Balances
qq. To Richard Boucher and Bea Kearney from John Beliveau dated 3/4/03 re: Light Department Cash Balances

6

    rr.    To John D'Agostino from John Beliveau dated 7/16/03 re: Cash Reconciliation-Light Department Audit
    ss.    To Richard Boucher and Bea Kearney from John Beliveau dated 3/4/03 re: Light Department Cash Balances
    tt.    To John Beliveau and Kim Stoyle from Richard Boucher and Bea Kearney dated 2/28/03 re: Light Department Cash Balances
    uu.    To John D'Agostino from Bea Kearney and Richard Boucher dated 2/4/04 re: Police Details for Town Departments
    vv.    To Bea Kearney and Richard Boucher from John Beliveau and John D'Agostino dated 2/5/04 re: Police Details Clarification

4. <u>Correspondence by and between various individuals, including but not limited to:</u>

    a.    To John D'Agostino from Nancy Leonardo, Comcast Manager of Government Relations, dated 5/29/03
    b.    To Michael McCue from Gale Farrugia, Director of Mansfield COA/Social Services, dated 11/17/03 re: Mansfield Utility Assistance Program
    c.    To Sharyn A. Riley, Chicopee City Auditor from Bruce Standford, Chief, Property Tax Bureau MDOR, dated 2/22/02
    d.    To John Beliveau from Bob Mangiaratti dated 5/8/03
    e.    To Bristol County Retirement Board from Gerald Scherma, Mansfield Asst. Director of Personnel Services dated 7/21/98
    f.    To D.A. Paul Walsh from John D'Agostino dated 2/23/99
    g.    To John Beliveau from Kenneth Barna, et al. dated 11/28/00 re: Group 4 Retirement
    h.    To Friend of Mansfield High School from Mansfield High School dated 6/20/01
    i.    To John Davis from John D'Agostino dated 2/11/04 re: Audit
    j.    To Board of Light Commissioners from John Beliveau dated 2/5/04 re: FY 2002 Audit
    k.    To James Goulet from John D'Agostino dated 1/28/04
    l.    To Goulet Salvidio & Associates P.C. from Morgan Brown & Joy LLP dated 1/27/03 re: Mansfield Municipal Electric Department
    m.    To Mansfield Municipal Electric Department from Goulet Salvidio & Associates, P.C. dated 10/24/00 re: Audit
    n.    To Mansfield Municipal Electric Department from Goulet Salvidio & Associates, P.C. dated 11/12/03 re: Audit
    o.    Draft letter to Town of Mansfield from James F. Goulet dated 7/1/03 re: Audit
    p.    To John Davis from John D'Agostino dated 2/11/04 re: audit
    q.    To Town of Mansfield Municipal Electric Department from Goulet Salvidio & Associates, P.C. re: Audit
    r.    To MMWEC Project Participants from Ronald Kusek, Accounting Department Manager dated 9/23/03 re: Suggested Contingent Liability Note to Financial Statements as of June 30, 2003

    s.    To John Beliveau from Goulet Salvidio & Associates, P.C. dated 11/13/03 re: Mansfield Municipal Electric Department financial statements

    t.    To Goulet Salvidio & Associates, P.C. from Mansfield Municipal Electric Department dated 8/14/03 re: audit of financial statements

    u.    To Mansfield Municipal Electric Department from Goulet Salvidio & Associates, P.C. dated 10/24/00 re: services

    v.    To Atty. John Davis from John D'Agostino dated 2/11/04 re: audit

    w.    To James Goulet from John D'Agostino dated 2/6/04 re: Mansfield Municipal Electric Department

    x.    To James Goulet from John D'Agostino dated 1/28/04 re: services

    y.    To Goulet Salvidio & Associates, P.C. from Morgan Brown & Joy, LLP dated 1/27/03 re: Mansfield Municipal Electric Department

    z.    To Volterra Goldberg & Mangiaratti from Mansfield Municipal Electric Department dated 1/8/03 re: audit

