UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU, )
         Plaintiff )
VS. )
)
TOWN OF MANSFIED MUNICIPAL ELECTRIC )
DEPARTMENT AND JOHN D'AGOSTINO, )
         Defendants )

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Defendants in the above-captioned action.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 27, 2004