UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. JOHN J. BELIVEAU, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>TOWN OF MANSFIELD MUNICIPAL )<br>ELECTRIC DEPARTMENT, JOHN O. )<br>D'AGOSTINO, )<br>      Defendants. )<br> ) | Civil Action No. 1:04-cv-11329-DPW |

## PLAINTIFF'S EXPERT DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff makes the following disclosures regarding anticipated expert testimony.

1.     Franklin E. Peters, F.S.A (or other qualified Actuary)
   P.O. Box 550228,
   North Waltham, Massachusetts.

Mr. Peters Curriculum Vitae is attached hereto as Exhibit 1. Mr. Peters is expected to testify regarding the value of Mr. Beliveau's pension benefits had he not been terminated from his position with the Mansfield Electric Department. The Plaintiff will forward a report pursuant to Federal Rule of Civil Procedure, 26(a)(2)(B) promptly upon receipt of same.

2.     James F. Goulet, CPA
   Goulet, Salvidio & Associates. P.C.
   Nine Irving Street
   Worcester, MA  01609

Mr. Goulet is a fact witness who will be asked to testify about an audit he conducted on behalf of the Town Of Mansfield Municipal Electric Department for the year ended December 31, 200. Although he is not retained as an expert witness by the Plaintiff, it is anticipated that, in addition to his knowledge of certain facts, he will be asked to provide testimony under Rules

702, 703 and 705 of the Federal Rules Of Civil Procedure. A copy of Mr. Goulet's audit letter is attached hereto as Exhibit 2.

    3.    Nicholas Scobbo, Esquire
           125 High Street
           Boston, MA 02110

Mr. Scobbo is a fact witness who may be asked to testify about a legal opinion or opinions he gave to the defendants during the period Mr. Beliveau was employed with the Electric Department. Although he is not retained as an expert witness by the Plaintiff, it is anticipated that, in addition to his knowledge of certain facts, he will be asked to provide testimony under Rules 702, 703 and 705 of the Federal Rules Of Civil Procedure.

    4.    Kenneth Barna, Esquire
           Rubin & Rudman, LLP
           50 Rowes Wharf
           Boston, MA 02110

Mr. Barna is a fact witness who will be asked to testify about a legal opinion or opinions he gave to the defendants during the period Mr. Beliveau was employed with the Electric Department. Although he is not retained as an expert witness by the Plaintiff, it is anticipated that, in addition to his knowledge of certain facts, he may be asked to provide testimony under Rules 702, 703 and 705 of the Federal Rules Of Civil Procedure.

The Plaintiff further reserves the right to call any expert witness designated by any other party, to call any expert witness for purposes of impeachment and/or rebuttal and to otherwise supplement this designation in the event the needs arises as a result of information received during the continuing course of discovery.

          Respectfully Submitted,

          Dr. John J. Beliveau,
          By his attorneys,

          /s/  Daniel P. McCarthy
          _____
          Juliane Balliro, BBO#028010
          Daniel P. McCarthy, BBO#651559
          Perkins, Smith & Cohen, LLP
          One Beacon Street, 30th Floor
          Boston, MA  02108
          617-854-4000

Dated: May 6, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 6, 2005.

          /s/Daniel P. McCarthy
          Daniel P. McCarthy