EXHIBIT OF PROFESSIONAL
QUALIFICATIONS OF
FRANKLIN E. PETERS, ACTUARY

| | |
|---|---|
| NAME: | Franklin E. Peters |
| ADDRESS: | Post Office Box 550228<br>Waltham, Massachusetts 02455-0228 |
| PROFESSION: | Actuary |
| EDUCATION: | Bachelor of Science Degree in Mathematics from Duke University<br><br>Master of Science in Actuarial Science Degree from Northeastern University |
| PROFESSIONAL QUALIFICATIONS: | Fellow of the Society of Actuaries<br><br>Member of the American Academy of Actuaries<br><br>Enrolled Actuary under the Employee Retirement Income Security Act |

PROFESSIONAL
EXPERIENCE
AS AN ACTUARY:

| | |
|---|---|
| 1965 to 1968: | Hartford Life Insurance Company<br>Actuarial Associate |
| 1968 to 1981: | John Hancock Mutual Life Insurance Company<br>General Actuarial Director |
| 1981 to 1986: | The PENTAD Corporation<br>Senior Vice President |
| 1986 to 1987: | Consulting Actuary in private practice |
| 1987 to 1993: | Partner at Tierney & Peters |
| 1993 to present: | Consulting Actuary in private practice |
| 1990 to present: | Actex Publications, Inc.<br>Board of Directors |

EXHIBIT OF PROFESSIONAL
QUALIFICATIONS OF
FRANKLIN E. PETERS, ACTUARY

PUBLICATIONS:  "Investment Generations Revisited," co-authored with J. Edwin Matz, F.S.A., Transactions of the Society of Actuaries, Volume XXIX

"Evaluating Pension Benefits as Marital Assets"
The Massachusetts Family Law Journal, May 1988.

SPEAKING
APPEARANCES:  Massachusetts Continuing Legal Education
The Valuation of Pension Funds, May 6, 1983

Boston Bar Association Family Law Committee
May 1, 1984

American Academy of Matrimonial Lawyers Seminar on Pension Plans - Their Valuation and Utilization in Divorce Proceedings, January 31, 1985

Massachusetts Council on Family Mediation: Evaluating Pensions for Divorce Agreements, October 28, 1985

Massachusetts Continuing Legal Education: Valuation and Distribution of Marital Assets, November 2, 1985

Valuation of Marital Assets Conference for Probate and Family Court Judges, April 11, 1986

Advanced Lecture Session on Actuarial Testimony and Qualified Domestic Relations Orders
1987 Enrolled Actuaries Meeting, February 12, 1987

Massachusetts Continuing Legal Education and American Academy of Matrimonial Lawyers
Fundamentals of Family Law - Pensions
April 15, 1988, March 3, 1989, March 2, 1990, March 15, 1991, March 6, 1992, February 6, 1993, April 15 & 29, 1994, April 3-4, 1995, February 5-6, 1996 and April 8-9, 1997

Massachusetts Continuing Legal Education Family Law Trial Advocacy Institute, June 22, 1989

EXHIBIT OF PROFESSIONAL
QUALIFICATIONS OF
FRANKLIN E. PETERS, ACTUARY

**SPEAKING APPEARANCES (Continued):**

Massachusetts Continuing Legal Education
How to Try a Divorce Case and Win It
October 6, 1989 and October 21, 1989

Massachusetts Continuing Legal Education
A Pension Case for the Experts, January 26, 1990

Suffolk University Law School
Family Law: Use of Expert Witnesses, March 31, 1990

Massachusetts Academy of Trial Attorneys
Family Law: Basic Trial Issues, October 20, 1990

Suffolk University Law School
Matrimonial Law - High Stakes Financial Litigation:
Property Subject to Assignment, April 8, 1991

Greater Lowell Bar Association
Divorce: Timely Topics - Pensions, April 23, 1991

Massachusetts Continuing Legal Education
Overcoming QDROphobia and Other Pension Related
Fears in Divorce Cases, May 8, 1991

Massachusetts Division of Public Employee Retirement
Administration, 1991 Biennial Educational Institute
Valuation of Benefits and Court Orders to Divide
Benefits, August 26, 1991

Massachusetts Academy of Trial Attorneys
Family Law Trial Issues: Pension Valuations &
Methods of Division, November 15-16, 1991

Massachusetts Academy of Trial Attorneys
Domestic Relations: Direct & Cross Examination of
Pension Valuation Expert, November 20-21, 1992

Massachusetts Continuing Legal Education
A Pension Case for the Experts, February 24, 1993

EXHIBIT OF PROFESSIONAL
QUALIFICATIONS OF
FRANKLIN E. PETERS, ACTUARY

**SPEAKING APPEARANCES (Continued):**

Massachusetts Continuing Legal Education
Comprehensive Family Law Conference
October 2, 1993

Suffolk University Law School
Property Division in Divorce
March 22, 1994

Suffolk University Law School
Benefit Issues In Family Law
September 21, 1995

American Academy of Matrimonial Attorneys
Retirement Plan Distributions
October 7, 1995

Massachusetts Continuing Legal Education
Pensions, Health Insurance & Financing Education
October 27, 1995

Boston Bar Association
Retirement Distributions in Divorce
November 2, 1995

Massachusetts Council of Family Mediators
Divorce Fundamentals: Law & Finances
January 21, 1996

Suffolk University Law School
Valuation of Assets by Experts for Experts
October 10 & 17, 1996