UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU,              )
                                   )
        Plaintiff                  )
VS.                                )
                                   )
                                   )
TOWN OF MANSFIELD MUNICIPAL        )
ELECTRIC DEPARTMENT AND            )
JOHN D'AGOSTINO,                   )
                                   )
        Defendants                 )

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

NOW COME the parties in the above-captioned matter and hereby request that the court extend the discovery deadline by two months to September 31, 2005 with all other tracking order deadlines extended accordingly. As grounds therefore, the parties state that discovery is ongoing, and they are working collaboratively. The parties are exchanging discovery and have scheduled numerous depositions. Due to scheduling constraints of counsel in the coming months, further time is needed for all parties to complete discovery in this matter. There have been no previous requests for extension of the discovery deadline.

WHEREFORE, the parties respectfully request that the court extend the discovery deadline by two months to September 31, 2005 with all other tracking order deadlines extended accordingly.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff,<br>Dr. John J. Beliveau,<br>By his attorneys, | Respectfully submitted,<br>The Defendants,<br>Town of Mansfield Municipal Electrical<br>Department and John D'Agostino,<br>By their attorneys, |
| /s/ Daniel P. McCarthy<br>Juliane Balliro<br>Daniel P. McCarthy<br>Perkins, Smith & Cohen, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>(617) 854-4000 | /s/ Deborah I. Ecker<br>Leonard H. Kesten, BBO# 058260<br>Deborah I. Ecker, BBO# 554623<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |
| | Respectfully submitted,<br>The Defendants,<br>Town of Mansfield Municipal Electrical<br>Department and John D'Agostino<br>By their attorneys, |
| | /s/ Susan Jacobs<br>Susan Jacobs<br>Robert Mangiaratti<br>Volterra, Goldberg, Mangiaratti & Jacobs<br>Three Mill Street<br>Attleboro, MA 02703<br>(508) 222-1463 |

DATED: June 2, 2005