# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) ) ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF CHRISTINE M. GRIFFIN

Please enter the appearance of attorney Christine M. Griffin on behalf of Plaintiff Dr. John J. Beliveau in the above-encaptioned matter. Attorney Juliane Balliro will also continue as counsel for the Plaintiff in this matter.

RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**

By his attorneys,

  /s/ Christine M. Griffin_____
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

July 25, 2005

**CERTIFICATE OF SERVICE**

      I, Christine M. Griffin, hereby certify that I served the foregoing document by first class mail, postage prepaid, on this the 25th of July, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

                                                             /s/ Christine M. Griffin
                                                             Christine M. Griffin