UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## AFFIDAVIT OF DR. JOHN J. BELIVEAU

I, Dr. John J. Beliveau, hereby depose and state as follows:

1. I am the Plaintiff in the above-encaptioned matter.

2. During the Fall of 2001 I became concerned about certain activities relating to employment. I sought legal advice about employment and my obligations in October, 2001 from an attorney named Richard Condit. Attorney Condit had been my legal counsel with regard to an earlier matter.

3. I described my concerns to Attorney Condit. Attorney Condit told me that he needed additional factual information in order to advise me further. Attorney Condit asked me to write down facts that I thought might be relevant to my legal concerns so that he could review them. Attorney Condit also asked me to keep a journal of occurrences at work for future discussions.

4. After my conversation with Attorney Condit, and pursuant to his instructions, I drafted a summary of events for Attorney Condit. I also began keeping a journal for Attorney Condit of relevant facts going forward. I would periodically email these factual summaries to Attorney Condit. I also communicated the information contained in these summaries to Attorney Condit by phone.

5. Throughout the period of time that I was keeping the journal it was my understanding that the journal would be protected by the attorney-client privilege.

BOS:3714.1/999999-999999

6. On or about January of 2004, I retained new counsel in this matter. I stopped generating the factual summaries requested by Attorney Condit in February 2004.

Signed under the pains and penalties of perjury, this the 25 day of July, 2005

_____
John J. Beliveau

## CERTIFICATE OF SERVICE

I, Juliane Balliro, hereby certify that I served the foregoing document by first class mail, postage prepaid, on this the 25th of July, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

_____
Juliane Balliro

BOS:3714.1/999999-999999        - 2 -