UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF:
PLAINTIFF'S OPPOSITION TO
MOTION TO COMPEL PRODUCTION OF THE PLAINTIFF'S JOURNAL
AND TO STAY DISCOVERY PENDING PRODUCTION**

Plaintiff hereby moves this Court for leave to file an additional affidavit in support of Plaintiff's Opposition to Defendants' Motion to Compel Production of the Plaintiff's Journal and to Stay Discovery Pending Production. As reason for this motion, Plaintiff states that he seeks to file, one day late, the attached Affidavit of Attorney Richard Condit. Plaintiff states that the attached affidavit contains information vital to the Court's consideration of Defendants' Motion to Compel, in that the affidavit attests that Attorney Condit was Dr. Beliveau's attorney at the time that the journal in question was created, that Attorney Condit requested that Dr. Beliveau create the journal so as to provide Attorney Condit with information regarding Plaintiff's need for legal advice, and that Dr. Beliveau did in fact communicate the information contained in the journal to Condit for the purposes of receiving legal advice. This information is vital to Plaintiff's claim that the journal is protected by the attorney-client privilege. The Plaintiff

BOS:3714.1/999999-999999

therefore hereby moves for leave to file the attached supplemental Affidavit of Attorney Richard Condit.

RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**

By his attorneys,

  /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

July 26, 2005

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that I served the foregoing document by first class mail, postage prepaid, on this the 26th of July, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

  /s/ Christine M. Griffin
Christine M. Griffin