UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

DR. JOHN J. BELIVEAU, )
)
Plaintiff, )
)
v. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
Defendants. )
)

## AFFIDAVIT OF ATTORNEY RICHARD CONDIT

I, Richard Condit, Esq., hereby depose and state as follows:

1. I am an attorney licensed to practice in the District of Columbia.

2. I represented Dr. John J. Beliveau, Plaintiff in the above-encaptioned matter, regarding an earlier and unrelated matter.

3. During the Fall of 2001, Dr. Beliveau sought my legal advice regarding certain activities taking place concerning his employment. At the time, I did not feel that I had sufficient information to fully advise Dr. Beliveau. As a result, I asked Dr. Beliveau to create a written summary of the relevant facts for me, and to keep track of the relevant facts for me as they developed going forward.

4. After this conversation, Dr. Beliveau did indeed draft a summary of events for me, and began drafting such factual summaries for me on a regular basis. Dr. Beliveau would periodically share these summaries with me via email or during telephone conversations. I relied on Dr. Beliveau's recitations of events based upon the summaries and provided advice regarding the application of federal laws and protections to the issues facing him.

BOS:3714.1/999999-999999

5.  It was always my expectation that the summaries I asked Dr. Beliveau to prepare would be protected by the attorney-client privilege.

Signed under the pains and penalties of perjury, this the 25th day of July, 2005.

*Richard Condit, Esq.*

## CERTIFICATE OF SERVICE

I, Juliane Balliro, hereby certify that I served the foregoing document by first class mail, postage prepaid, on this the 26th of July, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

*Juliane Balliro/CMH*

BOS:3714.1/999999-999999

- 2 -