## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
|       Plaintiff, | ) |
| v. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
|       Defendants. | ) |

### CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1

    I, Christine M. Griffin, hereby certify that I conferred with Susan Jacobs on July 26, 2005 and she indicated that she would not oppose Plaintiff's Motion for Leave to File Supplemental Affidavit in Support of: Plaintiff's Opposition to Motion to Compel Production of the Plaintiff's Journal and to Stay Discovery Pending Production.

    I, Christine M. Griffin, hereby additionally certify that I conferred with Deborah I. Ecker on July 26, 2005 in an attempt to narrow or resolve the issues presented in Plaintiff's Motion for Leave to File Supplemental Affidavit in Support of: Plaintiff's Opposition to Motion to Compel Production of the Plaintiff's Journal and to Stay Discovery Pending Production, but that we were unable to narrow or resolve these issues.

                                                    /s/ Christine M. Griffin_____
                                                    Christine M. Griffin

- 2 -

**CERTIFICATE OF SERVICE**

      I, Christine M. Griffin, hereby certify that I served the foregoing Certificate of Conference Pursuant to Local Rule 7.1 by first class mail, postage prepaid, on this the 26th of July, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

                                                           /s/ Christine M. Griffin
                                                          Christine M. Griffin