UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants. | ) |

**NOTICE OF FILING OF AFFIDAVIT OF ATTORNEY RICHARD CONDIT**

Pursuant to the Court's Order granting Plaintiff's Motion for Leave to File the Affidavit of Attorney Richard Condit, Plaintiffs now hereby file that affidavit as Attachment 1 hereto.

RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**

By his attorneys,

   /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

August 17, 2005

BOS:3714.1/999999-999999

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that I served the foregoing document by first class mail, postage prepaid, on this the 17th of August, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

               _/s/ Christine M. Griffin_____
               Christine M. Griffin