Memo to file:

Dated 2/22/00

January 00

Approximately four weeks ago I was approached by the Town manager, John D'Agostino, in my office. John specifically visited my office to inform me that Kara Cook was unhappy in her position and that she had applied for the assistant town Accountant position. I noted to John that there had been an incident the evening before in which Kara was engaged in a terse conversation with a customer and did not get the customers name of phone number. As the customer was reporting a downed service line, I was concerned that there was a safety problem tat we should investigate immediately. I criticized Kara in a normal tone of vice for not soliciting the customer's name, as we now had no way of knowing where the problem was.

John then informed me that Andrea Hottleman was applying for a job with the Light Department. I noted to John that Kara had not left yet. He said to me that Kara would be leaving and we would need help with accounting in the office. I agreed that she was a qualified individual and would consider her application. At about the same time, one of the financial assistants left her job abruptly over a marital dispute. I advertised her position immediately in the paper.

John soon thereafter called me from his car phone and asked me what was going on with the vacancy. I told him we were collecting applications. He again mentioned Hottleman's application and his interest in her being interviewed.

In the interim, I had appointed a selection committee to identify the most qualified candidate consisting of Kim, Laurie and Kara and an outside member of their choosing. They identified Sandy Larose as the outside member. I passed on John's interest in Hottleman to Kim and asked that she be interviewed.

The day before interviews were conducted, I was given a list by Kim. Hottlman's name was not on the list. I asked Kim to give me the rationale in writing that was used to identify the top 10 candidates. Later in the mooring, I took the applications and met with Laurie to go over the list of candidates and the rational used. I developed the spreadsheet attached to this which included all of the same candidates. I then went to see John because I realized he was concerned that Hottleman be interviewed.

John was outraged that Hottleman was no on the list. He stated he was embarrassed. John wanted to cancel all of the interviews. I convinced him that that would not be wise and that we should conduct the interviews as we still had the opportunity to expand the list of candidates if there was a rational for doing so. I asked John to meet with the committee to exchange views on the matter.

John and I and the committee met the next day. John was angry. Little movement was accomplished. John called me the next day and was highly critical of Kim and her performance. He stated that we needed another accountant to assist her in completing work that she was not getting done. I sensed that John was going to re-organize the department if he didn't get his way with Hottleman. I returned to him and indicated that we had expanded the list of candidates. I did not mention that Hottleman was being interviewed the next day.

Hottleman was interviewed the next day. John called me the following day by pager to follow up on Hottleman. I indicated that I had spoken with her the difference in her current salary and the position that we had available. She was reluctant to indicate that she was interested in the position if it paid only $30,900. I told her I needed to resolve her interest before I could go forward. I told her I needed to know by the next day, if she was interested.

The following day, the committee gave me a list of candidates in writing. They identified Hottleman as their 6th choice of 6 candidates. I knew how important this selection seemed to be to my boss so I tried to build a rational for her selection. The following morning, however, a rumor was floated that suggested an improper relationship between John D'Agostino and Hottleman. John is card partners with Hottleman's husband and has recommended her I the past for other positions. Given the innuendo of an

improper relationship and a quid pro quo in exchange for the job., I informed John that I could not go forward with the position under these circumstances. He was outraged. I told John that I wanted to re-advertise the position and form a new committee to select the best qualified candidate. I believed that if there was an honest dispute between what the PD called for and the selection criteria that was being utilized by the committee, that this was the only fair way to resolve. I indicated to John that I could not go forward and overrule the committee if they had chosen Hottleman as the least qualified of all candidates under the circumstances that there was a suggestion of impropriety. (While I had explained to John that I did not believe it, I had been told that Hottleman, John's card partner, was a "Bookie" and that John owed him money. Getting Andrea a job was being done to forgive a debt.. I explained to John that this was a ty0ical Mansfield rumor, but that I was not in a position to defend my actions should anyone publicly question Andrea's being offered the job over all other candidates.)

On Friday evening, Kim called me at home and indicated that the person she dates was called by Tommy Hottleman, Andrea's husband who indicated he was going to sue me for "offering" Andrea a job and withdrawing it. He also suggested that John "had a plan" for Andrea, to just get her foot in the door and he would take care of things from there.