# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11329-DPW

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU, <br> Plaintiff, <br> v. <br> TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CHANGE OF ADDRESS

Please note my change of address in the above-captioned matter as follows:

Juliane Balliro, Esq.
Wolf, Block, Schorr and Solis-Cohen
One Boston Place
Boston, MA 02108
617-226-4000
jballiro@wolfblock.com

Respectfully submitted,

/s/ Juliane Balliro
Juliane Balliro (BBO# 028010)
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
One Boston Place
Boston, MA 02108
617 226-4000

Dated: August 29, 2005