# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU,<br>　　　Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT AND<br>JOHN D'AGOSTINO,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR LEAVE TO FILE DOCUMENTS
UNDER SEAL ONE DAY LATE**

　　The Plaintiff, John Beliveau, through counsel, respectfully moves for leave to file his supplementary materials one day late. In support of the within motion, counsel states that she prepared the supplementary memorandum on a laptop computer at a location remote from her office and was unable to transmit the document electronically to the office for timely filing due to technological difficulties.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　　　　　DR. JOHN J. BELIVEAU,
　　　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　　　　　/s/ Juliane Balliro
　　　　　　　　　　　　　　　　　　　　Juliane Balliro (BBO #028010)
　　　　　　　　　　　　　　　　　　　　Christine M. Griffin (BBO #651401)
　　　　　　　　　　　　　　　　　　　　Wolf, Block, Schorr and Solis-Cohen LLP
　　　　　　　　　　　　　　　　　　　　One Boston Place
　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　617-226-24000

Dated: August 29, 2005

BOS:13744.1/bel185-229942

- 2 -

**CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 7.1**

    I, Christine M. Griffin, hereby certify that I conferred with Leonard H. Kesten and Robert Mangiaratti, counsel for Defendants, on August 29, 2005. Mr. Kesten and Mr. Mangiaratii have both assented to Plaintiff's Motion for Leave to File Documents Under Seal One Day Late.

                            /s/ Christine Griffin
                            Christine M. Griffin