UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>　　　　Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT AND<br>JOHN D'AGOSTINO,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING DOCUMENTS UNDER SEAL**

Pursuant to the Court's instructions, Plaintiff hereby provides notice that today he has filed the following documents with the Court, under seal, for *in camera* review:

- Supplemental Opposition to Defendant's Motion to Compel; and

- Plaintiff's Journal.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　　DR. JOHN J. BELIVEAU,
　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　/s/ Juliane Balliro
　　　　　　　　　　　　　　　　　Juliane Balliro (BBO #028010)
　　　　　　　　　　　　　　　　　Christine M. Griffin (BBO #651401)
　　　　　　　　　　　　　　　　　Wolf, Block, Schorr and Solis-Cohen LLP
　　　　　　　　　　　　　　　　　One Boston Place
　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　617-854-4100

August 29, 2005

BOS:3714.1/999999-999999

## **CERTIFICATE OF SERVICE**

      I, Juliane Balliro, hereby certify that I served the foregoing document by first class mail, postage prepaid, on the 29th of August, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

                                                  /s/ Juliane Balliro
                                                  Juliane Balliro