UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br><br>　　　　Plaintiff<br>VS.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT AND<br>JOHN D'AGOSTINO,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' EMERGENCY MOTION TO INSPECT COMPUTERS AND TO PRESERVE COMPUTERS AND ELECTRONIC DATA

The Defendants, the Town of Mansfield Municipal Electric Department and John D'Agostino, hereby move the Court for an order allowing the Defendants to immediately inspect and copy the memories of the computers of the Plaintiff, John J. Beliveau and to order that neither Mr. Beliveau nor any one acting on his behalf delete any information in any way relating to Mr. Beliveau's employment with the Town of Mansfield Electric Department from said computer(s). The Plaintiff filed this lawsuit claiming that the Defendants wrongfully terminated him and retaliated against him for supporting a former employee's sexual harassment clam.

　　1.　　During the course of discovery, the Defendants have learned that the Plaintiff kept a "journal" which appears to be a typewritten document generated at least in part, on the Plaintiffs' personal computer. The Plaintiff has refused to produce the journal for the Defendants' review on the grounds that the entire journal is protected by the attorney client privilege. While not ordering the Plaintiff to produce the alleged journal to the Defendants at this time, the Court in its order allowed the

1

Defendants to conduct discovery concerning the journal to determine whether or not all or part of it is privileged as alleged by the Plaintiff.

2. In addition, the Plaintiff has produced documents that do not appear on the computer used by the Plaintiff during the course of his employment with the Defendant and the Defendants believe that many more such documents related to the subject matter of this litigation were created by the Plaintiff on his personal computer(s) that have not been produced.

3. Contemporaneous with the filing of this motion, the Defendants have served a Rule 34 Request to Inspect Computers of the Plaintiff. A true and accurate copy of the request is attached hereto as Exhibit A. Although Rule 34 allows the Plaintiff thirty days to respond, immediate compliance with this request is necessary in order to expedite a review of the documents, particularly given the timeline for discovery in this case. The Defendants request is clearly authorized Pursuant to Rule 26 and 34 of the Massachusetts Rules of Civil Procedure and courts have enforced such requests in similar circumstances.

4. To accomplish the inspection and to impose the least amount of business interruption and intrusion into the personal date of the Plaintiff, the Defendants propose that the Court allow TechFusion to immediately make a copy of the relevant computer hard drives produced by the Plaintiff in response to the Defendants' Rule 34 request. The parties would also be required to follow the Protocol as set forth in the Proposed Order attached hereto as Exhibit B.

5. In addition, because any continued use of the subject computers could in fact alter the data contained on the computer hard drives, the Defendants

request that this Court order that the Plaintiff immediately stop deleting any information on the subject computers until such inspection and copying occurs. If the Plaintiff's practice involves the routine destruction, recycling, relocation or mutation of such materials from computer hard drives, the Defendants request that the Court order that the Plaintiff also halt all such processes until such inspection and copying occurs.

WHEREFORE, the Defendants request that the Court allow their Emergency Motion to Inspect Computers and to Preserve Computers and Electronic Data.

Respectfully submitted,
The Defendants,
Town of Mansfield Municipal Electrical
Department and John D'Agostino,
By their attorneys,


/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 058260
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Respectfully submitted,
The Defendants,
Town of Mansfield Municipal Electrical
Department and John D'Agostino
By their attorneys,


/s/ Susan Jacobs
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: September 26, 2005