UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU,       )
                            )
         Plaintiff          )
VS.                         )
                            )
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND     )
JOHN D'AGOSTINO,            )
                            )
         Defendants         )

### DEFENDANTS' RULE 34 REQUEST TO INSPECT PLAINTIFF'S PERSONAL COMPUTERS

Pursuant to Rule 34(a) of the Massachusetts Rules of Civil Procedure, the Defendants, the Town of Mansfield Municipal Electric Department and John D'Agostino, hereby request that the Plaintiff, John J. Beliveau, produce for inspection and testing all computers, including but not limited to hard drives, back-up tapes, and any other external storage media in the possession, custody or control of Mr. Beliveau that were utilized by him during the period of time that he was employed by the Defendant Town of Mansfield Municipal Electric Department, that ever contained data concerning the Defendants or that were used to create or otherwise contained data constituting or concerning any communications or "journals" kept by Mr. Beliveau, during the period of time that he was employed by the Defendant or that currently contain such data. The computers, including, but not limited to hard drives, back-up tapes and any other external storage media are to be produced for inspection and testing at the office of Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, Massachusetts 02116 on or before October 15, 2005 or at such other place or time as determined by the court.

Proper safeguards should be taken to preserve all data maintained on the hard drives, back-up tapes, and any other external storage media of any computer subject to production, including deleted documents. Because continued use of a computer may overwrite discoverable data, Mr. Beliveau should immediately cease using each computer subject to production.

Respectfully submitted,
The Defendants,
Town of Mansfield Municipal Electrical
Department and John D'Agostino,
By their attorneys,


/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 058260
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Respectfully submitted,
The Defendants,
Town of Mansfield Municipal Electrical
Department and John D'Agostino
By their attorneys,


/s/ Susan Jacobs
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: September 26, 2005