UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE
TO DECEMBER 15, 2005**

The parties to this matter hereby jointly move to extend the deadline for the completion of all discovery in this matter to December 15, 2005, and as reason therefor state the following:

1. Juliane Balliro, counsel to the Plaintiff, changed law firms as of July 5, 2005. As a result of this move, all of the files and documents regarding this case have been transferred to a new law firm and must be placed in a new document management system. Because of this move, Plaintiff has had difficulty accessing the files necessary to take depositions in this matter.

2. In addition, despite diligent efforts by all parties, the parties have had significant difficulty scheduling the fact depositions in this matter. Fact depositions are currently tentatively scheduled to go forward in October and November, 2005.

3. Additional discovery issues also remain to be resolved, including Defendants' recent emergency motion to inspect the Plaintiff's computer files, which Plaintiff will oppose shortly.

4. For all of these reasons, the parties hereby jointly move the Court to extend the deadline for completion of all discovery in this matter to December 15, 2005.

RESPECTFULLY SUBMITTED,
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

RESPECTFULLY SUBMITTED,
**THE TOWN OF MANSFIELD AND JOHN O. D'AGOSTINO**,

By their attorneys,

 /s/ Leonard H. Kesten /CMG
Leonard H. Kesten (BBO # 542042)
Deborah I. Ecker (BBO # 554623)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

 /s/ Robert Mangiaratti /CMG
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
508-222-1463

September 27, 2005

- 3 -

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that I served the foregoing document by first class mail, postage prepaid, on this the 27th of September, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

                                                            /s/ Christine M. Griffin
                                                            Christine M. Griffin