## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

DR. JOHN J. BELIVEAU,                          )
                                               )
      Plaintiff,                       )
                                               )
v.                                             )
                                               )
TOWN OF MANSFIELD MUNICIPAL                    )
ELECTRIC DEPARTMENT AND                        )
JOHN D'AGOSTINO,                               )
                                               )
      Defendants.                      )
                                               )

### Affidavit of Dr. John J. Beliveau

I, Dr. John J. Beliveau, hereby depose and state as follows:

1.    My name is Dr. John J. Beliveau and I am the Plaintiff in the above-encaptioned matter.

2.    I currently have six home computers, three of which have been out of service for five or more years. One of the remaining three units has always been used exclusively by my wife and children. I have a personal desk top unit and a laptop which have essentially the same information contained on both. I use the two personal computers for E-mail, Internet access, graphic and photographic work, document production and music and video production. The units contain over 1.5 million separate files.

3.    I acquired the personal desk top unit in 2001 and the laptop unit in 2002. While employed in Mansfield, I had access to a desktop computer and a laptop computer owned by the Mansfield Electric Light Department. It was my practice to copy email and memos from my work computer to my personal computer at home for purposes of working at home and backup. Thus, the documents on my personal computer that are work related are identical to those on my former work computer, and are a backup of those files. Upon my termination, my employer seized both my work desk top computer and work laptop computer, not allowing me to change anything. The Town retains possession and control of those work computers, the servers, and their contents as well as all of the E-mail files (over 12,000) I received and generated while employed by Mansfield Municipal Electric Light Department. This material was also archived by my employer to CD-Roms and tapes which my former employer is also in possession of.

1

4.      My current home computer does contain some documents that have been generated by myself and my attorneys as part of pursuing this case, which I understand to be protected by the work-product and attorney-client privileges.

5.      I have produced some documents to my attorneys for production to Defendants which come from computer disks containing information that I saved from my work computer onto those disks while I was an employee of the Town. It is my understanding the Town is already in possession of the material contained on these disks because those documents were saved onto disk from a Town computer. It is my understanding that those computers are still in the Town's custody and control.

Signed under the pains and penalties of perjury, this the 30th day of September, 2005,

_____
Dr. John J. Beliveau

2