UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants. | ) |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE
TO JANUARY 19, 2005**

The parties to this matter hereby jointly move to extend the deadline for the completion of all discovery in this matter to January 19, 2005, and as reason therefor state the following:

1. Juliane Balliro, counsel to Plaintiff, has unexpectedly been scheduled for trial in another matter beginning on December 13, 2005. Ms. Balliro filed the Complaint in this other matter in state court, seeking injunctive relief, last month. In response to the claims made in the Complaint, the state court implemented an expedited scheduling order including a discovery deadline of December 6, 2005 and a trial date of December 13, 2005. Because of the expedited deposition and trial preparation schedule in this other matter, and because Ms. Balliro is actually scheduled to begin trial on December 13, 2005, the parties to this matter have been unable to find mutually convenient times to schedule depositions.

- 2 -

2. Extending the discovery deadline in this matter until January 19, 2005 will not impact the overall scheduling order.  The parties' pre-trial filings are currently due on January 19, 2005 and the pre-trial conference in this matter is currently scheduled for January 26, 2005.  This extension of the discovery deadline to January 19, 2005 should not have any impact on these pre-trial deadlines.

3. For all of these reasons, the parties hereby jointly move the Court to extend the deadline for completion of all discovery in this matter to January 19, 2005.

                RESPECTFULLY SUBMITTED,
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

November 23, 2005

RESPECTFULLY SUBMITTED,
**THE TOWN OF MANSFIELD AND JOHN O. D'AGOSTINO**,

By their attorneys,

/s/ Deborah I. Ecker /CMG
Leonard H. Kesten (BBO # 542042)
Deborah I. Ecker (BBO # 554623)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

/s/ Susan Jacobs /CMG
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
508-222-1463

November 23, 2005

**CERTIFICATE OF SERVICE**

I, Christine M. Griffin, hereby certify that I caused the foregoing document to be served by first class mail, postage prepaid, on this the 23rd of November, 2005, on the following:

Leonard H. Kesten
Deborah I. Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703

/s/ Christine M. Griffin
Christine M. Griffin
