UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) ) ) ) |
| Defendants. | ) ) |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE
### TO MARCH 31, 2006

The parties to this matter hereby jointly move to extend the deadline for the completion of all discovery in this matter to March 31, 2006, and as reason therefore state the following:

1. The current discovery deadline in this matter is January 19, 2006. Several depositions have already been taken in this matter. The parties have also agreed on 6 additional dates in January, 2006 for deposing 8 individuals. However, there are approximately 5 additional deposition dates that need to be scheduled in this matter. Because of the trial schedules of all counsel, the parties to this matter have had difficulty finding additional dates to schedule these depositions prior to the current discovery deadline of January 19, 2006.

2. Because extending the discovery deadline in this matter will impact the pre-trial conference date previously set by the Court, the parties additionally hereby move that the Court set new pre-trial filing and pre-trial conference dates in this matter for early April, 2006.

BOS:3714.1/999999-999999                           -1-

3. For all of these reasons, the parties jointly move the Court to extend the deadline for completion of all discovery in this matter to March 31, 2006.

RESPECTFULLY SUBMITTED,
**DR. JOHN J. BELIVEAU,**

By his attorneys,

/s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

RESPECTFULLY SUBMITTED,
**THE TOWN OF MANSFIELD AND JOHN O. D'AGOSTINO,**

By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten (BBO # 542042)
Deborah I. Ecker (BBO # 554623)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

/s/ Susan Jacobs
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
508-222-1463

DATED: December 28, 2005