DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>    Plaintiff<br>VS.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT AND JOHN<br>D'AGOSTINO,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' REQUEST FOR A COURT ORDER DIRECTING THE DEPARTMENT OF THE NAVY AND THE UNITED STATES DEPARTMENT OF LABOR TO RELEASE ALL DOCUMENTS RELATED TO THE PLAINTIFF'S LAWSUIT BROUGHT AGAINST THE NAVY

The Defendants hereby request that this honorable Court issue an Order directing the United States Department of the Navy and the United States Department of Labor to provide the Defendants with copies of any and all documents filed by any party in the Plaintiff's claim entitled *John J, Beliveau v. Naval Undersea Warfare Center Division, United States Department of Labor Officer of Administrative Law Judges Case Nos. 97-SDW-1 and 97-SDW-4*. As grounds therefore, the Defendants state that the request for the documents is reasonably calculated to lead to the discovery of admissible evidence at the trial on the Plaintiff's claims pending before this Court.

The claim named in the previous paragraph involved the Plaintiff's whistleblower claims against his previous employer. The claims were strikingly similar to the claims that the Plaintiff is making against the instant Defendants. Indeed, the litigation of Mr. Beliveau's claim against the Naval Undersea Warfare Center was ongoing during the period of time that the Plaintiff was employed by the Defendant Town of Mansfield. The Defendants' request for these documents is reasonably calculated to lead to admissible evidence.

1

WHEREFORE, the Defendants respectfully ask that this honorable Court grant the Defendants request. A proposed Order has been filed along with this request.

        Respectfully submitted,
        The Defendants,
        Town of Mansfield Municipal Electric Department
        and John D'Agostino,
        By their attorneys,


        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO# 542042
        Deborah I. Ecker, BBO# 554623
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

        Respectfully submitted,
        The Defendants,
        By their attorneys,


        /s/ Susan Jacobs
        Susan Jacobs
        Robert Mangiaratti
        Volterra, Goldberg, Mangiaratti & Jacobs
        Three Mill Street
        Attleboro, MA 02703
        (508) 222-1463

DATED: March 24, 2006