UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU, )
               Plaintiff )
VS. )
   )
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND JOHN )
D'AGOSTINO, )
               Defendants )

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendants has attempted to confer with Juliane Baliro, attorney for the Plaintiff, by giving a copy and discussing the Request for Court Order with Attorney Baliro, in a good faith attempt to resolve or narrow the issues raised by the instant Request for Court Order, and that the Plaintiff's attorney has not responded to date.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Susan Jacobs
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: March 24, 2006