UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU,        )
                  Plaintiff  )
VS.                          )
                             )
TOWN OF MANSFIELD MUNICIPAL  )
ELECTRIC DEPARTMENT AND JOHN )
D'AGOSTINO,                  )
                  Defendants )

### DEFENDANTS' REQUEST FOR ORDER TO HAVE THE PLAINTIFF UNDERGO A MENTAL EXAMINATION PURSUANT TO FED. R. CIV. P. 35

The Defendants hereby request that this Honorable Court order the Plaintiff to submit to a mental examination and testing pursuant to Rule 35 of the Federal Rules of Civil Procedure. As grounds therefore, the Defendants state that the Plaintiff has placed his mental health at issue by claiming that the Defendants' actions have caused him severe emotional distress. The Defendants are entitled to explore not only the nature and extent of the Plaintiff's emotional distress but also whether there are other aspects of the Plaintiff's life that have caused or contributed to the emotional distress alleged.

Further, the Plaintiff is claiming that he was the subject of harassment by Mr. D'Agostino and that he suffered from adverse employment action causing him physical and emotional distress. The standard for showing harassment is objective and must be considered in light of a reasonable person in the Plaintiff's position. The Defendants have the right to explore whether the Plaintiff's mental condition made him particularly sensitive to his work environment and actions taken by others in that environment.

1

In order to be able to properly defend against the Plaintiff's harassment and emotional distress claims, the defendants request that this honorable Court order that the Plaintiff be examined and tested by Ronald Schouten, MD, JD., Associate Professor of Psychiatry, Director, Law and Psychiatry Service, Massachusetts General Hospital, 15 Parkman Street, Boston, Massachusetts at a mutually convenient time

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Susan Jacobs
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: March 24, 2006