UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU, )
         Plaintiff )
VS. )
  )
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND JOHN )
D'AGOSTINO, )
         Defendants )

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendants has attempted to confer with Christine Griffin, attorney for the Plaintiff, by telephone in the above-entitled action, in a good faith attempt to resolve or narrow the issues raised by the instant motion, and that the Plaintiff's attorney objects to the Rule 35 examination and testing going forward.

                        Respectfully submitted,
                        The Defendants,
                        By their attorneys,

                        /s/ Leonard H. Kesten
                        Leonard H. Kesten, BBO# 542042
                        Deborah I. Ecker, BBO# 554623
                        BRODY, HARDOON, PERKINS & KESTEN, LLP
                        One Exeter Plaza
                        Boston, MA 02116
                        (617) 880-7100

                        Respectfully submitted,
                        The Defendants,
                        By their attorneys,

                        /s/ Susan Jacobs
                        Susan Jacobs
                        Robert Mangiaratti
                        Volterra, Goldberg, Mangiaratti & Jacobs
                        Three Mill Street
                        Attleboro, MA 02703
DATED: March 24, 2006     (508) 222-1463