EXHIBIT C -Part 3

TO

PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS FROM DEFENDANTS TOWN OF MANSFIELD
ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Docket No. 04-11329-DPW

DR. JOHN J. BELIVEAU,
    Plaintiff,

v.

TOWN OF MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT, JOHN O.
D'AGOSTINO,
    Defendants.

NOTICE OF TAKING THE CONTINUED DEPOSITION OF
JOHN O. D'AGOSTINO PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO:   Leonard H. Kesten, Esq.          Susan Jacobs, Esq.
       Deborah Ecker, Esq.             Robert Mangiaratti, Esq.
       Brody Hardoon Perkins & Kesten   Volterra Goldberg Mangiaratti & Jacobs
       One Exeter Plaza               Three Mill St.
       Boston, MA 02116             Attleboro, MA 02703

PLEASE TAKE NOTICE that, at 9:00 a.m. on Tuesday, December 27, 2005 and 9:00 a.m. on Wednesday, December 28, 2005 at the offices of Wolf, Block, Schorr & Solis-Cohen LLP, One Boston Place, Boston, Massachusetts, the Plaintiff, Dr. John J. Beliveau ("Dr. Beliveau"), by his attorneys, will take the continued deposition upon oral examination of Defendant, John O. D'Agostino ("D'Agostino").

The deposition will be conducted before a Notary Public or other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

-2-

D'Agostino is directed, pursuant to Fed. R. Civ. P. 30(b)(6) and 34, to produce at or before the scheduled deposition the documents in the possession, custody or control of D'Agostino and the Town of Mansfield listed in the attached Schedule A.

                                                    Respectfully Submitted,
                                                    Dr. John J. Beliveau,
                                                    By his attorneys,

                                                    Juliane Balliro (BBO#028010)
                                                    Christine M. Griffin (BBO#651401)
                                                    Wolf, Block, Schorr & Solis-Cohen LLP
                                                    One Boston Place
                                                    Boston, MA 02108
                                                    617-226-4000

Dated: December 7, 2005

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this 7th day of December, 2005, on counsel of record by facsimile and first class mail.

                                                    Christine M. Griffin

## SCHEDULE A
### Documents to be Produced

1. Complete copies of the Mansfield Electric Department Depreciation Accounts for the years 2002-2004.

2. Complete copies of the Mansfield Electric Department Cash Accounts for the years 2002-2004.

3. Complete copies of the Town of Mansfield Cash Accounts for the years 2002-2004.

4. Copies of the Town of Mansfield reconciliation of cash accounts complete with variances identified and all auditor recommendations and management letters for the years 1998-present.

5. All memos, documents or other communications regarding cash balance discrepancies between 1998-2004.

6. All memos, e-mails or other communications between Bea Kearney, and/or Richard Boucher, and/or John D'Agostino regarding cash balances, cash reconciliation, transfers of funds, budgets and/or the person of Jack Beliveau from 1998-present.

7. All bills, with supporting documentation and/or studies, submitted by the Town of Mansfield to the Mansfield Electric Department for internal charges made during the years 1998-2005.

8. All records relating to INTERNAL CHARGES AND PILOT payments made by the Town of Mansfield or the Mansfield Electric Department during the years 1998-2005 and supporting documentation for those charges.

9. All documents relating to or reflecting costs charged to the Mansfield Electric Department for health insurance with documentation supporting said costs from 1998-present

10. All documents relating to or reflecting costs charged to the Mansfield Electric Department for Pension costs, and any documentation supporting said costs, from 1998-present.

11. The Town of Mansfield budgets for the years 2000-2004.

12. All e-mail correspondence concerning Dr. John Beliveau or matters for which Dr. John Beliveau was responsible.

13. Any and all documents of any nature whatsoever submitted to James Goulet relating to the Mansfield Electric Department audit conducted during the year 2003.

14. Any and all notes, records or other documents reflecting conversations with Dr. John Beliveau or conversations concerning Dr. John Beliveau and occurring during the years 2001-2004.

15. Any and all records reflecting or relating to Mansfield Electric Department lockbox accounts for the years 2001-2004.

16. All payroll change slips from 1998 through the present for the following individuals: Jack Beliveau, Richard Boucher, Sandra LaRosee, Lee Azinheira, Helen Christian, Sue McGinley and John D'Agostino.

17. All American Express credit card bills concerning charges by John D'Agostino and all backup and supporting documentation for those charges from 1998- present.

18. All memos, e-mails or other communications between Bea Kearney and John D'Agostino regarding American Express charges from 1998–present.

19. Any and all tapes of Town of Mansfield meetings from 1998-present.

20. Copies of all records refelcting telephone calls made by John D'Agostino, including records of calls from work, residential and cell phones.

