EXHIBIT D – Part 2

TO

**PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS FROM DEFENDANTS TOWN OF MANSFIELD
ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DR. JOHN J. BELIVEAU,<br>Plaintiff, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 1:04-cv-11329-DPW |
| TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN O.<br>D'AGOSTINO,<br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

RE-NOTICE OF TAKING THE DEPOSITION OF
BEA KEARNEY PURSUANT TO FED. R. CIV. P. 30

TO:    Leonard H. Kesten, Esq.
       Brody, Hardoon, Perkins & Kesten, LLP
       One Exeter Plaza
       Boston, MA  02116

PLEASE TAKE NOTICE that, at 10:00 a.m. on Thursday, September 22, 2005, at the

offices of Wolf, Block, Schorr & Solis-Cohen LLP, One Boston Place, Boston, Massachusetts,

the Plaintiff, Dr. John J. Beliveau ("Dr. Beliveau"), by his attorneys, will take the deposition

upon oral examination of Bea Kearney ("Kearney").

The deposition will be conducted before a Notary Public or other officer authorized by

law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Kearney has been directed, pursuant to Fed. R. Civ. P. 30 and 45, to produce at or before

the scheduled deposition the documents in the possession, custody or control of Kearney listed in

the attached Schedule A.

Respectfully Submitted,

Dr. John J. Beliveau,
By his attorneys,

Juliane Balliro (BBO#028010)
Christine M. Griffin (BBO#651401)
Wolf, Block, Schorr & Solis-Cohen LLP
One Boston Place
Boston, MA  02108
617-226-4000

Dated: August 29, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this 29 day of August, 2005,to Leonard Kesten by hand, and to all other counsel of record by first-class mail, postage prepaid.

Juliane Balliro

## SCHEDULE A
### Documents to be Produced

1.     Complete copies of the Mansfield Electric Department Depreciation Accounts for the years 2002-2004.

2.     Complete copies of the Mansfield Electric Department Cash Accounts for the years 2002-2004.

3.     Complete copies of the Town of Mansfield Cash Accounts for the years 2002-2004.

4..    Copies of the Town of Mansfield reconciliation of cash accounts complete with variances identified and all auditor recommendations and management letters for the years 1998-present.

5.     All memos documents or other communications regarding cash balance discrepancies between 1998 and 2004.

6.     All memos, e-mails or other communications between Bea Kearney, and/or Richard Boucher, and or John D'Agostino regarding cash balances, cash reconciliation, transfers of funds, budgets and/or the person of Jack Beliveau from 1998-present.

7.     All bills, with supporting documentation and/or studies, submitted by the Town of Mansfield to the Mansfield Electric Department for internal charges made during the years 1998-2005.

8.     All records relating to INTERNAL CHARGES AND PILOT payments made during the years 1998-2005 and supporting documentation for those charges.

9.     All documents relating to or reflecting costs charged to the Mansfield Electric Department for health insurance with documentation supporting said costs from 1998-present

10.    All documents relating to or reflecting costs charged to the Mansfield Electric Department for Pension cost and charges with documentation supporting said costs from 1998-present

11.    The Town of Mansfield budgets for the years 2000-2004.

12.    All e-mail correspondence in any way related to Jack Beliveau or any issue involving Jack Beliveau.

13.    Any and all documents of any nature whatsoever submitted to James Goulet relating to the Electric Department audit conducted during the year 2003.

14.     Any and all notes, records, documents reflecting conversations with Jack Beliveau or about Jack Beliveau for the years 2001-2004.

15.     Any and all records reflecting or relating to lockbox accounts for the years 2001-2004.

16.     All payroll change slips 1998-present for the following individuals: Jack Beliveau, Richard Boucher, Sandra LaRosee, Lee Azinheira, Helen Christian, Sue McGinley, John D'Agostino,

17.     All American Express credit card bills charged by John D'Agostino with backup and supporting documentation from 1998-the present.

