EXHIBIT I

TO

PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS FROM DEFENDANTS TOWN OF MANSFIELD
ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU, )
)
    Plaintiff )
VS. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
    Defendants )

## GARY BABIN'S RESPONSE TO DOCUMENT REQUESTS CONTAINED IN SCHEDULE A ATTACHED TO NOTICE OF TAKING THE DEPOSITION OF GARY BABIN

Gary Babin produces the following responsive documents currently in his possession, custody or control in response to the documents in Schedule A attached to the Notice of Taking the Deposition of Gary Babin.

1. The Defendants will provide the Plaintiff with a copy of the Town of Mansfield Municipal Electric Department e-mail archive discs for the years 2004-2005. The Defendants have not been able to open and read the contents of those discs to date. Mr. Babin is aware of no other responsive documents currently in his possession, custody or control.

2. The Defendants will provide the Plaintiff with a copy of the Town of Mansfield Municipal Electric Department e-mail archive discs for the years 2004-2005. The Defendants have not been able to open and read the contents of those discs to date. Mr. Babin is aware of no other responsive documents currently in his possession, custody or control.

3. Objection. The Defendants object to this request on the grounds that it is overbroad, unduly burdensome and seeks documents that are not relevant to the subject matter of this matter and are not reasonably calculated to lead to the discovery of admissible evidence. Specifically, the Defendant objects to the production of residential telephone records and telephone records from the identified individuals personal cellular telephones. Without waiving these or any other objections the Defendants respond to this request as follows: The telephone system at The Town of Mansfield Town Hall does not identify calls by line so it is impossible to identify the origin of the calls made from that location. Accordingly, the telephone records from Town Hall will not be produced here. The Defendant has already produced telephone records demonstrating calls to Gary Babin that are currently in the Defendant's possession, custody and control as Exhibit 13 attached to The Defendant Town of Mansfield's Response to Plaintiff's Request for the Production of Documents. Those documents will not be reproduced here.

4. Attached hereto as Exhibit 4 are copies of documents concerning the PPCA for the Town of Mansfield for the years 2004 and 2005, that are currently in the Defendants' possession, custody or control.

5. Attached hereto as Exhibit 5 are copies of studies, reports or analyses concerning internal charges received from the Town of Mansfield in 2004 and 2005 currently in the Defendants' possession, custody or control.

6. Attached hereto as Exhibit 6 are copies of the Mansfield Electric Department audit and management letters for fiscal and/or calendar

years 2002, 2003 and 2004 that are currently the Defendants' possession, custody or control.

7. Attached hereto as Exhibit 7 are the Mansfield Electric Department Legal Bills from January 1, 2003 to the present currently in the Defendants' possession, custody or control.

8. Attached hereto as Exhibit 8 are copies of bills from PLM from January 1, 2003 through the present currently in the Defendants' possession, custody or control.

9. The Defendants will provide the Plaintiff with a copy of the Town of Mansfield Municipal Electric Department e-mail archive discs for the years 2004-2005. The Defendants have not been able to open and read the contents of those discs to date.

10. Attached as Exhibit 10 is a residential rate comparison from January 2006. The Defendants are aware of no other responsive documents currently in the Defendants' possession, custody or control.

11. Attached hereto as Exhibit 11 are the American Express bills reflecting charges from January 2002 to the present currently in the Defendants' possession, custody or control. .

Respectfully submitted,
The Defendants,
By their attorneys,

_____
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

3

                        Respectfully submitted,
                        The Defendants,
                        By their attorneys,

                        _/s/ Susan Jacobs_
                        Susan Jacobs
                        Robert Mangiaratti
                        Volterra, Goldberg, Mangiaratti & Jacobs
                        Three Mill Street
                        Attleboro, MA 02703
                        (508) 222-1463

DATED: March 23, 2006