EXHIBIT J

TO

PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS FROM DEFENDANTS TOWN OF MANSFIELD
ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO

1

VOLUME: I
PAGES: 1-165
EXHIBITS: See Index

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-11329-DPW

---------------------------------x
DR. JOHN J. BELIVEAU,            x
            Plaintiff            x
                                 x
       vs.                       x
                                 x
TOWN OF MANSFIELD MUNICIPAL      x
ELECTRIC DEPARTMENT, JOHN O.     x
D'AGOSTINO,                      x
            Defendants           x
---------------------------------x

    DEPOSITION of JOHN D'AGOSTINO, 30(b)(6) witness, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jill Kourafas, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts held at the Law Offices of Wolf Block, One Boston Place, Boston, Massachusetts, on Monday, September 12, 2005, commencing at 10:00 a.m.

REPORTERS, INC.
GENERAL & TECHNICAL COURT REPORTING
23 MERRYMOUNT ROAD, QUINCY, MA 02169
617.786.7783/FACSIMILE 617.786.7723

---

2

APPEARANCES OF COUNSEL:

For the Plaintiff:
WOLF BLOCK SCHORR SOLIS & COHEN, LLP
(BY: JULIANE BALLIRO, ESQ.)
One Boston Place
Boston, Massachusetts 02108

For the Defendant Town of Mansfield:
VOLTERRA, GOLDBERG, MANGIARATTI & JACOBS
(BY: SUSAN JACOBS, ESQ.)
Three Mill Street
Attleboro, Massachusetts 02703

For the Defendant John O. D'Agostino:
BRODY, HARDOON, PERKINS & KESTEN, LLP
(BY: LEONARD H. KESTEN, ESQ.)
One Exeter Plaza
Boston, Massachusetts 02116

---

3

INDEX

| Testimony of: | Page |
|---|---|
| JOHN D'AGOSTINO<br>Examination by Ms. Balliro | |

INDEX OF EXHIBITS

| Exhibits | Description | Page |
|---|---|---|
| 1 | Subpoena | 4 |
| 2 | Town of Mansfield's Response to Document Request Contained in Schedule B of Notice of Deposition to Town of Mansfield pursuant to Rule 30(b)(6) of the Federal Rules Of Civil Procedure | 4 |
| 3 | Notice of Taking the Deposition of the Town of Mansfield Municipal Electric Department through its designated witness pursuant to Federal Rules of Civil Procedure 30(b)(6) | 38 |

---

4

                PROCEEDINGS
                STIPULATIONS

    It is hereby stipulated and agreed
by and between counsel for the respective
parties that all objections, except as to
form, and motions to strike will be reserved
until the time of trial or pretrial hearing.
    It is further agreed the witness
will read and sign the deposition transcript
within 30 days of receipt of deposition
transcript under the pains and penalties of
perjury; otherwise, the deposition transcript
will be deemed signed.

    (Exhibit No. 1, Subpoena, marked.)

    (Exhibit No. 2, Town of Mansfield's
Response to Document Request
Contained in Schedule B of Notice
of Deposition to Town of Mansfield
pursuant to Rule 30(b)(6) of the
Federal Rules pf Civil
Procedure, marked.)

41

1    MR. KESTEN: And you did.
2 Q. Let's refer to the one that is --
3    MR. KESTEN: Incorrectly numbered.
4    MS. BALLIRO: Part of the problem
5 is, Lenny, that when you responded to them,
6 you didn't include your request with -- the
7 request for the responses, so...
8    MR. KESTEN: I have as much
9 knowledge about this document response as my
10 client.
11 Q. I'm going to place Exhibit No. 2 before you.
12    And Exhibit 2, for the record, is
13 the "Town of Mansfield's Response to the
14 Document Requests Contained in Schedule B of
15 the Notice of Deposition to Town of Mansfield
16 Pursuant to 30(b)(6) of the Federal Rules of
17 Civil Procedure."
18    And I am going to put Schedule B in
19 front of you now. First of all, have you
20 seen Exhibit No. 2 before today?
21 A. **(Witness reviews document.)**
22    I don't believe so.
23 Q. Okay, so, is it fair to say that you played
24 no role in the preparation of Exhibit No. 2?

42

1 A. **That's correct.**
2 Q. And were you at least aware that Bea Kearney
3 had responded to a document request in
4 connection with her Notice of Deposition?
5 A. **No.**
6 Q. Have you had any conversations with Bea
7 Kearney about the fact that she was requested
8 to produce documents?
9 A. **I don't believe so.**
10 Q. Okay, so, is it your testimony, as you sit
11 here today, that you and Bea Kearney never
12 discussed Mr. Beliveau's request for
13 documents from her?
14 A. **I don't believe so. I'm not quite sure if we
15 did or didn't.**
16 Q. Were you aware that Mr. Beliveau had served
17 Mr. Boucher with a deposition notice
18 requesting documents?
19 A. **I don't believe so.**
20 Q. So, is it your testimony, as you sit here
21 today, that you've never discussed with
22 Mr. Boucher either the fact that he had been
23 requested to produce documents or anything
24 about the request for documents?

43

1 A. **That's true.**
2 Q. Do you know what documents Exhibit 2 refers
3 to when it refers to documents produced by
4 Bea Kearney?
5 A. **I don't know what documents it would refer
6 to.**
7    MR. KESTEN: I want to put something
8 on the record. As we discussed off the
9 record, the document request associated with
10 all the subpoenas were handled by counsel who
11 obtained documents and prepared responses.
12 As I told you, that's how it happened.
13 That's how it happened.
14 Q. Did you have any meetings or any discussions
15 with either Bea Kearney or Richard Boucher
16 concerning the documents that were to be
17 produced or documents that had been produced
18 in connection with any of the notices or
19 request for production of documents in this
20 case?
21 A. **I don't believe so.**
22 Q. Did you at any point in time take any
23 responsibility for the production of
24 documents in this case?

44

1 A. **I don't believe so.**
2 Q. Did you direct any member of the Electric
3 Department to cooperate or participate in the
4 production of documents in this case?
5 A. **I don't believe so.**
6 Q. Do you know if any members of the Electric
7 Department, anyone employed by the Electric
8 Department participated in the document
9 production in this case?
10 A. **I don't believe so. I don't know.**
11 Q. And do you know if anyone employed by the
12 Town of Mansfield cooperated in the document
13 production in this case?
14 A. **I don't know.**
15 Q. So, is it your testimony that, to your
16 knowledge, as your counsel has already said,
17 that the document production in this case was
18 handled exclusively by your counsel and
19 counsel for the Town of Mansfield?
20 A. **I believe so.**
21 Q. Okay. Let's take those two back.
22 A. **(Witness complies.)**
23 Q. Can you tell me what, sir, you did in
24 preparation for today's deposition?