UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff | ) |
| VS. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants | ) |

## DEFENDANTS' MOTION TO AMEND ANSWER TO ADD COUNTERCLAIMS

The Defendants, the Town of Mansfield Municipal Electric Department "MMED" and John D'Agostino, hereby ask this Honorable Court to allow them to Amend their Answer by adding the attached Counterclaims.

As ground therefore, the Defendants state that discovery conducted in the past three months has developed evidence which supports this Counterclaims. The fact that the plaintiff, Jack Beliveau, secretly converted MMED funds in 2001 was not discovered until February of 2006. Additionally, the evidence to support the assertion that Beliveau and his former employee, Kim Stoyle, secretly worked together to manufacture both her lawsuit and his claims was not discovered until recently as a result of documents produced by the plaintiff.

The Counterclaims the Defendants seek to assert against the Plaintiff is as follows: 1) the violation of M.G.L. c. 268A; 2) conversion; 3) conspiracy to abuse process; 4) intentional infliction of emotional distress; and 5) conspiracy to commit perjury. The addition of these Counterclaims will not unduly delay the

1

trial of this matter since the facts supporting the claims therein are available to all of the parties and have already been discovered. Further, the subject matter of the Counterclaims forms the basis of the defendants' defense to the plaintiff's complaint and all issues will be tried in any event. Thus, the allowance of this motion will not change the scope of the trial.

Wherefore, the Defendants, Town of Mansfield Municipal Electric Department and John D'Agostino, hereby ask this Honorable Court to allow them to Amend their Answer by adding the attached Counterclaims.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 058260
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: April 5, 2006

## REQUEST FOR HEARING

The Defendants hereby respectfully requests a Hearing in this matter as it believes a hearing will assist the Court in rendering a just and fair decision.

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 058260

2