UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>    Plaintiff<br>VS.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT AND JOHN<br>D'AGOSTINO,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendants conferred with Juliane Balliro, attorney for the Plaintiff, by discussing the Motion to Amend Answer to Add Counterclaims and Request for Hearing and Motion to Consolidate Cases for Purposes of Trial Pursuant to Rule 42 of the Federal Rules of Civil Procedure and Request for Hearing, in a good faith attempt to resolve or narrow the issues raised by the instant motions and that we were unable to come to a resolution at this time.

    Respectfully submitted,
    The Defendants,
    By their attorneys,

    /s/ Leonard H. Kesten
    Leonard H. Kesten, BBO# 542042
    Deborah I. Ecker, BBO# 554623
    BRODY, HARDOON, PERKINS & KESTEN, LLP
    One Exeter Plaza
    Boston, MA 02116
    (617) 880-7100

DATED: April 7, 2006