UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____
                                    )
DR. JOHN J. BELIVEAU,               )
                                    )
       Plaintiff,                   )
                                    )
v.                                  )
                                    )
TOWN OF MANSFIELD MUNICIPAL         )
ELECTRIC DEPARTMENT AND             )
JOHN D'AGOSTINO,                    )
                                    )
       Defendants.                  )
_____)

**PLAINTIFF'S LIMITED OPPOSITION TO
DEFENDANTS' REQUEST FOR AN ORDER DIRECTING THE DEPARTMENT
OF THE NAVY AND THE UNITED STATES DEPARTMENT OF LABOR TO
RELEASE ALL DOCUMENTS RELATED TO THE PLAINTIFF'S LAWSUIT
BROUGHT AGAINST THE NAVY**

Plaintiff, Dr. John J. Beliveau ("Beliveau") hereby submits his limited opposition to the Defendants' Request for an Order Directing the United States Department of the Navy and the United States Department of Labor (the "Departments") to Release all Documents Related to the Plaintiff's Lawsuit Brought Against the Navy (the "Request") and as reasons therefore states the following:

The Request makes reference to certain complaints filed against the Departments: 97-SDW-1 and 97-SDW-4. Upon information and belief, these designations are incorrect. With this opposition, Beliveau seeks to correct and limit any Order this Court may issue pursuant to the Request to only: 1) the pleadings; 2) that were filed with a Navy or Department of Labor Court or tribunal; and 3) that were filed in the proper case designations. The proper case numbers are, in Plaintiff's understanding, as follows:

1997-SDW-00006; 1997-SDW-00001; and 1997-SDW-00004.  The "SDW" is an acronym for "Safe Drinking Water Act," which is how Beliveau's Navy cases were designated.  A proposed form of Order is attached to this opposition.

## CONCLUSION

For the reasons stated above, the Court should uphold the Plaintiff's limited Opposition to the Defendants' Request for an Order Directing the United States Department of the Navy and the United States Department of Labor to Release all Documents Related to the Plaintiff's Lawsuit Brought Against the Navy and, if the Request is allowed, limit it to the form of Order attached hereto.

RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

April 7, 2006

### CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 7th day of April, 2006.

 /s/ Christine M. Griffin
Christine M. Griffin

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants. | ) |

## **(Proposed) ORDER**

The Court hereby directs only the Courts or tribunals of the United States Department of the Navy and the United States Department of Labor to provide the Defendants in the above referenced matter with copies of any and all pleadings filed with those Courts or tribunals by any party in the following matters:

a) 1997-SDW-00006;

b) 1997-SDW-00001; and

c) 1997-SDW-00004.

Dated: _____        _____
                                                                    Judge Woodlock