**EXHIBIT A**

List of Plaintiff's Potential Trial Exhibits.
This list is not intended to be exhaustive, and Plaintiff reserves the right to supplement or amend this list.

1.  Charge of Discrimination dated December 5, 2002, by Kimberly Stoyle, the Chief Financial Officer of the Electric Department, against John D'Agostino.

2.  Light Commissioners Meeting Agendas
    10/20/03
    11/17/03
    12/22/03

3.  Minutes of Light Commissioners Meetings
    1/6/03
    2/3/03
    3/10/03
    4/14/03
    5/12/03
    6/9/03
    8/11/03
    9/10/03
    10/20/03
    11/17/03
    2/9/04

4.  Memoranda:
    To Board of Selectmen from John D'Agostino, dated 1/6/04 re: Status of North Main Street Poles
    To John D'Agostino from Lee Azinheira, DPW Director, dated 2/9/04 re: North Main Street/Verizon Update
    To John D'Agostino from Lee Azinheira, DPW Director, dated 3/27/03 re: North Main Street Underground Cable/Comcast
    Re: "Reasons Customers Make Payments At Electric Office," undated,
    Re: towns with light plants and auditors
    To John Beliveau from John D'Agostino dated 4/28/03 re: Use of Ratepayer Funds for Donations
    To John Beliveau from Kenneth Barna and Diedre Lawrence dated 5/9/03 re: Gifts to Charities and Town
    To Board of Light Commissioners from John Beliveau dated 5/12/03 re: Questions from Board Members Regarding Donations
    To Bob Mangiaratti from John Beliveau dated 5/7/03 re: Our Meeting May 7 Regarding Gifts by the Light Department to the Town or Outside Entities
    To Bob Mangiaratti from John Beliveau dated 4/29/03 re: Gifts by the Light Department to the Town or Outside Entities

To John Beliveau from John D'Agostino dated 4/28/03 re: Use of Ratepayer Funds for Donations
To Ken Barna and Diedre Lawrence from John Beliveau dated 4/29/03 re: Gifts by the Light Department to the Town or Outside Entities
To John D'Agostino from John Beliveau dated 9/4/03 re: Performance Appraisal
To John Beliveau from John D'Agostino dated 7/7/99 re: Salary Range Adjustment
To All Employees from Town Manager dated 10/3/83 re: Personnel Policy
To Board of Selectmen from John D'Agostino dated 6/14/99 re: Clarification of the Director of the Light Department's Position
To John D'Agostino from John Beliveau dated 8/15/02 re: Performance Appraisal
To John D'Agostino from John Beliveau dated 6/5/01 re: Performance Appraisal
To John D'Agostino from John Beliveau dated 6/12/00 re: Performance Appraisal
To John D'Agostino from John Beliveau dated 5/8/00 re: Salary Surveys
To Various from John D'Agostino dated 6/21/00 re IRS Reporting-Town Vehicles
To All Department Heads from John D'Agostino dated 7/22/99 re: Acting Town Manager Appointment
To Office Staff from Jack dated 10/25/00 re: Work Schedules
To John Beliveau from Richard Boucher and Bea Kearney dated 12/15/03 re: Audit Goulet, Salvidio, P.C.
To John D'Agostino from Bea Kearney and Richard Boucher dated 2/4/04 re: Police Details for Town Departments
To John Beliveau from Richard Boucher dated 2/4/04 re: Sales Tax Assessment
To John Beliveau from John D'Agostino dated 12/23/03 re: Light Department Auditors
To John Beliveau from John D'Agostino dated 12/10/03 re: Auditors for the Mansfield Municipal Light Department
To Richard Boucher and Bea Kearney from John Beliveau dated 12/12/03 re: Result of Audit Regarding Cash balance Discrepancy
To Bea Kearney from John Beliveau dated 7/30/03 re: Meeting of July 24 between Goulet Salvidio, E.B. Brown, Bea Kearney, Kim Stoyle, John Beliveau and Lee Azinheira
To Richard Boucher and Bea Kearney from John Beliveau dated 12/12/03 re: Result of Audit regarding Cash Balance Discrepancy
To John Beliveau from Richard Boucher and Bea Kearney dated 12/15/03 re: Audit Goulet, Salvidio, P.C.
To Board of Light Commissioners from John Beliveau dated 2/5/04 re: FY 2002 Audit
To Board of Selectmen and Finance Committee from John D'Agostino dated 2/2/04 re: Electric Department Audit Report
To Goulet Salvidio & Associates, P.C. from Morgan Brown & Joy, LLP dated 1/27/03 re: Mansfield Municipal Electric Department
To Jim Lazzara from John Beliveau dated 12/4/03 re: Supplemental Information Requests
To Goulet Salvidio & Associates, P.C. from Robert S. Mangiaratti dated 11/20/03 re: Mansfield Municipal Electric Department
To John Beliveau from John D'Agostino dated 1/2/03 re: MCAD Claim
To Board of Light Commissioners from John Beliveau dated 2/5/04 re: FY 2002 Audit

