UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU,<br>　　　　Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>　　　　Defendants. | Civil Action No. 04-11329-DPW |

### PLAINTIFF'S AMENDED PRE-TRIAL MEMORANDUM

Plaintiff hereby amends his portion of the Joint Pre-Trial Memorandum, filed by the parties in this matter on Friday, April 7, 2006, as follows:

**VII.　UNUSUAL ISSUES OF LAW, INCLUDING EVIDENTIARY QUESTIONS.**

Defendants have sought to amend their answer in this matter to add substantial counterclaims. The proposed amendments raise substantial issues of law, including statute of limitations questions, possible disqualification of counsel, the potential voiding of the confidentiality agreement, and the potential for substantially more discovery. The Defendants have additionally sought to consolidate this action with another civil action currently pending before the Court. Plaintiffs object to the Defendants' motions, and will file substantive objections within the allowed time.

                                                  RESPECTFULLY SUBMITTED,

                                                  **DR. JOHN J. BELIVEAU,**
                                                  By his attorneys,

                                                  /s/ Christine M. Griffin
                                                  Juliane Balliro (BBO # 028010)
                                                  Christine M. Griffin (BBO # 651401)
                                                  Wolf, Block, Schorr and Solis-Cohen LLP
                                                  One Boston Place
                                                  Boston, MA 02108
                                                  617-226-4000

April 13, 2006

## CERTIFICATE REGARDING CONFERENCE PURSUANT TO LOCAL RULE 7.1

     I, Christine M. Griffin, hereby certify that on April 13, 2006, I conferred in good faith with Deborah Ecker by phone, regarding the issues presented above, but that we were unable to narrow or resolve these issues.  I further certify that on April 13, 2006, I attempted to contact Susan Jacobs, by phone, but was unable to reach her.

                                                  /s/ Christine M. Griffin
                                                  Christine M. Griffin

## CERTIFICATE OF SERVICE

     I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 13th day of April, 2006.

                                                  /s/ Christine M. Griffin
                                                  Christine M. Griffin