EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAD, )
                     )
        Plaintiff    )
VS.                  )
                     )
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO,     )
                     )
        Defendants   )

Δ π EXHIBIT 1
Deponent O'Neill
8-31-04

## CONFIDENTIALITY AGREEMENT

The discovery requests sought by the Plaintiff and propounded on Chief Arthur O'Neill in the above-captioned case as well as the anticipated testimony of Chief O'Neill are likely to involve production of documents and things containing confidential information of a sensitive nature about investigations conducted by the Town of Mansfield Police Department or of another person. The parties are under a duty to maintain in confidence hereinafter any information referred to as "Confidential Information," and portions of witness testimony containing Confidential Information. Accordingly, the parties having agreed to enter into this Confidentiality Agreement (the "Agreement") to govern the production of confidential documents and portions of testimony

1

of Chief O'Neill that contain Confidential Information as follows:

### Designation of Confidential Information

1. *Designation of Material*. Documents and other things claimed to be or to contain Confidential Information shall, prior to production, be marked by the producing party as "Confidential". Placement of the "Confidential" designation on each protected page or on the initial page of a protected document when it is produced shall constitute notice and shall designate the document as Confidential material. Copies, extracts, summaries, notes, and other derivatives of Confidential material which contain Confidential material, also shall be deemed Confidential material and shall be subject to the provisions of this Order.

2. *Subsequent Designation*. Documents and/or materials produced in the litigation that are not identified as Confidential Information when they were initially produced may within a reasonable time thereafter be designated as Confidential by the producing party, or by the party or parties receiving the production, or by a person, by providing written notice to

counsel for all other parties and to any person who may be involved. Each party or person who receives such written notice shall endeavor to retrieve any Confidential Information that may have been disseminated, shall affix a "Confidential" designation to it, and shall thereafter distribute it only as allowed by this Agreement. No distribution prior to the receipt of such written notice shall be deemed a violation of this Agreement.

3. *Designation of Depositions.* Certain portions of the deposition testimony of Chief O'Neill, as designated by the parties, in oral or written questions will be classified as Confidential Information.

## Access to Confidential Information

4. *General Access.* Except as otherwise expressly provided herein or ordered by the Court, Confidential Information may be revealed only as follows:

(a) To outside counsel for a party hereon (and secretaries, paralegals, and other staff employed in the offices of such outside counsel who are working on the litigation), provided that outside counsel

3

who are not of record must first sign and deliver to counsel of record for each party or parties a letter in the form of Exhibit A hereto.

(b) To the parties after they have been given a copy of this Confidentiality Stipulation by their outside counsel and signed a letter in the form of Exhibit A.

(c) To court reporters transcribing a deposition, hearing, or other proceeding in this matter.

(d) To independent experts and independent consultants (meaning a person who is not an employee, officer, director, or owner in any capacity of a party and who is retained by a party or a party's outside counsel in good faith for the purpose of assisting in this litigation) who sign Exhibit A attached hereto.

Nothing herein shall prevent the producing party from showing the documents or information to an employee of that party.

5. *No Copies/Notes.* Except for internal use by outside counsel for the parties hereto, for Court and deposition copies, and for such use as is expressly permitted under the terms hereof, no person granted

4

access to Confidential Information shall make copies, reproductions, transcripts, or facsimiles of the same or any portion thereof or shall take notes or otherwise summarize the contents of such Confidential Information.

6. *Disputes over Access.* If a dispute arises as to whether a particular person should be granted access to Confidential Information, the party seeking disclosure may move the Court to permit the disclosure and must obtain an order of the Court before disclosing the information.

Use of Confidential Information

7. *Use in this Litigation Only.* Confidential Information may be used only for purposes of this litigation. Each person to whom the disclosure of any Confidential Information is made shall not, directly or indirectly, use, disclose, or disseminate, or attempt to use, disclose, or disseminate, any of the same except as expressly provided herein.

