# EXHIBIT A

## TO

## PLAINTIFF'S OPPOSITION TO
## DEFENDANTS' MOTION TO AMEND ANSWER TO ADD COUNTERCLAIMS

Kam, Kevin K.Y.H.
___

From: Jmpkhlaw@aol.com
Sent: Wednesday, March 28, 2001 12:33 PM
To: beliveau@mansfieldelectric.com
Subject: Re: Fanning

Hi Jack,

Just heard from Fanning. Kym agreed to $25K. Fanning said he had to figure out his fees and will get back to me. I have a call into Lenny Kesten to see if the insurance co. will authorize.

I'm out the rest of the day but will talk to you tomorrow.

Jim

JBWORKEMAIL
0013183

## Kam, Kevin K.Y.H.

**From:** John Beliveau
**Sent:** Tuesday, April 10, 2001 8:49 AM
**To:** 'Pender, James M.'
**Subject:** RE: Hi Jack

Jim,

The Board last night unanimously approved a settlement. Len Kestin was in Town to brief us on other suits and recommended settlement as well. Confidentiality appears to be a dead issue. We are not interested in talking about it, but want to prepare a party line response if asked. We will admit to providing $25,000 but will describe it as a severance package for 13 years of service. We may want to structure the settlement in those terms, severance payment.

      Jack

-----Original Message-----
From: Pender, James M. [mailto:jpender@morganbrown.com]
Sent: Tuesday, April 10, 2001 8:39 AM
To: 'beliveau@mansfieldelectric.com'
Subject: Hi Jack

I just got back from vacation and started in here at Morgan, Brown & Joy. You can use this e-mail address. In terms of utilities, MB&J represents Boston Edison (NStar) and the Hingham and I believe Wellesley municipal light plants.

There weren't any settlement documents waiting for me here so I called Fanning yesterday. He said he'd get them to me by today. Once I get them, I'll fax to you for your review. We can then discuss the necessary changes.

Any news with the Board regarding approval of the settlement?

My new number again is 617-523-6666 ext. 273
fax: 617-367-3125

I'll talk to you soon.

Jim

JBWORKEMAIL
0020529

Kam, Kevin K.Y.H.
___

**From:** Pender, James M. [jpender@morganbrown.com]
**Sent:** Friday, April 20, 2001 5:11 PM
**To:** 'beliveau@mansfieldelectric.com'
**Subject:** Revised settlement agreement

Hi Jack,

I spoke with Fanning yesterday and today. Surprisingly, he pretty much went along with all the changes I suggested- including the $10K in liquidated damages for confidentiality breach. He did want payment within 15 days instead of 30 days which I agreed to tentatively but said I needed to talk with the insurance company about how quickly they will pay or whether the Town will pay and then later be reimbursed by the insurance company.

I also spoke with him about the settlement of your claims and payment of $2,500 for your attorney fees. Also surprisingly, he seemed OK with that as well but he said he needs to speak with Kym to get her OK.

I would prefer to discuss the details over the phone. Let's talk on Monday. Also, what is your ieee.org e-mail address again? Thanks.

Jim

___
James M. Pender
Morgan, Brown & Joy, LLP
Phone: 617-523-6666
Fax: 617-367-3125

JBWORKEMAIL
0013086

**Kam, Kevin K.Y.H.**

**From:** _John Beliveau
**Sent:** Saturday, April 21, 2001 6:36 PM
**To:** Pender, James M.
**Subject:** Gaissl Redux

Jim,

I spoke today with the Selectmen. They have agreed to the following. One payment to Fanning in the amount of approximately $45,000. $25,000 for Gaissl, $16,000 in legal fees and $3,810 to come to me. Fanning will write a check to me in settlement of my claims against Gaissl.

Fanning will have to draft a separate settlement agreement between Gaissl and I that provides $3,810 in payment to me in consideration for dropping my slander claims against her. That settlement will be outside the public record. It should include non disclosure etc. We'll take our chances with the insurance company.

If she hesitates, even for 5 seconds on this, just drop it and we'll go ahead with discovery starting with a subpoena to her current employer for her application, and to her psychiatrist for a copy of her medical records.

Jack

JBWORKEMAIL
0020498

**Kam, Kevin K.Y.H.**

| | |
|---|---|
| From: | Pender, James M. [jpender@morganbrown.com] |
| Sent: | Monday, April 23, 2001 9:00 AM |
| To: | 'Jack Beliveau' |
| Subject: | RE: GaissII Redux |

Jack,

I understand your thoughts on this. I think what you proposed is doable and is not far from what I discussed with Fanning on Friday. I will coordinate the settlement with Fanning and Kesten and will try to get this thing done.

Jim

-----Original Message-----
From: Jack Beliveau [mailto:beliveau@mansfieldelectric.com]
Sent: Saturday, April 21, 2001 5:36 PM
To: Pender, James M.
Subject: GaissII Redux

Jim,

I spoke today with the Selectmen. They have agreed to the following. One payment to Fanning in the amount of approximately $45,000, $25,000 for Gaissl, $16,000 in legal fees and $3,810 to come to me. Fanning will write a check to me in settlement of my claims against Gaissl.

