# EXHIBIT B

## TO

## PLAINTIFF'S OPPOSITION TO
## DEFENDANTS' MOTION TO AMEND ANSWER TO ADD COUNTERCLAIMS

Case 1:04-cv-11329-DPW     Document 55-3     Filed 04/20/2006     Page 1 of 3

Volume I
Pages 1-76

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04 11329 DPW

DR. JOHN J. BELIVEAU,        :
         Plaintiff,          :
                             :
vs.                          :
                             :
TOWN OF MANSFIELD MUNICIPAL  :
ELECTRIC DEPARTMENT and      :
JOHN D'AGOSTINO,             :
         Defendants.         :

         DEPOSITION of BRADFORD E. WILLS, taken on behalf of the Defendant, John D'Agostino, pursuant to the applicable provisions of the Massachusetts Rules of Federal Procedure, before Barbara M. Montijo, a Registered Professional Reporter and Notary Public within and for the Commonwealth of Massachusetts, at the offices of Brody, Hardoon, Perkins & Kesten, One Exeter Plaza, Boston, Massachusetts, on August 18, 2005, commencing at 2:00 p.m.

DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
One State Street
Boston, MA  02109
(617) 742-6900

Page 14

1  Q. Who were the votes for and who were the votes
2     against?
3  A. I don't remember who was for and against. I was
4     against. I think Amos was against. Diane was for.
5     David was for. Who was the other member? David,
6     Diane Amos, myself -- oh, Mike McCue.
7  Q. When did you become the Chairman of the Light
8     Commissioners?
9  A. The year 2000.
10 Q. What month?
11 A. It was election month. Was it May? To the best of
12    my knowledge, it was May.
13 Q. And your last year on the Board was 2002?
14 A. Yes.
15 Q. So, you were the Chair for those two years?
16 A. Yes, I was.
17 Q. Did you have anything specific to do with the Light
18    Department before you became Chairman?
19 A. No. I only visited it a couple of times. I went
20    over and looked around.
21 Q. Prior to you becoming Chairman, were you aware of any
22    issues with the Light Department?
23 A. No.
24 Q. Did you ever have any involvement in the Gaisl

Page 15

1     lawsuit?
2  A. Gaisl? No. That was -- I think it was discussed in
3     executive session a couple of times, but because it
4     was like over, I didn't try to learn more about it.
5     It was like on its way out. When I was first on,
6     that's when I met you three or four times. I guess
7     you came to just about every executive session. I
8     think it was you or Bob Mangiaratti.
9  Q. I think it was Bob.
10 A. Maybe it was Bob. Maybe it wasn't you.
11 Q. That's all right. There's records. Was there a --
12    strike that. Don't strike that. Was there a
13    division of the Board/Light Commissioners -- I'm
14    going to call it the Board of Selectmen. It's the
15    same people, right?
16 A. Right.
17 Q. With regards to their feelings about the Light
18    Department when you started?
19        MS. BALLIRO: I just want to object to the
20    form.
21 A. Was there --
22 Q. A division on the Board's feeling as to the
23    management of the Light Department when you
24    started?

Page 16

1        THE WITNESS: When I started?
2        MR. KESTEN: Yes.
3  A. I don't think so. No.
4  Q. In getting ready for today's deposition have you
5     reviewed any paperwork?
6  A. The only thing I did today was I met with my lawyer
7     before coming here.
8  Q. Did you look at any paperwork?
9  A. No, I did not.
10 Q. Do you remember you were interviewed at one time by
11    Mr. Lampke?
12 A. Yes.
13 Q. Do you have notes that your wife took of that
14    interview?
15 A. She took notes and I don't even know if I know where
16    they are. I had seven recycle bins of paperwork that
17    about a year after I was off the Board, I put them
18    all out in the trash to recycle. I don't even know
19    if I still have the notes. I'd have to ask her if
20    she knows where they are.
21 Q. Did you ever get a copy of Lampke's report about
22    what you said?
23 A. No, I did not. I believe I asked him for one and I
24    never got one.

Page 17

1  Q. I'll tell him.
2        THE WITNESS: You will tell him?
3        MR. KESTEN: I will.
4        THE WITNESS: Thank you.
5  Q. When was the first time you heard about any issues
6     between Mr. Beliveau or anyone at the Light
7     Department and John D'Agostino?
8  A. One evening at home in my first year as Chairman, I
9     believe that Jack had called me and said that John
10    had called the Light Department and demanded some
11    information and used the "F" word with Kim, and that
12    she was quite upset and crying. And I said, "Well,
13    that's not right. I'll have to look into it." I
14    hung up and I either called or went over to Lou and
15    David's house that day or the next day.
16 Q. That's Lou Amoruso and David McCarter?
17 A. Lou Amoruso and David McCarter. I went to those two
18    first because they -- I know them the best. I was
19    David's campaign manager. I knew what had gone on
20    was wrong and I needed to test them. You know, by
21    myself I couldn't do anything, I needed three votes.
22    I told him what happened and Lou said, "I'll speak to
23    him." And David said, "If they don't like it, they
24    can quit or leave. That's the way John" -- "John's

5 (Pages 14 to 17)