# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____ )
DR. JOHN J. BELIVEAU,                       )
                                            )
              Plaintiff,                     )
                                            )
v.                                          )
                                            )
TOWN OF MANSFIELD MUNICIPAL                 )
ELECTRIC DEPARTMENT AND                     )
JOHN D'AGOSTINO,                            )
                                            )
              Defendants.                    )
_____ )

### PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE
### TWO MOTIONS AND ONE OPPOSITION ONE DAY LATE

Plaintiff, Dr. John J. Beliveau ("Beliveau"), through his attorneys, hereby moves, with the assent of Defendants' counsel, for leave to file two motions and one opposition one day late. Those motions and oppositions are attached as exhibits hereto, as follows:

**Exhibit A:**   Plaintiff's Opposition to Defendants' Motion to Consolidate;

**Exhibit B:**   Motion to Strike Defendants' Experts; and

**Exhibit C:**   Plaintiff's Motion to Nullify Confidentiality Clause and Make Settlement Agreement Public.

As reason for this motion, Plaintiff states that his counsel was unable to file these documents by the Court's deadline of Thursday, April 20, 2006. Counsel for the Plaintiff Juliane Balliro has been on trial this week in Federal Court before Judge Wolf, and counsel for the Plaintiff Christine Griffin has been ill all week. Plaintiff has no other counsel in this matter.

RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**
By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-226-4000

April 21, 2006

## <u>CERTIFICATE REGARDING CONFERENCE PURSUANT TO<br>LOCAL RULE 7.1</u>

I, Christine M. Griffin, hereby certify that on April 21, 2006, I conferred in good faith with Deborah Ecker, counsel for the defendants, by phone, regarding the issues presented above, and that Ms. Ecker assented to this motion.

 /s/ Christine M. Griffin
Christine M. Griffin