UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION TO STRIKE DEFENDANTS' EXPERTS**

Plaintiff, Dr. John J. Beliveau ("Beliveau"), hereby moves to strike the experts disclosed by Defendants, for the first time, in the Joint Pre-Trial Memorandum, filed by the parties in this matter on April 7, 2006.  The Court instituted a scheduling order in this matter on August 19, 2004.  That scheduling order stated that "all trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by the plaintiff(s) no later than **MAY 6, 2005**, and by the defendant(s) no later than **MAY 6, 2005**." (*Emphasis in original*.)  On May 6, 2005, and consistent with the scheduling order entered by the Court, the Plaintiff properly disclosed his proposed expert witnesses: Franklin E. Peters, F.S.A.; James F. Goulet, C.P.A.; Nicholas Scobbo, Esq.; and Kenneth Barna, Esq.  Attached to Plaintiff's expert disclose was the information required by the Court's scheduling order and the Federal Rules.  At no time have the Defendants made any such disclosure.

Nevertheless, on Friday, April 7, 2006, as the parties were compiling the joint pre-trial memorandum to be filed with the Court, the Defendants placed on their witness list, for the first time, the following witnesses: Karen Roberts, CPA; John Sullivan, CPA; and Robert Guaraldi. These witnesses were designated on Defendants' witness list as "Expert Witnesses".

Although the parties to this matter have moved, on several occasions, to extend the discovery deadline in this matter, no motion has ever been filed by any party to extend the deadline for the disclosure of experts. It is a violation of the Court's Order and the Federal Rules of Civil Procedure for the Defendants to disclose their expert witnesses for the first time, and without the supporting materials required by the Federal Rules, one week after discovery in this matter has closed. Defendants should not be permitted to use experts disclosed in this manner.

For the foregoing reasons, the Plaintiff hereby moves that the Court strike any and all expert witnesses designated by the Defendants.

                                          RESPECTFULLY SUBMITTED,

                                          **DR. JOHN J. BELIVEAU,**
                                          By his attorneys,

                                          _____
                                          Juliane Balliro (BBO # 028010)
                                          Christine M. Griffin (BBO # 651401)
                                          Wolf, Block, Schorr and Solis-Cohen LLP
                                          One Boston Place
                                          Boston, MA 02108
                                          617-226-4000

April __, 2006

## CERTIFICATE REGARDING CONFERENCE PURSUANT TO LOCAL RULE 7.1

      I, Christine M. Griffin, hereby certify that on April 21, 2006, I conferred in good faith with Deborah Ecker, counsel for the defendants, by phone, regarding the issues presented above, but that we were unable to narrow or resolve these issues.

                                            /s/ Christine M. Griffin
                                            Christine M. Griffin