UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU, )
)
       Plaintiff )
VS. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
       Defendants )

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXPERTS

The Plaintiff has filed a Motion to Strike the Defendants' Expert Witnesses on the grounds that the Defendants' disclosure of those witnesses is late and beyond the time period provided in the original scheduling order issued by the Court. The Defendants hereby oppose the Plaintiff's Motion to Strike Defendants' Expert Witnesses on the grounds that the disclosure of those experts one week after the close of non-expert discovery will not prejudice the Plaintiff as the Plaintiff is well aware, but conspicuously omits from his Motion, that the discovery deadline has been extended on several occasions by agreement of the parties and approval of the Court.

Discovery in this case was originally set to be completed on July 23, 2005. After several extensions of the discovery deadline, discovery was not completed until March 31, 2006. The Defendants disclosed their experts in the pretrial memorandum one week later.

1

The Defendants did not unduly delay the disclosure of their expert witnesses, but rather only recently retained their expert witnesses when it became apparent that the Plaintiff here was going beyond the allegations in his Complaint and attempting to prove those allegations contained in Ms. Stoyle's complaint, <u>Stoyle v. Town of Mansfield</u>, United States District Court Civil Action No. 1:05-cv-10354-DPW, regarding accounting issues. Karen Roberts, CPA and John Sullivan, CPA are expected to rebut Mr. Beliveau's and Ms. Stoyle's claims regarding accepted accounting methods for use by Municipal Light Departments. In addition, the Defendants recently retained Robert Guaraldi to assist in the recovery of computer documents and electronic mail requested by the Plaintiff in his documents requests attached to various notices of depositions.

A Pretrial conference in this case was held on April 13, 2006. A further conference is scheduled for May 1, 2006 to resolve many outstanding issues involving this matter and the related case of <u>Stoyle v. Town of Mansfield</u>, U.S.D.C. Civil Action No. 05-10354DPW. No trial date has been scheduled. The Defendants do not object to the Plaintiff's conducting depositions of the experts disclosed if the Plaintiffs believe that such depositions are necessary. Accordingly, there will be no prejudice to the Plaintiff by the disclosure of the Defendant's experts one week after the completion of discovery.

Wherefore, the Defendants respectfully request that this honorable Court deny the Plaintiff's Motions to Strike Defendants' Expert Witnesses.

    Respectfully submitted,
    The Defendants,
    Town of Mansfield Municipal Electrical
    Department and John D'Agostino,
    By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 058260
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Respectfully submitted,
The Defendants,
Town of Mansfield Municipal Electrical
Department and John D'Agostino
By their attorneys,

/s/ Susan Jacobs
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: April 27, 2006