UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04 11329 DPW

DR. JOHN J. BELIVEAU,                                )
                                                     )
                    Plaintiff                        )
VS.                                                  )
                                                     )
TOWN OF MANSFIELD MUNICIPAL       )
ELECTRIC DEPARTMENT AND            )
JOHN D'AGOSTINO,                              )
                                                     )
                    Defendants                    )

## DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO NULLIFY SETTLEMENT AGREEMENT

The Defendants hereby file a limited objection to the Plaintiff's request to make

public the settlement agreement executed between Kym Gaissl and the Town of Mansfield

and/or the Town of Mansfield Municipal Light Department.  While the Defendants dispute

that the Plaintiff here does not have access to the information supporting the Defendants

Counterclaims as the Defendants received the supporting documents referenced from the

Plaintiff in Response to document requests propounded on him, the Defendants have no

objection to nullifying the confidentiality clause contained in the settlement agreement, but

suggest that Ms. Gaissl also needs to approve such nullification. The Defendants have

attempted to contact counsel for Ms. Gaissl to no avail.

Wherefore the Defendants file this limited objection to the Plaintiff's Motion to

Nullify Confidentiality Clause and Make the Settlement Agreement Public.

Respectfully submitted,
The Defendants,
Town of Mansfield Municipal Electrical
Department and John D'Agostino,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 058260
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Respectfully submitted,
The Defendants,
Town of Mansfield Municipal Electrical
Department and John D'Agostino
By their attorneys,

/s/ Susan Jacobs
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: April 27, 2006