# EXHIBIT B

to

## PLAINTIFF'S OPPOSITION TO
## DEFENDANTS' RENEWED MOTION TO COMPEL
## THE PLAINTIFF TO PRODUCE JOURNAL

108                                    KESTEN

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2                 C.A. NO. 04 11329 DPW

 3

 4   ------------------------------
                                   )
 5   DR. JOHN J. BELIVEAU,         )
          Plaintiff,               )
 6                                 )
              vs.                  )
 7                                 )
     TOWN OF MANSFIELD MUNICIPAL   )
 8   ELECTRIC DEPARTMENT AND       )
     JOHN D'AGOSTINO,              )
 9        Defendants.              )
                                   )
10   ------------------------------

11

12        DEPOSITION OF JOHN BELIVEAU, taken on

13   behalf of the Defendant, pursuant to the applicable

14   provisions of the Massachusetts Rules of Civil

15   Procedure, before June N. Poirier, Shorthand Reporter

16   and Notary Public within and for the Commonwealth of

17   Massachusetts, at the offices of Brody, Hardoon,

18   Perkins & Kesten, One Exeter Plaza, Boston,

19   Massachusetts, commencing on Monday, March 20, 2006,

20   at 10:20 a.m.

21

22         DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
                         One State Street
23                 Boston, Massachusetts 02109
                         (617) 742-6900
24
```

0109

Page 1

KESTEN

| | | |
|---|---|---|
| 12 | | that she spurned? |
| 13 | A. | Christmas party. |
| 14 | Q. | What did he do at the Christmas party? |
| 15 | A. | He came stag, as he always did to light |
| 16 | | department parties, without his wife, and |
| 17 | | apparently I wasn't at the party but a day or |
| 18 | | two after Kim said to me, Mr. D'Agostino had |
| 19 | | come to the party and stared at her all night |
| 20 | | but that she had sat with someone else instead |
| 21 | | of him and he appeared angry. |
| 22 | Q. | And of course you noted that in your log? |
| 23 | A. | I don't know that I noted that. |
| 24 | Q. | Did you report that to anyone that he had made |

0190

| | | |
|---|---|---|
| 1 | | her uncomfortable? |
| 2 | A. | I certainly didn't think at the time that was |
| 3 | | related to me to be particularly significant. |
| 4 | Q. | But when he attempted to rescind the pay raises |
| 5 | | you recognized there may well be a connection; |
| 6 | | right? |
| 7 | A. | Not necessarily immediately.  It was when he |
| 8 | | began to focus more on Ms. Stoyle that I began |
| 9 | | to think that there was more truth. |
| 10 | Q. | When did you in your head first connect the |
| 11 | | attempted rescission of pay raises to her |
| 12 | | unresponsiveness to his leering, Dr. Beliveau? |
| 13 | A. | I didn't use the word "leering." |

Page 76

KESTEN

14  Q.  What word did you use?
15  A.  Staring.
16  Q.  Staring. When you saw the staring as an event?
17      MS. BALLIRO: He didn't see the
18      staring at all.
19      MR. KESTEN: In his mind because he's
20      getting these reports.
21  A.  Ms. Stoyle reported it to me after the party.
22  Q.  (By Mr. Kesten) That it was an event of him
23      staring at her?
24  A.  She related to me the interaction that occurred

0191

1       at the party.
2   Q.  That he appeared angry, in her mind, because she
3       didn't look back at him?
4   A.  I don't know.
5   Q.  She told you?
6   A.  She told me he appeared angry.
7   Q.  Weren't you trying to make associations in
8       February of '02, Dr. Beliveau, between various
9       behaviors and various potential claims?
10      MS. BALLIRO: Objection.
11  A.  No.
12  Q.  (By Mr. Kesten) At some point, in your mind at
13      least, you connected the staring at the
14      Christmas party with the attempted rescission of
15      the raises?
16  A.  Hm-hm.

Page 77

KESTEN

17  Q.  Yes?
18  A.  Yes.
19  Q.  Did you ever connect the attempted rescission of
20      the raises to any other event in your mind?
21  A.  I'm sorry?
22  Q.  Did you ever connect the attempted rescission of
23      the raises to any other event before you started
24      believing it was related to the staring?

0192

1   A.  I don't believe so.
2   Q.  How often would you make entries in to this log?
3   A.  It varied.  There was no set pattern.
4   Q.  Would you make them immediately after the event?
5   A.  No.
6   Q.  Why not?
7   A.  It was intended to be a communication with my
8       attorneys; it was more or less sitting down
9       periodically and thinking about what happened.
10  Q.  And try to make connections between events, and
11      memos, and criticism of Dr. Beliveau; right?
12  A.  No.
13  Q.  Do you believe that -- Did you contemplate that
14      D'Agostino was trying to make you look bad to
15      make himself look good?
16  A.  I never quite understood Mr. D'Agostino's
17      motivations.
18  Q.  Did you ever in your mind connect D'Agostino's

Page 78