UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants. | ) |

**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE TWO SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR ANSWER**

Plaintiff, Dr. John J. Beliveau ("Beliveau"), through his attorneys, hereby moves, with the assent of Defendants' counsel, for leave to file two supplemental affidavits in support of Plaintiff's Opposition to Defendants' Motion For Leave To Amend Their Answer. In support of this Motion, Plaintiff states that he has just obtained these affidavits yesterday, April 26, 2006, and that the affidavits demonstrate that an elected town official (the Mansfield Chairman of the Board of Light Commissioners) and the keeper of the Minutes for the Board of Light Commissioners knew, at or before the time of the signing of the settlement agreement in the Gaissl matter, about the structure of that settlement agreement. These affidavits further support Plaintiff's assertion that the structure of the Gaissl settlement was discussed at Light Commissioners meetings, and that counsel for the Town, and Town officials, were aware of the structure of the Gaissl settlement agreement and settlement payments. This information is vital to the Court's

consideration of the futility and fairness of allowing the Defendants' Motion to Amend their Answer to add counterclaims. The proposed supplemental affidavits are attached as Exhibits A and B hereto.

RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**
By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-226-4000

April 27, 2006

## CERTIFICATE REGARDING CONFERENCE PURSUANT TO LOCAL RULE 7.1

I, Christine M. Griffin, hereby certify that on April 27, 2006, I conferred in good faith with Deborah Ecker, counsel for the defendants, by phone, regarding the issues presented above, and that Ms. Ecker assented to this motion.

 /s/ Christine M. Griffin
Christine M. Griffin