UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

DR. JOHN J. BELIVEAU, )
)
Plaintiff, )
)
v. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
Defendants. )

## AFFIDAVIT OF BRADFORD WILLS

I, Bradford Wills, hereby depose and state as follows:

1. I was an elected official in the Town of Mansfield from 1999 to 2002. I was elected as a Town Selectman and served in that capacity during that time period.

2. In my capacity as a selectman, I was also a member of the Board of Light Commissioners for the Town of Mansfield. I was a member of that Board from 1999 to 2002, and I was the chairman of that Board from 2000 to 2002. I regularly attended the meetings of the Board of Light Commissioners during that time period.

3. In or about the spring of 2001, I became aware that a Town employee named Kym Gaissl had brought litigation against the Town of Mansfield. I also became aware during this time period that Dr. John J. Beliveau ("Beliveau") had hired a personal attorney to assist him with defending himself from Kym Gaissl.

4. Gaissl's litigation with the Town, and the possibility of settling that litigation, was discussed at Board of Light Commissioners meetings during the spring of 2001. When sensitive matters were being discussed, the Board of Light Commissioners would go into Executive Session, which meant that the meeting was not held in public. The Gaissl litigation and the possible settlement of that litigation was discussed in Executive Session meetings.

BOS:3714.1/999999-999999

5. I have a specific memory of being aware during the spring of 2001 that the proposed Gaissl settlement was to include: 1) a settlement payment to Gaissl; 2) payment of Gaissl's attorney's fees; and 3) payment of Beliveau's attorney's fees for having hired a personal lawyer, in the amount of approximately $4,000.

6. I thought that the proposed settlement was a good idea. As chairman, I decided to support the proposal. I also went and spoke to two other Light Commissioners to discuss the proposed settlement. I spoke with Louis Amoruso. He agreed that he supported the proposed settlement, as described in paragraph 5, above. I also spoke with David McCarter. McCarter said he had some concerns about the proposed settlement. I then called Beliveau on my cell phone, and asked him to explain the settlement structure again to McCarter. Beliveau explained the structure to McCarter by phone, and McCarter then agreed to support the proposed settlement, as described in paragraph 5, above.

7. The Board of Light Commissioners voted to authorize the proposal of a settlement, as described in paragraph 5, above. I voted in favor of that settlement proposal. Amoruso and McCarter also supported it.

8. During the Executive Session discussions of the Gaissl matters, various attorneys for the Town were present and took part in the discussion. Although I do not presently have a specific memory of which attorneys were present during the Gaissl discussions, the Town attorneys during the spring and summer of 2001 included: Leonard Kesten, Susan Jacobs, Robert Mangiaratti and Mr. Volterra.

9. John D'Agostino, as Town Manager, and as Manager of the Electric Department, regularly attended all Board of Light Commissioners meetings. D'Agostino was present during the executive session discussions of the Gaissl settlement.

10. John D'Agostino signed the Gaissl settlement agreement when it was ultimately agreed upon. That settlement agreement called for a settlement payment to Gaissl of approximately $45,000. It was my understanding that Gaissl was to pay Beliveau's attorney's fees out of that settlement payment.

11. As a public servant, and an elected official, I was always concerned in conducting Town and Light Department business about what the public would think about what we were doing. It was not unusual for me to ask what the public would think of a given matter.

12. I believed that the public would support the Gaissl settlement payment, should it become public, and that is, in part, why I voted in favor of it.

13. Around Christmas, 2003, David McCarter came to my house and we spoke. McCarter discussed the lawsuit filed against the Town by Kim Stoyle. McCarter believed that Beliveau was not doing enough to help protect the Town from Stoyle. McCarter commented something to the effect of, "we protected Jack from Gaissl, he should protect us from Stoyle." I took this comment to be a reference to the fact that we settled the Gaissl lawsuit, including paying Beliveau's attorney's fees.

14. As part of my duties as a selectman and member of the Board of Light Commissioners, I interacted with Beliveau on a regular basis. I always found him to be responsive, professional, and to have the needs of the citizens of the Town of Mansfield at heart.

Signed under the pains and penalties of perjury, this the 26th day of April, 2006,

_____
Bradford Wills