UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants. | ) |

### AFFIDAVIT OF MARIANNE WILLS

I, Marianne Wills, hereby depose and state as follows:

1. I was employed in the Town of Mansfield as the recording secretary and keeper of the minutes for the Board of Light Commissioners from approximately the spring of 2001 through approximately December of 2001.

2. In that capacity, I attended all Board of Light Commissioners meetings, and all Executive Session meetings of that Board, except the meeting held in September of 2001. The Board of Light Commissioners met approximately one time per month during this time period.

3. In or about the spring of 2001, I became aware that a Town employee named Kym Gaissl had brought litigation against the Town of Mansfield. I also became aware during this time period that Dr. John J. Beliveau ("Beliveau") had hired a personal attorney to assist him with defending himself from Kym Gaissl.

3. Gaissl's litigation with the Town, and the possibility of settling that litigation, was discussed at Board of Light Commissioners meetings during the spring of 2001. When sensitive matters were being discussed, the Board of Light Commissioners would go into Executive Session, which meant that the meeting was not held in public. The Gaissl litigation and the possible settlement of that litigation was discussed in Executive Session meetings.

BOS:3714.1/999999-999999

4. I have a specific memory of becoming aware during the spring of 2001 during the Executive Session meetings that the proposed Gaissl settlement was to include: 1) a settlement payment to Gaissl; 2) payment of Gaissl's attorney's fees; and 3) payment of Beliveau's attorney's fees for having hired a personal lawyer, in the amount of $3,800. Beliveau's attorney's fees were to be paid to him by Gaissl out of the sum that was paid to Gaissl in settlement.

5. During the Executive Session discussions of the Gaissl matters, various attorneys for the Town were present and took part in the discussion. I have a specific memory of attorneys: Robert Mangiaratti, Susan Jacobs (or perhaps "Jacobson"), Lenny Kesten, and another attorney that I did not know being present at some, or all, of the Executive Session meetings in the spring of 2001. Mangiaratti, Jacobs, and the other attorney who I did not know attended at least one meeting all together. Kesten may or may not have been at that same meeting, but was certainly at a number of the Executive Session meetings in the spring of 2001.

6. I brought a tape recorder with me to the Executive Session meeting one night in the spring of 2001, since those meetings were not videotaped and I was responsible for keeping the record. The attorney who I did not know (who was with attorneys Jacobs and Mangiaratti) asked me if the recorder was on. He then told me not to turn it on as it could be used in court. One of the people at that meeting also told me to be vague in taking the minutes regarding the topics to be presented that night.

7. A Lawsuit brought by Mr. Larch against the Town was discussed at the Executive Session meetings in the spring of 2001, and Leonard Kesten spoke in Executive Session about that lawsuit. The Gaissl lawsuit, and settlement of that lawsuit, was also discussed in Executive Session. Beliveau spoke and described the structure of the Gaissl settlement during at least one of these Executive Session meetings.

8. John D'Agostino, as Town Manager, and as Manager of the Electric Department, regularly attended all Board of Light Commissioners meetings. D'Agostino was present during the executive session discussions of the Gaissl settlement.

9. I also believe, but am not 100% certain, that Beliveau, Brad Wills (my husband), David McCarter, Dan Donovan, and Lou Amoruso were present at each of these Executive Session meetings in the spring of 2001.

Signed under the pains and penalties of perjury, this the 26th day of April, 2006

*Marianne Wills* (signature)
Marianne Wills