UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that it is my understanding that the Plaintiff's Assented To Motion for Leave To File Two Supplemental Affidavits In Support Of Plaintiff's Opposition To Defendants' Motion For Leave To Amend Their Answer has been, and that this Certificate of Service will be, served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of each of these documents with the Court on this the 27th day of April, 2006.

/s/ Christine M. Griffin
Christine M. Griffin


RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**
By his attorneys,

/s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-226-4000

April 27, 2006