May 1, 2006

Honorable Douglas P. Woodlock
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

RE:   Dr. John Beliveau v. Mansfield Municipal Electric Department, et al
      C. A. NO. 04-11329 DPW

Dear Judge Woodlock:

Pursuant to your request at the hearing on April 13, 2006, enclosed please find the following documents:

1. JOHN J. BELIVEAU, JR., v. UNITED STATES DEPARTMENT OF LABOR AND NAVAL UNDERSEA WARFARE CENTER, (United States Court of Appeals, First Circuit) dated March 10, 1999;  and

2. JOHN J. BELIVEAU, JR. v. NAVAL UNDERSEA WARFARE CENTER, RECOMMENDED DECISION AND ORDER dated June 29, 2000 *(copy of which shall be forthcoming)*;

3. In the Matter of JOHN J. BELIVEAU JR. v. NAVAL UNDERSEA WARFARE CENTER, FINAL ORDER APPROVING SETTLEMENT AND DISMISSING APPEALS dated November 30, 2000;

4. Decision and Order In the Matter of JOHN J. BELIVEAU, JR. and DEPARTMENT OF THE NAVY, NAVAL UNDERSEA WARFARE CENTER DIVISION, Newport, RI (U. S. DEPARTMENT OF LABOR) dated January 31, 2002.

Sincerely,

Susan Jacobs

SJ/jh

Enclosure