May 2, 2006

Honorable Douglas P. Woodlock
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

RE:  Dr. John Beliveau v. Mansfield Municipal Electric Department, et al
     C.A. No. 04-11329 DPW

Dear Judge Woodlock:

Pursuant to your request, enclosed please find a copy of the following to supplement the information forwarded to you yesterday:

1. JOHN J. BELIVEAU JR. v. NAVAL UNDERSEA WARFARE CENTER, Recommended Decision and Order dated June 29, 2000.

                                    Sincerely,


                                    Susan Jacobs

SJ/jh
Enclosure