UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11329-DPW

DR. JOHN J. BELIVEAU, )
)
      Plaintiff )
VS. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
      Defendants )

**CONSOLIDATED WITH**

CIVIL ACTION NO. 05-10354-DPW

KIMBERLY STOYLE, )
      Plaintiff )
)
VS. )
)
THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, )
JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD )
OF LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL MCCUE, DAVID MCCARTER, )
DANIEL DONOVAN, ROGER ACHILLE, AND )
STEVEN MACCAFFRIE, )
      Defendants )

**PARTIES' PROPOSED SCHEDULING ORDER**

    Pursuant to an Order of this Court dated May 1, 2006, the Parties conferred to see if they could agree on a scheduling order. However, all parties were not able to reach agreement so they submit the following to the court:

1. Plaintiffs in the Beliveau matter proposed that all expert disclosures in the Beliveau matter be made by all parties by June 1, 2006. Plaintiffs wish to take the depositions of experts in the Beliveau matter this summer. Defendants have already disclosed the names of their experts in the Beliveau matter, but have not yet provided the required other expert disclosures. The deadline for providing expert disclosures in the Beliveau matter passed almost one year ago. Now that the Beliveau case has been consolidated with the Stoyle matter, the Plaintiffs propose that the parties should make all expert disclosures concerning the Beliveau matter by June 1, 2006;

2. Plaintiffs in the Stoyle matter propose that all expert disclosures in the Stoyle matter be made by all parties by September 30, 2006;

3. All parties propose that fact discovery be completed by January 26, 2007;

4. Defendants propose that all expert disclosures in the Stoyle and Beliveau matters should be made by all parties by February 2, 2007;

5. All parties propose that dispositive motions be filed by February 28, 2007;

6. All parties propose that expert discovery be completed by March 15, 2007;

7. All parties propose that oppositions to dispositive motions be filed by March 30, 2007;

8. All parties propose that a pre-trial conference be held in this matter at the beginning of April, 2007; and

9. All parties propose that the trial date be held at the end of April, 2007.

Respectfully submitted,                    Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>John J. Beliveau<br>By his attorneys,<br><br>/s/ Christine M. Griffin<br>Juliane Balliro<br>Christine M. Griffin<br>(BBO #651401)<br>Wolf, Block, Schorr &<br>Solis-Cohen LLP<br>One Boston Place, 40th Fl.<br>Boston, MA 02108<br>(617) 226-4000<br><br>Respectfully Submitted,<br><br>Plaintiff,<br>Kimberly Stoyle,<br>By her attorneys,<br><br>/s/Lynn Leonard<br>Lynn M. Leonard<br>527 Main Street<br>Melrose, MA 02176<br>781-662-6161<br><br>/s/Anita B. Sullivan<br>Anita B. Sullivan<br>458 Main Street<br>Wakefield, MA 01880<br>781 224 0701<br><br>Dated: May 8, 2006 | The Defendants,<br>By their attorneys,<br><br>/s/ Leonard H. Kesten<br>Leonard H. Kesten,<br>BBO # 058260<br>Deborah I. Ecker, BBO# 554623<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100<br><br>Respectfully submitted,<br><br>The Defendants,<br>By their attorneys,<br><br>/s/ Susan Jacobs<br>Susan Jacobs<br>Robert Mangiaratti<br>Volterra, Goldberg,<br>Mangiaratti & Jacobs<br>Three Mill Street<br>Attleboro, MA 02703<br>508-222-1463 |

3