# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

May 8, 2006

Honorable Douglas P. Woodlock
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE:  Dr. John Beliveau
VS:  Town of Mansfield Electric Department, et al
     Civil Action No: 04-11329 DPW

Dear Judge Woodlock:

   As instructed by this Court, I have conferred with Attorney Robert Lieblich who represented the Department of the Navy in the Beliveau matter. He has indicated that I am to represent to you that the Navy does not object to this Court issuing the Order as attached to this letter as Exhibit "A". Accordingly, I ask that you endorse this order.

   Thank you for your courtesy and cooperation in this matter.

                    Very truly yours,

                    BRODY, HARDOON, PERKINS & KESTEN, LLP

                    /s/ Leonard H. Kesten
                    Leonard H. Kesten

LHK:dac
Enclosure