DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU,　　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
TOWN OF MANSFIELD MUNICIPAL　　　　)
ELECTRIC DEPARTMENT AND JOHN　　　)
D'AGOSTINO,　　　　　　　　　　　　　　)
　　　　　Defendants　　　　　　　　　　　)

## ORDER

Notwithstanding the privacy act, of 1974, 5 USC Section 552a, the Court hereby directs the United States Department of the Navy and the United States Department of Labor to provide the Defendants in the above-referenced matter with copies of any and all documents filed by any party in the Plaintiff's claim entitled *John J, Beliveau v. Naval Undersea Warfare Center Division, United States Department of Labor Officer of Administrative Law Judges Case Nos. 97-SDW-1 and 97-SDW-4.*

DATED: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge Woodlock