## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| TOWN OF MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT AND | ) |
| JOHN D'AGOSTINO, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## PLAINTIFF'S RESPONSE TO
## LETTER TO THE COURT FROM LEONARD KESTEN REGARDING
## PRODUCTION OF NAVY DOCUMENTS

Plaintiff, Dr. John J. Beliveau, hereby responds to the Letter to The Court, dated

May 8, 2006, and signed by Attorney Leonard Kesten, regarding Defendants' request for

Navy documents.

On March 24, 2006, the Defendants filed a motion requesting that the Court enter

an Order directing the Department of the Navy and the United States Department of

Labor to Release All Documents Related to the Plaintiff's Lawsuit Brought Against the

Navy.  On April 7, 2006 the Plaintiff filed his limited opposition to Defendants' request

for such an order.  In that limited opposition, Plaintiff argued that the Defendants'

Request made reference to certain complaints filed against the Navy:  97-SDW-1 and 97-

SDW-4.  Upon information and belief, Plaintiff believed, and still believes, those

designations to be incomplete.

In his opposition, Plaintiff sought to correct and limit any Order the Court might issue pursuant to the Defendants' Request to the proper case designations.  The proper case numbers are as follows:  1997-SDW-00006; 1997-SDW-00001; and 1997-SDW-00004.  The Plaintiff additionally requested that the Order require only that the Courts or tribunals of the United States Department of the Navy and the United States Department of Labor provide the Defendants in the above referenced matter with copies of any and all pleadings filed with those Courts and tribunals by any party in the designated case numbers.  A proposed form of Order was attached to the Plaintiff's opposition, and is reproduced as an attachment hereto.

At a hearing in this matter held on April 13, 2006, the Court ordered the Defendants to file the related opinions from the Navy cases and a statement by the Navy by 4/20/2006.  On May 1, 2006, the Defendants filed three of the opinions in the Navy matter and on May 2, 2006, the Defendants filed a fourth opinion in the Navy matter.  On May 1, 2006, an additional hearing was held in this matter.  At that hearing, the Court noted that the Defendants had not yet filed any statement from the Navy.  The Court allowed the Defendants' motion regarding the Navy documents, subject to refining based on comments received from the Navy/Department of Labor.  The Court ordered that Defendants file a response regarding any dispute to their motion by the Department of Labor, Department of the Navy by May 8, 2006.

On May 8, 2006, the Defendants filed a letter, signed by attorney for the Defendants Leonard Kesten, in which he stated that he had conferred with Attorney Robert Lieblich who represented the Department of the Navy in the Beliveau matter, and

that Mr. Lieblich indicated that Mr. Kesten was to represent to the Court that the Navy does not object to the Court issuing an Order in the form attached to Mr. Kesten's letter.

There are two problems with Mr. Kesten's letter. First, Mr. Kesten has provided no statement by the Department of the Navy or the Department of Labor. Instead he has provided the Court only with his own representations. Second, and more importantly, Mr. Kesten has attached to his letter a proposed Order which contains the same case numbers and description of documents that were contained in Defendants' original request for Navy documents. Beliveau has objected to an Order containing only those case numbers, and has provided an alternative form of Order that includes, as best Plaintiff can ascertain, all of the relevant case numbers.

Plaintiff therefore requests that the Court enter an Order in substantially the form attached hereto and including the proper list of Navy case numbers. Plaintiff additionally believes that the attached Order more properly and specifically describes the class of documents that are to be produced than the Order proposed by Defendants, and Plaintiff therefore requests that the Court enter the Order attached hereto in place of Defendants' proposed Order.

RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**

By his attorneys,

/s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

May 9, 2006

**CERTIFICATE OF SERVICE**

       I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 9th day of May, 2006.

                                     /s/ Christine M. Griffin
                                   Christine M. Griffin

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.: 04-11329-DPW

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| TOWN OF MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT AND | ) |
| JOHN D'AGOSTINO, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**(Proposed) ORDER**

The Court hereby directs only the Courts or tribunals of the United States

Department of the Navy and the United States Department of Labor to provide the

Defendants in the above referenced matter with copies of any and all pleadings filed with

those Courts and tribunals by any party in the following matters:

a) 1997-SDW-00006;

b) 1997-SDW-00001; and

c) 1997-SDW-00004.


Dated: _____          _____

                                  Judge Woodlock