DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU, )
       Plaintiff )
VS. )
  )
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND JOHN )
D'AGOSTINO, )
       Defendants )

### ORDER

Notwithstanding the privacy act, of 1974, 5 USC Section 552a, the Court hereby directs the United States Department of the Navy and the United States Department of Labor to provide the Defendants in the above-referenced matter with copies of any and all documents filed by any party in the Plaintiff's claim entitled *John J, Beliveau v. Naval Undersea Warfare Center Division, United States Department of Labor Officer of Administrative Law Judges Case Nos. 97-SDW-1 and 97-SDW-4.*

DATED: May 9, 2006

_____
Judge Woodlock