# Brody, Hardoon, Perkins & Kesten, LLP
Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

May 19, 2006

Honorable Judge Douglas P. Woodlock
United States District Court
One Courthouse Way
Boston, MA 02210

RE:  Dr. John J. Beliveau
VS:  Town of Mansfield Municipal Electric
     Department and John D'Agostino
     Civil Action No.: 04 11329 DPW

Dear Judge Woodlock:

Pursuant to the Court's directive at the hearing on April 18, 2006, enclosed please find a proposed Order to the Criminal Records History Board for Cheryl Bouldry.

Please feel free to contact me with any questions or concerns.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP


/s/ *Leonard H. Kesten*
Leonard H. Kesten
Deborah I. Ecker

LHK/DIE:nrr
Enclosure

cc. Juliane Balliro, Esq. *[via email only]*
    Susan Jacobs, Esq. *[via email only]*
    Lynn Leonard, Esq. *[via facsimile only: (781) 662-1625]*