DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11329 DPW

DR. JOHN J. BELIVEAU, )
    Plaintiff )
VS. )
 )
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND JOHN )
D'AGOSTINO, )
    Defendants )

## ORDER

The Court hereby directs the Commonwealth of Massachusetts Criminal History Systems Board to provide the Defendants in the above-referenced matter with copies of any and all CORI requests made by or on behalf of the Town of Mansfield Municipal Electric Department concerning Cheryl Bouldry, date of Birth: December 20, 1957.

DATED: _____    _____
               Judge Woodlock