UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DR. JOHN J. BELIVEAU,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN O.<br>D'AGOSTINO,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 04-11329-DPW** |
|  |  | **CONSOLIDATED WITH**<br>**Civil Action No. 05-10354-DPW** |
| KIMBERLY STOYLE,<br>    Plaintiff,<br><br>v.<br><br>THE MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT,<br>JOHN D'AGOSTINO, TOWN OF<br>MANSFIELD BOARD OF LIGHT<br>COMMISSIONERS, LOUIS AMORUSO,<br>MICHAEL MCCUE, DAVID MCCARTER,<br>DANIEL DONOVAN, ROGER ACHILLE<br>and STEVEN MACCAFFRIE,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |

**JOINT MOTION TO AMEND SCHEDULING ORDER
TO EXTEND DISCOVERY DEADLINE**

The parties in the above-referenced matters hereby move that the Court extend the

deadline for the completion by all parties of all fact and expert discovery until Friday, March 30,

2007, and as reason therefor state the following:

The Court has consolidated Civil Action No. 04-11329-DPW (the "Beliveau matter")

with Civil Action No. 05-10354-DPW (the "Stoyle matter") for the purposes of discovery and

scheduling. The Court has issued a scheduling order governing these two consolidated cases as follows:

1. Friday, January 26, 2007 - Fact discovery deadline for all parties.

2. Friday, February 2, 2007 - Deadline for all expert disclosures by all parties.

3. Wednesday, February 28, 2007 - Deadline for filing of all dispositive motions by all parties.

4. Thursday, March 15, 2007 - Deadline for completion of all expert discovery by all parties.

5. Friday, March 30, 2007 - Deadline for filing of all oppositions to dispositive motions.

6. Wednesday, April 18, 2007 - 2:30pm - Hearing on all dispositive motions in Courtroom 1, 3rd floor before Woodlock, J.

7. June 15 or June 18, 2007 - Start of trial.

The parties hereby move to extend the deadline for the completion of all fact and expert discovery by all parties in the Beliveau and Stoyle matters until Friday, March 30, 2007. Such an extension would amend the scheduling order in these matters to the following:

1. Friday, February 2, 2007 - Deadline for all expert disclosures by all parties.

2. Wednesday, February 28, 2007 - Deadline for filing of all dispositive motions by all parties.

3. Friday, March 30, 2007 - Deadline for completion of all fact and expert discovery by all parties.

4. Friday, March 30, 2007 - Deadline for filing of all oppositions to dispositive motions.

5. Wednesday, April 18, 2007 - 2:30pm - Hearing on all dispositive motions in Courtroom 1, 3rd floor before Woodlock, J.

6. June 15 or June 18, 2007 - Start of trial.

As reason for this motion, the parties state that they have been unable to complete discovery to this point, and anticipate that they will be unable to complete discovery by the

currently scheduled deadlines, due to the trial schedules of the attorneys, the schedules of the deponents, and due to other scheduling conflicts. The attorneys for Plaintiff Beliveau continue to be on trial in *Limone et al. v. United States*, Civil Action No. 02-10890. That trial is taking place before Gertner, J. in the United States District Court for the District of Massachusetts. That trial commenced in November of 2006 and is anticipated to continue at least through January of 2007. In addition, attorneys for the Defendants are also scheduled to be on trial in the matter of *McCarthy v. Newburyport*, Civil Action No. 03-11148-MEL, commencing on January 16, 2007 and currently scheduled to continue for between two and three weeks thereafter.

Because of the conflicting trial schedules of the attorneys, the difficulty of scheduling some of the deponents in this matter, and other scheduling conflicts, it will be impossible for the parties to complete fact discovery by the currently scheduled deadline of January 26, 2007, and it will be difficult for the parties to complete all expert discovery by the currently scheduled deadline of March 15, 2007.

In order to provide the parties time to complete fact and expert discovery in this matter without conflicting with other scheduled and ongoing trials the parties request that the deadline for completion of all fact and expert discovery for all parties be extended to Friday, March 30, 2007. This extension will not affect the trial schedule in this matter, nor will it affect the schedule for dispositive motions, both of which are already in place.

A proposed form of Order is attached hereto for the Court's convenience.

RESPECTFULLY SUBMITTED,
By Plaintiff,
**DR. JOHN J. BELIVEAU,**
By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100


RESPECTFULLY SUBMITTED,
By Plaintiff,
**KIMBERLY STOYLE,**
By her attorney,

 /s/ Lynn A. Leonard /CMG
Lynn A. Leonard (BBO # 561662)
Suite 8
527 Main Street
Melrose, MA 02176
781-662-6161

RESPECTFULLY SUBMITTED,
By Defendants,
**THE TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT and JOHN O. D'AGOSTINO**,
By their attorneys,

 /s/ Leonard H. Kesten /CMG
Leonard H. Kesten (BBO # 542042)
Deborah I. Ecker (BBO # 554623)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

 /s/ Susan Jacobs /CMG
Susan Jacobs
Robert Mangiaratti
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
508-222-1463

RESPECTFULLY SUBMITTED,
By Defendants,
**THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL MCCUE, DAVID MCCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MACCAFFRIE,**
By their attorneys,

 /s/ Leonard H. Kesten /CMG
Leonard H. Kesten (BBO # 542042)
Deborah I. Ecker (BBO # 554623)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Dated: December 30, 2006

## CERTIFICATE OF SERVICE

     I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 30th day of December, 2006.

                                                               /s/ Christine M. Griffin
                                                               Christine M. Griffin