# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. JOHN J. BELIVEAU,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>    Defendants. | Civil Action No. 04-11329-DPW<br><br><br>**CONSOLIDATED WITH**<br>**Civil Action No. 05-10354-DPW** |
| KIMBERLY STOYLE,<br>    Plaintiff,<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL MCCUE, DAVID MCCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MACCAFFRIE,<br>    Defendants. | |

## (Proposed) ORDER

Upon consideration of the parties' Joint Motion To Amend Scheduling Order To Extend Discovery Deadline, that motion is hereby GRANTED and it is hereby ORDERED that the deadline for the completion of all fact and expert discovery by all parties in the Beliveau and Stoyle matters be extended until Friday, March 30, 2007 and that the scheduling Order in those matters therefore be amended as follows:

1. Friday, February 2, 2007 - Deadline for all expert disclosures by all parties.

2. Wednesday, February 28, 2007 - Deadline for filing of all dispositive motions by all parties.

3. Friday, March 30, 2007 - Deadline for completion of all fact and expert discovery by all parties.

4. Friday, March 30, 2007 - Deadline for filing of all oppositions to dispositive motions.

5. Wednesday, April 18, 2007 - 2:30pm - Hearing on all dispositive motions in Courtroom 1, 3rd floor before Woodlock, J.

6. June 15 or June 18, 2007 - Start of trial.

_____
Douglas P. Woodlock
United States District Judge

Dated: _____

2