UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br><br>       Plaintiff<br>VS.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT AND<br>JOHN D'AGOSTINO,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSOLIDATED WITH**

Civil Action No.: 05-10354-DPW

| | |
|---|---|
| KIMBERLY STOYLE,<br>       Plaintiff<br><br>VS.<br><br>THE MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN<br>D'AGOSTINO, TOWN OF MANSFIELD<br>BOARD OF LIGHT COMMISSIONERS,<br>LOUIS AMORUSO, MICHAEL MCCUE<br>DAVID MCCARTER, DANIEL<br>DONOVAN, ROGER ACHILLE, AND<br>STEVEN MACCAFFRIE,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' EXPERT DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), the Defendants make the following disclosures regarding anticipated expert testimony.

    1.    John J. Sullivan, CPA
            Melanson, Heath & Company

Mr. Sullivan's Curriculum Vitae is attached hereto as Exhibit 1. Mr. Sullivan is expected to testify consistent with his report attached hereto as Exhibit 2.

2. Robert Guaraldi
   President and Co-founder @llmarin
   Londonderry, New Hampshire

Mr. Guaraldi is a fact witness who will be asked to testify about the computer files he recovered and how he went about discovering the information contained on the computers. In addition to his knowledge of certain facts, Mr. Guaraldi will be asked to testify as an expert witness pursuant to Rules 7022, 703, and 705 of the Federal Rules of Civil Procedure about when certain files found on the computers were created and modified. A copy of Mr. Guaraldi's Curriculum Vitae is attached hereto as Exhibit 3. A copy of Mr. Guaraldi's report is attached hereto as Exhibit 4.

                                              Respectfully submitted,
                                              The Defendants,
                                              By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(6176) 8807100


/s/ Susan Jacobs
Susan Jacobs, Esq.
Volterra, Goldberg & Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: February 2, 2007