# EXHIBIT 1

# JOHN J. SULLIVAN

Mr. Sullivan is the officer in charge of the Firm's Municipal services. He has over thirty years experience providing a wide range of services to Governmental clients. He joined Melanson, Heath & Company in 1986 and was admitted as a shareholder in 1989. Prior to that Mr. Sullivan was the founding partner in a CPA firm located in Montpelier, Vermont. His responsibility was municipal and non-profit client services primarily in federally funded programs.

Mr. Sullivan has a bachelors degree in Business Management from the University of New Hampshire, has taken numerous post-graduate courses and has taught for several colleges including teaching, <u>Problems in Budgeting</u>, at the Masters of Public Administration program at American International College, a UMAS training course for Western New England College as well as courses sponsored by the American Institute for Certified Public Accountants, New England GFOA, Massachusetts Association of School Business Officials and Massachusetts Municipal Auditors' and Accountants' Association.

He has also participated in fraud detection and prevention seminars sponsored by various municipal organizations. He is a member of the American Association of Certified Fraud Examiners.

Mr. Sullivan has been active in numerous fraud and forensic examinations throughout Massachusetts, New Hampshire and Vermont. The activity has included:

- Investigation to determination existence of fraud.
- Documentation of amount of loss.
- Assistance to prosecutors in case preparation.
- Provide expert testimony.
- Assistance to Municipality's labor attorneys in employment actions.

He also performs consulting related to overall organizational systems and human resource management. This experience includes:

- Evaluation of organizational structures and restructuring, recommended organization charts, development of job descriptions, duties, and responsibilities.
- Evaluating efficiency and setting standards for achievement.
- Providing recommendations on the flow and processing of documents through the organizational structure.
- Seminar and lectures on motivational and professional development topics.
- Evaluation of resumes, assistance in interviewing and hiring recommendations.
- Cash and Receivable Reconciliations
- Management Audits

## Background

Melanson, Heath & Company is a full service regional Certified Public Accounting firm licensed in Massachusetts, New Hampshire, Maine, and Vermont. The firm currently has nine officers, five managers and 50 staff. The firm specializes in government audit and consulting services, fraud investigation and litigation support services, and commercial audit and tax services. Offices are located in Andover and Greenfield, Massachusetts, Nashua, New Hampshire, and Ellsworth, Maine.

## Quality Control

The Firm has established very high standards of quality control. This can be best demonstrated by the high level of partner participation in all engagements. Audit partners are always key members of the audit team assigned to a municipality. They are present throughout fieldwork, and play major roles in the review and evaluation of client internal controls, and overall audit management. This results in quality management letter comments, timely resolution of audit issues, and smoothly run audits.

We also participate in outside organizations which perform external quality control evaluations of our Firm. As a demonstration of our commitment to quality control, we joined the Private Company Practice Section (PCPS) of the Division for CPA Firms of the American Institute of CPA's in 1984 and the New England Quality Review Division in 1993. These organizations are concerned primarily with quality control in accounting and auditing services.

Our membership requires that we undergo a review of our accounting and auditing practice by an independent reviewer every three years. The results of all our peer reviews found our systems and procedures meet or exceed the requirements of the American Institute of Certified Public Accountants. In all peer reviews, samples of our governmental audit engagements were selected for review.

We have also established a very demanding continuing professional education program. At Melanson, Heath & Company our professional staff typically spends far more time than required in continuing professional education, constantly improving and updating the skills necessary to service our clients.

## Fraud Investigations

Our firm has performed numerous fraud and forensic investigations. In addition to being members of the American Association of Certified Fraud Examiners and the related Massachusetts and New Hampshire Chapters, we are members of the American College of Forensic Examiners. Our examinations include loss documentation, testimony at trial, arbitration and discipline hearings, litigation support and loss prevention.

## Summary of Recent Forensic Audit Experience:

- **Southern Worcester County Vocational School (Bay Path)**
  Investigation into approximately $ 6 million embezzlement including working with federal and state investigative organizations. Provided assistance in design and implementation of plan to insure continued operation of school.

