# EXHIBIT 2



# MELANSON HEATH & COMPANY, PC

CERTIFIED PUBLIC ACCOUNTANTS
MANAGEMENT ADVISORS

10 New England Business Center Drive • Suite 112
Andover, MA 01810-1096
(978) 749-0005 • Fax (978) 749-0006
www.melansonheath.com

Ms. Susan Jacobs
Volterra, Goldberg, Mangiaratti
 & Jacobs Law Counselors, Inc.
Three Mill Street
Attleboro, MA 02703

Dear Ms. Jacobs:

The firm of Melanson Heath and Company, PC was retained by the law firm of Volterra, Goldberg, Mangiaratti & Jacobs, Inc. to perform forensic accounting investigative services relative to an ongoing dispute between the Town of Mansfield (the "Town") and two former employees of the Mansfield Municipal Electric Department ("MMED"). The investigation was conducted in accordance with lawful fraud examination techniques.

As part of our investigation, we were asked to evaluate the following issues: 1) cash reconciliation, 2) annual internal charges, 3) American express charges, 4) borrowing from the depreciation fund, 5) the lock box issue and 6) cash controls at the MMED. We also reviewed the general accounting and financial operations of the MMED. During our investigation we interviewed current and former employees of the Town and the MMED and reviewed financial information from both the Town and MMED as well as memoranda and e-mails that were exchanged between the Town and MMED employees, we were able to form the following opinions regarding the issues that we were asked to investigate.

Our report contains our findings and conclusions.

Sincerely,

*Melanson, Heath & Company, P.C.*

Melanson, Heath & Company, P.C.
Certified Public Accountants
January 30, 2007

Additional Offices:
Greenfield, MA • Ellsworth, ME • Nashua, NH • Manchester, NH

## TOWN OF MANSFIELD

### Forensic Accounting Investigative Services

### January 30, 2007

1. <u>Cash Reconciliation</u>

From our review of the documents, it is our opinion that the MMED did not consistently reconcile cash balances on a monthly basis during the period that Kimberly Stoyle was employed by the MMED. There were times when we could not find evidence that information was being sent over by the Town to the MMED timely, but there is clear evidence that much of the time information was being sent over timely and that the reconciliations were still not being performed. We found evidence that monthly bank reconciliations were being performed at the MMED both prior to and after the employment period of Kimberly Stoyle.

We also found that MMED hired outside auditors to perform additional accounting services during the period of Kimberly Stoyle's employment. At the time of this report we have been unable to document why these services needed to be performed by outside auditors rather than by MMED staff.

2. <u>Annual Charges</u>

After review of the documentation it is our opinion that the Internal Fund Charges made to the MMED over the years evaluated were reasonable and based on supporting documentation. The employee benefit charges were supported and understated due to error in the calculations and the retirement undercharge for 2003. The indirect costs were based on sound methodology. The possible excess in charges for the Treasurer's office is more than offset by the failure to include employee benefits in the indirect cost calculation.

The amount charged to MMED for the PILOT was less than National and Northeast averages, less than other methodologies and less than the amount charged by other Massachusetts Electric Utilities in our client base.

3. <u>American Express Charges</u>

Based on our review of the American Express bills and supporting documentation for charges made on the American Express accounts, we found no evidence that the MMED American Express card was improperly used for Town expenditures.

2

4. <u>Borrowing from the Depreciation Fund</u>

We have reviewed documentation concerning the depreciation fund and transfers made to and from that fund by the Town treasurer. It is our opinion based on our review that all transfers of depreciation funds were authorized by the MMED. The borrowings, although not specifically authorized by statute, were repaid short term with interest at a yield higher than the account that the funds were invested in and meet the prudence test of "safety, liquidity and yield" contained in the statutes.

5. <u>Lock Box Issue</u>

It is clear from our review of the memoranda and emails that there was disagreement between the MMED and Town Treasurer/Collector over the establishment of a lock box system for collection of MMED receipts. Since the Treasurer/Collector bears the responsibility for the collection and recording of both MMED and Town funds, it was within his discretion as to the system used to perform his statutory functions.

