# EXHIBIT 3

# Robert L. Guaraldi

| | |
|---|---|
| Current | 2000 - Present   @Ilmarin, LLC President and Co-Founder Londonderry, NH |

@Ilmarin provides consulting services.  Mr. Guaraldi focuses his effort is on technical support for litigation including forensic evidence recovery.  Engagements he has been involved in include:

- Convert over 1 million documents in image format to searchable text.  Searched result set to find evidence in a contract dispute resulting in a favorable settlement.
- Devised techniques to convert foreign language documents into English for evidence searches.
- Provided forensic discovery on hard drives found in desktops and laptops in various cases recovering "erased" email, temporary and intermediate files.
- Provided analysis of video surveillance files.
- Drafted sample discovery requests for electronic data in individual labor and harassment cases.
- IT process assessment for the Londonderry School District.

Other Experience   1982-2000   Valinor Inc.   Manchester, NH

President and Founder

- Founded Valinor in 1982. Focused company on Networking, System Integration and Email at infancy of the industry.

- First or Second 3Com reseller of PC Networking cards. As 3Com developed their line of networking products Guaraldi led Valinor in sales to Fortune 100 companies including entire national and international LAN / WAN roll - outs. Circa 1984

- One of first resellers of Microsoft LAN Manager - Valinor's Guaraldi sold the second copy and received

recognition from Bill Gates at a public conference.

- Valinor was listed on the LAN 100 for LAN Magazine in 1992 and appeared in the top 100 in other years.

- Grew company to be a strong Microsoft Solution Provider Partner and consultancy in the Northeast with 85 senior consultants and over $9,000,000 revenue. Developed and maintained a strong relationship with Microsoft district offices and corporate.

- Successfully reinvented the company three times:

    - from a small, service based company to multi-million dollar reseller of hardware, services and software including software developed internally and sold by companies like 3Com.

    - from a reseller of products and services to a consultancy and training company only incidentally selling products.

    - from a multi-million dollar consultancy to a subsidiary of a multi-billion dollar NYSE company emphasizing internal growth across the spectrum of services and products in the Valinor subsidiary, the Technology Services Division and all other parts of the company.

- Expanded company to include offices in Manchester, NH; NYC, NY; Clifton, NJ; Waltham, MA; Bellevue / Kirkland, WA; and Atlanta, GA.

- Generated approximately $2.4 million in profit in one year.

- Delivered consulting services in Systems Integration, education and development for Fortune 100 major projects and to Microsoft corporate.

- Provided vast amounts of personal consulting billings on a wide range of technical / business projects including:

    - Facilitated the LAN Standards Committee for Mashusita Electric Corp of America.

- Trained Microsoft Employees on PSS Exchange 5.0 and 5.5 course.

- Acted as Technical Manager for Pan European project at AIG.

- Billable member of Technology Advisory Board at AIG Domestic Brokerage

- Negotiated and delivered strategic acquisition of Valinor to a NYSE company.

- Negotiated strategic partnership between Microsoft and the company that acquired Valinor. Acted as the liaison to Microsoft for that company designing and implementing the partnership for almost 2 years.

**Education**

- 1969-1973 Boston College Chestnut Hill, MA  B.A. in Psychology. Honors Program. Graduated with Honors.
- Microsoft Certified: LAN Manager Network Administration, SQL Server Database Implementation, SQL Server Database Administration, Exchange 5.0, Exchange 5.5
- IBM Technical Assistant, 3Com Internetworking Wizard
- Microsoft Certified Professional (from circa 1995 – 2001)
- Microsoft PSS Certified Instructor for Exchange 5.0 and 5.5 TEP Class. One of fewer than ten people allowed this Exchange certification in the first two years of its existence.

**Interests**

Carpentry, Writing, Reading, Photography, Yoga.

Co Chair Property Committee at St. Peter's Church Londonderry, NH 2002- June 2004

Londonderry School District Curriculum and Technology Steering Committee member 1998, 1999 & 2002-2006.

Member Londonderry Cable Refranchise Committee circa 1999

**Industry Exposure**

- Lead author on Exchange 5.5 Secrets Book ISBN 0-7645-

8018-3 published by IDG Books 1998 and later translated into German and Japanese

- Lead Author on Exchange 2000 Server Administrator's Bible ISBN 0-7645-4782-8 published by Hungry Minds in 2001.

- Spoke at industry technical conferences including the first Microsoft TechEd, Fist Microsoft Educational Roundtable, Networld Boston, Microsoft Explorer, Networld/Interop, First AP Sloane Foundation International Conference on Asynchronous Education and numerous others.

- Acted as technical panel moderator at Networld Boston, Networld Dallas, Microsoft Explorer, Networld/Interop and many others.

- Acted as member of various advisory boards including: 3Com Network System Integrator Council, the NetWorld Boston Advisory Board, the Microsoft Solutions Partners Advisory Council, and the Microsoft Educational Services Advisory Board.

- Connect Magazine (owned by 3Com) editorial review board and contributing author.