UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| | ) |
| Plaintiff | ) |
| VS. | ) |
| | ) |
| TOWN OF MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT AND JOHN | ) |
| D'AGOSTINO, | ) |
| | ) |
| Defendants | ) |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

The Defendants, Town of Mansfield Municipal Electric Department and

John D'Agostino hereby move for judgment on the pleadings as to Counts II, III,

V, and VI of the Plaintiff's Complaint.  In support of their Motion, the

Defendants attach an accompanying Memorandum of Law.

Respectfully submitted,
The Defendants,
By their attorneys,


/s/ Deborah I. Ecker
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100


/s/ Susan Jacobs
Susan Jacobs, Esq.
Volterra, Goldberg & Jacobs
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: February 28, 2007