UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329DPW

DR. JOHN J. BELIVEAU,                )
                                     )
            Plaintiff                )
VS.                                  )
                                     )
TOWN OF MANSFIELD MUNICIPAL          )
ELECTRIC DEPARTMENT AND JOHN         )
D'AGOSTINO,                          )
                                     )
            Defendants               )

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendants has attempted to confer with Juliane Balliro, attorney for the Plaintiff in the above-entitled action, in a good faith attempt to resolve or narrow the issues raised by the instant motion, and that we have been unable to do so.

> Respectfully submitted,
> The Defendants,
> By their attorneys,
>
> /s/ Deborah I. Ecker
> Leonard H. Kesten, BBO# 542042
> Deborah I. Ecker, BBO# 554623
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

DATED: February 28, 2007