UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,<br>Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL MCCUE, DAVID MCCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MACCAFFRIE,<br>Defendants | C.A. No. 05-10354-DPW |

CONSOLIDATED WITH

| | |
|---|---|
| DR. JOHN BELIVEAU,<br>Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT and JOHN D'AGOSTINO,<br>Defendant | C.A. No. 04-11329 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above-referenced matters hereby move that the Court 1) grant the parties until May 11, 2007, to conduct or conclude depositions of fact witnesses for depositions noticed prior to March 30, 2007;  2) grant the parties until April 17, 2007, to supplement their initial expert disclosures as to witnesses previously identified, except that Beliveau may designate a substitute

- Page One of Three -

actuary expert witness in place of the actuary initially identified; and 3) extend the deadline for deposition of experts to May 11, 2007.

As reason for this motion, the parties state that depositions of certain fact witnesses have been noticed but not conducted or completed by the current deadline due to the schedules of the attorneys, the schedules of the deponents, and other scheduling conflicts. In addition, in the interests of judicial economy, the parties agree to extend the time within which initial expert disclosures may be supplemented with respect to expert witnesses previously identified and to permit Beliveau to designate a substitute actuary in place of the actuary identified initially and to extend the deadline for depositions of those experts until after the date for supplementation of the initial expert disclosures.

| | |
|---|---|
| The Plaintiff,<br>Dr. John J. Beliveau<br>By His Attorneys | The Plaintiff,<br>Kimberly Stoyle<br>By Her Attorney |
| Wolfe, Block, Schorr and Solis-Cohen, LLP | |
| /s/ Juliane Balliro | /s/ Lynn A. Leonard |
| Juliane Balliro, BBO No. 028010<br>Christine M. Griffin, BBO No. 651401<br>One Boston Place<br>Boston, MA 02108<br>617-226-4000 | Lynn A. Leonard, BBO No. 561662<br>527 Main Street, Suite 8<br>Melrose, MA 02176<br>(781) 662-6161 |

| | |
|---|---|
| The Defendants,<br>The Town of Mansfield<br>Municipal Electric Department and<br>John O. D'Agostino | The Defendants,<br>The Town of Mansfield Board of<br>Light Commissioners, Louis Amoruso,<br>Michael McCue, David McCarter,<br>Daniel Donovan, Roger Achille,<br>and Steven MacCaffrie |
| Brody, Hardoon, Perkins & Kesten, LLP | Brody, Hardoon, Perkins & Kesten, LLP |
| /s/ Leonard H. Kesten | /s/ Leonard H. Kesten |
| Leonard H. Kesten, BBO No. 542042<br>Deborah I. Ecker, BBO No. 554623<br>One Exeter Plaza<br>Boston, MA  02116<br>(617) 880-7100 | Leonard H. Kesten, BBO No. 542042<br>Deborah I. Ecker, BBO No. 554623<br>One Exeter Plaza<br>Boston, MA  02116<br>(617) 880-7100 |

Volterra, Goldberg & Jacobs
Law Counsellors, Inc.

/s/ Susan Jacobs

Susan Jacobs, BBO No. 554875
Three Mill Street
Attleboro, MA  02703
(508) 222-1463

Dated:  March 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,<br>　　　Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL MCCUE, DAVID MCCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MACCAFFRIE,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10354-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | CONSOLIDATED WITH |
| DR. JOHN BELIVEAU,<br>　　　Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT and JOHN D'AGOSTINO,<br>　　　Defendant | )<br>)<br>)<br>)<br>)  C.A. No. 04-11329<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order to Extend Discovery Deadline, that Motion is hereby GRANTED and it is hereby ORDERED 1) the parties are granted until May 11, 2007 to conduct or conclude depositions of fact witness for depositions noticed prior to March 30, 2007; 2) the parties are granted until April 17, 2007 to supplement their initial expert disclosures as to witnesses previously identified, except that Beliveau may designate a substitute actuary expert witness in place of the actuary initially identified; and 3) the deadline for depositions of experts is extended to May 11, 2007.

Dated: _____, 2007       _____
　　　　　　　　　　　　　　　　　Douglas P. Woodlock
　　　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

I, Susan Jacobs, hereby certify that the foregoing Joint Motion to Amend Scheduling Order to Extend Discovery Deadline and Proposed Order will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on the 30th day of March 2007.

Volterra, Goldberg & Jacobs
Law Counsellors, Inc.

/s/ Susan Jacobs
_____
Susan Jacobs, BBO No. 554875
Three Mill Street
Attleboro, MA 02703
(508) 222-1463