# EXHIBIT C



One Boston Place, Boston, MA 02108
Tel: (617) 226-4000 ■ Fax: (617) 226-4500 ■ www.WolfBlock.com

Christine M. Griffin
Direct Dial: (617) 226-4026
Direct Fax: (617) 226-4526
E-mail: cgriffin@wolfblock.com

May 12, 2006

**By Mail and By Fax - 617-880-7171**
Leonard H. Kesten, Esq.
Deborah I. Ecker, Esq.
Brody Hardoon Perkins & Kesten LLP
One Exeter Plaza
Boston, MA 02116

**By Mail and By Fax - (508) 226-7565**
Susan L. Jacobs, Esq.
Robert S. Mangiaratti, Esq.
Volterra, Goldberg, Mangiaratti & Jacobs
3 Mill Street
Attleboro, MA 02703

Re: <u>Beliveau v. Town of Mansfield, et al.</u>

Dear Counsel:

I am writing to follow-up on Plaintiff's Motion to Compel Production of Documents in the above-encaptioned matter. To date, Plaintiff has not received a number of requested documents, including the documents described below:

- In Plaintiff's First Request for Production of Documents, propounded on the Defendants in November of 2004 ("First Request"), at Request Number 5, Plaintiff requested all communications by D'Agostino to any other individual regarding the allegations contained in the Complaint or Answer in this action or the Stoyle charge. No documents have been produced to Plaintiff in response to this request. It would be surprising if there were no communications between town officials regarding the matters raised in Beliveau's Complaint or in the Stoyle Charge. Moreover, these issues have been discussed at a number of public and executive session meetings in the Town of Mansfield. Please immediately forward all responsive emails, electronic documents, meeting minutes, video tapes, and other documents responsive to this request.

- In Plaintiff's First Request, at Request Number 6, Plaintiff additionally requested all documents concerning Dr. Beliveau's involvement in the Stoyle Charge. Only a single

BOS:17489.1/bel185-229942

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC

Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

> memo has been produced in response to this request. If there are additional responsive documents, please produce those documents immediately.

- In Plaintiff's First Request, at Request Number 7, Plaintiff requested all documents concerning any formal or informal investigation conducted by the Electric Department, the Town of Mansfield, and/or D'Agostino concerning the Stoyle Charge. Although Defendants have just recently produced the Lampke report to us, we have not received any notes or documents made or reviewed during the course of the investigation that were not included in the report itself. We have also not seen any other supporting documentation regarding that report, other than the documents attached to the Report itself. Finally, if there were any additional investigations performed, other than the investigation by Lampke, we have not received any documents regarding those investigations. Please produce all responsive documents immediately.

- In Plaintiff's First Request, at Request Number 12, Plaintiff requested all communications between D'Agostino and any member of the Board of Selectmen concerning the Electric Department and/or Electric Department personnel. Although Defendants have produced a piecemeal collection of Electric Department Emails (and although Plaintiff continues to seek a more complete production of those emails), Defendants have not produced emails or other communications from the Town of Mansfield computer server, or responsive documents from the Town's paper files. Please produce responsive documents immediately.

- In Plaintiff's First Request, at Request Number 13, Plaintiff requested all communications, including memos, between D'Agostino, the Electric Department, Mansfield, and the finance committee concerning Dr. Beliveau, the Electric Department, PILOT Payments, and internal charges. Presumably there was substantial internal communication regarding these topics. Please immediately forward all responsive emails, electronic documents, meeting minutes, video tapes, and other documents responsive to this request.

- In Plaintiff's First Request, at Request Number 14, Plaintiff requested all documents concerning PILOT payments. Bea Kearney has testified at her deposition that not all of the documents which she provided to her counsel as responsive to this request were provided to Plaintiff's counsel. Please immediately provide all documents responsive to this request.

- In Plaintiff's First Request, at Request Number 18, Plaintiff requested all documents concerning any reprimands and/or disciplinary actions taken by Mr. D'Agostino, the Electric Department and/or the Town of Mansfield against Bea Kearney, Richard Boucher, Dr. Beliveau and/or Kimberly Stoyle. No documents responsive to this request have been produced. Please immediately produce any and all documents responsive to this request.

- In Plaintiff's First Request, at Request Number 20, Plaintiff requested all documents concerning management reports, including but not limited to any documents which detail any statistical data, budgetary data, financial results, other data, and/or reports of project status, from any department head in the Town of Mansfield to the Town Manager from

Case 1:04-cv-11329-DPW    Document 79-4    Filed 03/30/2007    Page 4 of 10

Leonard H. Kesten, Esq. et al.
Page 3

2002 through 2003. Plaintiff is aware of numerous documents responsive to this request that were created during his tenure with the Town. However, no responsive documents have been produced. Please produce documents responsive to this request immediately.

