UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

DR. JOHN J. BELIVEAU, )
)
    Plaintiff, )
)
v. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
    Defendants. )

CONSOLIDATED WITH:

KIMBERLY STOYLE, )
    Plaintiff )
)
v. )
) CIVIL ACTION No. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC )
DEPARTMENT, JOHN D'AGOSTINO, )
THE TOWN OF MANSFIELD BOARD OF )
LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL MCCUE, DAVID MCCARTER, )
DANIEL DONOVAN, ROGER ACHILLE )
and STEVEN MACCAFFRIE, )
    Defendants )

**PLAINTIFF BELIVEAU'S SUPPLEMENTAL EXPERT DISCLOSURES**

    Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff makes the following supplemental disclosures regarding anticipated expert testimony at the trial in this matter.

1

**I.    PLAINTIFF'S EXPERT WITNESS:**

    **A.    Thomas P. Tierney, Actuary**

Plaintiff designates as his expert witness:

> Thomas P. Tierney, FSA, MAAA, EA
> Consulting Actuary
> Tierney Associates, Inc.
> Actuaries and Consultants
> 7 Lomas Drive
> Framingham, MA 01701-3950
> Telephone: (508)877-3700
> Facsimile: (508)877-7578
> e-mail: Tptactuary@aol.com

Mr. Tierney is expected to testify regarding the value of Dr. Beliveau's pension benefits had he not been terminated from his position with the Mansfield Electric Department. Mr. Tierney will also testify regarding Dr. Beliveau's loss of salary, loss of health benefits, loss of auto benefits and loss of social security benefits, consistent with the report attached hereto as Exhibit A.

Materials reviewed and relied on by Mr. Tierney in drafting his report are attached hereto as exhibit B. Mr. Tierney's Curriculum Vitae is attached hereto as Exhibit C. A list of Mr. Tierney's recent prior testimony as an expert at depositions and at trial is attached hereto as Exhibit D. A list of Mr. Tierney's recent publications is attached hereto as Exhibit E.

Mr. Tierney has been paid a flat fee by Dr. Beliveau of $5,400 for his study and generation of the expert report and for all work through April 17, 2007. Mr. Tierney's hourly rate for additional work and testimony is $300/hour.

**II.    FACT WITNESSES WHO MAY BE ASKED TO OFFER THEIR OPINIONS AT TRIAL:**

As previously disclosed by Plaintiff Beliveau, the following witnesses are fact witnesses that Plaintiff expects will testify at the trial in this matter. Although these witnesses are not

retained as expert witnesses by the Plaintiff, it is anticipated that, in addition to their knowledge of certain facts, these witnesses may be asked to provide testimony under Rules 702, 703 and 705 of the Federal Rules Of Civil Procedure.

    A.    **James F. Goulet, CPA**

        James F. Goulet, CPA
        Goulet, Salvidio & Associates. P.C.
        Nine Irving Street
        Worcester, MA  01609

Mr. Goulet is a fact witness who will be asked to testify about an audit he conducted on behalf of the Town Of Mansfield Municipal Electric Department.  Although he is not retained as an expert witness by the Plaintiff, it is anticipated that, in addition to his knowledge of certain facts, he will be asked to provide testimony under Rules 702, 703 and 705 of the Federal Rules Of Civil Procedure.  A copy of Mr. Goulet's audit letter is attached hereto as Exhibit F.

    B.    **Nicholas Scobbo, Esq.**

        Nicholas Scobbo, Esquire
        125 High Street
        Boston, MA  02110

Mr. Scobbo is a fact witness who may be asked to testify about a legal opinion or opinions he gave to the defendants during the period Mr. Beliveau was employed with the Electric Department.  Although he is not retained as an expert witness by the Plaintiff, it is anticipated that, in addition to his knowledge of certain facts, he will be asked to provide testimony under Rules 702, 703 and 705 of the Federal Rules Of Civil Procedure.

    C.    **Kenneth Barna, Esq.**

        Kenneth Barna, Esquire
        Rubin & Rudman, LLP
        50 Rowes Wharf
        Boston, MA  02110

Mr. Barna is a fact witness who will be asked to testify about a legal opinion or opinions he gave to the defendants during the period Mr. Beliveau was employed with the Electric Department.  Although he is not retained as an expert witness by the Plaintiff, it is anticipated that, in addition to his knowledge of certain facts, he may be asked to provide testimony under Rules 702, 703 and 705 of the Federal Rules Of Civil Procedure.

The Plaintiff further reserves the right to call any expert witness designated by any other party, to call any expert witness for purposes of impeachment and/or rebuttal and to otherwise supplement this designation in the event the needs arises as a result of information received during the continuing course of discovery.

RESPECTFULLY SUBMITTED,

**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

April 17, 2007

### CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 17th day of April, 2007.

 /s/ Christine M. Griffin
Christine M. Griffin