**EXHIBIT B-1**

**TO**

**PLAINTIFF BELIVEAU'S SUPPLEMENTAL EXPERT DISCLOSURES**

## 1999 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 1999 pay stub plus any adjustments submitted by your employer.

| | Gross Pay | Social Security Tax Withheld Box 4 of W-2 | | MA State Income Tax Box 18 of W-2 | MA State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|---|
| | 76682.59 | | | | 4148.64 |
| | Fed Income Tax Withheld Box 2 of W-2 | Medicare Tax Withheld Box 6 of W-2 | | SUI/SDI Box 14 of W-2 | |
| | 14656.37 | 1103.75 | | | |

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | | MA State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 76,682.59 | 76,682.59 | 76,682.59 | | 76,682.59 |
| Less 414(h) | 7,701.06 | N/A | N/A | | N/A |
| Less Other Cafe 125 | 561.94 | 561.94 | 561.94 | | 561.94 |
| Reported W-2 Wages | 68,419.59 | | 0.00 | 76,120.65 | 76,120.65 |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
 FEDERAL: 1
 STATE: 1

© 1999 AUTOMATIC DATA PROCESSING, INC

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 68419.59 | 14656.37 |
| 3 Social security wages | 4 Social security tax withheld |
| 76120.65 | |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 76120.65 | 1103.75 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000762 3SK | 000035 | MED A | 429 |

c Employer's name, address, and ZIP code
TOWN OF MANSFIELD
50 WEST ST
MANSFIELD MA 02048

Batch #00418

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 04-6001209 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |
| | 7701.06 414H |

| 15 Stat emp. | Deceased | Pension plan X | Legal rep. | Deferred comp. |
|---|---|---|---|---|

e/f Employee's name, address and ZIP code
JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| MA | 046-001-209*11* | 76120.65 |
| 18 State Income tax | 19 Locality name | |
| 4148.64 | | |
| 20 Local wages, tips, etc. | 21 Local income tax | |

**W-2** Wage and Tax Statement **1999**
Copy C for employee's records. OMB No. 1545-0008
Employee Reference Copy

## 1999 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 1999 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 76682.59 | Social Security Tax Withheld Box 4 of W-2 | | MA State Income Tax Box 18 of W-2 | 4148.64 |
| Fed. Income Tax Withheld Box 2 of W-2 | 14656.37 | Medicare Tax Withheld Box 6 of W-2 | 1103.75 | SUI/SDI Box 14 of W-2 | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 76,682.59 | 76,682.59 | 76,682.59 | 76,682.59 |
| Less 414(h) | 7,701.06 | N/A | N/A | N/A |
| Less Other Cafe 125 | 561.94 | 561.94 | 561.94 | 561.94 |
| Reported W-2 Wages | 68,419.59 | 0.00 | 76,120.65 | 76,120.65 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 1999 AUTOMATIC DATA PROCESSING, INC    ⟱ FOLD AND DETACH HERE ⟱

---

**W-2 Wage and Tax Statement 1999**    OMB No. 1545-0008    Copy C for employee's records.    Employee Reference Copy

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 68419.59 | 14656.37 |
| 3 Social security wages | 4 Social security tax withheld |
| 76120.65 | |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 76120.65 | 1103.75 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000762 3SK | 000035 | MED A | 429 |

c Employer's name, address, and ZIP code
TOWN OF MANSFIELD
50 WEST ST
MANSFIELD MA 02048

Batch #00418

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 04-6001209 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |
| | 7701.06  414H |

| 15 Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |
|---|---|---|---|---|
| | | X | | |

e/f Employee's name, address and ZIP code
JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| MA | 046-001-209*11* | 76120.65 |
| 18 State income tax | | 19 Locality name |
| 4148.64 | | |
| 20 Local wages, tips, etc. | | 21 Local income tax |

## 2000 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2000 pay stub plus any adjustments submitted by your employer.

