**EXHIBIT B-2**

**TO**

**PLAINTIFF BELIVEAU'S SUPPLEMENTAL EXPERT DISCLOSURES**



United States
**Office of
Personnel Management**

Post Office Box 17
Washington, DC 20044-0017

August 3, 2000

SSN: 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

John Joseph Beliveau, Jr.
Re: Carol J. Beliveau
230 Blueburry Lane
West Kingston RI. 02894

Dear John Joseph Beliveau, Jr.:

We have processed your spouse's claim for a court awarded portion of your civil service retirement benefit.

This office administers Federal retirement and survivor annuity benefits. We award court ordered retirement and survivor benefits for spouses as provided for under Section 8345 of Title 5 of the United States Code and Part 838 of Title 5 of the Code of Federal Regulations.

By court order your spouse's marital share of your retirement benefit is 50% of months years of service during the marriage divided by the total number of months of Federal service to be credited when you retire. Your spouse's share applies to your gross retirement annuity benefit. Your spouse's benefit is to start on the commencement date of your Federal retirement benefit.

We find no reference to a survivor annuity award in this court order. Thus, your spouse is ineligible for a court awarded survivor benefit. Under current regulation we can accept amended court orders for survivor benefit purposes as long as your Federal retirement has not yet commenced. Should the court render a further decision for you and your spouse, please send a court certified copy of the decision to us at the above shown address.

We are enclosing references to the applicable regulations we must follow in awarding court ordered benefits.

Please let us know if we can provide further information about this important matter for you.

Sincerely,

Susie M. Holloway, Paralegal Specialist
Court Ordered Benefits Branch
(202) 606-0222

Enclosures

STATE OF RHODE ISLAND  　　　　　　　FAMILY COURT
PROVIDENCE, SC.

JOHN JOSEPH BELIVEAU, JR.　　:

　　VS.　　　　　　　　　　　　　　　:　　C. A. NO. P97-2472

CAROL J. BELIVEAU　　　　　　　　:

## QUALIFIED DOMESTIC RELATIONS ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

**1. Effect of this Order as a Qualified Domestic Relations Order:**

This Order creates and recognizes the existence of an Alternate Payee's right to receive a portion of the Participant's benefits payable under an employer sponsored defined contribution plan which is qualified under Section 401 of the Internal Revenue Code (the "Code") and the Employee Retirement Income Security Act of 1974 ("ERISA"). It is intended to constitute a Qualified Domestic Relations Order ("QDRO") under Section 414(p) of the Code and Section 206(d)(3) of ERISA.

**2. Participant Information:**

The name, last known address, birth date, and Social Security Number of the plan "Participant" is:

Name: John J. Beliveau, Jr. ("Participant")

Address: 230 Blueberry Lane, West Kingston, Rhode Island 02892

Birth Date: April 8, 1947

Social Security Number: 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

**3. Alternate Payee Information:**

The name, last known address, birth date, and Social Security Number of the "Alternate Payee" is:

Name: Carol J. Beliveau ("Alternate Payee")

Address: 9 Tanglewood Drive, East Providence, Rhode Island 02915

Birth Date: September 4, 1945

Social Security Number: 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

The Alternate Payee shall have the duty to notify the Plan Administrator in writing of any changes in her mailing address subsequent to the entry of this Order.

### 4. Pursuant to State Domestic Relations Law:

This Order is entered pursuant to the authority granted in the applicable domestic relations laws of the State of Rhode Island.

### 5. For Provision of Marital Property Rights:

This Order relates to the provision of marital property rights and/or spousal support to the Alternate Payee as a result of the Order of Divorce between Participant and Alternate Payee.

### 6. Amount of Alternate Payee's Benefits:

The amount to be distributed from Participant's vested account under the Plan to Alternate Payee pursuant to this Order shall equal fifty (50%) percent of Participant's account balance as of September 3, 1998, determined in accordance with the applicable terms of the Plan at the time distribution is to be made.

### 7. Commencement Date and Form of Payment to Alternate Payee:

If the Alternate Payee so elects, she shall be paid her benefits as soon as administratively feasible following the date this Order is approved as a QDRO by the Plan Administrator, or at the earliest date permitted under the terms of the Plan, if later. Benefits will be payable to the Alternate Payee in any form or permissible option otherwise available to participants and Alternate Payees under the terms of the Plan, including, but not limited to, a single lump-sum cash payment.

