**EXHIBIT C**

**TO**

**PLAINTIFF BELIVEAU'S SUPPLEMENTAL EXPERT DISCLOSURES**

**TIERNEY ASSOCIATES, INC.**
ACTUARIES AND CONSULTANTS

7 LOMAS DRIVE
FRAMINGHAM, MA 01701-3950
-----
TELEPHONE: (508)877-3700
FACSIMILE: (508)877-7578
e-mail: Tptactuary@aol.com

# CURRICULUM VITAE

## THOMAS P. TIERNEY, FSA, MAAA, EA
### CONSULTING ACTUARY

Date of Birth ........April 24, 1943

Residence .............Salem, Massachusetts [April 1943 - August 1966]
            Newton, Massachusetts [August 1966 - June 1967]
            Framingham, Massachusetts [June 1967 - Present]

Education .............Boston College [B.S. - Physics], Class of 1964
            Northeastern U. [M.S. - Actuarial Science], Class of 1968

Military ................U. S. Marine Corps:  Active duty ___ August 1964 ---- > February 1965
                                Reserve duty __ February 1965 - > August 1970

Professional..........Fellow, Society of Actuaries
Credentials         Member, American Academy of Actuaries
            Member, Boston Actuaries Club
            Enrolled Actuary, U.S. Depts. of Labor and Treasury

Employment.........John Hancock Life Ins.    various positions ____ Mar. 1965 -- > July 1977
History            William M. Mercer, Inc.   Consulting Actuary __ July 1977 --- > Feb. 1979
            Alexander & Alexander     Consulting Actuary __ Feb. 1979 -- > Feb. 1980
            Tierney & Peters          Consulting Actuary __ Sept. 1987-- > Jan. 1993
            Tierney Associates, Inc.  Consulting Actuary __ Feb. 1980 -- > Present

Practice Areas ......Employee benefits consulting [general practice excluding asset management]
            Life insurance company consulting [general practice excluding asset management]
            Valuation of contingent assets and liabilities

Publications..........Approximately 40-50 articles, discussions and public opinions in the areas of
            pension plan forecasting , pension plan accounting, expert testimony, Social
            Security, employee benefit valuation, insurance company ownership and
            computer utilization