**EXHIBIT D**

**TO**

**PLAINTIFF BELIVEAU'S SUPPLEMENTAL EXPERT DISCLOSURES**

**TESTIMONY IN COURT** [of T. P. Tierney on or after 1-1-1998]

    Estate of John Kulikowski
    Massachusetts Superior Court (Suffolk)
    Testified in Court on 6-23-1998

    Moss v. Moss
    Massachusetts Probate & Family Court (Concord)
    Testified in Court on 5-3-1999

    Petition of Beverly Russell
    Massachusetts Probate & Family Court (Worcester)
    Testified in Court on 11-3-2000

    Susan Stone v. Peter M. Stone
    Massachusetts Probate & Family Court (Worcester) Case No. 93 DR 0755 DV2
    Testified in Court on 5-11-2001

    Benkert v. Tkacik
    Massachusetts Probate & Family Court (Cambridge) Case No. 01D 1400 DV1
    Testified in Court on 4-30-2003

    Halperson v. Halperson
    Massachusetts Probate & Family Court (Cambridge) Case No. 03D0159DV1
    Testified in Court on 5-24-2004

    Terral v. Terral
    Massachusetts Probate & Family Court (Concord)
    Testified in Court on 7-7-2006

**DEPOSITIONS** [of T. P. Tierney on or after 1-1-1998]

    Samuel Jacobsen and Jerry P. Kayle v. Prudential Insurance, et al.
    California Superior Court(Los Angeles) Docket No. BC179323
    Deposed on 8-11-1998 [and continued on 8-12-1998]

    Casey, et al. v. Prudential Insurance, et al.
    California Superior Court(Monterey) Docket No. 110178
    Deposed on 10-6-1998 [and continued on 11-16-1998]

    Michele Morgan, et al. v. The Hartford Financial Services Group, Inc. et al.
    California Superior Court(San Diego) Docket No. 715498
    Deposed on 4-11-2000

    Kevin Laurent, et al. v. The Franklin Life Insurance Company
    Illinois Circuit Court [3rd Circuit - Madison County] Cause No. 99-L-300
    Deposed on 12-1-2000

    William D. Martindale, et al. v. Southwestern Life Insurance Company, et al.
    U.S. Dist. Court for the Eastern Dist. of Texas [Beaumont Div.] Cause No. 1:00-CV-687
    Deposed on 3-12-2002

    Ross T. Goldberg, et al. v. Conseco Life Insurance Company, et al.
    California Superior Court(Los Angeles) Docket Nos. BC234413 and BC248752
    Deposed on 5-29-2002

    Walter Klein and Sharyn M. Klein v. No. Am. Co. for Life and Health Insurance
    California Superior Court(Los Angeles) Docket No. BC257856
    Deposed on 8-3-2004