**EXHIBIT E**

**TO**

**PLAINTIFF BELIVEAU'S SUPPLEMENTAL EXPERT DISCLOSURES**

## **PUBLICATIONS** [of T. P. Tierney on or after 1-1-1992 - - - Page 1 of 2]

| | |
|---|---|
| 1992-12-18 | Comment presented to the Actuarial Standards Board regarding their then-pending standard entitled "Selection of Economic Assumptions for Measuring Pension Obligations" |
| 1995-03-07 | Presentation at a Key West meeting of the American Academy of Matrimonial Lawyers entitled "Important Factors in Pension Valuation" |
| 1995-06-27 | Comment/testimony presented to the Massachusetts Insurance Department at their "State Mutual Demutualization" hearing |
| 1996-07-17 | Testimony presented to the Massachusetts Insurance Department at their "Metropolitan Life/New England Life Merger" hearing |
| 1996-10-04 | Letter to the editor [captioned "Insurance scam revisited"] published in The Boston Phoenix |
| 1997-06-04 | Comment/testimony presented to the Joint Committee on Insurance of the Massachusetts General Court [aka the Mass. legislature] regarding then-pending legislation concerning mutual life insurance holding companies |
| 1997-10-22 | Comment presented to the New York State Assembly Standing Committee on Insurance regarding then-pending legislation concerning mutual life insurance holding companies [subsequently published in the May 1998 issue of Small Talk] |
| 1998-01-20 | "Return of the Robber Barons?" - a commentary regarding life insurance company organizational structure that's avalaible at www.demutualization.org and that's been hard-copy published, under the title "Watch out for Mutual Holding Companies", in the May/June 1998 issue of Contingencies |
| 1998-09-01 | Comment presented to the Actuarial Standards Board regarding their then-pending standard entitled "Actuarial Responsibilities with Respect to Closed Blocks in Mutual Life Insurance Company Reorganizations" |
| 1998-10-21 | Presentation at a New York City meeting of the Society of Actuaries entitled "Update On Mutual Holding Companies" |
| 1998-12-09 | Presentation at a local meeting of the Boston Actuaries Club entitled "Analyzing QDROs" |
| 1999-04-01 | Comment presented to the Actuarial Standards Board regarding their then-pending standard entitled "Actuarial Practice Concerning Retirement Plan Benefits in Domestic Relations Actions" |

**PUBLICATIONS** [of T. P. Tierney on or after 1-1-1992 - - - Page 2 of 2]

| | |
|---|---|
| 1999-10-12 | Presentation at a Boca Raton meeting of the Conference of Consulting Actuaries entitled "Demutualization and Mutual Holding Companies" |
| 1999-12-18 | Comment presented to the Actuarial Standards Board regarding their then-pending standard entitled "Allocation of Policyholder Consideration in Mutual Life Insurance Company Demutualizations" |
| 2000-01-24 | Comment/testimony presented to the New York State Insurance Department at their "Metropolitan Life Demutualization" hearing |
| 2000-02-14 | Supplemental written comment presented to the New York State Insurance Department regarding the still-pending "Metropolitan Life Demutualization" |
| 2000-05-01 | Comment presented to the Actuarial Standards Board regarding their still-pending standard entitled "Allocation of Policyholder Consideration in Mutual Life Insurance Company Demutualizations" |
| 2001-07-17 | Comment/testimony presented to the New Jersey Insurance Department at their "Prudential Life Demutualization" hearing |
| 2001-08-15 | Comment presented to the Actuarial Standards Board regarding their then-pending standard entitled "Expert Testimony by Actuaries" |
| 2001-08-16 | Supplemental written comment presented to the New Jersey Insurance Department regarding the still-pending "Prudential Life Demutualization" |
| 2005-01-19 | Letter to the editor [re: Actuarial Standard of Practice No. 27] published in the April/May 2005 issue of The Actuary |
| 2005-09-30 | Comment presented to the Actuarial Standards Board regarding their then-pending standard entitled "Dividends for Individual Participating Life Insurance, Annuities, Disability Insurance, and Long Term Care Insurance" |
| 2006-10-31 | Comment presented to the Critical Review of the U.S. Actuarial Profession ["CRUSAP"] Task Force regarding their then-pending report entitled "A Critical Review of the U.S. Actuarial Profession" |