# CHARGE OF DISCRIMINATION
## MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

FEPA NUMBER :
EEOC NUMBER :

FILING DATE: February 18, 2004
VIOLATION DATE: January 13, 2004 (approximate) to February 12, 2004.

**NAME OF AGGRIEVED PERSON OR ORGANIZATION**
John J. Beliveau
230 Blueberry Lane
West Kingston, RI 02892

TELEPHONE NUMBERS
HOME   : (401) 782-9161
OFFICE : (Cell) (508) 922-6470

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, OR STATE/LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME**

1. Town of Mansfield, Municipal Electric Plant.
   Attn: Human Resources Division
   125 High Street, Suite 4
   Mansfield, MA 02048

   TELEPHONE NUMBER: (978) 744-4734

2. John O. D'Agostino, Town Manager
   Town of Mansfield, Municipal Electric Plant
   Attn: Human Resource Division
   Six Park Row
   Mansfield, MA 02048

   TELEPHONE NUMBER: (508) 261-7370

   Number of Employees: 24
   Work Location: Mansfield, MA

**CAUSE OF DISCRIMINATION BASED ON: RETALIATION**