U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5059 5302

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

April 23, 2004

Mr. John J. Beliveau
c/o Juliane Balliro, Esquire
Law Offices of Perkins, Smith & Cohen
Attorneys at Law
1 Beacon St., 30th Fl.
Boston, MA 02108-3106

Re: EEOC Charge Against Town of Mansfield, Municipal Electric Plant, et al.
    No. 16C200400789

Dear Mr. Beliveau:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

R. Alexander Acosta
Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Civil Rights Analyst
Employment Litigation Section

cc: Boston Area Office, EEOC
    Town of Mansfield, Municipal Electric Plant, et al.

RECEIVED
APR 2 8 2004
By