UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| | ) |
|       Plaintiff | ) |
| VS. | ) |
| | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) ) ) |
| | ) |
|       Defendants | ) |

CONSOLIDATED WITH:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10354DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| | ) |
|       Plaintiff | ) |
| VS. | ) |
| | ) |
| THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE, | ) ) ) ) ) ) ) |
| | ) |
|       Defendants | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendants has attempted to confer with Juliane Balliro, attorney for the Plaintiff John Beliveau, and Lynn Leonard, attorney for the Plaintiff Kimberly Stoyle, in a good faith attempt to resolve or narrow the issues raised by the instant motion. Specifically, undersigned counsel received an email from Juliane Balliro at 1:56 p.m. today objecting to the

1

deposition of George Dentino. Undersigned counsel emailed both Juliane Balliro and Lynn Leonard at 3:20 p.m. regarding Defendants' intent to file the instant emergency motion. Attorney Balliro has indicated that she does not assent to the motion. Undersigned counsel has not heard back from Attorney Leonard as of this filing.

                                          Respectfully submitted,
                                          The Defendants,
                                          By their attorneys,

                                          /s/ Deborah I. Ecker
                                          Leonard H. Kesten, BBO# 542042
                                          Deborah I. Ecker, BBO# 554623
                                          BRODY, HARDOON, PERKINS & KESTEN, LLP
                                          One Exeter Plaza
                                          Boston, MA 02116
                                          (617) 880-7100

DATED: May 11, 2007