UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

```
_____
                                    )
DR. JOHN J. BELIVEAU,               )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
TOWN OF MANSFIELD MUNICIPAL         )
ELECTRIC DEPARTMENT AND             )
JOHN D'AGOSTINO,                    )
                                    )
        Defendants.                 )
_____)
```

CONSOLIDATED WITH:

```
_____
                                    )
KIMBERLY STOYLE,                    )
        Plaintiff                   )
                                    )
v.                                  )
                                    )   CIVIL ACTION No. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC    )
DEPARTMENT, JOHN D'AGOSTINO,        )
THE TOWN OF MANSFIELD BOARD OF      )
LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL MCCUE, DAVID MCCARTER,      )
DANIEL DONOVAN, ROGER ACHILLE       )
and STEVEN MACCAFFRIE,              )
        Defendants                  )
_____
```

**AFFIDAVIT OF COUNSEL**

I, Juliane Balliro, hereby swear and aver as follows:

1.  The Parties in the above-encaptioned matters agreed to extend the discovery deadline: 1) for the purpose of taking depositions of fact witnesses that had been noticed prior to March 30, 2007, which was the close of discovery; 2) for the purpose of supplementing expert disclosures; and 3) for taking expert depositions. The Parties filed a joint motion to extend the discovery deadline for these

1

      purposes. In that motion, the parties requested that the Court set May 11, 2007, as the deadline for taking all fact depositions that had been previously noticed and for taking all expert depositions. The Court granted that motion and established that deadline.

2. May 11, 2007, was chosen for a reason. I informed counsel for the defendants several weeks ago that I was leaving on May 12, 2007, for Spain and Portugal and would not be returning until May 23, 2007.

3. Defense counsel has noticed and cancelled Mr. Dentino's deposition at least six times during the course of this litigation including twice in 2005, three times in 2006 and once in January of 2007. I have been informed by John Connolly, counsel for Mr. Dentino, that defense counsel again noticed and cancelled Mr. Dentino's deposition in March, 2007. I did not receive a copy of that notice.

4. I have been informed by Attorney John Connolly that he was retained by Mr. Dentino in April, 2007, and that on April 20, 2007, Leonard Kesten, counsel for the Defendants, interviewed Mr. Dentino in Mr. Connolly's presence concerning his knowledge of facts relevant to this action. The Plaintiffs were not given notice of the interview and were not invited to attend.

5. I have been informed by Mr. Connolly that at the conclusion of the April 20, 2007, interview, Mr. Kesten informed Mr. Connolly that he intended to take Mr. Dentino's deposition. The Plaintiff was not notified on April 20 of Mr. Kesten's intentions.

6. I have been informed by John Connolly that counsel for the defendants did not contact him for a date upon which to conduct the deposition of Mr. Dentino until May 8, 2007, three days prior to the expiration of discovery. As of May 8, 2007, there was insufficient time to schedule Mr. Dentino's deposition within the discovery period and, according to Mr. Connolly, he was not available on any dates prior to the expiration of the discovery period.

7. On May 8, 2007, the defendants conducted what plaintiffs anticipated would be the final deposition in the case. After the deposition, Susan Jacobs informed within counsel that she intended to take Mr. Dentino's deposition after the close of discovery. I did not agree to an extension of discovery for that purpose.

8. I have been informed by John Connolly that on May 11, 2007, counsel for the defendants contacted Mr. Dentino's counsel for additional dates.

3

9. Defendants' counsel waited until only hours before I was scheduled to leave the office for vacation to file an emergency motion to take the deposition.

SIGNED AND SWORN TO this 11th day of May, 2007.

                                                 /s/ Juliane Balliro
                                                 Juliane Balliro (BBO # 028010)