**EXHIBIT B**



**Town of Mansfield**
**Town Manager's Office**

**John O. D'Agostino**
**Town Manager**
Telephone    (508) 261-7370
Facsimile    (508) 261-7498
Email townmanager@mansfieldma.com

## MEMORANDUM

**TO:**       Department Heads

**FROM:**     John O. D'Agostino, Town Manager

**DATE:**     January 21, 2003

**SUBJECT:**  E-Mail Policy – Town Wide

---

Enclosed you will find the latest draft on the use of electronic mail and the proper procedures to institute to preserve public records. Please follow this policy to the very best of your ability. As the policy states, please preserve all public records and update your files accordingly.

This policy is in addition to the existing technology policy which is part of the existing personnel policy on behalf of the Town.

Thank you in advance for your cooperation and assistance with respect to this new policy. If you have any questions, please contact my office.

JOD/eo
Enclosure

T:\Contracts & Policies\E-Mail Policy – Town Wide.doc



TOWN OF MANSFIELD MASSACHUSETTS
POLICY FOR USE OF TOWN COMPUTERS
AND E-MAIL
January 2003

1. All messages, composed, sent, or received on the email system are, and remain the property of the Town of Mansfield System. Employees shall not have any expectation of privacy with respect to any data on the Mansfield System. The town manager, the MIS director and department heads shall have the right to retrieve any information stored on the system at any time. The town reserves the right to intercept or review employees' email at any time. Employees will be notified if their email has been reviewed.

2. The computer system is not to be used to create or distribute any offensive or disruptive messages. Among those considered offensive are any messages that contain sexual implications, slander, racial slurs, gender slurs or insults, or any other comment that offensively addresses someone's age, sexual orientation, religious or political beliefs, national origin, or disability. The system should not be used to intentionally transmit or display of any kind of sexually explicit image or document. Sexual harassment shall be grounds for dismissal in accordance with the Town's formal policy on sexual harassment.

3. Occasional personal emails are permitted subject to the discretion of the town manager and department heads, who may restrict or prevent the use of the e-mail system for personal matter at anytime.

4. Employees shall conform to procedures established by the MIS director of the Town to minimize the risk of viruses or any other corruption of the Town's computer system.

5. Non-professional internet chatting is prohibited. Town computers should not be used to transmit jokes, chain letters and similar junk e-mails. Employees should promptly delete such junk e-mails received on town computers.

6. The email system should not be used to send or receive unauthorized copyrighted materials, trade secrets, proprietary financial information, or similar materials without authorization.

7. Employees should not share his or her password(s) with anyone and should not allow unauthorized persons to use the town's computer system.

8. Employees must conduct themselves appropriately on the Internet and respect the copyrights, software licensing rules, property rights, privacy, and prerogatives of others. Employees must not knowingly use email or the Internet to violate the laws and regulations of the United States or any other nation, or the laws and regulations of any state, city, province, or other local jurisdiction in any material way.

9. Use of the Mansfield computer system resources for illegal activity is grounds for immediate dismissal.

10. For the sake of preserving the data storage capacity of the computer system, e-mails stored on the system shall be purged by each employee during the first week of each calendar month. However, any e-mail that relates to the business of the town shall be copied onto paper and stored as a public record prior to the deletion of the e-mail from the computer system at any time. Public disclosure of the hard copies of e-mails shall made in accordance with applicable public records laws.