**EXHIBIT C**

# Lynn A. Leonard
## Attorney-At-Law

Telephone: (781) 662-6161　　　　　　　　　　527 Main Street, Suite 8
Facsimile: (781) 662-1625　　　　　　　　　　　Melrose, MA 02176
E-mail: LynnALeonard@aol.com

February 11, 2003

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Lorraine Rossi Saltamartini, Esquire
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257

Re: <u>Kimberly Stoyle v. Town of Mansfield, et al.</u>
　　Docket No. 02BEM04039

Dear Attorney Rossi Saltamartini:

　　Pursuant to M.G.L. c. 4, § 7, Clause 26 and M.G.L. c. 66, §§ 10-18, I hereby request both electronic and hard copies of all e-mail correspondence in the possession of the Mansfield Town Manager's office and/or the custodian of records addressed to Kimberly Stoyle from John D'Agostino and to John D'Agostino from Kimberly Stoyle for the time period March 1999 through February 2003. Please provide this information within ten days, as required by law. As you know, the failure to preserve this information constitutes spoliation of evidence for which the Town of Mansfield may be sanctioned.

　　Feel free to contact me if you have any questions or comments regarding this request.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　Lynn A. Leonard
　　　　　　　　　　　　　　　　　　　　　　Attorney-At-Law

cc: Kimberly Stoyle

719

Subj:     **Stoyle**
Date:     03/17/2003 12:35:53 PM Pacific Standard Time
From:     lsaltamartini@piercedavis.com
To:       LynnALeonard@aol.com
*Sent from the Internet (Details)*

Dear Attorney Leonard:

I have spoken in depth with my client' regarding the retrieval of electronic e-mails and I may have provided you with some inaccurate information this morning. To clarify, the Town does not have copies of all electronic e-mails, some are just hard copies. For some reason, the computer did not save the electronic copies.

However, it is believed that the e-mails which originated with Ms. Stoyle can be obtained from her. Our MIS department will work with her to retrieve those documents from her computer. I am told that some e-mails which originated with Ms. Stoyle cannot be retrieved as audio, they exist as an attachment to the original, but when Mr. D'Agostino responded to her e-mail, the audio portion of the attachment was lost some how.

In the meantime, MIS is working to make electronic copies which can be opened outside of the Town's system. However, there will have to be a charge for this service since it will be extra work for the MIS dept. The Town is now putting together an estimate of that cost. I will get that to you by the end of the week, but I doubt that we will be able to produce the electronic copies to you by the end of the week.

I realize that we are beyond the FOIA deadline. However, as you know, the statute allows for reasonable costs for reproduction. Furthermore, the Town provided you with all hard copies within the time period, without cost.

I am sorry for the confusion on this issue.

718

Monday, March 17, 2003    America Online: LynnALeonard

## PIERCE, DAVIS & PERRITANO, LLP
COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis*
Judith A. Perritano
John J. Cloherty, III*

Of counsel:
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Sean T. Delaney
Helen G. Litsas
Renee M. Northrop
Maureen L. Pomeroy
Lorraine Rossi Saltamartini
Daniel G. Skrip♦

*also admitted in RI
♦also admitted in PA

February 20, 2003

Attorney Lynn A. Leonard
527 Main Street
Melrose, MA 02176

Re:  Kimberly Stoyle
     vs. Town of Mansfield Municipal Electric Plant, et al
     MCAD Docket No. 02BEM04039
     Our File No.: 164-0401497

Dear Attorney Leonard:

In response to your February 11, 2003 request pursuant to M.G.L. c. 4, §7 and c. 66, §10, I have enclosed hard copies of all electronic communications, in the possession custody and control of the Town of Mansfield, between John D'Agostino and Kimberly Stoyle for the referenced time period.

Please be advised that the Town is working to provide you with electronic copies of these e-mails as well. However, there may be a cost involved with such services. (905 CMR § 32.03.)

I will be in contact with you over the next several days to advise you of the progress of such endeavor. If you have any questions in the meantime, please feel free to contact me.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

Lorraine Rossi Saltamartini

Enclosures

# Lynn A. Leonard
## Attorney-At-Law

Telephone: (781) 662-6161  
Facsimile: (781) 662-1625  
E-mail: LynnALeonard@aol.com

527 Main Street, Suite 8  
Melrose, MA 02176

March 11, 2003

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Lorraine Rossi Saltamartini  
Pierce, Davis & Perritano, LLP  
Ten Winthrop Square  
Boston, MA 02110-1257

Re: *Kimberly Stoyle vs. Town of Mansfield, et. als.*  
    MCAD Docket No. 02BEM04039

Dear Attorney Rossi Saltamartini:

Thank you for your response to my letter of February 11, 2003 in which I requested e-mail correspondence between John D'Agostino and Kimberly Stoyle. After reviewing the hard copies you provided, it appears that some of the requested correspondence was omitted. Also, I understand that you are working to provide the electronic copies. Please contact me at your earliest convenience regarding the status of your efforts. Your prompt attention to this matter would be greatly appreciated.

Very truly yours,

Lynn A. Leonard  
Attorney-At-Law

724

## PIERCE, DAVIS & PERRITANO, LLP
COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis*
Judith A. Perritano
John J. Cloherty, III*

Of counsel
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Sean J. Delaney
Helen G. Litsas
Renee M. Northrup
Maureen L. Pomeroy
Lorraine Rossi Saltamartini
Daniel G. Skrip♦

*also admitted in RI
♦also admitted in PA

March 24, 2003

Attorney Lynn A. Leonard
527 Main Street
Melrose, MA 02176

Re:   Kimberly Stoyle
      vs. Town of Mansfield Municipal Electric Plant, et al
      MCAD Docket No. 02BEM04039
      Our File No.: 164-0401497

Dear Attorney Leonard:

Please allow this letter to confirm our recent telephone conversation whereby I advised you that the Town is unable to provide electronic copies of the e-mail attachments. As stated, the Town's server does not maintain copies of all e-mail communications and their attachments. The hard copies provided to you were printed from the "in" and "out" boxes of Mr. D'Agostino's computer. However, the Town is unable to open and/or view the attachments to those e-mails. The Town is able to provide you with electronic copies of the hard copies that have been previously provided.

If your client retained such e-mails on her computer, it may be possible to retrieve such e-mails and attachments from her computer.

If you have any questions in the meantime, please feel free to contact me.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

Lorraine Rossi Saltamartini