**EXHIBIT D**

COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION

```
* * * * * * * * * * * * * * * * * * * * *
                                        *
KIMBERLY STOYLE,                        *
              Complainant               *
                                        *
Vs.                                     *        DOCKET NO. 02BEM04039
                                        *
TOWN OF MANSFIELD, ET ALS.,             *
              Respondents               *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

## COMPLAINANT'S FIRST REQUEST FOR
## PRODUCTION OF DOCUMENTS TO RESPONDENTS

The Complainant, Kimberly Stoyle, and hereby requests, pursuant to 804 C.M.R. 1.13(7),

that Respondents, John D'Agostino, Mansfield Municipal Light Department and the Town of

Mansfield ("Respondents"), produce and permit Complainant to inspect and copy the documents

described below at the office of Lynn A. Leonard, 527 Main Street, Suite 8, Melrose, MA 02176

within fourteen (14) days of the date of service herewith.

### INSTRUCTIONS AND DEFINITIONS

1. As used herein, the following terms shall have the meanings indicated below:

   A. The term "Respondent," "you" and "your" shall refer to John D'Agostino; Mansfield
      Municipal Electric Department ("MMED") and its officers, directors, affiliates,
      employees, servants and/or agents; and the Town of Mansfield and its officers, directors,
      affiliates, employees, servants and/or agents.

   B. The term "Complainant" shall refer to Kimberly Stoyle.

   C. "Person" means natural person, corporation, partnership, sole proprietorship, union,
      association, federation, and any other kind of entity.

1

D. The words "document" or "documents" shall refer to any writings, drawings, graphs, charts, photographs, telephone records, electronic data and other data compilations from which information can be obtained and translated, if necessary, by the Respondent through detection devices into reasonably usable form. A draft or non-identical copy is a separate document within the meaning of this term.

E. The word "concerning" means referring to, describing, evidencing, constituting, or relating to in any way.

2. In responding to these requests, please comply with the following instructions:

A. Furnish all documents that are requested within your possession, custody, or control including any such documents in the possession of your attorneys, their investigators, or any person acting on your behalf.

B. If an objection is made to any request set forth below, for each item and category objected to: (a) state the specific ground for each objection; (b) identify each document by giving its date, name of author, name of each addressee, and by giving any other information necessary to identify such document or part thereof; and (c) provide a general description of the subject matter(s) in each document or item.

C. If no documents are in existence that are responsive to a particular request or subsection thereof, your answer must so indicate. If any requested document was, but is no longer, in your possession or subject to your control, state what disposition was made of the document and, if the document is still in existence, identify the person who has possession or control of the document.

D. This request is continuing in nature so as to require you to provide supplemental responses as additional documents come into your possession, custody or control subsequent to this production.

## DOCUMENT REQUESTS

1. Please provide all documents concerning Respondents' policies in effect during the period of Complainant's employment from March 1999 to date regarding the following:

    a. policies on discrimination in the workplace;
    b. equal employment opportunity policies;
    c. internal complaint procedures;
    d. disciplinary policies; and
    e. criteria and procedure for implementing salary increases

85

2. Please provide all documents regarding Respondents' policies on sexual harassment in effect during the period of Complainant's employment from March 1999 to date including but not limited to policies distributed to and signed by Kimberly Stoyle on an annual basis.

3. Please provide all documents concerning Respondents' investigation of Complainant's internal complaints of sexual harassment, including but not limited to witness statements, correspondence, notes and investigative findings, and the action taken in response to any such complaint and/or investigation.

4. Please provide documents of any kind concerning discrimination complaints, charges or lawsuits against John D'Agostino.

5. Please provide a copy of any and all employee practices liability insurance policies in effect for Respondents for the years 2002 and 2003.

6. Please provide all correspondence sent by or received by Respondents or any of its employees from any person, except its attorneys, which relates in any way to the claims made in this action.

7. Please provide any and all statements taken from any witnesses or parties to this action.

8. Please provide any and all documents that Respondent intends to submit to the MCAD in support of its defense to this action, introduce into evidence, or use for any other purpose at the trial of this matter.

9. Please provide a copy of Respondent's Employee Handbook and/or Employee Policy Manual in effect during the period of Complainant's employment from March 1999 to date.

10. Please provide any and all documents reflecting or referring to the job duties and responsibilities for each of the following:

    a. John D'Agostino, Mansfield Town Manager;
    b. Jack Beliveau, MMED Director; and
    c. The Board of Light Commissioners

3

Respectfully requested,
Kimberly Stoyle
By her Attorney


Lynn A. Leonard
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
B.B.O. No. 561662


Dated: September 22, 2003


## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Request for Production of Documents upon on all counsel of record by first-class mail on September 22, 2003.


Lynn A. Leonard
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
B.B.O. No. 561662


STOYLE DOCS


57

4