**EXHIBIT F**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN O.<br>D'AGOSTINO,<br>    Defendants. | Civil Action No. 1:04-cv-11329-DPW |

**NOTICE OF TAKING THE DEPOSITION OF JOHN O. D'AGOSTINO
PURSUANT TO FED. R. CIV. P. 30**

TO:   Leonard H. Kesten, Esq.
       BRODY, HARDOON, PERKINS & KESTEN, LLP
       One Exeter Plaza
       Boston, MA 02116

PLEASE TAKE NOTICE that, **at 10:00 a.m. on Tuesday, June 7, 2005**, at the offices of Perkins, Smith & Cohen, LLP, One Beacon Street, Boston, Massachusetts, the Plaintiff, Dr. John J. Beliveau ("Dr. Beliveau"), by his attorneys, will take the deposition upon oral examination of Defendant, John O. D'Agostino ("D'Agostino").

The deposition will be conducted before a Notary Public or other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

D'Agostino is directed, pursuant to Fed. R. Civ. P. 30(b)(5) and 34, to produce at or before the scheduled deposition the documents in the possession, custody or control of D'Agostino listed in the attached Schedule A.

Respectfully Submitted,

Dr. John J. Beliveau,
By his attorneys,

/s/ Daniel P. McCarthy
Juliane Balliro, BBO#028010
Daniel P. McCarthy, BBO#651559
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
617-854-4000

Dated: May 6, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this 6th day of May, 2005, to Leonard Kestin by hand, and to all other counsel of record by first-class mail, postage prepaid.

/s/ Daniel P. McCarthy
Daniel P. McCarthy

## SCHEDULE A

### Documents to be Produced

1. Complete copies of the Mansfield Electric Department Depreciation Accounts for the years 2002-2004.

2. Complete copies of the Mansfield Electric Department Cash Accounts for the years 2002-2004.

3. Complete copies of the Town of Mansfield Cash Accounts for the years 2002-2004.

4. Copies of the Town of Mansfield reconciliation of cash accounts complete with variances identified and all auditor recommendations and management letters for the years 1998 – present.

5. All memos documents or other communications regarding cash balance discrepancies between 1998 – 2004.

6. All memos, E-mails or other communications between Bea Kearney, and/or Richard Boucher, and or John D'Agostino regarding cash balances, cash reconciliation, transfers of funds, budgets and/or the person of Jack Beliveau from 1998 – present.

7. All bills, with supporting documentation and/or studies, submitted by the Town of Mansfield to the Mansfield Electric Department for internal charges made during the years 1998-2005.

8. All records relating to INTERNAL CHARGES AND PILOT payments made during the years 1998-2005 and supporting documentation for those charges.

9. All documents relating to or reflecting costs charged to the Mansfield Electric Department for health insurance with documentation supporting said costs from 1998 – present

10. All documents relating to or reflecting costs charged to the Mansfield Electric Department for Pension cost and charges with documentation supporting said costs from 1998 - present

11. The Town of Mansfield budgets for the years 2000-2004.

12. All e-mail correspondence in any way related to Jack Beliveau or any issue involving Jack Beliveau.

8. Any and all documents of any nature whatsoever submitted to James Goulet relating to the Electric Department audit conducted during the year 2003.

9. Any and all notes, records, documents reflecting conversations with Jack Beliveau or about Jack Beliveau for the years 2001-2004.

13. Any and all records reflecting or relating to lockbox accounts for the years 2001-2004.

14. All payroll change slips 1998 – the present for the following individuals: Jack Beliveau, Richard Boucher, Sandra LaRosee, Lee Azinheira, Helen Christian, Sue McGinley, John D'Agostino,

15. All American Express credit card bills charged by John D'Agostino with backup and supporting documentation from 1998 – the present.

16. All memo's e-mails or other communications between Bea Kearney and John D'Agostino regarding American Express charges from 1998 – present.