UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329DPW

DR. JOHN J. BELIVEAU,                        )
                                             )
            Plaintiff                        )
VS.                                          )
                                             )
TOWN OF MANSFIELD MUNICIPAL   )
ELECTRIC DEPARTMENT AND JOHN )
D'AGOSTINO,                                  )
                                             )
            Defendants   )

CONSOLIDATED WITH:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  05-10354DPW

KIMBERLY STOYLE,                             )
                                             )
            Plaintiff                        )
VS.                                          )
                                             )
THE MANSFIELD MUNICIPAL        )
ELECTRIC DEPARTMENT, JOHN      )
D'AGOSTINO, TOWN OF MANSFIELD)
BOARD OF LIGHT COMMISSIONERS, )
LOUIS AMORUSO, MICHAEL McCUE, )
DAVID McCARTER, DANIEL            )
DONOVAN, ROGER ACHILLE and     )
STEVEN MacCAFFRIE,                       )
                                             )
            Defendants   )

## DEFENDANTS' MOTION IN LIMINE TO PRECLUDE CERTAIN TESTIMONY ABOUT INDIVIDUAL SELECTMEN AND BOARD OF LIGHT COMMISSIONERS

The Defendants hereby move in limine that the Plaintiffs be precluded

from introducing testimony or evidence about any of the individual Selectmen

and Board of Light Commissioners alleged criminal conduct or alleged visits to

1

entertainment facilities on the grounds that it has no probative value and is only intended to be prejudicial.

Respectfully submitted,
The Defendants,
By their attorneys,


/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100


Respectfully submitted,
The Defendants,
By their attorneys,


/s/ Susan Jacobs
Susan Jacobs, Esq.
VOLTERRA, GOLDBERG & JACOBS
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: June 8, 2007