# EXHIBIT 1

@Ilmarin, LLC

@Ilmarin, LLC
123 Nashua Road, PMB 294
Londonderry, NH 03053
FAX: (603) 437-2798

# FORENSIC DISCOVERY REPORT

Case: Beliveau vs. Mansfield

By: Robert L. Guaraldi, President @Ilmarin, LLC

1

I was retained by the law firm of Brody, Hardoon Perkins & Kesten, LLP, in 2006 to assist in the examination of computers and the recovery of data.

1. **Evidence Procurement**

On March 9, 2006, Robert L. Guaraldi of @Ilmarin, LLC received the following evidence:

- CD-Rs

- Email Archives Jan, Feb, Mar, April, May, June, July, Aug, Sept, Oct, Nov, Dec 2003
- Email Archive Jan, Feb, Mar, April, June (says Bad), July, Aug, Sept, Oct, Nov, Dec 2004,

- Email Archive Jan, Feb, Mar, April, May, Jun, July, Aug&Sept, Oct&Nov, Dec 2005

- G Babin email and G Babin email TOM 2/9/2006

- DAT Tapes
  - Mon 02
  - Wed 02
  - Tues 02
  - Tues (says 6/6/2000 & 8/8/00)

- Hard Drives

- Seagate 3HR0EV8V

- Western Digital Caviar 22100 WD AC22100-75H

- Computers

  - Tungsten Palm pilot
  - Gateway Laptop

- Not Taken by Guaraldi

  - Imation Data cartridge - Labeled w/ Northern Data Systems 207-781-3236 - Mansfield elect Light Dept Wednesday backup

Subsequently additional CDR's were provided and the same process was followed. The CDRs were named:

2

- Town of Mansfield Email Old 3/1/06
- Eileen email from E Drive
- Mansfield emails from Town Hall.

The ones that could be copied were. The files on the copies were copied to hard drives where possible and the PST files were opened and processed where possible.

To assist all parties in communication Guaraldi labeled each CDR copy as a copy, each Original as an Original and numbered them sequentially somewhat by date as Mansfield CDR 001, 002, 003, etc.

Originals of all CDRs were returned to BHPK to make them available to the opposition.

2. **Evidence Processing**

I processed the evidence received in the following manner.

- CD-Rs

Guaraldi attempted to copy all the CD-Rs using multiple machines and both CDR and DVD drives. Some could not be copied. Some that could be copied could not be read. Some that could be read had damaged or unrecognizable PST files. A table of results is provided below.

