```
            VOLUME:     I
            PAGES:      1-173
            EXHIBITS:   See Index
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
      CASE NO. 04-11329-DPW

```
                                    x
DR. JOHN J. BELIVEAU,               x
      Plaintiff                     x
                                    x
          vs.                       x
                                    x
TOWN OF MANSFIELD MUNICIPAL         x
ELECTRIC DEPARTMENT, JOHN O.        x
D'AGOSTINO,                         x
      Defendants                    x
                                    x
```

DEPOSITION of JOHN J. SULLIVAN, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jill Kourafas, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts held at the LAW OFFICES OF WOLF BLOCK SCHORR SOLIS & COHEN, LLP, ONE BOSTON PLACE, BOSTON, MASSACHUSETTS, on Tuesday, March 20, 2007, commencing at 11:00 a.m.

---
         REPORTERS, INC.
 GENERAL & TECHNICAL COURT REPORTING
 23 MERRYMOUNT ROAD, QUINCY, MA 02169
 617.786.7783/FACSIMILE 617.786.7723
         www.reportersinc.com

1  somewhere in there, it looked like monthly
2  information would go over, and then it would
3  be inconsistent, but not by as much. So, you
4  know, from 2002, I think, 2003, it was pretty
5  consistent.
6  Q.  Are you a CPA?
7  A.  No.
8  Q.  When you say from 2000 to 2003 it was
9      consistent, what do you mean by that?
10 A.  I didn't say 2000 to 2003 was consistent. I
11     said it was inconsistent.
12 Q.  You also stated there were times you couldn't
13     find if information was being sent over by
14     the Town to the MMED timely, what period of
15     time was it that it wasn't being sent over
16     timely?
17 A.  Say from going back to the early period when
18     Kim Stoyle took over, there were periods that
19     information would be sent over, and there
20     would be periods that it would not be
21     sometimes for long periods.
22          In 2002, after the D'Agostino memo
23     was issued, it was sent over more frequently
24     for a period of time.