**WolfBlock**

One Boston Place, Boston, MA 02108
Tel: (617) 226-4000 ■ Fax: (617) 226-4500 ■ www.WolfBlock.com

Juliane Balliro
Direct Dial: (617) 226-4002
E-mail: jballiro@wolfblock.com

June 14, 2007

<u>BY HAND</u>

The Honorable Douglas P. Woodlock
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Beliveau v. John D'Agostino et al.*, C.A. No. 04-11329

Dear Judge Woodlock:

    This letter will serve as notice to the Court and to counsel that Plaintiff Dr. Beliveau will move to dismiss Count VIII of his First Amended Complaint and Jury Demand alleging Defamation and will not rely upon or seek to introduce any evidence whatsoever at trial relating to the Kym Gaissl matter in connection with any of his remaining claims.

                            Sincerely,

                            Juliane Balliro

jb

cc:    All Counsel of Record (by electronic mail)

BOS:24071.1/bel185-229942

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership