UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329-DPW

DR. JOHN J. BELIVEAU,       )
       Plaintiff       )
                   )
VS.                         )
                   )
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND     )
JOHN D'AGOSTINO,            )
                   )
       Defendants  )

**CONSOLIDATED WITH**

Civil Action No.: 05-10354-DPW

KIMBERLY STOYLE,            )
       Plaintiff       )
                   )
VS.                         )
                   )
THE MANSFIELD MUNICIPAL     )
ELECTRIC DEPARTMENT, JOHN   )
D'AGOSTINO, TOWN OF MANSFIELD)
BOARD OF LIGHT COMMISSIONERS, )
LOUIS AMORUSO, MICHAEL MCCUE)
DAVID MCCARTER, DANIEL      )
DONOVAN, ROGER ACHILLE, AND )
STEVEN MACCAFFRIE,          )
       Defendants  )

**DEFENDANTS' RESPONSE TO PLAINTIFF BELIVEAU'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM MAKING UNSUPPORTED FACTUAL ASSERTIONS**

In response to the Plaintiff's Motion in Limine to Preclude the Defendants from Making Unsupported Factual Assertions, the Defendants stipulate that they will make no statements in their opening statement that

1

plaintiff Beliveau played any role in drafting plaintiff Stoyle's charges of discrimination. The defendants will likewise make no statement in their opening that the plaintiffs engaged in an abuse of process.

With regard to the defendants' statements in their opening about any cooperation between the plaintiffs regarding their respective claims, the defendants will only refer to evidence that will be introduced by way of exhibits. In the event that the defendants reach a good faith belief that there is sufficient evidence introduced during the trial to make the inference that the plaintiffs worked together in the filing of their claims, the defendants' counsel will approach sidebar before making any such statement in front of the jury.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

/s/ Susan Jacobs
Susan Jacobs, Esq.
VOLTERRA, GOLDBERG & JACOBS
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: June 15, 2007