UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff | ) |
| VS. | ) |
| | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants | ) |

**CONSOLIDATED WITH**

Civil Action No.: 05-10354-DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| Plaintiff | ) |
| VS. | ) |
| | ) |
| THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL MCCUE, DAVID MCCARTER, DANIEL DONOVAN, ROGER ACHILLE, AND STEVEN MACCAFFRIE, | ) |
| Defendants | ) |

**DEFENDANTS' RESPONSE TO THE COURT'S BENCH RULING REGARDING TOWN OF MANSFIELD'S EXECUTIVE SESSION MEETING MINUTES OF JANUARY 14 AND 28, 2004**

While the defendants disagree with the Court's ruling that the Executive Session Meeting Minutes of January 14 and 28, 2004, be produced to plaintiffs, the defendants believe that should they be

1

discoverable, the only fair thing would be to produce a complete copy of those meeting minutes.

        Respectfully submitted,
        The Defendants,
        By their attorneys,

        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO# 542042
        Deborah I. Ecker, BBO# 554623
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

        /s/ Susan Jacobs
        Susan Jacobs, Esq.
        VOLTERRA, GOLDBERG & JACOBS
        Three Mill Street
        Attleboro, MA 02703
        (508) 222-1463

DATED: June 15, 2007