## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____ )
DR. JOHN J. BELIVEAU,                    )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )
                                         )
TOWN OF MANSFIELD MUNICIPAL              )
ELECTRIC DEPARTMENT AND                  )
JOHN D'AGOSTINO,                         )
                                         )
            Defendants.                  )
_____ )

CONSOLIDATED WITH:

_____ )
KIMBERLY STOYLE,                         )
      Plaintiff                          )
                                         )
v.                                       )
                                         )   CIVIL ACTION NO. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC         )
DEPARTMENT, JOHN D'AGOSTINO,             )
THE TOWN OF MANSFIELD BOARD OF           )
LIGHT COMMISSIONERS, LOUIS AMORUSO,      )
MICHAEL MCCUE, DAVID MCCARTER,           )
DANIEL DONOVAN, ROGER ACHILLE            )
and STEVEN MACCAFFRIE,                   )
      Defendants                         )
_____

## JOINT EXHIBIT LIST

The Parties to the above actions hereby file the attached Joint Exhibit List. The List of

the Parties' Uncontested Exhibits is attached hereto as Exhibit A. The List of the Parties'

Contested Exhibits is attached hereto as Exhibit B.

RESPECTFULLY SUBMITTED,
**PLAINTIFF,**
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin_____
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

**PLAINTIFF,**
**KIMBERLY STOYLE**

By her attorney,

 /s/  Lynn A. Leonard /CMG
Lynn A. Leonard (BBO # 561662)
527 Main Street, Suite 8
Melrose, MA 02176
781-662-6161

RESPECTFULLY SUBMITTED,

**DEFENDANTS**,

By their attorneys,

_/s/ Deborah I. Ecker /CMG_
Leonard H. Kesten (BBO # 542042)
Deborah I. Ecker (BBO # 554623)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Susan Jacobs
Volterra, Goldberg, Mangiaratti & Jacobs
Three Mill Street
Attleboro, MA 02703
508-222-1463

June 18, 2007

<u>**CERTIFICATE OF SERVICE**</u>

I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 18th day of June, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 18th day of June, 2007.

_/s/ Christine M. Griffin_
Christine M. Griffin