**BELIVEAU v. MMED and STOYLE v. MMED:**
**PARTIES' LIST OF CONTESTED EXHIBITS AS OF 6-17-2007**

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Description of Exhibit | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|
| Plaintiffs | A | | | 1997 Internal Charge Bill | | |
| Plaintiffs | B | | | 1998 Internal Charge Bill | | |
| Plaintiffs | C | | | 2000 Internal Charge Bill | | |
| Plaintiffs | D | | | 2001 Internal Charge Bill | | |
| Plaintiffs | E | | | *Larch v. MMED,* 272 F.3d 63 (1st Cir. 2001) | | |
| Plaintiffs | F | | | Email stream from KS to Lou Amoruso re: meeting | | |
| Plaintiffs | G | | | Mansfield News Article | | |
| Plaintiffs | H | | | Town Manager Contract | | |
| Plaintiffs | I | | | Email stream from JB to JD re: Mansfield Utility Assistance Program | | |
| Plaintiffs | J | | | Email from RB to BK | | |
| Plaintiffs | K | | | Letter from Marianne Wills to Editor | | |
| Plaintiffs | L | | | Email from Beliveau to D'Agostino re: Mansfield Utility Assistance Guidelines | | |
| Plaintiffs | M | | | Email stream from Beliveau to D'Agostino re: Mansfield Utility Assistance Guidelines | | |
| Plaintiffs | N | | | Email from D'Agostino to "jbgcpa@ix.netcom.com" re: Audit Committee | | |
| Plaintiffs | O | | | Email from Gale Farrugia to D'Agostino; cc: Kearney, Beliveau re: MUA Program Guidelines.doc | | |
| Plaintiffs | P | | | Town Charter | | |
| Plaintiffs | Q | | | Staff Accountant Job Description (replaced KS job) | | |
| Plaintiffs | R | | | Memo from Beliveau to Andy Gazzolo re: Budget Review documents | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | S | | | Memo from Barna, Lawrence and Doukas to Beliveau re: Instpector General and Ethics Commission Issues | | |
| Plaintiffs | T | | | Email stream between Beliveau and D'Agostino re: Mansfield Utility Assistance Program | | |
| Plaintiffs | U | | | Email from Beliveau to MacCaffrie re: Request of finance committee to Review Budget | | |
| Plaintiffs | V | | | Certified documents from Attleboro District Court, #0034CR003843, Thomas Hottleman (4 pages) | | |
| Plaintiffs | W | | | Stoyle MCAD Complaint | | |
| Plaintiffs | X | | | Definition of "felching" | | |
| Plaintiffs | Y | | | *Larch v. MMED, 98CV10834.* Jury Verdicts | | |
| Plaintiffs | Z | | | M.G.L.A. 12A sec. 7. Purpose. | | |
| Plaintiffs | AA | | | G.L. 32, § 22 (7) (c) – Pension Allocations | | |
| Plaintiffs | BB | | | M.G.L.A. 39 sec. 23B. Open meetings of governmental bodies. | | |
| Plaintiffs | CC | | | G.L. 41, § 56 – Warrants | | |
| Plaintiffs | DD | | | G.L. 41, § 57 - Job Duties | | |
| Plaintiffs | EE | | | M.G.L. 44 sec. 53. City, town or district funds; use and disposition. | | |
| Plaintiffs | FF | | | M.G.L.A. 59 sec. 21C. Limitations on total tazes assessed; determination by voters. | | |
| Plaintiffs | GG | | | M.G.L.A. 148 sec. 34. Violation of statutes. | | |
| Plaintiffs | HH | | | M.G.L.A. 149 sec. 185 | | |
| Plaintiffs | II | | | M.G.L.A. 164 sec. 1. Definitions. | | |
| Plaintiffs | JJ | | | M.G.L. 164 sec. 33A Promotional or political advertising expenditures | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | KK | | | M.G.L. 164 sec. 34. Town's authority to operate gas or electric plant or community antenna television system. | | |
| Plaintiffs | LL | | | M.G.L. 164 sec. 55 Municipal light board. | | |
| Plaintiffs | MM | | | M.G.L. 164, sec. 56. Mangement of plant. | | |
| Plaintiffs | NN | | | M.G.L.A. 164 sec. 57. Manager's annual financial report; tax levy; expenditure of income. | | |
