# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

CONSOLIDATED WITH:

| | |
|---|---|
| KIMBERLY STOYLE,<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL MCCUE, DAVID MCCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MACCAFFRIE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 05-10354-DPW

## PLAINTIFFS' WITNESS LIST

The Plaintiffs, Dr. John J. Beliveau and Kimberly Stoyle, anticipate that they will call the following witnesses, some of whom may testify through deposition testimony only, in the trial of the above matters:

Roger Achille
Mansfield, MA

Louis Amoruso
Mansfield, MA

Lee Azinheira
Dartmouth, MA

Gary Babin
Millis, MA

Dr. John J. Beliveau
West Kingston, Rhode Island

Richard Boucher
(former) Treasurer/Collector
Mansfield, MA

John D'Agostino
Town Manager
Town of Mansfield

Gary D'Ambra
Mansfield, MA

Ron Decurzio
Wilbraham, Massachusetts

Daniel Donovan
Mansfield, MA

Brian Feeney
Andover, MA

George Figueredo
Mansfield, MA

Michael Gelbwasser
Pawtucket, RI

James Johnson
Massachusetts Department of Revenue
Boston, MA

Mike Lawless

- 3 -

Steven MacCaffrie
Mansfield, MA

Michael McCue
Mansfield, MA

David McCarter
Mansfield, MA

Stephen O'Donnell
I.B.E.W. Local 104
Walpole, MA

James Pender
Morgan, Brown & Joy LLP
Boston, Massachusetts

Ralph Penney
Mansfield, MA

Eileen Plant
Mansfield, MA

William Richard
Mansfield, MA

Kim Stoyle
Mansfield, MA

Kara Torman-Cook
(formerly of) Mansfield, MA

Brad Wills
Mansfield, MA

Kenneth Barna
Rubin & Rudman, LLP
Boston, MA

R.E. Brown
Certified Public Accountant
Mendon, MA

James F. Goulet
Boylston, MA

Nicholas Scobbo
Boston, MA

Thomas P. Tierney
Consulting Actuary
Framingham, MA

Mark G. Spencer
First Advantage Litigation Consulting
Boston, MA

Marianne Wills
Mansfield, MA

                              RESPECTFULLY SUBMITTED,
                              **PLAINTIFF,**
                              **DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

**PLAINTIFF,**
**KIMBERLY STOYLE**

By her attorney,

 /s/ Lynn A. Leonard /CMG
Lynn A. Leonard (BBO # 561662)
527 Main Street, Suite 8
Melrose, MA 02176
781-662-6161

June 18, 2007

**CERTIFICATE OF SERVICE**

      I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 18th day of June, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 18th day of June, 2007.

                                                           /s/ Christine M. Griffin_____
                                                            Christine M. Griffin