UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,<br>　　　Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC<br>DEPARTMENT, JOHN D'AGOSTINO,<br>THE TOWN OF MANSFIELD BOARD OF<br>LIGHT COMMISSIONERS, LOUIS AMORUSO,<br>MICHAEL MCCUE, DAVID MCCARTER,<br>DANIEL DONOVAN, ROGER ACHILLE<br>and STEVEN MACCAFFRIE,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　　C.A. No. 05-10354-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSOLIDATED WITH

| | |
|---|---|
| DR. JOHN BELIVEAU,<br>　　　Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT and<br>JOHN D'AGOSTINO,<br>　　　Defendant | )<br>)<br>)<br>)<br>)　　C.A. No. 04-11329<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JOHN SULLIVAN

1. I have over thirty years experience providing a wide range of services to Governmental clients. As a result of my education, training, and experience, I have extensive knowledge of accepted practices in many areas of municipal finance, including municipal accounting practices, cash control practices, cash reconciliation, municipal credit card use, and municipal investment and borrowing practices.

2. I joined Melanson, Heath & Company, a CPA firm which operates in Massachusetts and New Hampshire, more than twenty years ago and was admitted as a shareholder in 1989. My responsibilities include providing auditing, consulting and computer advisory services to municipalities and not-for-profit organizations in Massachusetts. I currently head up my firm's fraud investigation services.

3. Prior to joining Melanson Heath, I was the founding partner of a CPA firm located in Montpelier, Vermont. My responsibilities at that Firm included providing services for municipal and non-profit clients.

4. I held a CPA license in Vermont from 1976 through 1985 and kept my license in good standing during my tenure at the firm in Vermont. I was never subject to any discipline in connection with my CPA license in Vermont.

5. For approximately three years, I was licensed as a CPA in Massachusetts but I let the license lapse because I do not require it in order to render the services I provide at Melanson, Health & Company. I have never been subject to any discipline in connection with my CPA license in Massachusetts.

6. I have a bachelors' degree in Business Management from the University of New Hampshire. I have taken numerous post-graduate courses in auditing and accounting. I have also taken numerous continuing education courses in governmental accounting and auditing and fraud prevention and detection.

7. I have taught at several colleges, including American International College in Springfield, Massachusetts where I taught "Problems in Budgeting" at the Masters of Public Administration program.

8. In 1995, I developed and was the primary presenter for a Massachusetts Revised Uniform Municipal Accounting System training course at Western New England College. The course I developed has continued to be presented by our firm every year in Needham, Massachusetts.

9. During the last twenty years, I have also developed and been the primary presenter at various courses sponsored by the American Institute of Certified Public Accountants, the New England Government Finance Officer's Association, the Massachusetts Association of School Business Officials, the Massachusetts Municipal Association and the Massachusetts Municipal Auditors' and Accountants' Association. In addition, I have lectured at seminars sponsored by numerous municipal governments.

10. I am a member of the American Association of Certified Fraud Examiners.

11. I have developed seminars and presented lectures about fraud detection and prevention at events sponsored by the following organizations:

> Massachusetts Association of School Business Officials
> New England Governmental Finance Officer's Association
> New Hampshire Governmental Finance Officer's Association
> Rhode Island Governmental Finance Officer's Association
> Massachusetts Municipal Auditor's and Accountant's Association
> Town of Framingham, Massachusetts
> Town of Concord, Massachusetts
> Town of Needham, Massachusetts

12.   During my tenure at Melanson, Heath & Company, I have performed forensic and fraud investigations and ethics violation investigations, investigated employment actions and contract disputes, and provided contract administration evaluations and compliance violation resolutions. I have conducted investigations to determination the existence of fraud, documented the amount of loss, assisted prosecutors in case preparation, provided expert testimony, and assisted municipal labor attorneys in employment actions.

13.   The following list describes the engagements performed at Melanson, Heath & Company under my supervision:

- **Town of Dracut, Massachusetts**

Investigation of improper transactions executed by the Town Treasurer leading to an indictment for embezzlement.

- **Concord Regional School District (New Hampshire)**

Investigation of receipts processed by a bookkeeper identifying a theft of over $450,000.00 and resulting in an indictment.

