# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
|    Plaintiff, | ) |
| v. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
|    Defendants. | ) |

CONSOLIDATED WITH:

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
|    Plaintiff | ) |
| v. | ) |
| THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL MCCUE, DAVID MCCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MACCAFFRIE, | ) |
|    Defendants | ) |

CIVIL ACTION NO. 05-10354-DPW

**REVISED EXHIBIT LIST**

Plaintiff, Dr. John J. Beliveau, hereby files the attached revised exhibit list on behalf of the parties. The List of the Parties' Uncontested Exhibits is attached hereto as Exhibit A. The List of the Parties' Contested Exhibits is attached hereto as Exhibit B.

BOS:23924.1/bel185-229942

- 2 -

RESPECTFULLY SUBMITTED,
**PLAINTIFF,**
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin_____
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

June 21, 2007

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 21st day of June, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 21st day of June, 2007.

 /s/ Christine M. Griffin_____
Christine M. Griffin

BOS:23924.1/bel185-229942                                    - 2 -