| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|
| UNCONTESTED EXHIBIT LIST AS OF 6-21-2007 | | | | | | |
| | | | | | | |
| Plaintiffs | 1 | | | Job Ad for Dir. of Electric Dept. | | |
| Plaintiffs | 2 | | | Job Ad for Dir. of Electric Dept. | | |
| Plaintiffs | 3 | | | Beliveau Offer Letter | | |
| Plaintiffs | 4 | | | Memo re: Delegation of Procurement Authority | | |
| Plaintiffs | 5 | | | 1999 Internal Charge Bill | | |
| Plaintiffs | 6 | | | Payroll Change Notice | | |
| Plaintiffs | 7 | | | Memo re: Salary Range Adjustment | | |
| Plaintiffs | 8 | | | Manager's Input Form | | |
| Plaintiffs | 9 | | | 6 Month Review of Kimberly Stoyle | | |
| Plaintiffs | 10 | | | Memo from Beliveau to Light Commissioners via D'Agostino re: Payment in Lieu of Taxes and Other Services; Memo from Kenneth Barna to JB re authority to make certain payments | | |
| Plaintiffs | 11 | | | Confidential Memo from Kara Cook to JB | | |
| Plaintiffs | 12 | | | Memo from KS to JB re: hiring of financial assistant | | |
| Plaintiffs | 13 | | | Email from JB to JD cc to KS, BK, RB; Memo to JD from JB re: FY2000 Internal Charges | | |
| Plaintiffs | 14 | | | Town Manager Contract | | |
| Plaintiffs | 15 | | | Annual Review of Kimberly Stoyle | | |
| Plaintiffs | 16 | | | Email from JD to KS Re: OUCH that must hurt! And attached audio file (on disc) | | |
| Plaintiffs | 17 | | | Email from JB to KS | | |
| Plaintiffs | 18 | | | Email from JB to KS | | |
| Plaintiffs | 19 | | | E-mail from JD to JB re: credit cards | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | 20 | | | Email Stream Re: Personnel Matter (letter for Brad Wills); Letter from JD to JB (re: letter for Brad Wills) | | |
| Plaintiffs | 21 | | | Memo to BOLC from JB | | |
| Plaintiffs | 22 | | | BOS meeting minutes re: lockbox | | |
| Plaintiffs | 23 | | | Email stream from JB to Eileen Oulette | | |
| Plaintiffs | 24 | | | Email stream from JB to KS re: Fwd. Internal Service Charges | | |
| Plaintiffs | 25 | | | Memo to BOLC from JB re: Payments in Lieu of Taxes | | |
| Plaintiffs | 26 | | | Payroll Change Notice | | |
| Plaintiffs | 27 | | | BOLC Meeting Minutes | | |
| Plaintiffs | 28 | | | Email stream from JB to JD re: Justification for pay increase for staff | | |
| Plaintiffs | 29 | | | email stream: JB and BK Re: Electric PILOT/Internal Service Charges | | |
| Plaintiffs | 30 | | | Memo from JB to JD re: annual Salary Justification for KS | | |
| Plaintiffs | 31 | | | Video of 1/30/2002 Board of Selectmen's Meeting. | | |
| Plaintiffs | 32 | | | Memo from JB to JD e: Payroll change sheet | | |
| Plaintiffs | 33 | | | Memo from JD to JB re: your memos of 2/14/ and 2/19 | | |
| Plaintiffs | 34 | | | BOLC Meeting Minutes (treasury Overcharges) | | |
| Plaintiffs | 35 | | | Email from OE to JDAG re: Message from Andy Gazzolo | | |
| Plaintiffs | 36 | | | Email from OE to JB re: Message from Andy Gazzolo | | |
| Plaintiffs | 37 | | | Email from JDAG to JB re: Lockbox | | |
| Plaintiffs | 38 | | | Email from JB to JDAG re: lockbox | | |
| Plaintiffs | 39 | | | Email from JB to OE re: Message from Andy Gazzolo | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | 40 | | | Email from OE to JB re: Message from Andy Gazzolo | | |
| Plaintiffs | 41 | | | Email from JDAG to JB re: Lockbox | | |
| Plaintiffs | 42 | | | Email from JB to JDAG re: lockbox | | |
| Plaintiffs | 43 | | | Email from JDAG to JB re: Lockbox | | |
| Plaintiffs | 44 | | | Email from JB to JDAG re: lockbox | | |
| Plaintiffs | 45 | | | Email from JDAG to JB re: Lockbox | | |
