UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____
                                    )
DR. JOHN J. BELIVEAU,               )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )
                                    )
TOWN OF MANSFIELD MUNICIPAL         )
ELECTRIC DEPARTMENT AND             )
JOHN D'AGOSTINO,                    )
                                    )
         Defendants.                )
_____ )

CONSOLIDATED WITH:

_____
                                    )
KIMBERLY STOYLE,                    )
    Plaintiff                       )
                                    )
v.                                  )
                                    )   CIVIL ACTION NO. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC    )
DEPARTMENT, JOHN D'AGOSTINO,        )
THE TOWN OF MANSFIELD BOARD OF      )
LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL MCCUE, DAVID MCCARTER,      )
DANIEL DONOVAN, ROGER ACHILLE       )
and STEVEN MACCAFFRIE,              )
    Defendants                      )
_____

**PLAINTIFF DR. JOHN J. BELIVEAU'S
PROPOSED SPECIAL VERDICT FORM**

Plaintiff, Dr. John J. Beliveau, hereby submits his proposed special verdict questions in

the form attached hereto as Exhibit A.

BOS:23924.1/bel185-229942

- 2 -

           RESPECTFULLY SUBMITTED,
           **PLAINTIFF,**
           **DR. JOHN J. BELIVEAU,**

           By his attorneys,

           /s/ Christine M. Griffin
           Juliane Balliro (BBO # 028010)
           Christine M. Griffin (BBO # 651401)
           Wolf, Block, Schorr and Solis-Cohen LLP
           One Boston Place
           Boston, MA 02108
           617-854-4100

June 25, 2007

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 25th day of June, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 25th day of June, 2007.

           /s/ Christine M. Griffin
           Christine M. Griffin