# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____
DR. JOHN J. BELIVEAU,

    Plaintiff,

v.

TOWN OF MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT AND
JOHN D'AGOSTINO,

    Defendants.
_____

CONSOLIDATED WITH:

_____
KIMBERLY STOYLE,
    Plaintiff

v.

    CIVIL ACTION NO. 05-10354-DPW

THE MANSFIELD MUNICIPAL ELECTRIC
DEPARTMENT, JOHN D'AGOSTINO and
THE TOWN OF MANSFIELD BOARD OF
LIGHT COMMISSIONERS,
    Defendants
_____

**PLAINTIFF DR. JOHN J. BELIVEAU'S**
**PROPOSED SPECIAL VERDICT FORM**

Title VII – The Mansfield Municipal Electric Department:

*Is it more likely than not that:*

1. The Mansfield Municipal Electric Department, acting through John D'Agostino considered the fact that John Beliveau had supported Ms. Stoyle's complaints of discrimination and retaliation in deciding to terminate him?

    Yes _____  No_____

*Is it more likely than not that:*

2. The Mansfield Municipal Electric Department, acting through John D'Agostino, considered the fact that John Beliveau had filed his own charge of retaliation in deciding to terminate him?

    Yes _____No_____

MGL Chapter 151B, Retaliation - John D'Agostino:

*Is it more likely than not that:*

3. John D'Agostino considered John Beliveau's support for Ms. Stoyle's complaints of discrimination and retaliation in deciding to terminate him?

    Yes _____No_____

*Is it more likely than not that:*

4. John D'Agostino, considered the fact that John Beliveau had filed his own charge of retaliation in deciding to terminate him?

    Yes _____No_____

MGL Chapter 151B, coerce, intimidate, threaten or interfere – John D'Agostino:

*Is it more likely than not that:*

5. John D'Agostino coerced, intimidated, or threatened John Beliveau because he supported Ms. Stoyle's complaints of discrimination or retaliation?

    Yes _____No_____

Tortious Interference-John D'Agostino:

*Is it more likely than not that:*

6.John D'Agostino interfered with John Beliveau's Advantageous Employment Relationship with the Mansfield Municipal Electric Department?

Yes _____No_____

MGL Chapter 129, section 185- Mansfield Municipal Electric Department:

*Is it more likely than not that:*

7.John Beliveau disclosed or threatened to disclose to a supervisor or to a public body an activity, policy or practice of the employer that he reasonably believed was in violation of a law, or a rule or regulation promulgated pursuant to law?

Yes_____No_____

If your answer to the preceding question was "Yes" proceed to the next question. If your answer to the preceding question was No" then please proceed to question # 10.

*Is it more likely than not that:*

8.John Beliveau gave his supervisor written notice of the activities that he reasonably believed were in violation of a law or a rule or regulation promulgated pursuant to law, referred to in the preceding question, such that his employer had a reasonable opportunity to correct those activities?

Yes_____No_____

If your answer to the preceding question was "Yes" proceed to the next question. If your answer to the preceding question was No" then please proceed to question # 10.

*Is it more likely than not that:*

9.John D'Agostino retaliated against John Beliveau by discharging him or taking other adverse employment actions against him regarding the terms and conditions of his employment as a result the protected activities described in the preceding two questions?

Yes_____No_____

*Is it more likely than not that:*

10.     John Beliveau provided information to, or testimony before, any public body conducting an investigation, hearing or inquiry into any violation of law, or a rule or regulation promulgated pursuant to law?

Yes_____No_____

If your answer to the preceding question was "Yes" proceed to the next question.  If your answer to the preceding question was "No" then please proceed to question # 12.

*Is it more likely than not that:*

11.     John D'Agostino retaliated against Dr. Beliveau by discharging him or taking other adverse employment actions against him regarding the terms and conditions of his employment as a result of the protected activity described in the preceding question?

Yes_____No_____

*Is it more likely than not that:*

12.     John Beliveau objected to, or refused to participate in any activity, policy or practice which he reasonably believed was in violation of a law, or a rule or regulation promulgated pursuant to law.

Yes_____No_____

If your answer to the preceding question was "Yes" proceed to the next question.  If your answer to the preceding question was "No" then please proceed to question #14.

*Is it more likely than not that:*

13.     John D'Agostino retaliated against Dr. Beliveau by discharging him or taking other adverse employment actions against him regarding the terms and conditions of his employment as a result of the protected activities described in the preceding question?

Yes_____No_____

Intentional Infliction of Emotional Distress - John D'Agostino:

*Is it more likely than not that:*

14. John D'Agostino intentionally inflicted emotional distress on John Beliveau after his termination from employment on February 12, 2004?

                                Yes_____No_____

**DAMAGES:**

15. If you have answered "yes" to any one or more of questions 1, 2, 9, 11 or 13, what sum of money do you award John Beliveau as compensatory damages for harm caused by the Mansfield Municipal Electric Department acting through it's manager John D'Agostino?

_____

16. If you have answered "yes" to any one or more of questions 3, 4, 5, 6 or 14, what sum of money do you award John Beliveau as compensatory damages for harm caused by John D'Agostino?

_____

17. If you have answered "yes" to either question 1 or 2 what sum of money do you award John Beliveau as punitive damages against the Mansfield Municipal Electric Department acting through it's manager John D'Agostino?

_____

18. If you have answered "yes" to any one or more of questions 3, 4, or 5 what sum of money do you award to John Beliveau as punitive damages against John D'Agostino

_____

19. Do you award interest on the above damages from the date that John Beliveau filed his complaint to the present?

                                Yes_____No_____

20. If you answered the preceding question "yes" what rate (%) do you wish to apply to your award of interest?             %