## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____
                                        )
DR. JOHN J. BELIVEAU,                   )
                                        )
      Plaintiff,                        )
                                        )
v.                                      )
                                        )
TOWN OF MANSFIELD MUNICIPAL             )
ELECTRIC DEPARTMENT AND                 )
JOHN D'AGOSTINO,                        )
                                        )
      Defendants.                       )
_____)

CONSOLIDATED WITH:

_____
                                        )
KIMBERLY STOYLE,                        )
    Plaintiff                             )
                                        )
v.                                      )
                                        )   CIVIL ACTION NO. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC        )
DEPARTMENT, JOHN D'AGOSTINO,            )
THE TOWN OF MANSFIELD BOARD OF          )
LIGHT COMMISSIONERS, LOUIS AMORUSO,     )
MICHAEL MCCUE, DAVID MCCARTER,          )
DANIEL DONOVAN, ROGER ACHILLE           )
and STEVEN MACCAFFRIE,                  )
    Defendants                            )
_____

## PLAINTIFF DR. JOHN J. BELIVEAU'S
## REQUEST FOR A LIMITING INSTRUCTION

      Plaintiff, Dr. John J. Beliveau, hereby submits a proposed limiting instruction and requests that this instruction be given to the jury, as follows:

It is important as you listen to the evidence in this case that you keep in mind that Dr. Beliveau's case and Ms. Stoyle's case are two separate cases. I made a decision to try the cases at the same time before the same jury largely because they involved similar issues, some of the same parties and would rely on the same witnesses. However, you must decide each case on its own merits. Dr. Beliveau has no control over how Ms. Stoyle and her attorney choose to pursue their case and Ms. Stoyle has no control over how Dr. Beliveau and his attorney choose to pursue their case. Their respective cases are being heard by you at the same time simply because I made the decision to put them together for purposes of convenience and efficiency and for no other purpose.

      RESPECTFULLY SUBMITTED,
      **PLAINTIFF,**
      **DR. JOHN J. BELIVEAU,**

      By his attorneys,

       /s/ Christine M. Griffin_____
      Juliane Balliro (BBO # 028010)
      Christine M. Griffin (BBO # 651401)
      Wolf, Block, Schorr and Solis-Cohen LLP
      One Boston Place
      Boston, MA 02108
      617-854-4100

June 25, 2007

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 25th day of June, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 25th day of June, 2007.

       /s/ Christine M. Griffin_____
      Christine M. Griffin