UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

DR. JOHN J. BELIVEAU, )
)
      Plaintiff, )
)
v. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
      Defendants. )
)

CONSOLIDATED WITH:

KIMBERLY STOYLE, )
    Plaintiff )
)
v. )
) CIVIL ACTION NO. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC )
DEPARTMENT, JOHN D'AGOSTINO, )
THE TOWN OF MANSFIELD BOARD OF )
LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL MCCUE, DAVID MCCARTER, )
DANIEL DONOVAN, ROGER ACHILLE )
and STEVEN MACCAFFRIE, )
    Defendants )

**REVISED EXHIBIT LIST AS OF JUNE 25, 2007**

Plaintiff, Dr. John J. Beliveau, hereby files the attached revised exhibit list on behalf of the parties. The List of the Parties' Uncontested Exhibits is attached hereto as Exhibit A. The List of the Parties' Contested Exhibits is attached hereto as Exhibit B.

BOS:23924.1/bel185-229942

- 2 -

                                RESPECTFULLY SUBMITTED,
                                **PLAINTIFF,**
                                **DR. JOHN J. BELIVEAU,**

                                By his attorneys,

                                _/s/ Christine M. Griffin_____
                                Juliane Balliro (BBO # 028010)
                                Christine M. Griffin (BBO # 651401)
                                Wolf, Block, Schorr and Solis-Cohen LLP
                                One Boston Place
                                Boston, MA 02108
                                617-854-4100

June 25, 2007

## CERTIFICATE OF SERVICE

     I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 25th day of June, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 25th day of June, 2007.

                                _/s/ Christine M. Griffin_____
                                Christine M. Griffin