UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

DR. JOHN J. BELIVEAU, )
)
      Plaintiff, )
)
v. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
      Defendants. )
)

CONSOLIDATED WITH:

KIMBERLY STOYLE, )
    Plaintiff )
)
v. )
) CIVIL ACTION NO. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC )
DEPARTMENT, JOHN D'AGOSTINO, )
THE TOWN OF MANSFIELD BOARD OF )
LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL MCCUE, DAVID MCCARTER, )
DANIEL DONOVAN, ROGER ACHILLE )
and STEVEN MACCAFFRIE, )
    Defendants )

**TIME FOR QUESTIONING WITNESSES AT TRIAL**

      As ordered by the Court, Plaintiff Beliveau now submits on behalf of all of the parties the below schedule of time for questioning witnesses at trial in this matter. The parties note that this is not the order in which the witnesses will be called. The parties reserve the right to call rebuttal witnesses, or to add or subtract witnesses based on the additional testimony.

**PLAINTIFFS:**

|  | **Direct** | **Cross** |
|---|---|---|
| Dr. John J. Beliveau | 5 hours | 4 hours |
| Robert Brown | 1 hour | 1 hour |
| Michael Gelbwasser | .5 hour | 10 minutes |
| James Goulet | 2.5 hours | 1 hour |
| Ralph Penney | .5 hours | .5 hour |
| Nicholas Scobbo | 2.0 hours | .5 hour |
| Thomas P. Tierney | 1 hour | .5 hour |
| Deposition Reading | 1 hour | .5 hour |
| **TOTAL** | **13.5 hours** | **8 hours and 10 minutes** |

**DEFENDANTS:**

|  | **Direct** | **Cross** |
|---|---|---|
| John D'Agostino | 4 Hours | 5 hours |
| Lou Amoruso | 2 Hours | 1 hour |
| Bea Kearne | 2 hours | 2 hours |
| Richard Boucher | 1 hour | 2 hours |
| Laurie Anderson | 1 hour | 1 hour |
| Roger Achil | 45 minutes | 1 hour |
| John Sullivan | 1 hour | 1 hour |
| David McCarter | 30 minutes | 1 hour |
| Sandy Larosse | 30 minutes | 1 hour |
| Gary Babin | 1 hour | 2 hours |
| Andy Gazzola | 1 hour | 1 hour |
| Robert Mangiaratti | 1 hour | 1 hour |
| Jim Pender | .5 hour | 1 hour |
| Jim Lampke | 1 hour | 1 hour |
| Brad Wills | .5 hour | 1 hour |
| Michael McCue | .5 hour | 1 hour |
| **TOTAL** | **18 hours** | **23 hours** |

RESPECTFULLY SUBMITTED,
**PLAINTIFF,**
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

June 28, 2007

### **CERTIFICATE OF SERVICE**

    I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 28th day of June, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 28th day of June, 2007.

 /s/ Christine M. Griffin
Christine M. Griffin
