UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____
                                    )
DR. JOHN J. BELIVEAU,               )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
TOWN OF MANSFIELD MUNICIPAL         )
ELECTRIC DEPARTMENT AND             )
JOHN D'AGOSTINO,                    )
                                    )
        Defendants.                 )
_____)

CONSOLIDATED WITH:

_____
                                    )
KIMBERLY STOYLE,                    )
        Plaintiff                   )
                                    )
v.                                  )
                                    )  CIVIL ACTION NO. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC    )
DEPARTMENT, JOHN D'AGOSTINO,        )
THE TOWN OF MANSFIELD BOARD OF      )
LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL MCCUE, DAVID MCCARTER,      )
DANIEL DONOVAN, ROGER ACHILLE       )
and STEVEN MACCAFFRIE,              )
        Defendants                  )
_____

**UPDATED SCHEDULE FOR QUESTIONING WITNESSES AT TRIAL**

As ordered by the Court, Plaintiff Beliveau now submits on behalf of all of the parties the below updated schedule of time for questioning witnesses at trial in this matter. The parties note that this is not necessarily the order in which the witnesses will be called. The parties reserve the

right to call rebuttal witnesses, and to add or subtract witnesses based on the additional testimony.

The Court has given the parties a deadline of Tuesday, July 31, 2007 for the completion of all witness testimony and has indicated that closings and jury charge will take place on Wednesday, August 1, 2007.  The Court has indicated that trial will take place from 9am - 1pm on the following days:  July 9 - July 13; July 23 - July 25; July 27; and July 30 - 31.  On Thursday, July 26, the parties understand that the Court will sit from 10am - 1pm.

Based on this schedule, and assuming approximately 30 minutes of break time/down time each day, the parties anticipate that there will be approximately 41 hours remaining for witness testimony at trial.  The parties anticipate using that time as follows:

**PLAINTIFFS:**

| **WITNESS** | **TIME FOR DIRECT AND RE-DIRECT** | **TIME FOR CROSS AND RE-CROSS** |
|---|---|---|
| Dr. John J. Beliveau | 3 hours | 4 hours |
| Michael Gelbwasser | .5 hour | .2 hours |
| Ralph Penney | .5 hours | .5 hours |
| Thomas P. Tierney | 1 hour | .5 hours |
| Any Rebuttal Witnesses | 2 hours | 1 hour |
| **TOTAL TIME FOR PLAINTIFFS' WITNESSES:** | **7 hours** | **6.2 hours** |

- 3 -

**DEFENDANTS:**

| WITNESS | TIME FOR DIRECT AND RE-DIRECT | TIME FOR CROSS AND RE-CROSS |
|---|---|---|
| John D'Agostino | 2 hours | 4 hours |
| Lou Amoruso | 1 hour | 1 hour |
| Bea Kearney | 1 hour | 2 hours |
| Richard Boucher | 1 hour | 2 hours |
| Laurie Anderson | .5 hours | 1 hour |
| Roger Achille | .5 hours | 1 hour |
| John Sullivan | 1 hour | .45 hours |
| David McCarter | .5 hours | 1 hour |
| Sandy Larosse | .5 hours | .45 hours |
| Gary Babin | .5 hours | 1.5 hours |
| Robert Mangiaratti | 1 hour | .45 hours |
| James Pender | .5 hours | .45 hours |
| Brad Wills | .5 hours | .45 hours |
| Michael McCue | .5 hours | 1 hour |
| Robert Brown | 1 hour | 1 hour |
| **TOTAL TIME FOR DEFENDANTS' WITNESSES:** | **12 hours** | **17.75 hours** |

**TOTAL FOR ALL WITNESSES:**   42.95 hours.

RESPECTFULLY SUBMITTED,
**PLAINTIFF,**
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin_____
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

July 3, 2007

## CERTIFICATE OF SERVICE

      I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 3rd day of July, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 3rd day of July, 2007.

                                          /s/ Christine M. Griffin
                                          Christine M. Griffin