## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> DR. JOHN J. BELIVEAU, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOWN OF MANSFIELD MUNICIPAL ) <br> ELECTRIC DEPARTMENT AND ) <br> JOHN D'AGOSTINO, ) <br> ) <br>     Defendants. ) <br> _____) | CIVIL ACTION NO.: 04-11329-DPW |
| _____ ) <br> KIMBERLY STOYLE, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> THE MANSFIELD MUNICIPAL ELECTRIC ) <br> DEPARTMENT, JOHN D'AGOSTINO, ) <br> THE TOWN OF MANSFIELD BOARD OF ) <br> LIGHT COMMISSIONERS, LOUIS AMORUSO, ) <br> MICHAEL MCCUE, DAVID MCCARTER, ) <br> DANIEL DONOVAN, ROGER ACHILLE ) <br> and STEVEN MACCAFFRIE, ) <br>     Defendants ) <br> _____ | CONSOLIDATED WITH: <br><br> CIVIL ACTION NO. 05-10354-DPW |

**REVISED EXHIBIT LIST AS OF JULY 11, 2007**

    Plaintiff, Dr. John J. Beliveau, hereby files the attached revised exhibit list on behalf of the parties. The List of the Parties' Uncontested Exhibits is attached hereto as Exhibit A. The List of the Parties' Contested Exhibits is attached hereto as Exhibit B.

- 2 -

                        RESPECTFULLY SUBMITTED,
                        **PLAINTIFF,**
                        **DR. JOHN J. BELIVEAU,**

                        By his attorneys,

                        /s/ Christine M. Griffin
                        Juliane Balliro (BBO # 028010)
                        Christine M. Griffin (BBO # 651401)
                        Wolf, Block, Schorr and Solis-Cohen LLP
                        One Boston Place
                        Boston, MA 02108
                        617-854-4100

July 10, 2007

## **CERTIFICATE OF SERVICE**

    I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 10th day of July, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 10th day of July, 2007.

                        /s/ Christine M. Griffin
                        Christine M. Griffin