    aa.    To Goulet Salvidio & Associates, P.C. from Volterra Goldberg Mangiaratti & Jacobs dated 11/20/03 re: Mansfield Municipal Electric Department

    bb.    To Volterra Goldberg Mangiaratti & Jacobs from Mansfield Municipal Electric Department dated 1/8/03 re: audit

    cc.    To John D'Agostino from Goulet Salvidio & Associates, P.C. dated 7/3/03 re: audit

    dd.    To James Goulet from Town of Mansfield dated 7/14/03 re: audit

    ee.    To Town of Mansfield/Richard Boucher from James Goulet dated 5/5/03 re: audit

    ff.    To Goulet Salvidio & Associates, P.C. from John D'Agostino dated 7/14/03 re: audit

    gg.    To John Beliveau from Goulet Salvidio & Associates, P.C. dated 11/12/03 re: audit

    hh.    To Goulet Salvidio & Associates, P.C. from John Beliveau dated 7/31/03 re: 7/24/03 meeting

    ii.    To Mansfield Municipal Lighting from Mass. DOR dated 12/21/03

    jj.    To James Lampke from John Beliveau dated 2/11/03 w/attachment

5.    <u>E-Mail Correspondence, by and between various individuals including, but not limited to:</u>

    a.    To Frank Foss from John D'Agostino re: Mansfield North Main Street Project

    b.    To Kimberly Stoyle from John D'Agostino re: Downtown Project

    c.    To John Beliveau from John D'Agostino re: Mansfield Utility Assistance Guidelines

    d.    Between various parties re: Mansfield Utility Assistance Guidelines

    e.    Between Eileen Ouellette and John Beliveau re: Fuel Assistance Program

    f.    To Gale Farrugia from Eileen Ouelette re: Fuel Assistance Program

    g.    Between Gale Farrugia and John D'Agostino re: MUA Guidelines

    h.    Between Bea Kearney and Kimberly Stoyle re: Schedule of Bills Payable

    i.    To Kimberly Stoyle from Bea Kearney re: Jen Oberlander-windows

j.  Between various parties re: Mansfield Utility Assistance Guidelines
k.  To John Beliveau from John D'Agostino re: Agenda, May Meeting
l.  To Eileen Ouelette, et al. from John D'Agostino re: Mansfield Utility Assistance Program
m.  Between John D'Agostino and John Beliveau re: Memo for Selectmen
n.  Between various parties re: Payments
o.  To John Beliveau, et al. from Steven MacCaffrie re: Payments
p.  Between John Beliveau, et al. and John D'Agostino re: Light Department Bills
q.  To John Beliveau, et al. from Steven MacCaffrie re: Payments
r.  To John Beliveau from John D'Agostino re: Victory
s.  To John Beliveau from Eileen Ouellette re: TOM: Question from John
t.  To Steven MacCaffrie from John D'Agostino re: Light Dept. Audit
u.  To Richard Boucher from John D'Agostino re: Goulet Request
v.  Between John Beliveau and John D'Agostino re Credit Cards
w.  To Bea Kearney from John Beliveau re: Audit Reports
x.  To John D'Agostino from John Beliveau re: Auditors
y.  Between John Beliveau and Eileen Ouelette re: Question from John
z.  To Steven MacCaffrie from John D'Agostino re: Light Dept. Audit
aa. To John D'Agostino from John Beliveau re: Auditors
bb. Between John Beliveau and Bea Kearney re: Audits
cc. Between John Beliveau and Bea Kearney re: PILOT
dd. To Richard Boucher from John D'Agostino re: Goulet Request
ee. Between John Beliveau and John D'Agostino re: Agenda - May Meeting
ff. Between John Beliveau and Bea Kearney re: Audits
gg. To John Beliveau from Eileen Ouelette re: TOM: Audit Letter
hh. To John Beliveau from Eileen Ouelette re: Audit Letter
ii. To John D'Agostino from John Beliveau and to Robert Mangiaratti from John D'Agostino re: Bob Mangiaratti
jj. To John Beliveau and John D'Agostino from Steven MacCaffrie re: Light Department
kk. Between various parties re Sales Tax Account Change
ll. Between Eileen Ouelette and John Beliveau re: Question from John
mm. Between John D'Agostino and Steven MacCaffrie re: Light Dept. Audit
nn. To John Beliveau from Bea Kearney re: TOM Thursday Meeting
oo. To John Beliveau from Bea Kearney re: Thursday Meeting
pp. Between various parties re Audits
qq. To John D'Agostino from Steven MacCaffrie re: Light Dept. Audit
rr. Between Eileen Ouelette and John Beliveau re: Audit Letter
ss. To Kimberly Stoyle from John Beliveau re: Audit
tt. Between various parties re: Bob Mangiaratti
uu. Between various parties re: Bob Mangiaratti
vv. To John D'Agostino from John Beliveau re: Bob Mangiaratti
ww. Between Kimberly Stoyle and John Beliveau re: Question from John
xx. Between Eileen Ouelette and John Beliveau re: Question from John