21. Any and all documents that have been publicly filed and which pertain to John D'Agostino's divorce from his wife, including, any affidavit by John D'Agostino's former wife.

22. Copies of all e-mail communication between Louis Amoruso and John D'Agostino and/or Dr. John Beliveau.

23. Copies of all e-mail communication between Louis Amoruso and other members of the Mansfield Board of Selectmen regarding Dr. John Beliveau, John D'Agostino, and/or the Mansfield Electric Department.

24. Copies of all e-mail communication between Louis Amoruso and Andrew Gazola, chairman of the Mansfield Finance Committee.

25. Copies of all e-mail communication between Louis Amoruso and members of the Mansfield Finance Committee.

26. Copies of any police log indicating any calls or responses to calls to the home of John D'Agostino occurring between 1998 and the present.

27. Copies of any police log indicating any calls or responses to calls to the home of any selectman or former selectman of the Town of Mansfield and occurring between 1998 and the present.

28. All e-mail communications between Gary Babin and John D'Agostino whether contained on personal computers or work computers, from January 1, 2003 until the present.

29. All e-mail communications between Gary Babin and members of the Board of Light Commissioners from January 1, 2003 until the present

30. Copies of all telephone records, including records of calls from work, residential and cell phones, or demonstrating calls between Gary Babin and 1) John D'Agostino; or 2) any other representative of Mansfield, including members of the Finance Committee; or 3) former employers of the Town of Mansfield, between January 1, 2003 and June 1, 2004.

31. Copies of all studies, analyses and documents concerning increases in the Purchase Power Cost Adjustment (PPCA) made in the Town of Mansfield during 2003, 2004 and 2005.

32. Copies of any studies, reports or analyses concerning internal charges received from the Town of Mansfield in 2004 and 2005.

33. A copy of the Mansfield Electric Department audit and management letters for fiscal and/or calendar year 2002, 2003, and 2004.

34. Copies of legal bills, charged to or paid by the Mansfield Electric Department from January 1, 2003 through the present.

35. Copies of bills from PLM, including all detailed summaries, charged to or paid by the Mansfield Electric Department from January 1, 2003 through the present.

36. A copy of the e-mail archive from the Mansfield Electric Department's e-mail server from February 2004 through the latest available month.

37. A copy of rate comparisons published by MMWEC for typical 500 KWH/month customers for fourth quarter 2003 and the most recent quarter of 2005.

38. All American Express bills reflecting charges from January 2002 to the present.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Docket No. 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>　　　　Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN O.<br>D'AGOSTINO,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF TAKING THE CONTINUED DEPOSITION OF
JOHN O. D'AGOSTINO PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO:　Leonard H. Kesten, Esq.　　　　　　Susan Jacobs, Esq.
　　　Deborah Ecker, Esq.　　　　　　　　Robert Mangiaratti, Esq.
　　　Brody Hardoon Perkins & Kesten　　Volterra Goldberg Mangiaratti & Jacobs
　　　One Exeter Plaza　　　　　　　　　　Three Mill St.
　　　Boston, MA 02116　　　　　　　　　　Attleboro, MA 02703

PLEASE TAKE NOTICE that, at 9:00 a.m. on Tuesday, January 10, 2006 and 9:00 a.m. on Wednesday, January 11, 2006 at the offices of Wolf, Block, Schorr & Solis-Cohen LLP, One Boston Place, Boston, Massachusetts, the Plaintiff, Dr. John J. Beliveau ("Dr. Beliveau"), by his attorneys, will take the continued deposition upon oral examination of Defendant, John O. D'Agostino ("D'Agostino").

The deposition will be conducted before a Notary Public or other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

-2-

D'Agostino is directed, pursuant to Fed. R. Civ. P. 30(b)(6) and 34, to produce at or before the scheduled deposition the documents in the possession, custody or control of D'Agostino and the Town of Mansfield listed in the attached Schedule A.

Respectfully Submitted,
Dr. John J. Beliveau,
By his attorneys,

*/s/ Christine M. Griffin*

Juliane Balliro (BBO#028010)
Christine M. Griffin (BBO#651401)
Wolf, Block, Schorr & Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-226-4000

Dated: December 12, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this 12th day of December, 2005, on counsel of record by facsimile and first class mail.

*/s/ Christine M. Griffin*

Christine M. Griffin

## SCHEDULE A
### Documents to be Produced

1. Complete copies of the Mansfield Electric Department Depreciation Accounts for the years 2002-2004.

2. Complete copies of the Mansfield Electric Department Cash Accounts for the years 2002-2004.

3. Complete copies of the Town of Mansfield Cash Accounts for the years 2002-2004.

4. Copies of the Town of Mansfield reconciliation of cash accounts complete with variances identified and all auditor recommendations and management letters for the years 1998-present.