18.     All memo's e-mails or other communications between Bea Kearney and John D'Agostino regarding American Express charges from 1998-present.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Docket No. 04-11329-DPW

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU,<br>Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN O.<br>D'AGOSTINO,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF TAKING THE CONTINUED DEPOSITION OF
BEATRICE KEARNEY PURSUANT TO FED. R. CIV. P. 30

TO:   Leonard H. Kesten, Esq.               Susan Jacobs, Esq.
      Brody Hardoon Perkins & Kesten        Volterra Goldberg Mangiaratti & Jacobs
      One Exeter Plaza                       Three Mill St.
      Boston, MA  02116                      Attleboro, MA  02703

PLEASE TAKE NOTICE that, at 9:00 a.m. on Thursday, November 29, 2005, at the

offices of Wolf, Block, Schorr & Solis-Cohen LLP, One Boston Place, Boston, Massachusetts,

the Plaintiff, Dr. John J. Beliveau ("Dr. Beliveau"), by his attorneys, will take the continued

deposition upon oral examination of Beatrice Kearney ("Kearney").

The deposition will be conducted before a Notary Public or other officer authorized by

law to administer oaths.  The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Kearney is directed, pursuant to Fed. R. Civ. P. 30 and 34, to produce at or before the scheduled deposition the documents in the possession, custody or control of Kearney listed in the attached Schedule A.

Respectfully Submitted,
Dr. John J. Beliveau,
By his attorneys,

Juliane Balliro (BBO#028010)
Christine M. Griffin (BBO#651401)
Wolf, Block, Schorr & Solis-Cohen LLP
One Boston Place
Boston, MA  02108
617-226-4000

Dated:  December 7, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this 7th day of December, 2005, on counsel of record by facsimile and first class mail.

Christine M. Griffin

**SCHEDULE A**
**Documents to be Produced**

1.    Complete copies of the Mansfield Electric Department Depreciation Accounts for the years 2002-2004.

2.    Complete copies of the Mansfield Electric Department Cash Accounts for the years 2002-2004.

3.    Complete copies of the Town of Mansfield Cash Accounts for the years 2002-2004.

4.    Copies of the Town of Mansfield reconciliation of cash accounts complete with variances identified and all auditor recommendations and management letters for the years 1998-present.

5.    All memos, documents or other communications regarding cash balance discrepancies between 1998-2004.

6.    All memos, e-mails or other communications between Bea Kearney, and/or Richard Boucher, and/or John D'Agostino regarding cash balances, cash reconciliation, transfers of funds, budgets and/or Dr. John Beliveau from 1998-present.

7.    All bills, with supporting documentation and/or studies, submitted by the Town of Mansfield to the Mansfield Electric Department for internal charges made during the years 1998-2005.

8.    All records relating to INTERNAL CHARGES AND PILOT payments made by the Town of Mansfield or the Mansfield Electric Department during the years 1998-2005 and supporting documentation for those charges.

9.    All documents relating to or reflecting costs charged to the Mansfield Electric Department for health insurance with documentation supporting said costs from 1998-present

10.    All documents relating to or reflecting costs charged to the Mansfield Electric Department for Pension costs, and any documentation supporting said costs, from 1998-present.

11.    The Town of Mansfield budgets for the years 2000-2004.

12.    All e-mail correspondence concerning Dr. John Beliveau or matters for which Dr. John Beliveau was responsible.

13.    Any and all documents of any nature whatsoever submitted to James Goulet relating to the Mansfield Electric Department audit conducted during the year 2003.

14.    Any and all notes, records or other documents reflecting conversations with Dr. John Beliveau or conversations concerning Dr. John Beliveau and occurring during the years 2001-2004.

15.    Any and all records reflecting or relating to Mansfield Electric Department lockbox accounts for the years 2001-2004.

16.    All payroll change slips from 1998 through the present for the following individuals:  Jack Beliveau, Richard Boucher, Sandra LaRosee, Lee Azinheira, Helen Christian, Sue McGinley and  John D'Agostino.

17.    All American Express credit card bills concerning charges by John D'Agostino and all backup and supporting documentation for those charges from 1998-present.

18.    All memos, e-mails or other communications between Bea Kearney and John D'Agostino regarding American Express charges from 1998–present.