    To Board of Selectmen from John D'Agostino dated 2/2/04 re: Electric Department Audit Report
To John Beliveau from Richard Boucher and Bea Kearney dated 12/15/03 re: Audit Goulet, Salvidio, P.C.
To John D'Agostino from John Beliveau dated 7/16/03 re: Cash Reconciliation-Light Department Audit
To Board of Selectmen from John D'Agostino dated 4/12/04 re: Munis Report Format for Town Financial Reports
To John Beliveau and Kim Stoyle from Richard Boucher and Bea Kearney dated 2/28/03 re: Light Department Cash Balances
To Richard Boucher and Bea Kearney from John Beliveau dated 3/4/03 re: Light Department Cash Balances
To John D'Agostino from John Beliveau dated 7/16/03 re: Cash Reconciliation-Light Department Audit
To Richard Boucher and Bea Kearney from John Beliveau dated 3/4/03 re: Light Department Cash Balances
To John Beliveau and Kim Stoyle from Richard Boucher and Bea Kearney dated 2/28/03 re: Light Department Cash Balances
To John D'Agostino from Bea Kearney and Richard Boucher dated 2/4/04 re: Police Details for Town Departments
To Bea Kearney and Richard Boucher from John Beliveau and John D'Agostino dated 2/5/04 re: Police Details Clarification
To Richard Boucher from John Beliveau dated 1/22/04 re: Sales Tax Assessment
To John D'Agostino from John Beliveau dated 2/25/02 re: Your Memos of February 14 and 19, 2002

5.     Correspondence
To John D'Agostino from Nancy Leonardo, Comcast Manager of Government Relations, dated 5/29/03
To Michael McCue from Gale Farrugia, Director of Mansfield COA/Social Services, dated 11/17/03 re: Mansfield Utility Assistance Program
To Sharyn A. Riley, Chicopee City Auditor from Bruce Standford, Chief, Property Tax Bureau MDOR, dated 2/22/02
To John Beliveau from Bob Mangiaratti dated 5/8/03
To Bristol County Retirement Board from Gerald Scherma, Mansfield Asst. Director of Personnel Services dated 7/21/98
To D.A. Paul Walsh from John D'Agostino dated 2/23/99
To John Beliveau from Kenneth Barna, et al. dated 11/28/00 re: Group 4 Retirement
To Friend of Mansfield High School from Mansfield High School dated 6/20/01
To John Davis from John D'Agostino dated 2/11/04 re: Audit
To James Goulet from John D'Agostino dated 2/6/04 re: Mansfield Municipal Electric Department
To Board of Light Commissioners from John Beliveau dated 2/5/04 re: FY 2002 Audit
To James Goulet from John D'Agostino dated 1/28/04
To Goulet Salvidio & Associates P.C. from Morgan Brown & Joy LLP dated 1/27/03 re: Mansfield Municipal Electric Department