8. *Use at Depositions.* If Confidential Information is to be discussed or disclosed during a deposition, the producing party shall have the right to exclude

5

from attendance at the deposition, during the time the Confidential Information is to be discussed, any person not entitled under this Agreement to receive the Confidential Information.

9. *Use at Court Hearings and Trial.* Subject to Massachusetts law and Federal procedure, Confidential Information may be offered into evidence at trial or at any hearing or oral argument, provided that the proponent of the evidence containing Confidential Information gives reasonable advance notice to the Court and counsel for the producing or designating party. Any party may move the Court for an order that the evidence be received in camera or under other conditions to prevent unnecessary disclosure. If presented at trial, the status of evidence as Confidential Information shall not be disclosed to the finder of fact. Nothing in this agreement shall prevent any of the information designated as Confidential Information from being used in the trial of this litigation by any party.

10. *Filing Under Seal.* Each document filed with the Court that contains any Confidential Information

6

shall be filed in a sealed envelope or other appropriate sealed container on which shall be set forth the title and number of this action, a general description or title of the contents of the envelope, and a statement that the contents are Confidential and that the envelope is not to be opened nor the contents thereof revealed except to counsel of record in the litigation or court personnel, or pursuant to order of the Court. Copies of such documents served on counsel for other parties shall be marked as Confidential.

11. *Reasonable Precautions.* Counsel for each party shall take all reasonable precautions to prevent unauthorized or inadvertent disclosure of any Confidential Information.

12. *Return After Litigation.* Within thirty (30) days of the final termination of this litigation by judgment, appeal, settlement, or otherwise, or sooner if so ordered by the Court, counsel for each party shall return to counsel for the party who furnished the same all items constituting, containing, or reflecting the other party's Confidential Information.

## Other Provisions

13. *Not an Admission.* Nothing in this Agreement shall constitute an admission by the party that information designated as Confidential is actually Confidential Information. Furthermore, nothing contained herein shall preclude the parties or a person from raising any available objection, or seeking any available protection with respect to any Confidential Information, including but not limited to the grounds of admissibility of evidence, materiality, trial preparation materials and privilege.

14. Should a disagreement arise among the parties as to whether any information has been properly marked as Confidential Information, the party contesting the designation of the Confidential Information shall be free to seek relief through motion to the Court.

So stipulated and agreed:

| | |
|---|---|
| The Plaintiff,<br>By his attorneys,<br><br>*/s/ Christine M. Griffin*<br>Juliane Balliro, BBO# 028010<br>Christine Marie Griffin<br>BBO# 651401<br>Wolf, Block, Schorr &<br>Solis-Cohen<br>One Boston Place, 40th Floor<br>Boston, MA 02108<br>(617) 226-4100 | The Defendants,<br>By their attorneys,<br><br>*/s/ Leonard H. Kesten*<br>Leonard H. Kesten, BBO# 058260<br>Deborah I. Ecker, BBO # 554623<br>Brody, Hardoon, Perkins &<br>Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br><br>(617) 880-7100 |

The Defendants
By their attorneys,

*/s/ Susan Jacobs / Brian _____*
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti
& Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: March 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU,            )
                                 )
        Plaintiff                )
VS.                              )
                                 )
                                 )
TOWN OF MANSFIELD MUNICIPAL      )
ELECTRIC DEPARTMENT AND          )
JOHN D'AGOSTINO,                 )
                                 )
        Defendants               )

EXHIBIT A

AGREEMENT CONCERNING INFORMATION COVERED BY CONFIDENTIALITY
                        AGREEMENT

I have been designated by _____ as a person who may have access to Confidential Information as that term is defined in the Confidentiality Agreement (the "Agreement") entered in the above-entitled case.

Having read the Agreement, I agree to comply fully with it and to be bound by its terms with respect to all documents and information designated as "Confidential" under the Agreement. I agree not to copy any documents or information that have been designated as "Confidential" and disclosed to me and not to disclose such documents or information to any

10

person or entity in any way not authorized under the Agreement to view Confidential Information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ____ day of _____, 2006.

_____
Name

_____
Address

_____
Employer

_____
Job Title