Fanning will have to draft a separate settlement agreement between Gaissl and I that provides $3,810 in payment to me in consideration for dropping my slander claims against her. That settlment will be outside the public record. It should include non disclosure etc. We'll take our chances with the insurance company.

If she hesitates, even for 5 seconds on this, just drop it and we'll go ahead with discovery starting with a subpoena to her current employer for her application, and to her psychiatrist for a copy of her medical records.

Jack

JBWORKEMAIL
0013085

## Kam, Kevin K.Y.H.

| | |
|---|---|
| From: | Pender, James M. [jpender@morganbrown.com] |
| Sent: | Wednesday, May 02, 2001 4:59 PM |
| To: | 'beliveau@mansfieldelectric.com' |
| Subject: | Gaissl settlement status- privileged communication |

Hi Jack,

I spoke with Fanning today and explained that you'll either sign the settlement without giving up your rights as an individual actor to bring a claim or else would sign a separate document in exchange for being made whole for your attorney fees. He opted for the latter of course and is OK with the structure and method of payment as is Kym.

I will draft a separate agreement and e-mail it to you and Fanning by the end of the week for review. Hopefully we can get this put to bed within the next week or two.

Jim

---
James M. Pender
Morgan, Brown & Joy, LLP
Phone: 617-523-6666
Fax: 617-367-3125

JBWORKEMAIL
0013056

Kam, Kevin K.Y.H.

**From:** John D'Agostino [jdagostino@mansfieldma.com]
**Sent:** Wednesday, May 16, 2001 3:40 PM
**To:** Jack Beliveau
**Subject:** Kym Gissel Settlement

Jack:

Do we have a status ont he Gissel settlement. In speaking with Dave McCarter, he thought that the settlement was off because of some lawyer fees that Gissel was required to pay under the agreement. What's the status?

Thank you,

John O. D'Agostino

JBWORKEMAIL
0013013

## Kam, Kevin K.Y.H.

**From:** _John Beliveau
**Sent:** Wednesday, May 16, 2001 4:29 PM
**To:** John D'Agostino
**Subject:** Re: Kym Gissel Settlement

It's on as far as I know. I'm just waiting to hear we have a signing date.

    Jack

----- Original Message -----
From: John D'Agostino <jdagostino@mansfieldma.com>
To: Jack Beliveau <beliveau@mansfieldelectric.com>
Sent: Wednesday, May 16, 2001 3:39 PM
Subject: Kym Gissel Settlement

> Jack:
>
> Do we have a status ont he Gissel settlement. In speaking with Dave
> McCarter, he thought that the settlement was off because of some
> lawyer
fees
> that Gissel was required to pay under the agreement. What's the
> status?
>
> Thank you,
>
> John O. D'Agostino
>
>

JBWORKEMAIL
0020449

## Kam, Kevin K.Y.H.

**From:** John D'Agostino [jdagostino@mansfieldma.com]
**Sent:** Wednesday, May 16, 2001 5:18 PM
**To:** Jack Beliveau
**Subject:** RE: Kym Gissel Settlement

Jack:

Oh great, I am pleased to hear that. The way Dave was speaking, I thought he knew something I didn't regarding Kym and her reluctance to sign.

Thank you

John O. D'Agostino


-----Original Message-----
From: Jack Beliveau [mailto:beliveau@mansfieldelectric.com]
Sent: Wednesday, May 16, 2001 4:29 PM
To: John D'Agostino
Subject: Re: Kym Gissel Settlement

It's on as far as I know. I'm just waiting to hear we have a signing date.

    Jack

----- Original Message -----
From: John D'Agostino <jdagostino@mansfieldma.com>
To: Jack Beliveau <beliveau@mansfieldelectric.com>
Sent: Wednesday, May 16, 2001 3:39 PM
Subject: Kym Gissel Settlement

> Jack:
>
> Do we have a status on the Gissel settlement. In speaking with Dave
> McCarter, he thought that the settlement was off because of some
> lawyer
fees
> that Gissel was required to pay under the agreement. What's the
> status?
>
> Thank you,
>
> John O. D'Agostino
>
>

JBWORKEMAIL
0013007

## Kam, Kevin K.Y.H.

**From:** John Beliveau
**Sent:** Wednesday, May 23, 2001 9:51 AM
**To:** 'Pender, James M.'
**Subject:** RE: Settlement status

Jim,

I believe the amount of compensation to Fanning is wrong because it does not appear to include the $3,810 amount, unless I have recalled the math incorrectly. Secondly, it was my preference to cut one check to Fanning for the full amount, approximately $45,000.00. I would prefer than the agreement simply states a payment of $45,000 to Gaissl through her attorney which includes all attorney fees etc. I am not, however, hard over on that and will agree to cut two checks if need be. I would rather not have a check cut in Gaissl's name for $25,000 because everyone in town will immediately know about it as it passes through the treasurer's office. If the check goes to Fanning, the gossip types will not catch on. It will be lost among many payments to attorneys. Maintaining confidentiality will be much more difficult if a check is cut in Gaissl's name.