  Provided assistance to Worcester County District Attorney, Massachusetts Department of Revenue Criminal Investigation Bureau, Commonwealth of Massachusetts Special Audits Division, Department of Treasury IRS Criminal Investigation Division, and US Department of Justice US Attorney.

- **Ashburnham-Westminster Regional School District**
  Documentation of $ 1.4 million embezzlement including loss recovery and establishing new systems of internal controls to prevent future loss.

- **City of Worcester**
  Investigation into $ 100,000 embezzlement by employee in Treasurer's Office. Prepared report documenting loss for insurance and criminal prosecution purposes, and providing recommendations for improved internal controls.

- **Codem Systems**
  Investigation into unauthorized expense reimbursements to employee. Provided information used in resolving dispute over employee termination and determining amount of restitution that was sought and awarded.

2

**Harris Pond Condominium Association**
Investigation into unauthorized expense reimbursements paid to realty management company. Prepared report for use in ongoing court case seeking restitution.

- **Town of Lunenburg**
Investigation of inappropriate activity by School Superintendent including payments to fictitious vendor and questionable expense reimbursements. Prepared report used in criminal proceedings.

- **Southeastern Regional School District**
Examination of specific transactions to determine propriety. Provided assistance to state agencies in resolution of disputed issues. Provided testimony in related labor action. Provided assistance to Bristol County District Attorney's Office investigation and expert testimony in resulting criminal case for misappropriation of petty cash monies.

- **Reading Municipal Light Department**
Investigation into expense reimbursements and other questioned transactions authorized by the General Manager. Investigation was the result of concerns raised by the Inspector General's Office. Prepared report used in resolution of employment status.

- **Berlin Boylston Regional School District**
Investigation into embezzlement by bookkeeper and temporary employee. Prepared report used in resolution of criminal case.

- **Town of Dedham**
Investigation of unsupported payments credited to taxpayers accounts. Provided assistance to Norfolk County Prosecutor and State Ethics Commission investigation of actions by former Collector.

3

- **Stoneham Public Schools**
  Investigation of specific transactions approved by SPED Director. Engagement included litigation support in labor action and support to state and federal agencies, including US Department of Education Office of Inspector General and Middlesex County District Attorney, in criminal and ethical violation investigations.

- **City of Holyoke**
  Investigation into issuance of unauthorized checks prepared by Treasurer's Office employee and documentation of loss to assist in resolution of criminal case and insurance claim.

- **Town of Wales**
  Investigation of embezzlement by Town Treasurer. Provided documentation of loss to State law enforcement officials.

- **Winchendon Public Schools**
  Investigation of credit card and expense reimbursement activity of former superintendent.

- **North Andover Public Schools**
  Investigation of Support our Seniors account activity. Provided assistance and documentation of loss to local law enforcement authorities.

- **SAU 56, Somersworth, NH**
  Investigation of inappropriate wage payments to three employees. Prepared report used in resolution of employee status action.

- **Greater Lawrence Technical School**
  Investigation of cafeteria revenues and custodial timecard issues. Provided assistance with resolution of personnel issues.

- **Stoughton Public Schools**
  Investigation of Student Activity Fund account and questionable practices of Yearbook Advisor.

- **Town of Westford**

    Investigation of questionable activity in former Town Clerk's departmental checking account. Resulted in resignation and restitution.

- **Steven's Estate Banquet Facility**

    Investigation of questionable activity by facility manager in management of bar receipts and payroll. Prepared report for use by law enforcement in resolution of criminal case.

- **Nashoba Regional School District**

    Investigation of expenditures paid with loan proceeds for High School renovation project and evaluation of general fund budget preparation assumptions.

- **Town of Easton**

    Investigation of expenditures related to closure of Town landfill. Procedures included analysis of budget assumptions used to justify use of Town employees, identification of safety issues related to procedures and materials used, determining compliance with procurement statutes, and evaluating the effectiveness of project management.

## Governmental Experience

We have one of the largest municipal service departments in all of New England, and currently perform auditing and consulting services to over 100 municipalities in New England. We are well respected and recognized as leaders in the municipal auditing and consulting field, and are often called upon by bond rating agencies to discuss changes in municipal finance laws and governmental accounting principals, and their impact on municipal financial statements.