Whatever the motive of the MMED for establishing a lock box system, the decision is that of the Treasurer as to the type of system to be used.

6. <u>Cash Controls</u>

A review of the documents revealed that there were inadequate controls up and until the fall 2000 that resulted in theft at the MMED.

Attached to this report are analyses of the auditor billings as well as the depreciation fund activity.

APPENDIX I – AUDITOR BILLINGS ANALYSIS

Mansfield MMED
Auditor Billings Analysis - Goulet, Salvidio Associates
FY1998 through FY2005

| | Paid in FY1998 | | | Paid in FY1999 | | | Paid in FY2000 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Invoice Date | Amount | Service | Invoice Date | Amount | Service | Invoice Date | Amount | Service |
| Audit | 12/31/1997 | 3,500 | 12/31/97 audit | 1/31/1999 | 2,000 | 12/31/98 audit | 1/31/2000 | 1,400 | 12/31/99 audit |
| | 1/31/1998 | 3,500 | 12/31/97 audit | 2/28/1999 | 638 | 12/31/98 audit | 2/29/2000 | 7,000 | 12/31/99 audit |
| | 2/28/1998 | 2,500 | 12/31/97 audit | 4/30/1999 | 9,500 | 12/31/98 audit | 3/31/2000 | 1,880 | 12/31/99 audit |
| | | | | | | | 4/30/2000 | 900 | 12/31/99 audit |
| | | | | | | | 5/31/2000 | 1,975 | 12/31/99 audit |
| Subtotal - Audit | | 9,500 | | | 12,138 | | | 13,155 | |
| Preparation of DPU Report | 5/31/1998 | 4,500 | 1997 DPU report | | * | | | * | |
| Subtotal - DPU Report | | 4,500 | | | * | | | * | |
| Consultation Services | | | | 10/16/1998 | 7,320 | Oct 6-16, 1998 | | | |
| | | | | 10/31/1998 | 5,380 | Oct 19-30, 1998 | | | |
| | | | | 11/30/1998 | 5,320 | November, 1998 | | | |
| | | | | 12/31/1998 | 5,080 | December, 1998 | | | |
| Subtotal - Consultation | | * | | | 23,100 | | | * | |
| Accounting Support Services | | | | 1/31/1999 | 280 | Jan 1999 services | 9/30/1999 | 3,870 | June-Sept 1999 accounting services |
| | | | | 2/28/1999 | 127 | Feb 1999 services | 10/31/1999 | 1,900 | Oct 1999 accounting services |
| | | | | 4/30/1999 | 1,360 | Dec 1998 services | | | |
| Subtotal - Accounting | | * | | | 1,767 | | | 5,770 | |
| Other | | * | | | * | | | * | |
| Subtotal - Other | | * | | | * | | | * | |
| Annual Total All Services | | 14,000 | =G/L | | 37,005 | =G/L | | 18,925 | =G/L |

Authorization:
On 9/8/1997, BLC approved a three year contract with Goulet at a cost of $9,500 per year.

*: The billing of preparation of DPU report was combined with the audit billing.
**: Some accounting services were billed with auditing services; Invoice did not break down the costs.

Page 1 of 3

Mansfield MMED
Auditor Billings Analysis - Goulet, Salvidio Associates
FY1998 through FY2005