- In Plaintiff's First Request, at Request Number 21, Plaintiff requested all documents concerning any formal investigation conducted by Mr. D'Agostino, the Town of Mansfield, the Electric Department and/or any insurance carrier concerning the Stoyle Charge. No documents have been produced in response to this request, with the exception of the Lampke report. Please immediately produce any additional responsive documents.

- In Plaintiff's First Request, at Request Number 22, Plaintiff requested all documents or communications by and between Mr. D'Agostino, the Town of Mansfield, and/or the Electric Department and any insurance carrier concerning the Stoyle Charge. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 23, Plaintiff requested all documents or communications received by or sent to James Lampke in connection with the Stoyle Charge. Only the report itself, with attachments, has been produced. Please immediately produce any additional responsive documents.

- In Plaintiff's First Request, at Request Number 24, Plaintiff requested all documents concerning any formal investigation conducted by Mr. D'Agostino, the Town of Mansfield, or the Electric Department concerning the Charges of Discrimination filed by Dr. Beliveau against Mr. D'Agostino and/or the Electric Department with the Massachusetts Commission Against Discrimination. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 25, Plaintiff requested all documents or communications by and between Mr. D'Agostino, the Town of Mansfield, and/or the Electric Department and any insurance carrier concerning the Charges of Discrimination filed by Dr. Beliveau against Mr. D'Agostino and/or the Electric Department with the Massachusetts Commission Against Discrimination. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 26, Plaintiff requested all documents concerning Dr. Beliveau's involvement in any Ethics Investigation. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 27, Plaintiff requested all documents concerning any formal or informal investigation conducted by Mr. D'Agostino, the Town of Mansfield, or the Electric Department concerning any Ethics Investigation. No documents have been produced in response to this request. Plaintiff is aware of numerous ethics complaints made during his tenure with the Town. It would be surprising if no documents existed regarding those complaints, or the investigation of those complaints. Moreover, Plaintiff is aware of an ethics investigation made regarding

Mr. D'Agostino, and the reimbursement to D'Agostino of approximately $14,000 in legal fees regarding that investigation. Please immediately produce any responsive documents, including all documents regarding investigations of Mr. D'Agostino and the reimbursement of his legal fees.

- In Plaintiff's First Request, at Request Number 28, Plaintiff requested all documents or communications by and between Mr. D'Agostino, the Town of Mansfield, and/or the Electric Department, and any insurance carrier concerning any Ethics Investigation. No documents have been produced in response to this request. Plaintiff is aware of numerous ethics complaints made during his tenure with the Town. It would be surprising if no documents existed regarding those complaints, or the investigation of those complaints. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 29, Plaintiff requested all documents, records and communications concerning meetings by and between Mr. D'Agostino and the Board of Light Commissioners and/or the Board of Selectmen concerning Dr. Beliveau. No documents have been produced in response to this request. Presumably there are a number of documents responsive to this request, given that this topic was discussed at a number of Executive Session meetings. Please immediately produce any responsive documents, including meeting minutes.

- In Plaintiff's First Request, at Request Number 30, Plaintiff requested all documents concerning meetings of the Board of Light Commissioners, including but not limited to executive session minutes for the years 2003 and 2004. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 31, Plaintiff requested all documents concerning meetings of the Board of Selectmen, including but not limited to executive session minutes for the years 2003 and 2004. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 34, Plaintiff requested all documents concerning communications, including telephone records, bills, notes, letters, and emails, by and between D'Agostino and/or the Town Finance Committee and Gary Babin, between January 1, 2003 and April 1, 2004. In response to this request you have sent us only: 1) D'Agostino's cell phone records from 2005; and 2) a long distance carrier detail for January, 2004. Neither of these sets of documents falls within the time period requested. Please provide all work phone, cell phone, and home phone telephone records reflecting calls between D'Agostino and/or the Town Finance Committee and Gary Babin from between January 1, 2003 and April 1, 2004. In addition, please provide any emails, letters or other documents reflecting any form of communication between these parties during the relevant time period. To the extent that these records, and all of the records requested in this letter, are records created or received by Town employees, these documents are public records and should be produced.