| | Gross Pay | Social Security Tax Withheld Box 4 of W-2 | MA. State Income Tax Box 18 of W-2 |
|---|---|---|---|
| Gross Pay | 89840.96 | | 4849.89 |
| | | | SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | 18241.93 | Medicare Tax Withheld Box 6 of W-2 | 1293.82 |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA. State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 89,840.96 | 89,840.96 | 89,840.96 | 89,840.96 |
| Less 414(h) | 8,826.05 | N/A | N/A | N/A |
| Less Other Cafe 125 | 612.08 | 612.08 | 612.08 | 612.08 |
| Reported W-2 Wages | 80,402.83 | 0.00 | 89,228.88 | 89,228.88 |

Note - Fringe benefits (Box 12) include : Car Allowance $660.00

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 2000 AUTOMATIC DATA PROCESSING, INC.

Join the 40 million Americans who will e-file their income tax returns this year! Visit www.irs.gov for details.

---

| | | | |
|---|---|---|---|
| ges, tips, other comp. 80402.83 | 2 Federal income tax withheld 18241.93 | | |
| Social security wages 89228.88 | 4 Social security tax withheld | | |
| 5 Medicare wages and tips 89228.88 | 6 Medicare tax withheld 1293.82 | | |
| Dept. 000462 | Corp. A | Employer use only 414 | |
| a Control Number 000762 3SK | | | |
| c Employer's name, address, and ZIP code | | | |
| TOWN OF MANSFIELD 50 WEST ST MANSFIELD MA 02048 | | | |

Batch #00494

| b Employer's FED ID number 04-6001209 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1  660.00 |
| 13 See instrs. for box 13 | 14 Other  8826.05  414H  660.00  AUTO |
| 15 Stat emp. | Deceased | Pension plan X | Legal rep. | Deferred comp. |
| e/f Employee's name, address and ZIP code | | | | |
| JOHN J. BELIVEAU 230 BLUEBERRY LANE WEST KINGSTON,RI 02892 | | | | |

| 16 State MA | Employer's state ID no. 046-001-209*11* | 17 State wages, tips, etc. 89228.88 |
|---|---|---|
| 18 State income tax 4849.89 | 19 Locality name | |
| 20 Local wages, tips, etc. | 21 Local income tax | |

**W-2** Wage and Tax Statement  **2000**  OMB No. 1545-0008

Employee Reference Copy
Copy C for employee's records.

If your return is rejected due to an error, you have two options. you must
fix the error and retransmit your return electronically, or you can mail a
printed copy of your return to the IRS. To mail your printed return, follow
the mailing instructions below.

## 2001 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2001 pay stub plus any adjustments submitted by your employer.

| | | | | |
|---|---|---|---|---|
| Gross Pay | 102,460.40 | Social Security Tax Withheld Box 4 of W-2 | | MA State Income Tax Box 17 of W-2  5316.32 |
| Fed. Income Tax Withheld Box 2 of W-2 | 20966.11 | Medicare Tax Withheld Box 6 of W-2 | 1469.26 | SU/SDI Box 14 of W-2 |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 102,460.40 | 102,460.40 | 102,460.40 | 102,460.40 |
| Less 414(h) | 10,467.27 | N/A | N/A | N/A |
| Less Other Cafe 125 | 1,131.90 | 1,131.90 | 1,131.90 | 1,131.90 |
| Reported W-2 Wages | 90,861.23 | 0.00 | 101,328.50 | 101,328.50 |

Note - Fringe benefits include : Car Allowance $780.00

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 2001 AUTOMATIC DATA PROCESSING, INC.