In the event the Alternate Payee commences her benefits in the form of a monthly annuity, if such form of payment is available, her benefits are to be based on the life expectancy of such Alternate Payee. Any actuarial adjustment which might be necessary to convert Alternate Payee's benefits to one based on the Alternate Payee's lifetime should be applied to the Alternate Payee's benefits.

2

(c) Require the payment of any benefits to the Alternate Payee that are required to be paid to another alternate payee under another order that was previously deemed to be a QDRO.

### 12. Certification of Necessary Information:

All payments made pursuant to this Order shall be conditioned on the certification by the Alternate Payee and the Participant to the Plan Administrator of such information as the Plan Administrator may reasonably require from such parties to make the necessary calculation of the benefit amounts contained herein.

### 13. Continued Qualified Status of Order:

It is the intention of the parties that this QDRO continued to qualify as a QDRO under Section 413(p) of the Internal Revenue Code, as it may be amended from time to time, and the Plan Administrator shall reserve the right to reconfirm the qualified status of the Order at the time benefits become payable hereunder.

### 14. Tax Treatment of Distributions Made Under This Order:

For purposes of Sections 402(a)(1) and 72 of the Internal Revenue Code, any Alternate Payee who is the spouse or former spouse of the Participant shall be treated as the distributee of any distribution or payments made to the Alternate Payee under the terms of this Order and, as such, will be required to pay the appropriate federal income taxes on such a distribution.

### 15. Constructive Receipt:

In the event the Plan trustee inadvertently pays to the Participant any benefits that are assigned to the Alternate Payee pursuant to the terms of this Order, the Participant shall immediately reimburse the Alternate Payee to the extent that he has received such benefit payments, and shall forthwith pay such amounts so received directly to the Alternate Payee within ten (10) days of receipt.

### 16. Continued Jurisdiction:

The Court shall retain jurisdiction with respect to this Order to the extent required to maintain its qualified status and the original intent of the parties as stipulated herein.

4

### 17. Plan Termination:

In the event of a Plan termination, the Alternate Payee shall be entitled to receive her portion of the Participant's benefits as stipulated herein in accordance with the Plan's termination provision for participants and beneficiaries.

ENTERED as an Order of this Honorable Court this __21__ day of __Oct.__, 1999.

_____
Clerk (deputy)

Assented to as to form and substance:

_____
JOHN J. BELIVEAU, JR.

_____
CAROL J. BELIVEAU

_____
Attorney for Plaintiff

_____
Attorney for Defendant

APPROVED:

_____
Presented By:

_____
Kenneth J. Macksoud    #0293

RECEIVED 99 OCT 21 FAMILY COURT GEORGE N. DiMURO, CLERK

5

## **CERTIFICATION**

I hereby certify that on the ___21st___ day of ___OCTOBER___, 1999 I mailed a true copy of the within to Joseph H. Scott, Esquire, 410 Kingstown Road, West Kingston, Rhode Island 02892.

*[signature]*



6

## Your Estimated Benefits

| | |
|---|---|
| *Retirement | You have earned enough credits to qualify for benefits. At your current earnings rate, if you stop working and start receiving benefits... |

At age 62, your payment would be about .................................. $    888  a month
If you continue working until...
    your full retirement age (66 years), your payment would be about ............ $  1,470  a month
    age 70, your payment would be about ..................................... $  2,283  a month

*Disability    You have earned enough credits to qualify for benefits. If you become disabled right now...

Your payment would be about ............................................ $  1,069  a month

*Family    If you get retirement or disability benefits, your spouse and children also may qualify for benefits.
*Survivors    You have earned enough credits for your family to receive survivors benefits. If you die this year, certain members of your family may qualify for the following benefits:

Your child .............................................................. $    860  a month
Your spouse who is caring for your child ................................. $    860  a month
Your spouse who reaches full retirement age .............................. $  1,147  a month
Total family benefits cannot be more than ................................ $  2,061  a month
Your spouse or minor child may be eligible for a special one-time death benefit of $255.

Medicare    You have earned enough credits to qualify for Medicare at age 65. Even if you do not retire at age 65, be sure to contact Social Security three months before your 65th birthday to enroll in Medicare.

*Your estimated benefits are based on current law. Congress has made changes to the law in the past and can do so at any time. The law governing benefit amounts may change because, by 2040, the payroll taxes collected will be enough to pay only about 74 percent of scheduled benefits.