CD R analysis

Ilimarin, LLC

| Evidence Number | Months of Expected Email Archives | CDRs as Labeled | Bad or Blank CDR's | Captured PSTs & Size | Able to be opened as PSTs | Not a PST File error msg | Copiable but some CRC or Unrecoverable read errors | Comments |
|---|---|---|---|---|---|---|---|---|
| Mansfield CDR 001 | Jan-03 | 1 | | 407481 | X | | | |
| Mansfield CDR 002 | Feb-03 | 1 | | 406896 | | ▓ | | |
| Mansfield CDR 003 | Mar-03 | 1 | | 483152 | X | | | |
| Mansfield CDR 004 | Apr-03 | 1 | | 655584 | | ▓ | | |
| Mansfield CDR 005 | May-03 | 1 | | 733472 | X | | | |
| Mansfield CDR 006 | Jun-03 | 1 | | 490384 | | ▓ | | |
| Mansfield CDR 007 | second jun 2003 | | | 162144 | | ▓ | | |
| Mansfield CDR 008 | Jul-03 | 1 | | 645248 | | ▓ | | |
| Mansfield CDR 009 | Aug-03 | | ▓ | | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| Mansfield CDR 010 | Sep-03 | 1 | | 732320 | X | |
| Mansfield CDR 011 | Oct-03 | | | 765808 | X | |
| Mansfield CDR 012 | Nov-03 | 1 | | 803632 | X | |
| Mansfield CDR 013 | Dec-03 | 1 | | | | |
| Mansfield CDR 014 | Jan-04 | 1 | | 938112 | X | |
| Mansfield CDR 015 | Feb-04 | 1 | | 908560 | X | |
| Mansfield CDR 016 | Mar-04 | 1 | | 932304 | X | |
| Mansfield CDR 017 | Apr-04 | 1 | | 907520 | X | |
| Mansfield CDR 018 | May-04 | MISSING | | | | No known original |
| Mansfield CDR 019 | Jun-04 | | | | | |
| Mansfield CDR 020 | Jul-04 | | | | | |
| Mansfield CDR 021 | Aug-04 | | | | | |
| Mansfield CDR 022 | Sep-04 | | | | | |
| Mansfield CDR 023 | Oct-04 | | | | | |
| Mansfield CDR 024 | Nov-04 | | | | | |
| Mansfield CDR 025 | Dec-04 | | | | | |
| Mansfield CDR 026 | Jan-05 | | | | | Blank |
| Mansfield CDR 027 | Feb-05 | | | | | |
| Mansfield CDR 028 | Mar-05 | 1 | | 115089 | X | |
| Mansfield CDR 029 | Apr-05 | 1 | | 115089 | X | |
| Mansfield CDR 030 | May-05 | | | | | Blank |
| Mansfield CDR 031 | Jun-05 | | | | | |
| Mansfield CDR 032 | Jul-05 | 1 | | 182545 | X | |
| Mansfield CDR 033 | Aug-05 | 1 | | comb w sept | | 033 & 034 on same CDR |
| Mansfield CDR 034 | Sep-05 | 1 | | 255953 | X | 033 & 034 on same CDR |
| Mansfield CDR 035 | Oct-05 | 1 | | comb w Nov | | 035 & 036 on same CDR |
| Mansfield CDR 036 | Nov-05 | 1 | | 311505 | X | 035 & 036 on same CDR |
| Mansfield CDR 037 | Dec-05 | 1 | | 261905 | X | |
| Mansfield CDR 038 | | | | | | |
| Mansfield CDR 039 | G Babin | | | 7209 | X | |
| Mansfield CDR 040 | TOM 2/7/06 | 1 | | 230161 | X | bea |
| | | | | 132945 | X | richard |
| | | | | 144849 | X | john |
| | | | | 513 | X | selectmen |
| Mansfield CDR 041 | Mansfield Email from Town Hall | | | | | 050113-0943 |
| Mansfield CDR 042 | Eileen Email from E Drive | | | | | 32806 |
| Mansfield CDR 043 | Town of Mansfield Email Old 3/1/06 | | | | | |

4

Guaraldi copied all viable PST files to a local hard drive, altered their attributes and mounted them in Outlook.

Subsequently Guaraldi and attorneys at BHPK ran searches against the copies, redacted certain mails, provided copies of redacted email to opposition counsel and provided header information on redacted email to opposition.

- DAT Tapes
    - Mon 02
    - Wed 02
    - Tues 02
    - Tues (says 6/6/2000 & 8/8/00)

To date, hardware and software has not been available to recover any data from the DAT drives.

DAT tapes were returned to BHPK.

- Hard Drives

    - Seagate 3HR0EV8V

    - Western Digital Caviar 22100 WD AC22100-75H

Hard drives were mounted in an XP Pro system as subsidiary drives. Forensic Level copies were then made onto fresh hard drives.

Tests were run on the copies including anti virus, search and unerase. Copies were refreshed from the originals as required.

Files found and search results were copied to other drives for subsequent processing.

Originals were returned to BHPK to make them available to the opposition.

- Computers

    - Tungsten Palm pilot

The Pilot had lost all of its battery power and was not reconnected to the laptop. The tungsten was returned to BHPK to make it available to the opposition counsel.

    - Gateway Laptop

The laptop was booted. Files were copied off of it and moved to other drives where they could be opened and reviewed.

5