| Plaintiffs | OO | | | M.G.L. 164 sec. 58. Schedule of prices for gas and electricity. | | |
| Plaintiffs | PP | | | M.G.L.A. 268A sec. 3. Gifts, offers or promises for acts performed or to be performed; corruption of witnesses; solicitation of gifts. | | |
| Plaintiffs | QQ | | | M.G.L.A. 268A sec. 23. Supplemental provisions; standards of conduct. | | |
| Plaintiffs | RR | | | Sun Chronicle News Article | | |
| Plaintiffs | SS | | | Sun Chronicle News Article | | |
| Plaintiffs | TT | | | Mansfield News Article | | |
| Plaintiffs | UU | | | M.G.L. 31A sec. 1. Decentralized personnel system; accepted merit principles. | | |
| Plaintiffs | VV | | | M.G.L. 31A sec. 4. Provisions of personnel ordinance. | | |
| Plaintiffs | WW | | | M.G.L. 31A sec. 7. Local merit appeals board; members; duties; hearing appeals. | | |
| Plaintiffs | XX | | | MMED Financial Report 2003, 2002 (redaction on 2576) | | |
| Plaintiffs | YY | | | Letter from JD to Goulet re: 2003, 2002 Audit | | |
| Plaintiffs | ZZ | | | Letter from Mangiaratti to Goulet re: 2003, 2002 Audit. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | AAA | | | Email from Babin to JD re: Alternate Wording Suggestion | | |
| Plaintiffs | BBB | | | Email from JD to Achille, Babin; cc: Mccue, Amoruso, MacCaffrie, Dolan, Kearney re: Fiscal Year Conversion | | |
| Plaintiffs | CCC | | | Email from JD to Achille, Babin; cc: Kearney re" East Mansfield Substation Neighborhood Meeting. | | |
| Plaintiffs | DDD | | | Email from Achille to Kearney; cc: Babin, JD re: East Mansfield Substation Neighborhood Meeting. | | |
| Plaintiffs | EEE | | | Sun Chronicle Article | | |
| Plaintiffs | FFF | | | M.G.L. 266 sec. 51 | | |
| Plaintiffs | GGG | | | M.G.L. 12 sec. 5a, 5b | | |
| Plaintiffs | HHH | | | KS Lockbox Presentation to the Board | | |
| Plaintiffs | III | | | Email correspondence between KS and BK re: cash reconciliation | | |
| Plaintiffs | JJJ | | | Memo from JB to KS, G. D'Ambra, R. Jones re: Selection of Linemen. | | |
| Plaintiffs | KKK | | | Memo from JB to JD re: Selection of Town MIS Candidates. | | |
| Plaintiffs | LLL | | | Email from KS to JD; cc: JB re: Most Recent Memo | | |
| Plaintiffs | MMM | | | Confidential email from JB to JD (re: upcoming meeting) | | |
| Plaintiffs | NNN | | | Memo from JD to BOS re: Mansfield Municipal Light Plant Audit. | | |
| Plaintiffs | OOO | | | Email from JD to McCue; cc: JB, KS re: Mansfield light department, 11/7 Globe. | | |
| Plaintiffs | PPP | | | Memo from JB to BOLC via JD re: Payments to the Town at an Unsustainable Level. | | |

| Plaintiffs | QQQ | | | Mansfield News Article | | |
|---|---|---|---|---|---|---|
| Plaintiffs | RRR | | | M.G.L. 151B sec. 4. Unlawful Practices. | | |
| Plaintiffs | SSS | | | 42 U.S.C. sec. 2000e. | | |
| Plaintiffs | TTT | | | 42 U.S.C. sec. 2000e-2. | | |
| Plaintiffs | UUU | | | 42 U.S.C. sec. 2000e-3. | | |
| Plaintiffs | VVV | | | Email stream from Eileen Ouellette to JB, KS, RB, BK re: Revised Internal Charges Memo. | | |
| Plaintiffs | WWW | | | Email stream between RB, KS, JD, JB re: Color of our bills. | | |
| Plaintiffs | XXX | | | Memo from JD to JB re: Cash Reconciliation-Light Department Audit. | | |
| Plaintiffs | YYY | | | Email from JB to BK re: TOM Thursday meeting. | | |
| Plaintiffs | ZZZ | | | BOS Executive Session Minutes | | |
| Plaintiffs | AAAA | | | BOS Executive Session Minutes | | |
| Defendants | BBBB | | | emails b/w JD and KS | | |
| Defendants | CCCC | | | emails b/w JD and KS | | |
| Defendants | DDDD | | | emails b/w JD and KS 8/20-9/7/99 | | |
| Defendants | EEEE | | | emails b/w JD and KS | | |