- **City of Fitchburg, Massachusetts**

Investigation of City Treasurer resulting in identification of loss and recovery from the insurance carrier.

- **City of Everett, Massachusetts**

Audit of procurement violations leading to employee and vendor actions.

- **City of Lynn, Golf Course**

Audit of membership fees and non-member fees leading to identification of missing funds.

- **Reading Municipal Light Department**

Investigation of questionable spending practices by the General Manager and other employees. The report was used in the resolution of the employment status of the General Manager.

- **Southeastern Regional School District**

Examination of specific transactions to determine propriety. Discovered material misstatements in reports provided to state agencies and embezzlement of District petty cash funds. Provided assistance to state agencies in resolution of the disputed issues. Provided litigation support in related labor action. Provided case preparation assistance and testimony for the Bristol County District Attorney's Office successful prosecution.

- **Nashoba Regional School District**

Investigation into misuse of School District funds including violations of various statutory requirements. Detected improper charges against bond authorization for High School construction project. Provided consulting services to Oversight Board set up by Massachusetts Department of Revenue.

- **Newton Public Schools**

Investigation of the School Food and Nutritional Services revenue budget deficit. Procedures included evaluation of cash handling procedures, testing receipts and deposits, evaluation of budget assumptions, and evaluation of contract performance by the food services management vendor.

- **Town of Easton**

Investigation of expenditures from bond authorization for capping of landfill. Findings included procurement law violations, unrealistic budgeting, and inadequate monitoring of expenditures, as well as sub-standard construction activity leading to environmental concerns with the cap.

4

- **Southern Worcester County Vocational School (Bay Path)**

Investigation into an approximately $6 million embezzlement. Services including working with school and state officials to provide assistance in design and implementation of the borrowing plan to insure continued operation of school. Assisted both federal and state prosecutors in criminal proceedings.

- **Town of Dedham**

Investigation of unsupported payments credited to taxpayers accounts. Provided assistance to Norfolk County Prosecutor and State Ethics Commission investigation of actions by former Collector.

- **City of Worcester**

Investigation into embezzlement by Treasurer Office employee. Report was used by the City for insurance restitution and improving internal control procedures, and by law enforcement in the resolution of the criminal case.

- **City of Quincy**

Investigation into violation of municipal statutes including over-expending, bid and contract violations and related employment actions.

- **Town of Lunenburg**

Investigation of embezzlement by School Superintendent who was using a fictitious vendor and submitting fraudulent reimbursement requests.

- **Berlin Boylston Regional School District**

Investigation into embezzlement by Business Office employee. Report was used by the District for insurance restitution and by law enforcement for resolution of the criminal case.

- **Town of Rockland**

Investigation into improper procurement process and vendor kickback scheme with manager of sewer treatment facility. Report used by Town in recovery of loss and prosecution in criminal case.

- **City of Lawrence**

Investigation into misuse of funds by Director of the City of Lawrence Vocational School.  Investigation into missing funds in the Treasurer's Office.

- **Town of Stoneham**

Investigation into misuse of grant funds by SPED Director.

- **Peabody Electric Department**

Investigation into deceptive information provided by customers seeking to obtain discounted rate relief.

- **Cities of Rochester and Dover, New Hampshire**

Examination of school grant expenditures for purpose of determining compliance with grant guidelines and City purchasing policies.

- **Milton Public Schools**

Evaluation of payroll, accounts payable, and financial reporting systems.  Evaluation included examination of documentation, testing of transactions, and tracing transactions through the system from inception to final reports.  Review of budget documentation and budget reports developed using the financial system and independently by the School employees.

- **Manchester, NH Public Schools**

Investigation into embezzlement of student activity funds.  Assisted District Attorney's Office with resolution of the criminal case and assisted with the State Licensing Board investigation.

- **City of Holyoke**

Investigation into issuance of unauthorized checks prepared by a Treasurer's Office employee.  Report was used to document the loss for insurance purposes and to assist in the resolution of the criminal case.

- **Greater Lawrence Technical School**

Investigation of cafeteria revenues and custodial timecard issues. Assistance with resolution of related personnel issues.

- **Stoughton Public Schools**

Investigation of Student Activity Fund account and questionable practices of Yearbook Advisor.