| Plaintiffs | 46 | | | Email from JDAG to JB re: Conduit hearing | | |
| Plaintiffs | 47 | | | Email from JB to JDAG re: conduit hearing | | |
| Plaintiffs | 48 | | | Email from JDAG to JB re: Conduit hearing | | |
| Plaintiffs | 49 | | | Email from BK to KS re: Pension Allocation | | |
| Plaintiffs | 50 | | | Payroll Change Notice | | |
| Plaintiffs | 51 | | | BOLC Meeting Minutes (actual charges) | | |
| Plaintiffs | 52 | | | Re:  Legal Opinion provided to N. Attleboro | | |
| Plaintiffs | 53 | | | BOLC Meeting Minutes (pension calculation method) | | |
| Plaintiffs | 54 | | | Email from KS to Lou Amoruso re: meeting | | |
| Plaintiffs | 55 | | | Email from JB to Amoruso re: problems | | |
| Plaintiffs | 56 | | | Email stream from JD to JB | | |
| Plaintiffs | 57 | | | Email from KS to Amoruso re: forward most recent memo | | |
| Plaintiffs | 58 | | | Annual Review of Kimberly Stoyle | | |
| Plaintiffs | 59 | | | Email stream re: pension costs | | |
| Plaintiffs | 60 | | | Memo from JB to JD re: Request for Personnel File and Request for Backup Data on Telephone Charges | | |
| Plaintiffs | 61 | | | FIRSTFED Bank Statement | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | 62 | | | Memo to Gazollo from JB re: Electric Dept. Payments in lieu of taxes. | | |
| Plaintiffs | 63 | | | Statement of Town Manager | | |
| Plaintiffs | 64 | | | BOS Meeting Minutes (JD evaluation) | | |
| Plaintiffs | 65 | | | Town Wide E-mail Policy | | |
| Plaintiffs | 66 | | | Memo to Dept. Heads from Scherma re: Sexual Harassment Policy | | |
| Plaintiffs | 67 | | | Video of 2/4/2002 Board of Light Commissioners Meeting. | | |
| Plaintiffs | 68 | | | Memo to JB/KS from BK/RB re: negative cash balances | | |
| Plaintiffs | 69 | | | Memo to BK/RB from JB re: light dept. cash balances | | |
| Plaintiffs | 70 | | | Email from JD to BK re: Pilot | | |
| Plaintiffs | 71 | | | BOS Meeting Minutes | | |
| Plaintiffs | 72 | | | BOS Meeting Minutes | | |
| Plaintiffs | 73 | | | Board of Selectmen Minutes re: Unsing MMED funds to balance budget | | |
| Plaintiffs | 74 | | | Letter to RB from Goulet | | |
| Plaintiffs | 75 | | | Memo from Kenneth Barna to JB | | |
| Plaintiffs | 76 | | | Email from JD to RB and attached letter to Goulet dated 7/3/2003 | | |
| Plaintiffs | 77 | | | Email stream from KS to Lou Amoruso re: meeting | | |
| Plaintiffs | 78 | | | Payroll Change Notice | | |
| Plaintiffs | 79 | | | Letter from Goulet to JD | | |
| Plaintiffs | 80 | | | Email from JB to KS re: forward GIS manager | | |
| Plaintiffs | 81 | | | Letter to Mangiaratti from Lynn Leonard | | |
| Plaintiffs | 82 | | | BOS Minutes (JD exonerated) | | |
| Plaintiffs | 83 | | | Memo Re: Continuing Harassment | | |
| Plaintiffs | 84 | | | Department Head Input Form - 7/1/02-6/30/03 | | |
| Plaintiffs | 85 | | | Email re: Meeting with State Auditor | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | 86 | | | | FIRSTFED Bank Statement | |
| Plaintiffs | 87 | | | | Email stream between EO and LA re: Financial Assistants | |
| Plaintiffs | 88 | | | | Minutes of BOLC November 17, 2003 meeting | |
| Plaintiffs | 89 | | | | Video of 11/17/2003 Board of Light Commissioners Meeting | |
| Plaintiffs | 90 | | | | FIRSTFED Bank Statement | |
| Plaintiffs | 91 | | | | Memo Re: Checks received at Light Department | |
| Plaintiffs | 92 | | | | Memo to JB from JD re: Auditors for MMED | |
| Plaintiffs | 93 | | | | Memo re: Auditor | |
| Plaintiffs | 94 | | | | Email stream from MacCaffrie to JD | |
| Plaintiffs | 95 | | | | Email to JD from JB re: Auditors | |