yy. To Steven MacCaffrie from John Beliveau re: Request of Finance Committee to Review Budget
zz. Between various parties re: Light Dept. Audit
aaa. Between various parties re: Audits
bbb. To John Beliveau from Kimberly Stoyle re: Light Dept. Audit
ccc. Between various parties re: Audits
ddd. To Bea Kearney from John Beliveau re: PILOT
eee. To KFisher@Cl.Groton.MA.US re: PILOT
fff. To Kimberly Stoyle from John Beliveau re: Auditors
ggg. Between John Beliveau and Gil Lahlum re: Comments on the Mansfield Electric "Crisis"
hhh. To various parties from Mike McCue re: Mansfield Light Department, 11/7 Globe
iii. Between John Beliveau and Mike McCue re: Question
jjj. Batch of e-mail correspondence between various parties re: Audit Issue
kkk. To John D'Agostino from John Beliveau re: Bob Mangiaratti
lll. Between various parties re: Bob Mangiaratti
mmm. Between John Beliveau and Eileen Ouelette re: Audit Letter
nnn. To John D'Agostino from John Beliveau re: Bob Mangiaratti
ooo. Between Kimberly Stoyle and Bea Kearney re: payroll questions
ppp. Between various parties re: Light Department Bills
qqq. Between various parties re: Light Department
rrr. Between various parties re: Problems
sss. Between John Beliveau and Eileen Ouelette re: Audit Letter
ttt. To John Beliveau from Eileen Ouelette re: Audit Letter
uuu. To Steven MacCaffrie from John D'Agostino re: Light Dept. Audit
vvv. To Richard Boucher from John D'Agostino re: Goulet Request
www. Between various parties re: Audits
xxx. Between John Beliveau and John D'Agostino re: Agenda-May Meeting
yyy. To Kimberly Stoyle from John Beliveau re: Goulet Request
zzz. To John Beliveau from Richard Boucher re: Tax ID
aaaa. To various parties from Steven MacCaffrie
bbbb. To John Beliveau from Steven MacCaffrie re: Review of Audit, 2002
cccc. Between various parties re: Payments
dddd. To Steven MacCaffrie from John Beliveau re: Police Details
eeee. To Steven MacCaffrie from John Beliveau re: Fin Com Materials
ffff. To John Beliveau from Gary D'Ambra re: Police Details
gggg. To various parties from Donna Sirois re: Police Details
hhhh. Between various parties re: e-bill
iiii. Between John Beliveau and John D'Agostino re: Organizational Chart
jjjj. Between John Beliveau and John D'Agostino re: Personnel Matter

6. <u>Miscellaneous documents</u>:

   a. Charge of Discrimination dated December 5, 2002, by Kimberly Stoyle, the Chief Financial Officer of the Electric Department, against John D'Agostino.