5. All memos, documents or other communications regarding cash balance discrepancies between 1998-2004.

6. All memos, e-mails or other communications between Bea Kearney, and/or Richard Boucher, and/or John D'Agostino regarding cash balances, cash reconciliation, transfers of funds, budgets and/or the person of Jack Beliveau from 1998-present.

7. All bills, with supporting documentation and/or studies, submitted by the Town of Mansfield to the Mansfield Electric Department for internal charges made during the years 1998-2005.

8. All records relating to INTERNAL CHARGES AND PILOT payments made by the Town of Mansfield or the Mansfield Electric Department during the years 1998-2005 and supporting documentation for those charges.

9. All documents relating to or reflecting costs charged to the Mansfield Electric Department for health insurance with documentation supporting said costs from 1998-present

10. All documents relating to or reflecting costs charged to the Mansfield Electric Department for Pension costs, and any documentation supporting said costs, from 1998-present.

11. The Town of Mansfield budgets for the years 2000-2004.

12. All e-mail correspondence concerning Dr. John Beliveau or matters for which Dr. John Beliveau was responsible.

13. Any and all documents of any nature whatsoever submitted to James Goulet relating to the Mansfield Electric Department audit conducted during the year 2003.

14. Any and all notes, records or other documents reflecting conversations with Dr. John Beliveau or conversations concerning Dr. John Beliveau and occurring during the years 2001-2004.

15. Any and all records reflecting or relating to Mansfield Electric Department lockbox accounts for the years 2001-2004.

16. All payroll change slips from 1998 through the present for the following individuals: Jack Beliveau, Richard Boucher, Sandra LaRosee, Lee Azinheira, Helen Christian, Sue McGinley and John D'Agostino.

17. All American Express credit card bills concerning charges by John D'Agostino and all backup and supporting documentation for those charges from 1998- present.

18. All memos, e-mails or other communications between Bea Kearney and John D'Agostino regarding American Express charges from 1998–present.

19. Any and all tapes of Town of Mansfield meetings from 1998-present.

20. Copies of all records refelcting telephone calls made by John D'Agostino, including records of calls from work, residential and cell phones.

21. Any and all documents that have been publicly filed and which pertain to John D'Agostino's divorce from his wife, including, any affidavit by John D'Agostino's former wife.

22. Copies of all e-mail communication between Louis Amoruso and John D'Agostino and/or Dr. John Beliveau.

23. Copies of all e-mail communication between Louis Amoruso and other members of the Mansfield Board of Selectmen regarding Dr. John Beliveau, John D'Agostino, and/or the Mansfield Electric Department.

24. Copies of all e-mail communication between Louis Amoruso and Andrew Gazola, chairman of the Mansfield Finance Committee.

25. Copies of all e-mail communication between Louis Amoruso and members of the Mansfield Finance Committee.

26. Copies of any police log indicating any calls or responses to calls to the home of John D'Agostino occurring between 1998 and the present.

27. Copies of any police log indicating any calls or responses to calls to the home of any selectman or former selectman of the Town of Mansfield and occurring between 1998 and the present.

28. All e-mail communications between Gary Babin and John D'Agostino whether contained on personal computers or work computers, from January 1, 2003 until the present.

29. All e-mail communications between Gary Babin and members of the Board of Light Commissioners from January 1, 2003 until the present

30. Copies of all telephone records, including records of calls from work, residential and cell phones, or demonstrating calls between Gary Babin and 1) John D'Agostino; or 2) any other representative of Mansfield, including members of the Finance Committee; or 3) former employers of the Town of Mansfield, between January 1, 2003 and June 1, 2004.

31. Copies of all studies, analyses and documents concerning increases in the Purchase Power Cost Adjustment (PPCA) made in the Town of Mansfield during 2003, 2004 and 2005.

32. Copies of any studies, reports or analyses concerning internal charges received from the Town of Mansfield in 2004 and 2005.

33. A copy of the Mansfield Electric Department audit and management letters for fiscal and/or calendar year 2002, 2003, and 2004.

34. Copies of legal bills, charged to or paid by the Mansfield Electric Department from January 1, 2003 through the present.

35. Copies of bills from PLM, including all detailed summaries, charged to or paid by the Mansfield Electric Department from January 1, 2003 through the present.

36. A copy of the e-mail archive from the Mansfield Electric Department's e-mail server from February 2004 through the latest available month.

37. A copy of rate comparisons published by MMWEC for typical 500 KWH/month customers for fourth quarter 2003 and the most recent quarter of 2005.

38. All American Express bills reflecting charges from January 2002 to the present.