To Mansfield Municipal Electric Department from Goulet Salvidio & Associates, P.C. dated 10/24/00 re: Audit
To Mansfield Municipal Electric Department from Goulet Salvidio & Associates, P.C. dated 11/12/03 re: Audit
Draft letter to Town of Mansfield from James F. Goulet dated 7/1/03 re: Audit
To John Davis from John D'Agostino dated 2/11/04 re: audit
To Town of Mansfield Municipal Electric Department from Goulet Salvidio & Associates, P.C. re: Audit
To MMWEC Project Participants from Ronald Kusek, Accounting Department Manager dated 9/23/03 re: Suggested Contingent Liability Note to Financial Statements as of June 30, 2003
To John Beliveau from Goulet Salvidio & Associates, P.C. dated 11/13/03 re: Mansfield Municipal Electric Department financial statements
To Goulet Salvidio & Associates, P.C. from Mansfield Municipal Electric Department dated 8/14/03 re: audit of financial statements
To Mansfield Municipal Electric Department from Goulet Salvidio & Associates, P.C. dated 10/24/00 re: services
To Atty. John Davis from John D'Agostino dated 2/11/04 re: audit
To James Goulet from John D'Agostino dated 2/6/04 re: Mansfield Municipal Electric Department
To James Goulet from John D'Agostino dated 1/28/04 re: services
To Goulet Salvidio & Associates, P.C. from Morgan Brown & Joy, LLP dated 1/27/03 re: Mansfield Municipal Electric Department
To Volterra Goldberg & Mangiaratti from Mansfield Municipal Electric Department dated 1/8/03 re: audit
To James Goulet from John D'Agostino dated 2/6/04 re: Mansfield Municipal Electric Department
To Goulet Salvidio & Associates, P.C. from Volterra Goldberg Mangiaratti & Jacobs dated 11/20/03 re: Mansfield Municipal Electric Department
To Volterra Goldberg Mangiaratti & Jacobs from Mansfield Municipal Electric Department dated 1/8/03 re: audit
To John D'Agostino from Goulet Salvidio & Associates, P.C. dated 7/3/03 re: audit
To James Goulet from Town of Mansfield dated 7/14/03 re: audit
To Town of Mansfield/Richard Boucher from James Goulet dated 5/5/03 re: audit
To Goulet Salvidio & Associates, P.C. from John D'Agostino dated 7/14/03 re: audit
To John Beliveau from Goulet Salvidio & Associates, P.C. dated 11/12/03 re: audit
To Goulet Salvidio & Associates, P.C. from John Beliveau dated 7/31/03 re: 7/24/03 meeting
To Mansfield Municipal Lighting from Mass. DOR dated 12/21/03
To James Lampke from John Beliveau dated 2/11/03 w/attachment
E-Mail Correspondence, Various Dates
To Frank Foss from John D'Agostino re: Mansfield North Main Street Project
To Kimberly Stoyle from John D'Agostino re: Downtown Project
To John Beliveau from John D'Agostino re: Mansfield Utility Assistance Guidelines
Between various parties re: Mansfield Utility Assistance Guidelines
Between Eileen Ouellette and John Beliveau re: Fuel Assistance Program