The delay in payment until a stipulated dismissal is issued is OK but it ought to cut both ways. Fanning should hold the check he gets until such paperwork is finalized on his end as well.

Jack

-----Original Message-----
From: Pender, James M. [mailto:jpender@morganbrown.com]
Sent: Tuesday, May 22, 2001 6:10 PM
To: 'Jack Beliveau'; 'J.Beliveau@IEEE.org'
Subject: Settlement status

Jack:

Fanning finally got back to me this afternoon. He wanted to change the individual agreement such that he wouldn't cut the check until the stipulation of dismissal was filed. Either he or Kym was worried that you'd have your money but wouldn't issue the stipulation of dismissal. Fanning's suggested edits concerned me because the stipulation would be filed and then we would have to wait for him to send the check.

I revised it such he would send the check to me and I would retain it in my office until the stipulation was filed. He was OK with that.

I've enclosed the revised individual agreement and the Gaissl agreement (unchanged since your review). Once I get your OK, I will send to Fanning for Kym's signature.

I'll be in the office on Wednesday if you want to discuss this.

Thanks.

Jim

---

James M. Pender  <<Settlement- individual- III.doc>>  <<Settlement Doc- with JP revisions.doc>>
Morgan, Brown & Joy, LLP
Phone: 617-523-6666
Fax: 617-367-3125

JBWORKEMAIL
0020426

## Kam, Kevin K.Y.H.

**From:** Pender, James M. [jpender@morganbrown.com]
**Sent:** Wednesday, May 23, 2001 10:13 AM
**To:** '_John Beliveau'
**Subject:** RE: Settlement status

Jack,

The total amount is $45,305.50. I had already mentioned to Fanning that it would be one check made out to him for everything so two (2) checks are not necessary. I'll speak with him about changing Gaissl's agreement such that it does not have the breakdown of who receives what. I'll also speak with him about adding the $3,840 into the Gaissl agreement as part of the lump sum payment.

I agree he should hold off paying Kym until the dismissal is filed. Fanning will be fine with that change.

Jim

-----Original Message-----
**From:** _John Beliveau [mailto:beliveau@mansfieldelectric.com]
**Sent:** Wednesday, May 23, 2001 9:51 AM
**To:** 'Pender, James M.'
**Subject:** Settlement status

Jim,

I believe the amount of compensation to Fanning is wrong because it does not appear to include the $3,810 amount, unless I have recalled the math incorrectly. Secondly, it was my preference to cut one check to Fanning for the full amount, approximately $45,000.00. I would prefer than the agreement simply states a payment of $45,000 to Gaissl through her attorney which includes all attorney fees etc. I am not, however, hard over on that and will agree to cut two checks if need be. I would rather not have a check cut in Gaissl's name for $25,000 because everyone in town will immediately know about it as it passes through the treasurer's office. If the check goes to Fanning, the gossip types will not catch on. It will be lost among many payments to attorneys. Maintaining confidentiality will be much more difficult if a check is cut in Gaissl's name.

The delay in payment until a stipulated dismissal is issued is OK but it ought to cut both ways. Fanning should hold the check he gets until such paperwork is finalized on his end as well.

Jack

-----Original Message-----
**From:** Pender, James M. [ mailto:jpender@morganbrown.com]
**Sent:** Tuesday, May 22, 2001 6:10 PM
**To:** 'Jack Beliveau'; 'J.Beliveau@IEEE.org'
**Subject:** Settlement status

Jack:

Fanning finally got back to me this afternoon. He wanted to change the individual agreement such that he wouldn't cut the check until the stipulation of dismissal was filed. Either he or Kym was worried that you'd have your money but wouldn't issue the stipulation of dismissal. Fanning's suggested edits concerned me because the stipulation would be filed and then

JBWORKEMAIL
0012976

**Kam, Kevin K.Y.H.**

| | |
|---|---|
| From: | John Beliveau |
| Sent: | Thursday, May 24, 2001 1:41 PM |
| To: | John D'Agostino |
| Cc: | Brad Wills |
| Subject: | FW: Confidential Settlement Agreement |


Settlement Doc final.doc (18 ...

John,

Attached is the final version of the settlement agreement with Kym. It will be signed by her next week and forwarded back for yours and my signature. At that point we will cut a check to her attorney and it's over. The agreement is below for your review.

Jack

-----Original Message-----
From: Pender, James M. [mailto:jpender@morganbrown.com]
Sent: Thursday, May 24, 2001 12:56 PM
To: 'beliveau@mansfieldelectric.com'
Subject: Settlement Agreement

I spoke with Fanning and incorporated all the changes we had discussed. Please take a look and let me know if it's OK.

Jim

James M. Pender
Morgan, Brown & Joy, LLP
Phone: 617-523-6666
Fax: 617-367-3125
<<Settlement Doc- final.doc>>

JBWORKEMAIL
0020419