## Summary of Recent Audit Experience

We have been engaged to perform, or are currently performing auditing or other professional services for the following Massachusetts local governments:

**Cities:**                                              Years Audited

| | |
|---|---|
| Town of Amesbury (City Government) | 1999 - 2005 |
| City of Everett | 2004 - 2005 |
| City of Fitchburg | 1993 - 2005 |
| Town of Greenfield (City Government) | 1985 - 2005 |
| City of Holyoke | 1989 - 2005 |
| City of Lawrence | 2000 - 2005 |
| City of Leominster | 1993 - 2005 |
| City of Medford | 1988 - 2005 |
| Town of Methuen (City Government) (CAFR) | 1989 - 2005 |
| City of Newburyport | 2004 - 2005 |
| City of Pittsfield | 1991 - 2000 |
| City of Quincy | 2002 - 2005 |
| City of Revere | 1999 - 2005 |
| City of Springfield | 1995 - 2004 |
| Town of Watertown (City Government) | 1993 - 2005 |

6

| **Towns:** | Years Audited |
|---|---|
| Town of Amherst | 1994 - 1996, 1998 - 2005 |
| Town of Ashby | 2001 - 2005 |
| Town of Athol | 1989 - 2005 |
| Town of Barre | 2000 - 2005 |
| Town of Boxford | 2001 - 2005 |
| Town of Blandford | 1996 - 1997, 1999 - 2003 |
| Town of Bourne | 1994 - 2005 |
| Town of Boylston | 2002 - 2005 |
| Town of Concord | 1998 - 2005 |
| Town of Cheshire | 1999 - 2002 |
| Town of Chester | 2003 |
| Town of Danvers (CAFR) | 1995 - 2005 |
| Town of Dedham | 1996 - 2001 |
| Town of Dover | 1993 - 2005 |
| Town of Dracut | 1987 - 2005 |
| Town of Dunstable | 2001 |
| Town of Easton | 2000 - 2005 |
| Town of Essex | 1992, 1995 - 1996, 1999 |
| Town of Framingham | 1992 - 2005 |
| Town of Great Barrington | 1993 - 2005 |
| Town of Holbrook | 1995 - 2005 |
| Town of Hudson | 1989 - 1991, 1995 - 2005 |
| Town of Ipswich | 1991 - 2005 |
| Town of Kingston | 1995 - 2005 |
| Town of Lee | 1989 - 2005 |
| Town of Lexington | 1999 - 2005 |
| Town of Ludlow | 1993 - 1996, 1998 - 2005 |
| Town of Lunenburg | 1985 - 2005 |
| Town of Lynnfield | 1997 - 2005 |
| Town of Medfield | 2001 - 2005 |

|  | Years Audited |
|---|---|
| Town of Medway | 1994 - 2005 |
| Town of Middleborough | 2005 |
| Town of Montague | 1986 - 2005 |
| Town of Needham | 1994 - 2005 |
| Town of North Andover | 1996 - 2002 |
| Town of Norwood | 2004 - 2005 |
| Town of Reading | 2003 - 2005 |
| Town of Rutland | 1998 - 2005 |
| Town of Sharon | 2001 - 2005 |
| Town of Saugus | 2003 - 2005 |
| Town of Sheffield | 2001 |
| Town of Sherborn | 2002 - 2005 |
| Town of Shelburne | 2001 - 2005 |
| Town of Somerset | 2001 - 2003 |
| Town of Southampton | 1998 - 2000 |
| Town of Stoneham | 1997 - 2005 |
| Town of Sutton | 2000 - 2005 |
| Town of Swansea | 2001 - 2003 |
| Town of Templeton | 2002 - 2005 |
| Town of Ware | 2002 |
| Town of Webster | 2000 - 2003 |
| Town of West Boylston | 2000 - 2005 |
| Town of West Bridgewater | 1989 - 2002 |
| Town of Westford | 1988 - 2005 |
| Town of Westminster | 1993 - 1995, 1998 - 2000 |
| Town of West Springfield | 1989 - 2005 |
| Town of Wilbraham | 1994 - 2005 |
| Town of Winchendon | 1987 - 2005 |