| | Paid in FY2001 | | | Paid in FY2002 | | | Paid in FY2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Invoice Date | Amount | Service | Invoice Date | Amount | Service | Invoice Date | Amount | Service |
| Audit | 6/30/2000 | 3,800 | 1999 audit and DTE report | 5/31/2001 | 6,800 | 12/31/00 audit | 6/30/2002 | 6,900 | 12/31/01 audit and DTE report |
| | 12/31/2000 | 750 | 12/31/00 audit | 7/31/2001 | 8,300 | 12/31/00 audit | 8/31/2002 | 3,550 | 12/31/01 audit and DTE report |
| | 1/31/2001 | 2,950 | 12/31/00 audit | 8/31/2001 | 3,300 | "August auditing services" | | | |
| | 4/30/2001 | 7,100 | 12/31/00 audit | 11/30/2001 | 1,900 | "November accounting and auditing services" | 1/31/2003 | 3,300 | 12/31/02 audit |
| | | | | 1/31/2002 | 3,825 | 12/31/01 audit | 3/31/2003 | 10,500 | "March accounting & auditing services" |
| | | | | 2/28/2002 | 4,800 | 12/31/01 audit | 4/30/2003 | 2,100 | 12/31/02 audit |
| | | | | | | | 5/31/2003 | 4,700 | 12/31/02 audit |
| Subtotal - Audit | | 14,600 | | | 28,925 | | | 31,050 | |
| Preparation of DPU Report | | * | | | * | | | * | |
| Subtotal - DPU Report | | * | | | * | | | * | |
| Consultation Services | | | | | | | | | |
| Subtotal - Consultation | | * | | | * | | | * | |
| Accounting Support Services | 11/30/2000 | 875 | Sept - Nov 2000 services | 10/31/2001 | 1,630 | Sept - Oct 2001 services | | | |
| Subtotal - Accounting | | 875 | | | 1,630 | | | * | |
| Other | | | | | | | 9/12/2002 | 450 | MMED portion of MLDM Reserve Trust financial statements |
| Subtotal - Other | | * | | | * | | | 450 | |
| Annual Total All Services | | 15,475 | | | 30,555 | | | 31,500 | |
| | | =G/L | | | =G/L | | | =G/L | |

*: The billing of preparation of DPU report was combined with the audit billing.
**: Some accounting services were billed with auditing services; invoice did not break down the costs.

Mansfield MMED
Auditor Billings Analysis - Goulet, Salvidio Associates
FY1998 through FY2005

| | | Paid in FY2004 | | | Paid in FY2005 | | | Total by Service |
|---|---|---|---|---|---|---|---|---|
| | Invoice Date | Amount | Service | Invoice Date | Amount | Service | | |
| Audit | 6/30/2003 | 1,650 | 12/31/02 audit | 6/30/2004 | 3,975 | 12/31/03 audit and DTE report | | |
| | 7/31/2003 | 1,900 | 12/31/02 audit | 7/31/2004 | 2,550 | 12/31/03 audit | | |
| | 8/31/2003 | 5,850 | "August auditing services" | 8/31/2004 | 6,060 | 12/31/03 audit | | |
| | 12/31/2003 | 2,160 | 12/31/02 audit | 9/30/2004 | 6,000 | 12/31/03 audit and DTE report | | |
| | 1/31/2004 | 2,725 | 12/31/03 audit | 11/30/2004 | 1,825 | 12/31/03 audit | | |
| | 2/29/2004 | 6,200 | 12/31/03 audit | 12/31/2004 | 938 | 12/31/03 audit | | |
| | 3/31/2004 | 3,900 | 12/31/03 audit | | | | | |
| | 4/30/2004 | 2,800 | 12/31/03 audit | | | | | |
| Subtotal - Audit | | 27,185 | | | 21,348 | | | 157,901 |
| Preparation of DPU Report | 9/30/2003 | 4,525 | DTE report and bookkeeping support | | | | | |
| Subtotal - DPU Report | | 4,525 | | | - | | | 8,025 |
| Consultation Services | | | | 10/31/2004 | 440 | "Various consultations" | | |
| Subtotal - Consultation | | - | | | 440 | | | 23,540 |
| Accounting Support Services | 11/30/2003 | 2,240 | Oct - Nov 2003 services | | | | | |
| Subtotal - Accounting | | 2,240 | | | - | | | 12,282 |
| Other | | | | 12/31/2004 | 4,190 | "Expenses paid to Nicholas Scobbo Jr." | | |
| | | | | 4/1/2005 | 500 | MMED portion of MLDM Reserve Trust financial statements | | |
| Subtotal - Other | | - | | | 4,690 | | | 5,140 |
| Annual Total All Services | | 33,950 | | | 26,478 | | | 207,888 |
| | | =G/L | | | =G/L | | | =G/L total |

*: The billing of preparation of DPU report was combined with the audit billing.
**: Some accounting services were billed with auditing services; invoice did not break down the costs.