- In Plaintiff's First Request, at Request Number 35, Plaintiff requested all documents concerning any formal or informal complaints or charges of discrimination, sexual

Leonard H. Kesten, Esq. et al.
Page 5

Case 1:04-cv-11329-DPW    Document 79-4    Filed 03/30/2007    Page 6 of 10

harassment, retaliation and/or violation of company policy pertaining to Mr. D'Agostino. We understand that there were employee complaints regarding Mr. D'Agostino during the period 1999 through 2005 and that the records of those complaints were maintained by the Assistant Personnel Director in Mansfield. We further understand that a report was written by a Mr. Scherma in 2000 regarding complaints made by Stoyle, Cook, and Anderson. At his deposition, Mr. Boucher indicated that there may also be union complaints against D'Agostino by some women. No documents have been produced in response to this request. Please immediately produce all responsive documents, including the Scherma report.

- In Plaintiff's First Request, at Request Number 36, Plaintiff requested all documents setting forth conclusions, findings and recommendations resulting from any investigation by the Electric Department and/or any of Mr. D'Agostino's former employers, into complaints or charges of discrimination, sexual harassment, retaliation, and/or violation of company policy pertaining to Mr. D'Agostino within the past ten years. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 38, Plaintiff requested all documents or communications concerning public records requests concerning Dr. Beliveau. Plaintiff has specifically requested a public records disclosure of cell phone records of John D'Agostino which are maintained by the Town Accountant and Town Clerk. The Town has refused to provide those documents to Beliveau unless Beliveau pays the Town an exorbitant cost for searching the Town's records. No documents have been produced in response to Plaintiffs' public records request, nor have documents regarding public records requests been produced in response to Plaintiff's discovery requests. Please immediately produce any documents responsive to the Plaintiff's discovery and public records requests.

- In Plaintiff's First Request, at Request Number 43, Plaintiff requested all billing records, invoices, or statements of the law firm of Attorney Mangiaratti to the Town of Mansfield and/or Mansfield Electric Department from 2001 through the present. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 45, Plaintiff requested all documents concerning any statement obtained from any fact witness in this matter. No documents have been produced in response to this request. Please immediately produce any responsive documents.

- In Plaintiff's First Request, at Request Number 46, Plaintiff requested all documents provided to any expert witness retained in this matter. No documents have been produced in response to this request. However, based on Defendants' recent disclosures, it is obvious that experts have been hired by Defendants. Moreover, Defendants have now repeatedly reported that they have hired computer experts to obtain access to the requested documents, and potentially to testify at trial about what the experts obtained. Defendants are required to disclose information provided to experts, consistent with the federal rules. Please immediately produce any responsive documents.

Case 1:04-cv-11329-DPW    Document 79-4    Filed 03/30/2007    Page 7 of 10

Leonard H. Kesten, Esq., et al.
Page 6

    We are particularly concerned that various entire classes of documents have not been produced. With the exception of a few emails from D'Agostino, Defendants have failed to produce any documents, as far as we can tell, from the Town of Mansfield computer system, including substantial numbers of D'Agostino's emails, any of the other requested emails, any meeting and executive session minutes, and any other documents that are electronically stored on the Town computer system. We have also not been provided with any video or audio tapes, or other electronic recording, of any of the relevant meetings or executive sessions.

    Moreover, we continue to go through the Electric Department emails which have been produced to us. There are large swaths of documents and information missing from that production. We will contact you soon regarding what additional Electric Department emails we seek. In the meantime, Plaintiff requests all electronically stored non-email documents kept on the Electric Department computer and servers, and responsive to the above requests. Those documents have not been produced to us, and we request that they be produced immediately.

    Additional documents have also been requested through deposition subpoenas duces tecum, and at depositions. Documents that have been requested, but that have not been produced, include: 1) Boucher's Personnel File; 2) the police report regarding Beliveau's termination; 3) any letter or memo to Ellesworth regarding the seizure of Beliveau's work computers; 4) any additional police documents regarding D'Agostino, including any additional reports (including reports of Detective Martin) and any photos of D'Agostino or his car acquired during any Mansfield police investigation. Please provide these documents immediately.

    Finally, you have offered to allow us to make a copy of the entire hard drives of Beliveau's work desktop and work laptop computers. Please provide these computer hard drives for copying, or please provide us with a copy of the hard drives, as soon as possible.

    We have been requesting the vast majority of the documents described above for more than a year and a half. Please provide these documents to us as soon as possible, and in any event no later than Friday, May 19, 2006. If we have not received the requested documents or received an appropriate response to our requests by the 19th, we will be forced to file an additional motion to compel regarding these documents.