---

| 1 Wages, tips, other comp. 90861.23 | 2 Federal income tax withheld 20966.11 |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips 101328.50 | 6 Medicare tax withheld 1469.26 |
| a Control Number 000762 3SK Dept. 000462 | Corp. A | Employer use only 398 |
| c Employer's name, address, and ZIP code  TOWN OF MANSFIELD  50 WEST ST  MANSFIELD MA 02048 | Batch #00708 |
| b Employer's FED ID number 04-6001209 | d Employee's SSA number 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other  10467.27 414H  780.00 AUTO | 12b / 12c / 12d / 13 Stat emp./Ret. plan/3rd party sick pay  X |
| e/f Employee's name, address and ZIP code  JOHN J. BELIVEAU  230 BLUEBERRY LANE  WEST KINGSTON, RI 02892 | |
| 15 State  MA | Employer's state ID no. 046-001-209**11* | 16 State wages, tips, etc. 101328.50 |
| 17 State income tax 5316.32 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

W-2 Wage and Tax Statement 2001
OMB No. 1545-0008
Copy C for employee's records.



## 2002 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2002 pay stub plus any adjustments submitted by your employer.

| | | | | | MA: State Wages, |
|---|---|---|---|---|---|
| Gross Pay | 112778.94 | Social Security Tax Withheld Box 4 of W-2 | | MA: State Income Tax Box 17 of W-2 | 5305.15 |
| | | | | SUI/SDI | Tips, Etc. |
| Fed. Income Tax Withheld Box 2 of W-2 | 21102.93 | Medicare Tax Withheld Box 6 of W-2 | 1612.70 | Box 14 of W-2 | Box 16 of W-2 |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA: State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 112,778.94 | 112,778.94 | 112,778.94 | 112,778.94 |
| Less Misc. Non Taxable Comp. | 126.31 | 126.31 | 126.31 | 126.31 |
| Less 457(b) (G-Box 12) | 5,000.00 | N/A | N/A | 5,000.00 |
| Less 414(h) | | N/A | N/A | N/A |
| Less Other Cafe 125 | 11,773.57 | 1,432.14 | 1,432.14 | 1,432.14 |
| Reported W-2 Wages | 94,446.92 | 111,220.49 | 111,220.49 | 106,220.49 |

Note - Fringe benefits include : Car Allowance $780.00

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 2002 AUTOMATIC DATA PROCESSING, INC.

Complete your tax returns in minutes -- go to http://taxpartner.adp.com

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 94446.92 | 21102.93 |
| 3 Social security wages | 4 Social security tax withheld |
| 11220.49 | |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 11220.49 | 1612.70 |
| a Control Number | Dept. | Corp. | Employer use only |
| 000762 3SK | 000462 | A | 419 |

c Employer's name, address, and ZIP code
TOWN OF MANSFIELD
6 PARK ROW
MANSFIELD MA 02048

Batch #00709

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 04-6001209 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | G  5000.00 |
| | 12b |
| | 12c |
| 14 Other | 12d |
| 11773.57  414H | 13 Stat emp. Ret. plan 3rd party sick pay |
| 780.00  AUTO | X |

e/f Employee's name, address and ZIP code
JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| MA | 046-001-209*11* | 106220.49 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 5305.15 | |
| 19 Local income tax | 20 Locality name |

Safe, accurate, FAST! Use e-file — Visit the IRS Web Site at www.irs.gov.

W-2 Wage and Tax Statement  2002
Copy C for employee's records.  OMB No. 1545-0008
Employee Reference Copy

## 2003 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2003 pay stub plus any adjustments submitted by your employer.

| | | | | |
|---|---|---|---|---|
| Gross Pay | 121889.31 | Social Security Tax Withheld Box 4 of W-2 | | MA. State Income Tax Box 17 of W-2  5515.66 |
| Fed. Income Tax Withheld Box 2 of W-2 | 20630.46 | Medicare Tax Withheld Box 6 of W-2 | 1741.42 | SUI/SDI Box 14 of W-2 |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages, Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 121,889.31 | 121,889.31 | 121,889.31 | 121,889.31 |
| Less: Misc. Non Taxable Comp. | 58.04 | 58.04 | 58.04 | 58.04 |
| Less 457(b) (G-Box 12) | 10,600.00 | N/A | N/A | 10,600.00 |
| Less 414(h) | 13,195.91 | N/A | N/A | N/A |
| Less Other Cafe 125 | 1,733.41 | 1,733.41 | 1,733.41 | 1,733.41 |
| Reported W-2 Wages | 96,301.95 | 120,097.86 | 0.00 | 109,497.86 |