We based your benefit estimates on these facts:
Your date of birth ................................................................................. April 8, 1947
Your estimated taxable earnings per year after 2006 .................................................. $96,538
Your Social Security number (only the last four digits are shown to help prevent identity theft) ......... XXX-XX-5837

## How Your Benefits Are Estimated

To qualify for benefits, you earn "credits" through your work — up to four each year. This year, for example, you earn one credit for each $1,000 of wages or self-employment income. When you've earned $4,000, you've earned your four credits for the year. Most people need 40 credits, earned over their working lifetime, to receive retirement benefits. For disability and survivors benefits, young people need fewer credits to be eligible.

We checked your records to see whether you have earned enough credits to qualify for benefits. If you haven't earned enough yet to qualify for any type of benefit, we can't give you a benefit estimate now. If you continue to work, we'll give you an estimate when you do qualify.

**What we assumed** — If you have enough work credits, we estimated your benefit amounts using your average earnings over your working lifetime. For 2007 and later (up to retirement age), we assumed you'll continue to work and make about the same as you did in 2005 or 2006. We also included credits we assumed you earned last year and this year.

Generally, estimates for older workers are more accurate than those for younger workers because they're based on a longer earnings history with fewer uncertainties such as earnings fluctuations and future law changes.

These estimates are in today's dollars. After you start receiving benefits, they will be adjusted for cost-of-living increases.

We can't provide your actual benefit amount until you apply for benefits. **And that amount may differ from the estimates stated above because:**
(1) Your earnings may increase or decrease in the future.
(2) Your estimated benefits are based on current law. **The law governing benefit amounts may change.**
(3) Your benefit amount may be affected by **military service, railroad employment or pensions earned through work on which you did not pay Social Security tax.** Following are two specific instances. You can also visit *www.socialsecurity.gov/mystatement* to see whether your Social Security benefit amount will be affected.

**Windfall Elimination Provision (WEP)** — If you receive a pension from employment in which you did not pay Social Security taxes and you also qualify for your own Social Security retirement or disability benefit, your Social Security benefit may be reduced, but not eliminated, by WEP. The amount of the reduction, if any, depends on your earnings and number of years in jobs in which you paid Social Security taxes, and the year you are age 62 or become disabled. To estimate WEP's effect on your Social Security benefit, visit *www.socialsecurity.gov/WEP-CHART*. In 2007, the maximum monthly reduction is $340. For more information, please see *Windfall Elimination Provision* (Publication No. 05-10045) at *www.socialsecurity.gov/WEP*.

**Government Pension Offset (GPO)** — If you receive a pension based on federal, state or local government work in which you did not pay Social Security taxes and you qualify, now or in the future, for Social Security benefits as a current or former spouse, widow or widower, you are likely to be affected by GPO. If GPO applies, your Social Security benefit will be reduced by an amount equal to two-thirds of your government pension, and could be reduced to zero. Even if your benefit is reduced to zero, you will be eligible for Medicare at age 65 on your spouse's record. To learn more, please see *Government Pension Offset* (Publication No. 05-10007) at *www.socialsecurity.gov/GPO*.

56443

# Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings | Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|---|---|---|
| 1963 | $ 132 | | 1980 | $ 1,706 | $ 1,706 |
| 1964 | 12 | Medicare began | 1981 | 1,868 | 1,868 |
| 1965 | 948 | in 1966 | 1982 | 815 | 815 |
| 1966 | 2,026 | $ 2,026 | 1983 | 1,090 | 35,700 |
| 1967 | 314 | 314 | 1984 | 0 | 37,800 |
| 1968 | 507 | 507 | 1985 | 0 | 39,600 |
| 1969 | 1,458 | 1,458 | 1986 | 0 | 42,000 |
| | | | 1987 | 0 | 43,800 |
| 1970 | 3,664 | 3,664 | 1988 | 0 | 45,000 |
| 1971 | 7,800 | 7,800 | 1989 | 0 | 48,000 |
| 1972 | 9,000 | 9,000 | | | |
| 1973 | 10,800 | 10,800 | 1990 | 419 | 51,300 |
| 1974 | 13,200 | 13,200 | 1991 | 0 | 58,882 |
| 1975 | 14,099 | 14,099 | 1992 | 0 | 65,115 |
| 1976 | 15,215 | 15,215 | 1993 | 0 | 64,525 |
| 1977 | 2,177 | 2,177 | 1994 | 0 | 72,363 |
| 1978 | 0 | 0 | 1995 | 2,250 | 67,985 |
| 1979 | 0 | 0 | 1996 | 10,334 | 77,540 |
| | | | 1997 | 12,523 | 76,388 |
| | | | 1998 | 16,003 | 37,025 |
| | | | 1999 | 5,243 | 81,363 |
| | | | 2000 | 5,756 | 94,984 |
| | | | 2001 | 80,400 | 470,617 |
| | | | 2002 | 4,460 | 115,680 |
| | | | 2003 | 23,712 | 143,809 |
| | | | 2004 | 50,658 | 81,881 |
| | | | 2005 | 90,000 | 97,964 |
| | | | 2006 | Not yet recorded | |