| Defendants | FFFF | | | email b/w JD and KS | | |
| Defendants | GGGG | | | email b/w JD and KS | | |
| Defendants | HHHH | | | email b/w JD and KS | | |
| Defendants | IIII | | | email to JB from KS re: internal charges | | |
| Defendants | JJJJ | | | email to JB from JD re: rumors | | |
| Defendants | KKKK | | | email to JD from JB re: attorney client privilege | | |
| Defendants | LLLL | | | email b/w JB and JS | | |
| Defendants | MMMM | | | emails b/w J. Pender and JB | | |
| Defendants | NNNN | | | Internal charges 95-2000 | | |
| Defendants | OOOO | | | memo to JB from RB re: 8/1 | | |
| Defendants | PPPP | | | email b/w KS and JB | | |
| Defendants | QQQQ | | | email b/w JB and KS | | |
| Defendants | RRRR | | | Memo to File from JD | | |
| Defendants | SSSS | | | email b/w JB and JD | | |
| Defendants | TTTT | | | email to JB/KS from JD re: Light Comm. Meeting | | |
| Defendants | UUUU | | | Memo to Board from JD re: Lock Box | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Defendants | VVVV | | | email b/w JB and KS | | |
| Defendants | WWWW | | | email b/w JB and JD | | |
| Defendants | XXXX | | | email from KS | | |
| Defendants | YYYY | | | email re: "chat rooms" | | |
| Defendants | ZZZZ | | | Memo to JB from JD re: confidential memo of 11/8/02 | | |
| Defendants | AAAAA | | | email b/w JB and J. Pender re: groundrules for meeting with DPW | | |
| Defendants | BBBBB | | | emails KS and C Fitton | | |
| Defendants | CCCCC | | | email b/w JB and J. Pender re: Bain v. Springfield | | |
| Defendants | DDDDD | | | email b/w JB and J. Pender re: ground rules | | |
| Defendants | EEEEE | | | Memo to Dept. Heads from JD re: Spending and hiring freeze | | |
| Defendants | FFFFF | | | email b/ JB and KS re: requisition entry | | |
| Defendants | GGGGG | | | Mansfield Files | | |
| Defendants | HHHHH | | | Email to JB from JD re: utility assistance | | |
| Defendants | IIIII | | | letter to D'Agostino | | |
| Defendants | JJJJJ | | | Letter to Goulet from JD | | |
| Defendants | KKKKK | | | email to BK from RB re: acct variance | | |
| Defendants | LLLLL | | | Memo to Mangiaratti from BK re: Electric accounting allocation | | |
| Defendants | MMMMM | | | email to Jim from JD re: Auditor issues | | |
| Defendants | NNNNN | | | Memo to JD from BK re: light department audit | | |
| Defendants | OOOOO | | | Memo to JB from RB and BK re: Audit Goulet | | |
| Defendants | PPPPP | | | Lampke Investigation Report | | |
| Defendants | QQQQQ | | | email to JD from JB re: light department bills | | |
| Defendants | RRRRR | | | Letter to JD from Balliro w/ attached charge of retaliation | | |
| Defendants | SSSSS | | | Memo to JD from BK re: comments regarding vendors | | |
| Defendants | TTTTT | | | emails from JB to S. Cole | | |
| Defendants | UUUUU | | | emails b/w JB and KS | | |
| Defendants | VVVVV | | | Notes | | |
| Defendants | WWWWW | | | Sullivan Report | | |

| Defendants | XXXXX | | | Guaraldi Report | | |
|---|---|---|---|---|---|---|
| Defendants | YYYYY | | | Memorandum of internal charges | | |
| Defendants | ZZZZZ | | | email to JD from JB re: Utility Assistance | | |
| Defendants | AAAAAA | | | email to KS from JB re: meeting with John | | |
| Defendants | BBBBBB | | | email to B. Kearney from J. Beliveau re: PILOT | | |
| Defendants | CCCCCC | | | email to KS from JB re: question from John | | |
| Defendants | DDDDDD | | | Labor Relations Commission Charge of Prohibited Practice MUP-04-4106 | | |
| Defendants | EEEEEE | | | email to JB/JD utility assistance. | | |