- **Town of Millbury**

Investigation into budget deficits, procurement violations, capital improvements and certain special revenue funds.

14. Recently, I have performed the following Specific Scope Engagements to evaluate internal controls, policies, procedures and operations, and other specific scope audits:

- **Commonwealth of Massachusetts School Building Authority**

Audits of 270 school building projects in Massachusetts. Determination of cost eligibility based on guidelines and compliance with funding requirements.

- **Commonwealth of Massachusetts Office of Inspector General**

Audits of ten 40B projects to determine compliance with project guidelines and calculation of allowable profit margin. Identified abuse by developers resulting in changes in regulations and procedures.

- **Leominster Public Schools, MA**

Evaluate systems and accounts, review procedures for payroll, payables, receipts, purchasing and grant management.

- **Medway Public Schools, MA**

Evaluate budgeting, grant management, financial controls, purchasing and financial reporting.

- **Town of Tyngsborough**

Investigation into operations of Sewer Commission including construction of new sewer lines.

- **Amherst, NH Public Schools**

Investigation into the cause of continued over expenditures in annual appropriations. Report provided recommendation for revisions in staffing and systems to better control school finances.

- **Methuen Public Schools, MA**

Audit of Special Education Department with focus on compliance with federal and state requirements for students with disabilities.

- **North Andover, MA**

Evaluation of School Department's effective use of appropriated funds.

- **Holyoke Public Schools, MA**

Walk through analysis of accounts payable and disbursement cycles for purpose of evaluating internal controls, as well as compliance with applicable statutes and regulations.

- **Winchendon Public Schools, MA**

Review of procedures for recording transactions at the school department and accuracy of budget reports as well as reconciliation with the Town. Review of procedures, internal controls and accountability for student activity and revolving funds.

- **Sharon Public Schools, MA**

Review of budget methodology including preparation, maintenance and administration of budget. Evaluation of integration of accounting system with the Town. Review of use of revolving funds. Organization study of structure and staffing.

- **Somersworth, Dover and Rochester Public Schools, NH**

Audit of grant procedures and compliance with federal and state requirements for grants not included in single audit selection.

- **Manchester School District, NH**

Assisted in developing systems and procedures and transitional plans in response to declaratory judgment authorizing separation from City financial operations.

- **Holbrook Public Schools, MA**

Finalization of School End of Year Financial Report including reconciliation with Town general ledger.

15. I have also provided consulting related to overall organizational systems and human resource management. This experience includes:

- Evaluation of organizational structures and restructuring, recommended organization charts, development of job descriptions, duties, and responsibilities
- Evaluating efficiency and setting standards for achievement
- Providing recommendations on the flow and processing of documents through the organizational structure
- Seminar and lectures on motivational and professional development topics
- Evaluation of resumes, assistance in interviewing and hiring recommendations
- Cash and Receivable Reconciliations
- Management Audits

16. I have conducted Performance Audits for the following communities:

- **City of Beverly, MA**

Community Development Department

- **City of Leominster, MA**

Established performance standards for Treasury/Collections functions for Leominster Public Schools.

- **City of Medford, MA**

Treasurer's and Collector's Department

- **City of Methuen, MA**

Public Works Department
Methuen Public Schools

- **Town of Danvers, MA**

Public Works including Water/Sewer/Electric

- **Town of Lunenburg, MA**

Lunenburg Public School System

- **Town of Stoneham, MA**

Building Inspector

- **Town of Watertown, MA**

Public Works Department

- **Essex County, MA**

Essex Agricultural and Technical Institute

- **City of Concord, NH**

Audited service efforts indicators
Revenue procedures

- **City of Portsmouth, NH**

Water and Sewer funds
Community Development Department
Parking Facilities
- **Town of Medway, MA**

Medway Public Schools

17.    I have conducted Organizational Studies for the following communities:

- **City of Medford, MA**
- **City of Salem, MA**
- **Town of Watertown, MA**

- **Town of Westford, MA**
- **City of Concord, NH**
- **City of Portsmouth, NH**
- **Wachusett Regional School District, MA**
- **Town of Bourne Integrated Solid Waste Facility**

Signed under the pains and penalties of perjury this 19th day of June 2007.


John J. Sullivan