| Plaintiffs | 96 | | | | Memo from JD to BK responding to JB auditor memo | |
| Plaintiffs | 97 | | | | Video 12/22/2003 Meeting of the Finance Committee and the Board of Light Commissioners | |
| Plaintiffs | 98 | | | | Memo re: Light Department Auditors | |
| Plaintiffs | 99 | | | | Memo from JD to BOS re: Status of North Main Street Poles | |
| Plaintiffs | 100 | | | | Video of 1/28/2004 Board of Light Commissioners Meeting | |
| Plaintiffs | 101 | | | | Memo to BOS from JD | |
| Plaintiffs | 102 | | | | Video of 2/9/2004 Board of Light Commissioners Meeting | |
| Plaintiffs | 103 | | | | Payroll Change Notice - Discharge | |
| Plaintiffs | 104 | | | | Memo re: John Beliveau, Termination of Employment | |
| Plaintiffs | 105 | | | | Memo Re: Termination of Employment (with JDAG fax #) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | 106 | | | Email from KS to BK on cash reconciliation | | |
| Plaintiffs | 107 | | | Email from KS to BK | | |
| Plaintiffs | 108 | | | Email from BK to KS re: Pension Allocation | | |
| Plaintiffs | 109 | | | Mansfield News Article | | |
| Plaintiffs | 110 | | | Letter of Apology from RB to KS | | |
| Plaintiffs | 111 | | | Email stream from JD to BK/RB re: electric dept. transfers re pension allocation | | |
| Plaintiffs | 112 | | | Email from Sandra Larosse to KS | | |
| Plaintiffs | 113 | | | Email from D'Agostino to Babin, Kearney, Boucher re: Electric Dept. Transfers | | |
| Plaintiffs | 114 | | | BOLC Minutes (Pension Calculations) | | |
| Plaintiffs | 115 | | | BOLC Minutes | | |
| Plaintiffs | 116 | | | Email from KS to BK  Re; Cash Reconciliation | | |
| Plaintiffs | 117 | | | Email from KS to BK re: Another question | | |
| Plaintiffs | 118 | | | Letter to Secretary of State from RB | | |
| Plaintiffs | 119 | | | Email stream from JB to JD re: Mansfield Utility Assistance Program | | |
| Plaintiffs | 120 | | | MMED Depreciation Fund Bank Statement Activity, 7/96 - 12/06 | | |
| Plaintiffs | 121 | | | Inspector General Report re: RMELD | | |
| Plaintiffs | 122 | | | Email from D'Agostino to Beliveau re: Personnel | | |
| Plaintiffs | 123 | | | Email from Babin to D'Agostino re: Alternate Wording Suggestion | | |
| Plaintiffs | 124 | | | BOLC Minutes | | |
| Plaintiffs | 125 | | | Email from Beliveau to D'Agostino re: Light Commissioners Meeting | | |
| Plaintiffs | 126 | | | Email from McCue to Boucher; cc: Kearney re: Bond Rating | | |
| Plaintiffs | 127 | | | Email from Stoyle to Langille re: GIS Manager | | |
| Plaintiffs | 128 | | | Email from Beliveau to Stoyle re: Cash Reconciliation | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiffs | 129 | | | | Email from Dierdre Lawrence to Beliveau re: Memorandum | | |
| Plaintiffs | 130 | | | | Email from D'Agostino to Beliveau; cc: Kearney, Boucher, Stoyle re: FY2000 Internal Charges | | |
| Plaintiffs | 131 | | | | Town Charter | | |
| Plaintiffs | 132 | | | | Board of Selectmen Operating Procedures | | |
| Plaintiffs | 133 | | | | MMED Financial Report | | |
| Plaintiffs | 134 | | | | Department Head Input Form - 9/8/98-7/1/99 | | |
| Plaintiffs | 135 | | | | Department Head Input Form - 7/1/99-7/1/00 | | |
| Plaintiffs | 136 | | | | Manager's Input Form - July 1, 1999 to June 30, 2000 | | |
| Plaintiffs | 137 | | | | Department Head Input Form - 7/1/00 - 6/30/01 | | |
| Plaintiffs | 138 | | | | Department Head Input Form - 7/1/01-6/30/02 | | |
| Plaintiffs | 139 | | | | | | |
| Plaintiffs | 140 | | | | Comptroller Job Description | | |