10

b. Mansfield Utility Assistance Program Guidelines 2003-2004
c. Envelope to Bob Mangiaratti from Town of Mansfield Municipal Electric Department dated 5/7/03
d. Schedule of Departmental Bills Payable dated 1/20/04
e. Schedule of Departmental Bills Payable dated 10/28/03
f. Sexual harassment policy acknowledgments
g. Payroll Change Notice dated 9/8/03
h. Heartsaver AED
i. Payroll Change Notice dated 10/4/02
j. Department Head Input Form
k. Payroll Change Notice 7/12/99
l. Department Head Input Form, John Beliveau
m. Handwritten note to Jack from Jerry S
n. Director of Electric Department job description
o. Town of Mansfield Personnel Regulations 9/21/83
p. Notes re: assignment of group classification
q. Town of Mansfield Personnel Policy dated 11/10/98
r. Electric Department Director Employment Agreement
s. Electric Department Manager Employment Agreement
t. Payroll Change Notice 8/7/01
u. Manager's Input Form 12/29/99
v. Department Head Input Form
w. Manager's Input Form 7/7/99
x. Manager's Input Form 7/1/99-6/30/00
y. Department Head Input Form 9/8/98-7/1/99
z. Town Manager Performance Evaluation Rating Form dated 2/16/00
aa. BC/BS Enrollment and Change Form
bb. Taunton Retirement Board v. Contributory Retirement Appeal Board, 11/21/00
cc. John Beliveau passport picture
dd. John Beliveau Certificate of Achievement 11/30/00
ee. Cook & Company Supervisor's Report of Accident
ff. Employer's First Report of Injury or Fatality undated
gg. Employer's First Report of Injury or Fatality 12/11/01
hh. Payroll Change Notice 10/4/02
ii. Payroll Change Notice 9/8/03
jj. Annual Return Form/Uniform System of Accounts for Electric Companies
kk. Town of Mansfield Personnel Policy dated 2/10/99
ll. Municipal Light Departments of Massachusetts Reserve Trust Notes to Financial Statements December 31, 2001
mm. Time Line Qualified Audit Issue
nn. Miscellaneous e-mails and correspondence
oo. Handwritten notes
pp. Matter of Direct Transfer of Funds versus payments through the warrant
qq. ADP A-10 Autopay Management Report
rr. Detail Time Sheet

11

    ss.    Various re: Legal Issues re: Light Department
    tt.    Various re: Manager/Director Issues
    uu.    Various re: Happy Customers
    vv.    Calendars 2000-2004
    ww.    Town of Mansfield Affirmative Action Plan, January 1995
    xx.    John Beliveau deposition errata sheet
    yy.    Kimberly Stoyle Deposition
    zz.    Telephone Logs, Desktop
    aaa.    Various affidavits
    bbb.    Public Records Request
    ccc.    Various Newspaper articles
    ddd.    Various document re: Pension Plan
    eee.    Beliveau Personnel Files received from Town of Mansfield, and Municipal Light Department
    fff.    Town of Mansfield Personal Benefit Statement for John Beliveau
    ggg.    Bristol County Retirement System Informational Booklet
    hhh.    Public Power , November-December 2003, Vol. 61, No. 6
    iii.    Mansfield Municipal Electric Department, Financial Report,
        1. August, 2003
        2. September, 2003
        3. October, 2003

Documents described above will be made available for inspection and copying at the offices of Perkins, Smith & Cohen, LLP, One Beacon Street, Boston, MA 02108.

Plaintiff reserve the right to supplement this disclosure during the course of discovery.

**C.**    **Computation of Damages.**

Loss of pension and health insurance benefits:    ~$1,640,000
(through the age of 82 with a 5% annual escalation
 in the cost of health insurance)

Differential in current employment and anticipated    ~$385,000.00
earnings at the Electric Department, along with automobile
allowance:

Emotional distress and assault on his character    TBD

Attorneys' fees and costs:    TBD

**D.**    **Insurance Agreements.**

Plaintiff is not aware of any relevant insurance agreements.

Respectfully Submitted,

Dr. John J. Beliveau,
By his attorneys,


___/s/ Daniel P. McCarthy__
Juliane Balliro, BBO#028010
Daniel P. McCarthy, BBO#651559
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA  02108
617-854-4000

Dated:  September 2, 2004