To Gale Farrugia from Eileen Ouelette re: Fuel Assistance Program
Between Gale Farrugia and John D'Agostino re: MUA Guidelines
Between Bea Kearney and Kimberly Stoyle re: Schedule of Bills Payable
To Kimberly Stoyle from Bea Kearney re: Jen Oberlander-windows
Between various parties re: Mansfield Utility Assistance Guidelines
To John Beliveau from John D'Agostino re: Agenda, May Meeting
To Eileen Ouelette, et al. from John D'Agostino re: Mansfield Utility Assistance Program
Between John D'Agostino and John Beliveau re: Memo for Selectmen
Between various parties re: Payments
To John Beliveau, et al. from Steven MacCaffrie re: Payments
Between John Beliveau, et al. and John D'Agostino re: Light Department Bills
To John Beliveau, et al. from Steven MacCaffrie re: Payments
To John Beliveau from John D'Agostino re: Victory
To John Beliveau from Eileen Ouellette re: TOM: Question from John
To Steven MacCaffrie from John D'Agostino re: Light Dept. Audit
To Richard Boucher from John D'Agostino re: Goulet Request
Between John Beliveau and John D'Agostino re Credit Cards
To Bea Kearney from John Beliveau re: Audit Reports
To John D'Agostino from John Beliveau re: Auditors
Between John Beliveau and Eileen Ouelette re: Question from John
To Steven MacCaffrie from John D'Agostino re: Light Dept. Audit
To John D'Agostino from John Beliveau re: Auditors
Between John Beliveau and Bea Kearney re: Audits
Between John Beliveau and Bea Kearney re: PILOT
To Richard Boucher from John D'Agostino re: Goulet Request
Between John Beliveau and John D'Agostino re: Agenda - May Meeting
Between John Beliveau and Bea Kearney re: Audits
To John Beliveau from Eileen Ouelette re: TOM: Audit Letter
To John Beliveau from Eileen Ouelette re: Audit Letter
To John D'Agostino from John Beliveau and to Robert Mangiaratti from John D'Agostino re: Bob Mangiaratti
To John Beliveau and John D'Agostino from Steven MacCaffrie re: Light Department
Between various parties re Sales Tax Account Change
Between Eileen Ouelette and John Beliveau re: Question from John
Between John D'Agostino and Steven MacCaffrie re: Light Dept. Audit
To John Beliveau from Bea Kearney re: TOM Thursday Meeting
To John Beliveau from Bea Kearney re: Thursday Meeting
Between various parties re Audits
To John D'Agostino from Steven MacCaffrie re: Light Dept. Audit
Between Eileen Ouelette and John Beliveau re: Audit Letter
To Kimberly Stoyle from John Beliveau re: Audit
Between various parties re: Bob Mangiaratti
Between various parties re: Bob Mangiaratti
To John D'Agostino from John Beliveau re: Bob Mangiaratti
Between Kimberly Stoyle and John Beliveau re: Question from John
Between Eileen Ouelette and John Beliveau re: Question from John

5

       To Steven MacCaffrie from John Beliveau re: Request of Finance Committee to Review Budget
       Between various parties re: Light Dept. Audit
       Between various parties re: Audits
       To John Beliveau from Kimberly Stoyle re: Light Dept. Audit
       Between various parties re: Audits
       To Bea Kearney from John Beliveau re: PILOT
       To KFisher@Cl.Groton.MA.US re: PILOT
       To Kimberly Stoyle from John Beliveau re: Auditors
       Between John Beliveau and Gil Lahlum re: Comments on the Mansfield Electric "Crisis"
       To various parties from Mike McCue re: Mansfield Light Department, 11/7 Globe
       Between John Beliveau and Mike McCue re: Question
       Batch of e-mail correspondence between various parties re: Audit Issue
       To John D'Agostino from John Beliveau re: Bob Mangiaratti
       Between various parties re: Bob Mangiaratti
       Between John Beliveau and Eileen Ouelette re: Audit Letter
       To John D'Agostino from John Beliveau re: Bob Mangiaratti
       Between Kimberly Stoyle and Bea Kearney re: payroll questions
       Between various parties re: Light Department Bills
       Between various parties re: Light Department
       Between various parties re: Problems
       Between John Beliveau and Eileen Ouelette re: Audit Letter
       To John Beliveau from Eileen Ouelette re: Audit Letter
       To Steven MacCaffrie from John D'Agostino re: Light Dept. Audit
       To Richard Boucher from John D'Agostino re: Goulet Request
       Between various parties re: Audits
       Between John Beliveau and John D'Agostino re: Agenda-May Meeting
       To Kimberly Stoyle from John Beliveau re: Goulet Request
       To John Beliveau from Richard Boucher re: Tax ID
       To various parties from Steven MacCaffrie
       To John Beliveau from Steven MacCaffrie re: Review of Audit, 2002
       Between various parties re: Payments
       To Steven MacCaffrie from John Beliveau re: Police Details
       To Steven MacCaffrie from John Beliveau re: Fin Com Materials
       To John Beliveau from Gary D'Ambra re: Police Details
       To various parties from Donna Sirois re: Police Details
       Between various parties re: e-bill
       Between John Beliveau and John D'Agostino re: Organizational Chart
       Between John Beliveau and John D'Agostino re: Personnel Matter