| **Contributory Retirement Systems:** | Years Audited |
|---|---|
| Town of Athol | 1989 - 2005 |
| Town of Concord | 1997 - 2005 |
| Town of Danvers | 1995 - 2005 |
| City of Everett | 2004 - 2005 |
| City of Fitchburg | 1993 - 2005 |
| Town of Framingham | 1992 - 2005 |
| Town of Greenfield | 1984 - 2005 |
| City of Holyoke | 1988 - 2005 |
| City of Leominster | 1993 - 2005 |
| Town of Lexington | 1998 - 2005 |
| City of Medford | 1988 - 2005 |
| Town of Methuen | 1988 - 2005 |
| Town of Montague | 1985 - 2005 |
| Town of Needham | 1995 - 2005 |
| Town of Norwood | 2004 - 2005 |
| City of Revere | 1999 - 2005 |
| Town of Saugus | 2002 - 2005 |
| City of Springfield | 1994 - 2004 |
| Town of Watertown | 1993 - 2005 |
| Town of West Springfield | 1989 - 2005 |
| **Electric Enterprise Divisions:** | |
| Danvers Electric Division | 1995 - 2005 |
| Littleton Electric Department | 2005 |
| Norwood Electric Department | 2004 - 2005 |
| Peabody Municipal Light Plant | 1994 - 2005 |
| Reading Municipal Light Plant | 2003 - 2005 |
| Wakefield Gas and Electric Department | 2000 - 2005 |

9

| **School Districts:** | **Years Audited** |
|---|---|
| Ashburnham-Westminster Regional School District | 1992 - 2005 |
| Athol-Royalston Regional School District | 1986 - 2005 |
| Concord-Carlisle Regional School District | 1998 - 2005 |
| Erving Regional School District | 1995 - 2005 |
| Franklin County Technical School District | 1986 - 2005 |
| Gill-Montague Regional School District | 1987 - 2005 |
| Greater Lawrence Regional School District | 1992 - 2005 |
| Greater Lowell Regional Technical School District | 1994 - 2005 |
| Groton-Dunstable Regional School District | 1997 - 2005 |
| Hamilton-Wenham Regional School District | 1987 - 2005 |
| Hawlemont Regional School District | 1999 - 2005 |
| Mohawk Trail Regional School District | 1999 - 2005 |
| Montachusett Regional School District | 1997 - 2005 |
| North Middlesex Regional School District | 1988 - 1993, 2000 - 2005 |
| Pathfinder Regional School District | 1989 - 2005 |
| Southeastern Regional Vocational School District | 2000 - 2002 |
| Southern Worcester County Vocational Technical Regional School District | 1997 - 2003 |
| Wachusett Regional School District | 1989 - 1996, 2002 - 2005 |
| **Other Municipal Organizations:** | |
| Berkshire Athenaeum | 1992 - 2003 |
| Berkshire Training and Employment Program | 1992 - 1999 |
| Bondsville Fire and Water District | 1993 - 2005 |
| Bourne, MA Landfill | 1999 - 2005 |
| CASE Collaborative | 2002 - 2003 |
| Coastal Collaborative | 1994 - 2005 |
| Franklin-Hampshire Employment and Training Consortium | 1986 - 2005 |
| Franklin Regional Council of Governments | 1998 - 2005 |

|  | Years Audited |
|---|---|
| Greater Newburyport Educational Collaborative | 1994 – 2001 |
| Hampshire Council of Governments | 2000 - 2005 |
| Martha's Vineyard Municipal Airport | 2001 - 2002 |
| Massachusetts Career Development Institute, Inc. | 2002 |
| Middlesex County | 1991 - 1996 |
| Pioneer Valley Planning Commission | 1990 - 2005 |
| Salem-Beverly Water Supply Board | 2000 - 2005 |
| Turners Falls Fire and Water District | 1988 - 1992, 1994 - 2005 |