APPENIX II – DEPRECIATION FUND ACTIVITY

TOWN OF MANSFIELD, MA
MMED DEPRECIATION FUND
BANK STATEMENT ACTIVITY 7/96 - 12/06

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 12/29/2006 | 134,851.00 | | December depreciation | |
| 11/30/2006 | 134,851.00 | | November depreciation | |
| 11/2/2006 | 134,851.00 | | October depreciation | |
| 11/30/2006 | 8,968.69 | | Interest | |
| 10/31/2006 | 8,758.70 | | Interest | |
| 9/28/2006 | 134,851.00 | | September depreciation | |
| 9/29/2006 | 8,129.52 | | Interest | |
| 8/3/2006 | 136,317.00 | | July depreciation | |
| 8/31/2006 | 134,851.00 | | August depreciation | |
| 8/31/2006 | 7,752.67 | | Interest | |
| 7/31/2006 | 7,048.91 | | Interest | |
| 6/13/2006 | 126,854.00 | | May depreciation | |
| 6/29/2006 | 126,854.00 | | June depreciation | |
| 6/30/2006 | 5,592.67 | | Interest | |
| 5/31/2006 | 5,397.97 | | Interest | |
| 4/4/2006 | 126,854.00 | | March depreciation | |
| 4/28/2006 | 126,854.00 | | April depreciation | |
| 4/28/2006 | 4,443.07 | | Interest | |
| 3/9/2006 | 126,854.00 | | February depreciation | |
| 3/31/2006 | 3,757.47 | | Interest | |
| 2/2/2006 | 126,854.00 | | January depreciation | |
| 2/28/2006 | 2,869.50 | | interest | |
| 1/18/2006 | | (500,000.00) | Transfer to operating cash to cover MMWEC bill due 1/20/06. (advance on warrant dated 1/24/06) | Yes |
| 1/31/2006 | 3,791.58 | | Interest | |
| 12/29/2005 | 126,854.00 | | December depreciation | |
| 12/5/2005 | 126,854.00 | | November depreciation | |
| 12/30/2005 | 3,699.29 | | Interest | |
| 11/30/2005 | 3,082.84 | | Interest | |
| 10/31/2005 | 2,398.75 | | Interest | |
| 10/27/2005 | 126,854.00 | | October depreciation | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 10/4/2005 | | (95,745.63) | Transfer to operating cash to cover final payment for Gilbert Street substation to Mass Electric | Yes |
| 10/4/2005 | 126,854.00 | | September depreciation | |
| 9/30/2005 | 2,170.99 | | Interest | |
| 8/23/2005 | 121,172.74 | | August depreciation | |
| 8/31/2005 | 1,990.05 | | interest | |
| 7/28/2005 | 121,172.74 | | July depreciation | |
| 7/19/2005 | | (400,000.00) | Transfer to acct #62-2425 | yes |
| 7/14/2005 | | (500,000.00) | Transfer to acct #62-2425 | yes |
| 7/29/2005 | 3,065.72 | | interest | |
| 6/23/2005 | 121,172.74 | | June depreciation | |
| 6/30/2005 | 3,713.00 | | interest | |
| 5/26/2005 | 121,172.74 | | May depreciation | |
| 5/12/2005 | 121,172.74 | | depreciation | |
| 5/31/2005 | 3,389.52 | | interest | |
| 4/19/2005 | 218,542.94 | | depreciation | |
| 4/29/2005 | 2,303.70 | | interest | |
| 3/22/2005 | 144,975.28 | | depreciation | |
| 3/31/2005 | 1,860.82 | | Interest | |
| 2/28/2005 | 1,557.25 | | interest | |
| 1/31/2005 | 1,545.64 | | interest | |
| 12/31/2004 | 1,397.71 | | interest | |