    Please contact me with any questions or concerns that you may have.

                                Sincerely,

                                Christine M. Griffin

cc:    Lynn Leonard (by mail only)

# WolfBlock

One Boston Place, Boston, MA 02108
Tel: (617) 226-4000 ■ Fax: (617) 226-4500 ■ www.WolfBlock.com

# FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **Date:** | May 12, 2006 | **Number of Pages** (including this cover): | **12** |
| **TO:** | Leonard H. Kesten, Esq. | **FAX #:** | 617-880-7171 |
| | Deborah I. Ecker, Esq. | | |
| **COMPANY** | Brody Hardoon Perkins & Kesten LLP | **PHONE #:** | |
| **TO:** | Susan L. Jacobs, Esq. | **FAX #:** | 508-226-7565 |
| | Robert S. Mangiaratti, Esq | | |
| **COMPANY** | Volterra, Goldberg, Mangiaratti & Jacobs | **PHONE #:** | |
| **From:** | Christine M. Griffin | | |
| **Phone #:** | (617) 226-4026 | **Sender's Personal Fax #:** | (617) 226-4526 |

***Special Message:***

Original WILL NOT follow

Original WILL follow via:
X Regular Mail        ☐ First Class Mail
☐ E-mail              ☐ Overnight Delivery
☐ Hand Delivery       ☐ Other

Client:   [Client]
Matter:   [Matter]

**If you have problems receiving this transmission, please contact the sender at the number above.**

**NOTE:** The comments on and attachment to this cover sheet are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original to us, at the above address, via the U.S. Postal Service. Thank you.

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

```
                        *********************
                        ***   TX REPORT   ***
                        *********************

    TRANSMISSION OK

    TX/RX NO                    0614
    RECIPIENT ADDRESS           16178807171
    DESTINATION ID
    ST. TIME                    05/10 16:39
    TIME USE                    01'23
    PAGES SENT                  7
    RESULT                      OK
```



# WolfBlock

One Boston Place, Boston, MA 02108
Tel: (617) 226-4000 ■ Fax: (617) 226-4500 ■ www.WolfBlock.com

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **Date:** | May 12, 2006 | **Number of Pages** (including this cover): | **12** |
| **TO:** | Leonard H. Kesten, Esq. Deborah I. Ecker, Esq. | **FAX #:** | 617-880-7171 |
| **COMPANY** | Brody Hardoon Perkins & Kesten LLP | **PHONE #:** | |
| **TO:** | Susan L. Jacobs, Esq. Robert S. Mangiaratti, Esq | **FAX #:** | 508-226-7565 |
| **COMPANY** | Volterra, Goldberg, Mangiaratti & Jacobs | **PHONE #:** | |

**From:** Christine M. Griffin

**Phone #:** (617) 226-4026   **Sender's Personal Fax #:** (617) 226-4526

*Special Message:*

Original WILL NOT follow
Original WILL follow via:
X Regular Mail     ☐ First Class Mail
☐ E-mail          ☐ Overnight Delivery
☐ Hand Delivery   ☐ Other

Client: [Client]

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                 0613
RECIPIENT ADDRESS        15082267565
DESTINATION ID
ST. TIME                 05/10 16:36
TIME USE                 01'19
PAGES SENT               7
RESULT                   OK
```



One Boston Place, Boston, MA 02108
Tel: (617) 226-4000 ■ Fax: (617) 226-4500 ■ www.WolfBlock.com

# FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **Date:** | May 12, 2006 | **Number of Pages** (including this cover): | **12** |
| **TO:** | Leonard H. Kesten, Esq.<br>Deborah I. Ecker, Esq. | **FAX #:** | 617-880-7171 |
| **COMPANY** | Brody Hardoon Perkins & Kesten LLP | **PHONE #:** | |
| **TO:** | Susan L. Jacobs, Esq.<br>Robert S. Mangiaratti, Esq | **FAX #:** | 508-226-7565 |
| **COMPANY** | Volterra, Goldberg, Mangiaratti & Jacobs | **PHONE #:** | |
| **From:** | Christine M. Griffin | | |
| **Phone #:** | (617) 226-4026 | **Sender's Personal Fax #:** | (617) 226-4526 |

***Special Message:***

Original WILL NOT follow
Original WILL follow via:
X Regular Mail        ☐ First Class Mail
☐ E-mail              ☐ Overnight Delivery
☐ Hand Delivery       ☐ Other

Client:    [Client]
Matter:    [Matter]