---

| Box | Value | Box | Value |
|---|---|---|---|
| 1 Wages, tips, other comp. | 96301.95 | 2 Federal income tax withheld | 20630.46 |
| 3 Social security wages | | 4 Social security tax withheld | |
| 5 Medicare wages and tips | 120097.86 | 6 Medicare tax withheld | 1741.42 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000762 46/3SK | 000462 | A | 412 |

c Employer's name, address, and ZIP code
TOWN OF MANSFIELD
6 PARK ROW
MANSFIELD MA 02048

Batch #00970

| b Employer's FED ID number 04-6001209 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  G  10600.00 |
| | 12b |
| | 12c |
| 14 Other | 12d |
| 13195.91  414H | 13 Stat emp./Ret. plan/3rd party sick pay  X |
| 795.00  AUTO | |

e/f Employee's name, address and ZIP code
JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| MA | 046-001-209*11* | 109497 |
| 17 State income tax  5515.66 | 18 Local wages, | |
| 19 Local income tax | 20 Locality name | |

W-2 Wage and Tax Statement 2003

## 2004 W-2 and EARNINGS SUMMARY 

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 28178.26 |
| 2 | Federal income tax withheld | 6297.86 |
| 3 | Social security wages | |
| 4 | Social security tax withheld | |
| 5 | Medicare wages and tips | 31223.12 |
| 6 | Medicare tax withheld | 452.74 |

Control Number: 000762 46/3SK    Dept: 000462    Corp: T    Employer use only: 414

Employer: TOWN OF MANSFIELD, 6 PARK ROW, MANSFIELD MA 02048

Batch #00976

Employer's FED ID number: 04-6001209
Employee's SSA number: 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

14 Other: 1844.86 414H / 90.00 AUTO

13 Stat emp. Ret. plan [X] 3rd party sick pay

12a G 1200.00

Employee: JOHN J. BELIVEAU, 230 BLUEBERRY LANE, WEST KINGSTON, RI 02892

15 State: MA   Employer's state ID no.: 046-001-209*11*
16 State wages, tips, etc.: 30023.12
17 State income tax: 1443.90

W-2 Wage and Tax Statement 2004 — Employee Reference Copy — Copy C for employee's records — OMB No. 1545-0008

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2004 pay stub plus any adjustments submitted by your employer.**

| | Amount | | Amount | | Amount |
|---|---|---|---|---|---|
| Gross Pay | 31451.60 | Social Security Tax Withheld (Box 4 of W-2) | | MA State Income Tax (Box 17 of W-2) | 1443.90 |
| Fed. Income Tax Withheld (Box 2 of W-2) | 6297.86 | Medicare Tax Withheld (Box 6 of W-2) | 452.74 | SUI/SDI Box 14 of W-2 | |

**2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 31,451.60 | 31,451.60 | 31,451.60 | 31,451.60 |
| Less 457(b) (G-Box 12) | 1,200.00 | N/A | N/A | 1,200.00 |
| Less 414(h) | 1,844.86 | N/A | N/A | N/A |
| Less Other Cafe 125 | 228.48 | 228.48 | 228.48 | 228.48 |
| Reported W-2 Wages | 28,178.26 | 0.00 | 31,223.12 | 30,023.12 |

Note - Fringe benefits include: Car Allowance $90.00

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN J. BELIVEAU
230 BLUEBERRY LANE
WEST KINGSTON, RI 02892

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 2004 AUTOMATIC DATA PROCESSING, INC.