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**
Estimated taxes paid for Social Security:     Estimated taxes paid for Medicare:
  You paid:                    $23,016       You paid:                    $28,803
  Your employers paid:         $23,006       Your employers paid:         $28,753

Note: You currently pay 6.2 percent of your salary, up to $97,500, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. If possible, have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

The 1994 Group Annuity Table for Males Projected to 2002 as referenced in U.S. DoT(IRS) Rev. Rul. No. 2001-62 with each rate augmented by .029

| Age | Mortality Rate |
| --- | --- |
| 8 | 0.029184 |
| 9 | 0.029178 |
| 10 | 0.029180 |
| 11 | 0.029190 |
| 12 | 0.029207 |
| 13 | 0.029234 |
| 14 | 0.029274 |
| 15 | 0.029318 |
| 16 | 0.029361 |
| 17 | 0.029397 |
| 18 | 0.029425 |
| 19 | 0.029447 |
| 20 | 0.029467 |
| 21 | 0.029493 |
| 22 | 0.029521 |
| 23 | 0.029561 |
| 24 | 0.029604 |
| 25 | 0.029656 |
| 26 | 0.029714 |
| 27 | 0.029751 |
| 28 | 0.029779 |
| 29 | 0.029805 |
| 30 | 0.029828 |
| 31 | 0.029848 |
| 32 | 0.029867 |
| 33 | 0.029876 |
| 34 | 0.029877 |
| 35 | 0.029879 |
| 36 | 0.029891 |
| 37 | 0.029920 |
| 38 | 0.029963 |
| 39 | 0.030016 |
| 40 | 0.030081 |
| 41 | 0.030156 |
| 42 | 0.030242 |
| 43 | 0.030331 |
| 44 | 0.030424 |
| 45 | 0.030528 |
| 46 | 0.030654 |
| 47 | 0.030809 |
| 48 | 0.030986 |
| 49 | 0.031180 |
| 50 | 0.031398 |
| 51 | 0.031649 |
| 52 | 0.031939 |
| 53 | 0.032279 |
| 54 | 0.032640 |
| 55 | 0.033081 |
| 56 | 0.033602 |
| 57 | 0.034232 |
| 58 | 0.034954 |
| 59 | 0.035700 |

| | |
|---|---|
| 60 | 0.036538 |
| 61 | 0.037563 |
| 62 | 0.038668 |
| 63 | 0.040019 |
| 64 | 0.041430 |
| 65 | 0.042962 |
| 66 | 0.044726 |
| 67 | 0.046464 |
| 68 | 0.048076 |
| 69 | 0.049872 |
| 70 | 0.051610 |
| 71 | 0.053727 |
| 72 | 0.056137 |
| 73 | 0.058728 |
| 74 | 0.061444 |
| 75 | 0.064744 |
| 76 | 0.068247 |
| 77 | 0.072743 |
| 78 | 0.078020 |
| 79 | 0.083979 |
| 80 | 0.090543 |
| 81 | 0.097632 |
| 82 | 0.105162 |
| 83 | 0.112199 |
| 84 | 0.120092 |
| 85 | 0.127845 |
| 86 | 0.136539 |
| 87 | 0.147531 |
| 88 | 0.160170 |
| 89 | 0.173055 |
| 90 | 0.188253 |
| 91 | 0.203174 |
| 92 | 0.220346 |
| 93 | 0.237259 |
| 94 | 0.255428 |
| 95 | 0.276198 |
| 96 | 0.295144 |
| 97 | 0.313455 |
| 98 | 0.333305 |
| 99 | 0.350393 |
| 100 | 0.367397 |
| 101 | 0.387560 |
| 102 | 0.405699 |
| 103 | 0.425884 |
| 104 | 0.447855 |
| 105 | 0.469585 |
| 106 | 0.489043 |
| 107 | 0.504200 |
| 108 | 0.514670 |
| 109 | 0.521807 |
| 110 | 0.526189 |
| 111 | 0.528394 |
| 112 | 0.529000 |
| 113 | 0.529000 |
| 114 | 0.529000 |
| 115 | 0.529000 |
| 116 | 0.529000 |
| 117 | 0.529000 |
| 118 | 0.529000 |

```
119     0.529000
120     1.000000
```