| Plaintiffs | 141 | | | | Town Accountant Job Description | | |
| Plaintiffs | 142 | | | | Treasurer Collector Job Description | | |
| Plaintiffs | 143 | | | | Sexual Harassment Policy | | |
| Plaintiffs | 144 | | | | Brit Bomber Note | | |
| Plaintiffs | 145 | | | | Town Manager Job Description | | |
| Plaintiffs | 146 | | | | Email stream between Beliveau and D'Agostino re: MEWEC Balance | | |
| Plaintiffs | 147 | | | | Memo from Beliveau to D'Agostino re: MMWEC Fund Balances | | |
| Plaintiffs | 148 | | | | Email stream between Beliveau and MacCaffrie re: MMWEC | | |
| Plaintiffs | 149 | | | | Memo from Beliveau to BOLC Finance Committee via D'Agostino re: Light Dept. Reserves and Potential Additional Assistance to Town | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | 150 | | | Cover letter enclosing Memo re: Continuing Sexual Harassment of Kim Stoyle | | |
| Plaintiffs | 151 | | | Memo from Barna, Lawrence and Pollart to David Sweetland re: Authority to Pay Non-NAE Expenses | | |
| Plaintiffs | 152 | | | Memo to Beliveau from Barna, Lawrence re: Gifts to Charities and Towns | | |
| Plaintiffs | 153 | | | Memo from D'Agostino to Beliveau re: Use of Ratepayer Funds for Donations. | | |
| Plaintiffs | 154 | | | Electrical Damage to Rum Runner Liquor Store | | |
| Plaintiffs | 155 | | | Stoyle MCAD Complaint | | |
| Plaintiffs | 156 | | | Beliveau MCAD Complaint | | |
| Plaintiffs | 157 | | | Beliveau MCAD Complaint | | |
| Plaintiffs | 158 | | | BOS Minutes (balancing the budget on the back of MMED) | | |
| Plaintiffs | 159 | | | FIRSTFED Bank Statement | | |
| Plaintiffs | 160 | | | Letter from JD to Goulet re: Mansfield Municipal Electric Department. | | |
| Plaintiffs | 161 | | | MEAM Salary Survey | | |
| Plaintiffs | 162 | | | Email from KS to JB re: Interesting. | | |
| Plaintiffs | 163 | | | Memo from RB to JD, BOS, JB | | |
| Defendants | 164 | | | email b/w JD and KS re: special town meeting | | |
| Defendants | 165 | | | memorandum and attached documents re: candidate selection for financial assistant | | |
| Defendants | 166 | | | resumes Bouldry | | |
| Defendants | 167 | | | Memo to file | | |
| Defendants | 168 | | | Letter to Bouldry | | |
| Defendants | 169 | | | memo to JD from JB re: various issues | | |
| Defendants | 170 | | | memo to basketball court lighting JD to JB | | |
| Defendants | 171 | | | Memo to JB from G.Scherma re: interviews | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Defendants | 172 | | | email JB/KS re: personnel | | |
| Defendants | 173 | | | | | |
| Defendants | 174 | | | email JB/KS | | |
| Defendants | 175 | | | Letter to Bouldry from JB | | |
| Defendants | 176 | | | To file from Stoyle | | |
| Defendants | 177 | | | to Board from JB re: Personnel Matter | | |
| Defendants | 178 | | | email to RB from JD re: Mastercard/Visa meeting | | |
| Defendants | 179 | | | Memo to JD from RB re: lock box | | |
| Defendants | 180 | | | Memo to Board from JB re: lock box | | |
| Defendants | 181 | | | Memo to JD from RB re: JB Memo | | |
| Defendants | 182 | | | email KS to JB re: internal charges | | |
| Defendants | 183 | | | email to KS from BK re: internal charges | | |
| Defendants | 184 | | | email to KS from Ouellette re: internal charges | | |
| Defendants | 185 | | | email to JD from JB internal charges | | |
| Defendants | 186 | | | emails to JB from KS | | |
| Defendants | 187 | | | Memo to RB from JB | | |
| Defendants | 188 | | | Memo to RB from JB re: customer service | | |
| Defendants | 189 | | | email to JB from RB re: 7/13 memo | | |
| Defendants | 190 | | | Memo to RB from JB re: customer service | | |
| Defendants | 191 | | | email to RB from JB re: test file | | |
| Defendants | 192 | | | email to JD from KS re: test file | | |
| Defendants | 193 | | | email to JB from KS re: capital projects update | | |
| Defendants | 194 | | | Email from JB to JD re: auditors (& attachment) | | |
| Defendants | 195 | | | email KS/JB re: lighting animal shelter | | |
| Defendants | 196 | | | email b/w JB and KS | | |
| Defendants | 197 | | | email b/w JD and KS re: Staples Purchase | | |
| Defendants | 198 | | | email b/w KS and JB | | |
| Defendants | 199 | | | email b/w KS and JB re: north common | | |
| Defendants | 200 | | | email b/w KS and JB re: generator issue | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Defendants | 201 | | | email b/w KS andJB re: generator issue | | |
| Defendants | 202 | | | Email from JD to RB; cc: JD re: Goulet Request | | |
| Defendants | 203 | | | Memo to JD from JB rer: annual salary increase | | |
| Defendants | 204 | | | email b/w Stoyle/JB | | |
| Defendants | 205 | | | email b/w KS/ JB re: september agenda | | |
| Defendants | 206 | | | Memo JB from JD | | |
| Defendants | 207 | | | Memo to JD from JB re: your memos | | |
| Defendants | 208 | | | Draft 2/24/02 memo | | |
| Defendants | 209 | | | Email from KS to BK re: Pension Allocation | | |
| Defendants | 210 | | | email b/w JB and J. Pender | | |
| Defendants | 211 | | | email b/w Stoyle and JB re: Pilot meeting | | |
| Defendants | 212 | | | Light Comm Meeting Tape 3/13/02 | | |
| Defendants | 213 | | | Memo to JD from JB re: Lock Box | | |
| Defendants | 214 | | | email re: lockbox | | |
| Defendants | 215 | | | email b/w KS and JB | | |
| Defendants | 216 | | | email to KS from JB re: "interesting" | | |
| Defendants | 217 | | | email b/w JD and KS re: Verizon Bill | | |
| Defendants | 218 | | | email to BK fro, KS re: month end | | |
| Defendants | 219 | | | Email from JB to KS, et al. re: GIS Manager | | |
| Defendants | 220 | | | email b/w KS and JB re: questions | | |
| Defendants | 221 | | | email b/w JB and JD re: employment status form | | |
| Defendants | 222 | | | Memo to A. Gazolla from JB re: Payment in lieu of taxes | | |
| Defendants | 223 | | | email to JD from JB re: Budget 2003 | | |
| Defendants | 224 | | | Emails b/w BK and KS re: cash sheets | | |
| Defendants | 225 | | | Memo to JB from Maniaratti | | |
| Defendants | 226 | | | Memo to Mangiaratti from JB | | |
| Defendants | 227 | | | Memo to Board from JB | | |
| Defendants | 228 | | | To JD from JB re: cash reconciliation | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Defendants | 229 | | | To JB from BK re: light dept cash balances | | |
| Defendants | 230 | | | email to S. MacCaffrie from JD re: light dept audit | | |
| Defendants | 231 | | | email to JB from E. Ouellette re: question from John | | |
| Defendants | 232 | | | Memo to RB, K from JB re: Result of Audit | | |
| Defendants | 233 | | | emails b/w JD and JB re: utility assistance | | |
| Defendants | 234 | | | Verizon phone bills | | |
| Defendants | 235 | | | Memo to JD from JB re: attached questions | | |
| Defendants | 236 | | | Memo to JD from BK and RB re: police details | | |
| Defendants | 237 | | | Memo to BK & RB from KS re: police details | | |
| Defendants | 238 | | | email to S. MacCaffrie from JB re: police details | | |
| Defendants | 239 | | | Letter to Goulet from JD re: MMED | | |
| Defendants | 240 | | | email to A. Langille from JB re: Robotics | | |
| Defendants | 241 | | | email to Amoruso from KS re: meeting | | |
| Defendants | 242 | | | email to B. Kearney from J.B re: Audits | | |
| Plaintiffs | 243 | | | Email from Beliveau to D'Agostino re: Mansfield Utility Assistance Guidelines | | |
| Plaintiffs | 244 | | | Email stream from Beliveau to D'Agostino re: Mansfield Utility Assistance Guidelines | | |
| Plaintiffs | 245 | | | Email from Gale Farrugia to D'Agostino; cc: Kearney, Beliveau re: MUA Program Guidelines.doc | | |
| Plaintiffs | 246 | | | Town Charter | | |
| Plaintiffs | 247 | | | Memo from Beliveau to Andy Gazzolo re: Budget Review documents | | |
| Plaintiffs | 248 | | | Memo from Barna, Lawrence and Doukas to Beliveau re: Instpector General and Ethics Commission Issues | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | 249 | | | Email stream between Beliveau and D'Agostino re: Mansfield Utility Assistance Program | | |
| Plaintiffs | 250 | | | Email from Beliveau to MacCaffrie re: Request of finance committee to Review Budget | | |
| Plaintiffs | 251 | | | Certified documents from Attleboro District Court, #0034CR003843, Thomas Hottleman (4 pages) | | |
| Plaintiffs | 252 | | | Stoyle MCAD Complaint | | |
| Plaintiffs | 253 | | | Definition of "felching" | | |
| Plaintiffs | 254 | | | Sun Chronicle News Article | | |
| Plaintiffs | 255 | | | Sun Chronicle News Article | | |
| Plaintiffs | 256 | | | Mansfield News Article | | |
| Plaintiffs | 257 | | | MMED Financial Report 2003, 2002 (redaction on 2576) | | |
| Plaintiffs | 258 | | | Letter from JD to Goulet re: 2003, 2002 Audit | | |
| Plaintiffs | 259 | | | Letter from Mangiaratti to Goulet re: 2003, 2002 Audit. | | |
| Plaintiffs | 260 | | | Email from Babin to JD re: Alternate Wording Suggestion | | |
| Plaintiffs | 261 | | | Email from JD to Achille, Babin; cc: Mccue, Amoruso, MacCaffrie, Dolan, Kearney re: Fiscal Year Conversion | | |
| Plaintiffs | 262 | | | Email from JD to Achille, Babin; cc: Kearney re" East Mansfield Substation Neighborhood Meeting. | | |
| Plaintiffs | 263 | | | Email from Achille to Kearney; cc: Babin, JD re: East Mansfield Substation Neighborhood Meeting. | | |
| Plaintiffs | 264 | | | Sun Chronicle Article | | |
| Plaintiffs | 265 | | | KS Lockbox Presentation to the Board | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs | 266 | | | Email correspondence between KS and BK re: cash reconciliation | | |
| Plaintiffs | 267 | | | Memo from JB to KS, G. D'Ambra, R. Jones re: Selection of Linemen. | | |
| Plaintiffs | 268 | | | Memo from JB to JD re: Selection of Town MIS Candidates. | | |
| Plaintiffs | 269 | | | Email from KS to JD; cc: JB re: Most Recent Memo | | |
| Plaintiffs | 270 | | | Confidential email from JB to JD (re: upcoming meeting) | | |
| Plaintiffs | 271 | | | Memo from JD to BOS re: Mansfield Municipal Light Plant Audit. | | |
| Plaintiffs | 272 | | | Email from JD to McCue; cc: JB, KS re: Mansfield light department, 11/7 Globe. | | |
| Plaintiffs | 273 | | | Memo from JB to BOLC via JD re: Payments to the Town at an Unsustainable Level. | | |
| Plaintiffs | 274 | | | Mansfield News Article | | |
| Plaintiffs | 275 | | | Email stream from Eileen Ouellette to JB, KS, RB, BK re: Revised Internal Charges Memo. | | |
| Plaintiffs | 276 | | | Email stream between RB, KS, JD, JB re: Color of our bills. | | |
| Plaintiffs | 277 | | | Memo from JD to JB re: Cash Reconciliation-Light Department Audit. | | |
| Plaintiffs | 278 | | | Email from JB to BK re: TOM Thursday meeting. | | |
| Plaintiffs | 279 | | | Internal Charges | | |