6.    Miscellaneous
       Mansfield Utility Assistance Program Guidelines 2003-2004
       Envelope to Bob Mangiaratti from Town of Mansfield Municipal Electric Department dated 5/7/03
       Schedule of Departmental Bills Payable dated 1/20/04
       Schedule of Departmental Bills Payable dated 10/28/03

Sexual harassment policy acknowledgments
Payroll Change Notice dated 9/8/03
Heartsaver AED
Payroll Change Notice dated 10/4/02
Department Head Input Form
Payroll Change Notice 7/12/99
Department Head Input Form, John Beliveau
Handwritten note to Jack from Jerry S
Director of Electric Department job description
Town of Mansfield Personnel Regulations 9/21/83
Notes re: assignment of group classification
Town of Mansfield Personnel Policy dated 11/10/98
Electric Department Director Employment Agreement
Electric Department Manager Employment Agreement
Payroll Change Notice 8/7/01
Manager's Input Form 12/29/99
Department Head Input Form
Manager's Input Form 7/7/99
Manager's Input Form 7/1/99-6/30/00
Department Head Input Form 9/8/98-7/1/99
Town Manager Performance Evaluation Rating Form dated 2/16/00
BC/BS Enrollment and Change Form
Taunton Retirement Board v. Contributory Retirement Appeal Board, 11/21/00
John Beliveau passport picture
John Beliveau Certificate of Achievement 11/30/00
Cook & Company Supervisor's Report of Accident
Employer's First Report of Injury or Fatality undated
Employer's First Report of Injury or Fatality 12/11/01
Payroll Change Notice 10/4/02
Payroll Change Notice 9/8/03
Annual Return Form/Uniform System of Accounts for Electric Companies
Town of Mansfield Personnel Policy dated 2/10/99
Municipal Light Departments of Massachusetts Reserve Trust Notes to Financial Statements December 31, 2001
Time Line Qualified Audit Issue
Miscellaneous e-mails and correspondence
Handwritten notes
Matter of Direct Transfer of Funds versus payments through the warrant
ADP A-10 Autopay Management Report
Detail Time Sheet
Various re: Legal Issues re: Light Department
Various re: Manager/Director Issues
Various re: Happy Customers
Calendars 2000-2004
Town of Mansfield Affirmative Action Plan, January 1995
John Beliveau deposition errata sheet

        Kimberly Stoyle Deposition 11/13/0
        Telephone Logs, Desktop
        Various affidavits
        Public Records Request
        Various articles
        Various re: John D'Agostino
        Pension Plan Allocation Issues
        Memo: Issue of Womens' Pay Raises
        Personnel File received from Town of Mansfield
        Town of Mansfield Personal Benefit Statement for John Beliveau
        Bristol County Retirement System Informational Booklet

7.     Public Power , November-December 2003, Vol. 61, No. 6
        Mansfield Municipal Electric Department, Financial Report,
        August, 2003
        September, 2003
        October, 2003

8.     Meam Salary Survey as of October 2003.
        Memorandum from the Town Treasurer and Town Accountant regarding substantial overdrafts in the Electric Plant financial account.

9.     Light Department billing documents
        Thank You letters from public to Light Department and/or Beliveau
        Performance appraisals and evaluations
        Mansfield personnel policies
        Memos and correspondence regarding cash balance issues in (2003?)
        Documentation of police details
        Payment in Lieu of Taxes (PILOT) and other tax issues in 2003 and 2004
        Legal memoranda and advice
        Mansfield Charter issue regarding defining role of town manager with respect to Light Department
        Union contract
        Mansfield's Affirmative Action Plan
        Newspaper articles regarding Light Department employees and D'Agostino
        Mansfield phone bills
        Documents from Beliveau's personnel file
        Documents regarding Beliveau's Worker's Compensation Claim in 2001-2002

10     Categories of other types of documents.
        D'Agostino's emails.
        Email record between D'Agostino, his secretary and Beliveau.
        Memos and correspondence regarding audit occurring in 2003.
        Results of audits.
        Memos and correspondence regarding the legality of gifts and utility assistance.

Newspaper articles and meeting minutes regarding D'Agostino's attempts to find employment.
Board reports of the meetings.