| 11/30/2004 | 1,239.95 | | interest | |
| 10/29/2004 | 978.45 | | interest | |
| 9/30/2004 | 949.81 | | Interest | |
| 8/26/2004 | 91,556.11 | | depreciation | |
| 8/31/2004 | 828.79 | | interest | |
| 7/2/2004 | | (300,000.00) | Transfer to operating account | yes |
| 7/12/2004 | | (400,000.00) | Transfer to operating account | yes |
| 7/30/2004 | 933.70 | | interest | |
| 6/3/2004 | | (500,000.00) | Transfer to operating account | yes |
| 6/30/2004 | 1,886.60 | | interest | |
| 5/4/2004 | 91,556.11 | | depreciation | |
| 5/28/2004 | 2,051.45 | | Interest | |
| 4/12/2004 | 91,556.11 | | depreciation | |
| 4/30/2004 | 2,059.69 | | interest | |
| 3/31/2004 | 2,191.49 | | interest | |
| 2/5/2004 | 91,556.00 | | depreciation | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 2/27/2004 | 91,556.00 | | depreciation | |
| 2/27/2004 | 1,735.06 | | interest | |
| 1/22/2004 | 91,556.00 | | depreciation | |
| 1/30/2004 | 1,692.84 | | interest | |
| 12/1/2003 | 91,556.00 | | depreciation | |
| 12/8/2003 | 1,154,964.10 | | Includes $1,061.28 of interest | Offset to 11/20 borrowing plus interest |
| 12/24/2003 | 91,556.11 | | depreciation | |
| 12/31/2003 | 1,314.03 | | interest | |
| 11/20/2003 | | (898,038.64) | payment voucher | Borrowing against fund |
| 11/20/2003 | | (255,864.18) | payment voucher | Borrowing against fund |
| 11/28/2003 | 939.12 | | interest | |
| 10/1/2003 | 300,000.00 | | Principal payback on 9/19/03 borrowing | Paid back from 9/19/03 borrowing |
| 10/30/2003 | 91,556.11 | | depreciation | |
| 10/31/2003 | 1,401.61 | | interest | |
| 9/18/2003 | | (200,000.00) | wire | Yes |
| 9/19/2003 | | (300,000.00) | wire | Borrowing against fund |
| 9/25/2003 | 91,556.11 | | depreciation | |
| 9/30/2003 | 1,390.22 | | Interest | |
| 8/29/2003 | 91,556.11 | | depreciation | |
| 8/31/2003 | 1,400.38 | | Interest | |
| 7/17/2003 | | (200,000.00) | transfer | Yes |
| 7/31/2003 | 1,629.84 | | interest | |
| 6/6/2003 | 91,556.11 | | depreciation | |
| 6/26/2003 | 91,556.11 | | depreciation | |
| 6/30/2003 | 1,728.19 | | Interest | |
| 5/1/2003 | 91,556.11 | | depreciation | |
| 5/16/2003 | | (300,000.00) | Transfer to operating acct. | yes |
| 5/30/2003 | 1,847.83 | | interest | |
| 4/8/2003 | 91,556.11 | | depreciation | |
| 4/30/2003 | 1,913.96 | | interest | |
| 3/7/2003 | 91,556.11 | | depreciation | |
| 3/31/2003 | 1,845.26 | | interest | |
| 2/27/2003 | 2,797.24 | | Interest from 11/7/02 & 11/21/02 borrowing | |
| 2/28/2003 | 1,651.27 | | interest | |
| 1/31/2003 | 91,556.11 | | depreciation | |
| 1/31/2003 | 1,816.08 | | Interest | |
| 12/20/2002 | 91,556.11 | | depreciation | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 12/20/2002 | 850,000.00 | | Pd back from 11/7/02 borrowing and $50k from 11/21/02 | |
| 12/31/2002 | 91,556.11 | | depreciation | |
| 12/31/2002 | 612.85 | | Interest | |
| 11/7/2002 | | (800,000.00) | Borrowing against fund | $300k borrowed against fund |
| 11/7/2002 | | (550,000.00) | Closing costs for condos | yes |
| 11/14/2002 | 91,556.11 | | depreciation | |
| 11/21/2002 | | (550,000.00) | Borrowing against fund | Yes |
| 11/29/2002 | 1,020.01 | | interest | |
| 10/25/2002 | 91,556.11 | | depreciation | |
| 10/31/2002 | 2,937.73 | | interest | |
| 9/9/2002 | 91,556.11 | | depreciation | |
| 9/30/2002 | 2,552.27 | | interest | |
| 8/8/2002 | 91,556.00 | | depreciation | |
| 8/26/2002 | 91,556.00 | | depreciation | |
| 8/30/2002 | 2,229.65 | | interest | |
| 7/31/2002 | 2,324.13 | | interest | |
| 6/13/2002 | 91,556.00 | | depreciation | |
| 6/28/2002 | 1,583.20 | | interest | |
| 6/5/2002 | 1,252.64 | | interest | |
| 5/2/2002 | 91,556.11 | | depreciation | |
| 5/17/2002 | 1,153.95 | | interest | |
| 4/11/2002 | | (500,000.00) | wire transfer | yes |
| 4/30/2002 | 2,152.29 | | interest | |
| 1/31/2002 | 63,257.86 | | depreciation | |
| 1/31/2002 | 2,306.15 | | Interest | |
| 2/28/2002 | 2,170.69 | | Interest | |
| 3/12/2002 | 91,000.00 | | depreciation | |
| 3/28/2002 | 28,854.36 | | Adjustment for January and February | |
| 3/29/2002 | 91,556.11 | | depreciation | |
| 3/30/2002 | 2,515.57 | | interest | |
| 12/26/2001 | 126,515.72 | | depreciation | |
| 12/31/2001 | 2,367.49 | | interest | |
| 11/8/2001 | | (500,000.00) | transfer | yes |
| 11/30/2001 | 2,904.33 | | interest | |
| 10/5/2001 | 1,714,384.39 | | Transfer - mature CD | |
| 10/25/2001 | 63,257.86 | | depreciation | |
| 10/31/2001 | 3,399.57 | | interest | |
| 9/19/2001 | 600,000.00 | | transfer | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 9/19/2001 | | (1,000,000.00) | wire transfer | Yes |
| 9/27/2001 | 63,257.86 | | depreciation | |
| 9/28/2001 | 1,713,384.92 | | transfer - mature CD | |
| 9/28/2001 | | (1,731,384.92) | 7 day CD | |
| 9/29/2001 | 741.11 | | Interest | |
| 8/28/2001 | 63,257.86 | | depreciation | |
| 8/29/2001 | 2,307,091.67 | | transfer - mature CD | |
| 8/29/2001 | | (2,307,091.67) | 30 Day CD | |
| 8/31/2001 | 1,062.61 | | interest | |
| 7/12/2001 | 63,257.86 | | depreciation | |
| 7/30/2001 | 2,307,229.03 | | 7,229 interest, mature CD | |
| 7/30/2001 | | (2,300,000.00) | 30 day CD | |
| 7/31/2001 | 957.58 | | Interest | |
| 6/14/2001 | 63,257.86 | | depreciation | |
| 6/14/2001 | 2,006,666.67 | | Mature CD | |
| 6/14/2001 | 1,305,118.75 | | Mature CD | |
| 6/14/2001 | | (3,300,000.00) | 15 day CD | |
| 6/29/2001 | 3,305,293.75 | | Mature CD | |
| 6/29/2001 | | (2,300,000.00) | 31 day CD | |
| 6/29/2001 | | (1,000,000.00) | wire transfer | yes |
| 6/30/2001 | 756.45 | | Interest | |
| 5/3/2001 | 63,257.86 | | depreciation | |
| 5/10/2001 | 901,512.00 | | Mature CD | |
| 5/10/2001 | | (1,300,000.00) | 35 day CD | |
| 5/14/2001 | 2,008,533.34 | | Mature CD | |
| 5/15/2001 | | (2,000,000.00) | 30 Day CD | |
| 5/17/2001 | 63,257.86 | | depreciation | |
| 5/24/2001 | 63,257.86 | | depreciation | |
| 5/31/2001 | 63,257.86 | | depreciation | |
| 5/31/2001 | 782.88 | | Interest | |
| 4/5/2001 | 1,902,237.25 | | mature cd | |
| 4/5/2001 | | (1,000,000.00) | 7 day cd | |
| 4/5/2001 | | (900,000.00) | 21 day cd | |
| 4/12/2001 | 2,003,632.22 | | mature cd | |
| 4/12/2001 | | (2,000,000.00) | 32 day cd | |
| 4/12/2001 | 1,000,913.89 | | mature cd | |
| 4/26/2001 | | (1,000,000.00) | wire transfer | |
| 4/26/2001 | 902,457.00 | | mature cd | |
| 4/26/2001 | | (900,000.00) | 14 day cd | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 4/30/2001 | 1,113.62 | | interest | |
| 3/5/2001 | 1,910,976.65 | | mature cd | |
| 3/5/2001 | | (1,900,000.00) | 14 day cd | |
| 3/14/2001 | 2,008,750.00 | | mature cd | |
| 3/14/2001 | | (2,000,000.00) | 15 day cd | |
| 3/19/2001 | 63,257.86 | | depreciation | |
| 3/20/2001 | 1,904,077.08 | | mature cd | |
| 3/20/2001 | | (1,900,000.00) | 7 day cd | |
| 3/27/2001 | 1,901,721.61 | | mature cd | |
| 3/27/2001 | | (1,900,000.00) | 9 day cd | |
| 3/29/2001 | 2,004,166.67 | | mature cd | |
| 3/29/2001 | | (2,000,000.00) | 14 day cd | |
| 3/31/2001 | 978.61 | | interest | |
| 2/12/2001 | 2,016,632.78 | | mature cd | |
| 2/12/2001 | | (2,000,000.00) | 30 day cd | |
| 2/26/2001 | 1,909,113.14 | | mature cd | |
| 2/26/2001 | | (1,909,113.14) | 7 day cd | |
| 2/28/2001 | 758.76 | | interest | |
| 1/26/2001 | 1,910,085.83 | | mature cd | |
| 1/26/2001 | | (1,900,000.00) | 31 day cd | |
| 1/31/2001 | 801.33 | | interest | |
| 12/27/2000 | 3,967,428.29 | | mature cd | |
| 12/27/2000 | | (2,000,000.00) | 47 day cd | |
| 12/27/2000 | | (1,900,000.00) | 30 day cd | |
| 12/28/2000 | | (1,000,000.00) | wire transfer | Yes |
| 12/30/2000 | 4,248.75 | | Interest | |
| 11/30/2000 | 4,579.08 | | interest | |
| 10/31/2000 | 4,568.49 | | interest | |
| 9/28/2000 | 4,404,084.52 | | mature cd | |
| 9/28/2000 | | (3,904,084.52) | 90 day cd | |
| 9/30/2000 | 2,426.10 | | Interest | |
| 8/31/2000 | 2,270.82 | | interest | |
| 7/27/2000 | 58,541.25 | | depreciation | |
| 7/31/2000 | 2,086.57 | | Interest | |
| 6/8/2000 | 58,541.25 | | depreciation | |
| 6/30/2000 | 309,073.75 | | mature cd | |
| 6/30/2000 | 4,024,588.76 | | mature cd | |
| 6/30/2000 | | (4,333,662.51) | 90 day cd | |
| 6/30/2000 | 1,818.77 | | Interest | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 5/4/2000 | 58,541.25 | | depreciation | |
| 5/11/2000 | 117,082.50 | | depreciation | |
| 5/31/2000 | 1,574.85 | | Interest | |
| 4/29/2000 | 1,087.08 | | Interest | |
| 3/13/2000 | 58,541.25 | | depreciation | |
| 3/31/2000 | 1,043.00 | | interest | |
| 2/29/2000 | 859.27 | | Interest | |
| 1/19/2000 | 58,541.25 | | depreciation | |
| 1/19/2000 | 61,436.34 | | depreciation | |
| 1/31/2000 | 680.20 | | interest | |
| 12/27/1999 | 3,902,600.00 | | mature cd | |
| 12/27/1999 | | (3,902,600.00) | 186 day cd | |
| 12/30/1999 | 61,439.33 | | depreciation | |
| 12/30/1999 | | (300,000.00) | 183 day cd | |
| 12/30/1999 | 111,286.33 | | depreciation | |
| 12/31/1999 | 912.52 | | Interest | |
| 11/30/1999 | 907.10 | | Interest | |
| 10/30/1999 | 934.16 | | Interest | |
| 9/17/1999 | 49,847.00 | | depreciation | |
| 9/30/1999 | 813.95 | | Interest | |
| 8/12/1999 | 49,847.00 | | depreciation | |
| 8/31/1999 | 699.58 | | interest | |
| 7/31/1999 | 588.33 | | interest | |
| 6/24/2000 | 49,847.00 | | depreciation | |
| 6/30/2000 | 3,416,897.95 | | mature cd | |
| 6/30/2000 | | (3,800,000.00) | 180 day cd | |
| 6/30/2000 | 1,655.80 | | Interest | |
| 5/26/1999 | 49,847.00 | | depreciation | |
| 5/28/1999 | 49,847.00 | | depreciation | |
| 5/29/1999 | 1,425.96 | | interest | |
| 4/8/1999 | 99,694.00 | | depreciation January & Feb | |
| 4/15/1999 | 49,847.00 | | depreciation March | |
| 4/30/1999 | 1,170.29 | | Interest | |
| 3/31/1999 | 856.42 | | interest | |
| 2/27/1999 | 771.17 | | interest | |
| 1/30/1999 | 850.90 | | interest | |
| 12/31/1998 | 49,847.00 | | depreciation | |
| 12/31/1998 | 1,832,290.19 | | mature cd | |
| 12/31/1998 | | (3,332,290.19) | 181 day cd | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 12/31/1998 | 6,464.87 | | interest | |
| 11/10/1998 | 772,777.24 | | depreciation | |
| 11/30/1998 | 5,282.39 | | interest | |
| 10/30/1998 | 49,847.00 | | depreciation | |
| 10/31/1998 | 3,250.81 | | interest | |
| 9/8/1998 | 49,847.00 | | depreciation | |
| 9/8/1998 | 49,847.00 | | depreciation | |
| 9/30/1998 | 3,094.43 | | interest | |
| 6/18/1998 | 149,541.00 | | depreciation | |
| 6/30/1998 | 2,284.45 | | Interest | |
| 5/30/1998 | 2,104.89 | | interest | |
| 3/31/1998 | 2,089.15 | | interest | |
| 2/28/1998 | 1,880.48 | | Interest | |
| 9/30/1997 | 1,977.22 | | interest | |
| 8/30/1997 | 2,035.35 | | interest | |
| 7/31/1997 | 2,027.60 | | interest | |
| 6/19/1997 | 447,935.00 | | start of depreciation, lump sum deposit | |
| 6/30/1997 | 964.58 | | interest | |
| 5/31/1997 | 310.75 | | interest | |
| 4/30/1997 | 299.62 | | interest | |
| 2/28/1997 | 277.62 | | interest | |
| 3/31/1997 | 308.43 | | interest | |
| 1/31/1997 | 306.20 | | interest | |
| 12/31/1996 | 305.03 | | interest | |
| 11/30/1996 | 294.10 | | interest | |
| 10/31/1996 | 302.75 | | interest | |
| 9/30/1996 | 279.41 | | interest | |
| 8/31/1996 | 287.23 | | interest | |
| 7/12/1996 | 1,678,463.00 | | deposit new account | |
| 7/12/1996 | | (1,600,000.00) | cd | |
| 7/31/1996 | 184.87 | | interest | |