--- Fold and Detach Here ---

Department of the Treasury - Internal Revenue Service    OMB No. 1545-0008

**W-2 WAGE AND TAX STATEMENT 2004**

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp | 46241.24 |
| 2 | Federal income tax withheld | 9311.22 |
| 3 | Social Security wages | 46574.60 |
| 4 | Social Security tax withheld | 2887.63 |
| 5 | Medicare wages and tips | 46574.60 |
| 6 | Medicare tax withheld | 675.31 |
| 9 | Advance EIC payment | .00 |
| 10 | Dependent care benefits | .00 |
| 12a | D | 333.36 |
| 14 | Other — HCA | 450.00 |

Employer's identification number: 74-1612229F

Employer: Department of Veterans Affairs, Austin Automation Center, 1615 Woodward Street, Austin, Texas 78772

Employee's social security number: 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

Employee: JOHN BELIVEAU, 230 BLUEBERRY LANE, WEST KINGSTON RI 02892

13. [X] Retirement Plan

15 State: RI   Employer's state I.D. No.: 741612229
16 State wages, tips, etc.: 46241.24
17 State income tax: 2585.12

COPY C FOR EMPLOYEE'S RECORDS
THIS INFORMATION IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A TAX RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND YOU FAIL TO REPORT IT.

| Department of the Treasury - Internal Revenue Service | | OMB No. 1545-0008 |
|---|---|---|
| W-2 WAGE AND TAX STATEMENT 2005 | 1. Wages, tips, other comp 82279.76 | 2. Federal income tax withheld 16118.55 |
| | 3. Social Security wages 90000.00 | 4. Social Security tax withheld 5580.00 |
| | 5. Medicare wages and tips 91426.40 | 6. Medicare tax withheld 1325.58 |
| Employer's identification number 74-1612229F | | 9. Advance EIC payment .00 |
| Employer's name, address, and ZIP code Department of Veterans Affairs Austin Automation Center 1615 Woodward Street Austin, Texas  78772 | | 10. Dependent care benefits .00 |
| | | 12a See instructions for box 12 D  9146.64 |
| | | 12b |
| Employee's social security number 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 | | |
| Employee's first name and initial   Last name JOHN BELIVEAU 230 BLUEBERRY LANE WEST KINGSTON RI  02892 | | 12c |
| | | 12d |
| | | 14. Other HCA  910.00 |
| Employee's address and Zip code | | |
| 13. [X] Retirement Plan | | |
| 15. State Employer's state I.D. No. RI  741612229 | 16. State wages, tips, etc. 82279.76 | 17. State income tax 4449.67 |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality Name |

COPY C FOR EMPLOYEE'S RECORDS
THIS INFORMATION IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A TAX RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND YOU FAIL TO REPORT IT.

| Department of the Treasury - Internal Revenue Service | | OMB No. 1545-0008 |
|---|---|---|
| W-2 **WAGE AND TAX STATEMENT** **2006** | 1. Wages, tips, other comp 94630.64 | 2. Federal income tax withheld 19154.53 |
| | 3. Social Security wages 94200.00 | 4. Social Security tax withheld 5840.40 |
| | 5. Medicare wages and tips 104399.12 | 6. Medicare tax withheld 1513.87 |
| Employer's identification number 74-1612229F | | 9. Advance EIC payment .00 |
| Employer's name, address, and ZIP code Department of Veterans Affairs Austin Automation Center 1615 Woodward Street Austin, Texas 78772 | | 10. Dependent care benefits .00 |
| | | 12a See instructions for box 12 D  9768.48 |
| Employee's social security number 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 | | 12b |
| Employee's First Name, MI, Last Name, and Suffix JOHN BELIVEAU 230 BLUEBERRY LANE WEST KINGSTON RI  02892 | | 12c |
| | | 12d |
| | | 14. Other HCA  1000.00 |
| Employee's address and Zip code | | |
| 13. [X] Retirement Plan | | |
| 15. State Employer's state I.D. No. RI  741612229 | 16. State wages, tips, etc. 94630.64 | 17. State income tax 5092.15 |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality Name |

COPY B TO BE FILED WITH EMPLOYEE'S FEDERAL TAX RETURN
THIS INFORMATION IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE.