**Contested Exhibit List as of July 11, 2007**

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|
| Defendants | A | | | Bouldry Application for Employment | | |
| Defendants | B | | | Email from KS to JB re: FY2000 Internal Charges | | |
| Defendants | C | | | Email from KS to JB re: September Agenda | | |
| Defendants | D | | | Emailf rom KS to JB re: Lights at East Street Fields | | |
| Plaintiffs | E | | | *Larch v. MMED,* 272 F.3d 63 (1st Cir. 2001) | | |
| Defendants | F | | | Email from KS to JD; cc: JB re: text file. | | |
| Defendants | G | | | Email from KS to JB re: Ouch that must hurt. | | |
| Defendants | J | | | Email from KS to JB re: test file | | |
| Plaintiffs | K | | | Certified documents from Attleboro District Court, #0034CR003843, Thomas Hottleman (4 pages) | | |
| Plaintiffs | N | | | Email from D'Agostino to "jbgcpa@ix.netcom.com" re: Audit Committee | | |
| Plaintiffs | Y | | | *Larch v. MMED,* 98CV10834. Jury Verdicts | | |
| Plaintiffs | AAAA | | | BOS Executive Session Minutes | | |
| Defendants | DDDD | | | emails b/w JD and KS 8/20-9/7/99 | | |
| Defendants | FFFF | | | email b/w JD and KS | | |
| Defendants | GGGG | | | email b/w JD and KS | | |
| Defendants | IIII | | | email to JB from KS re: internal charges | | |
| Defendants | KKKK | | | email to JD from JB re: attorney client privilege | | |
| Defendants | LLLL | | | email b/w JB and JS | | |
| Defendants | MMMM | | | emails b/w J. Pender and JB | | |
| Defendants | OOOO | | | memo to JB from RB re: 8/1 | | |
| Defendants | PPPP | | | email b/w KS and JB | | |
| Defendants | QQQQ | | | email b/w JB and KS | | |
| Defendants | RRRR | | | Memo to File from JD | | |
| Defendants | SSSS | | | email b/w JB and JD | | |
| Defendants | TTTT | | | email to JB/KS from JD re: Light Comm. Meeting | | |
| Defendants | UUUU | | | Memo to Board from JD re: Lock Box | | |

| Defendants | VVVV | | | email b/w JB and KS | | |
|---|---|---|---|---|---|---|
| Defendants | WWWW | | | email b/w JB and JD | | |
| Defendants | XXXX | | | email from KS | | |
| Defendants | YYYY | | | email re: "chat rooms" | | |
| Defendants | ZZZZ | | | Memo to JB from JD re: confidential memo of 11/8/02 | | |
| Defendants | AAAAA | | | email b/w JB and J. Pender re: groundrules for meeting with DPW | | |
| Defendants | BBBBB | | | emails KS and C Fitton | | |
| Defendants | DDDDD | | | email b/w JB and J. Pender re: ground rules | | |
| Defendants | EEEEE | | | Memo to Dept. Heads from JD re: Spending and hiring freeze | | |
| Defendants | FFFFF | | | email b/ JB and KS re: requisition entry | | |
| Defendants | GGGGG | | | Mansfield Files | | |
| Defendants | HHHHH | | | Email to JB from JD re: utility assistance | | |
| Defendants | IIIII | | | letter to D'Agostino | | |
| Defendants | JJJJJ | | | Letter to Goulet from JD | | |
| Defendants | KKKKK | | | email to BK from RB re: acct variance | | |
| Defendants | LLLLL | | | Memo to Mangiaratti from BK re: Electric accounting allocation | | |
| Defendants | MMMMM | | | email to Jim from JD re: Auditor issues | | |
| Defendants | NNNNN | | | Memo to JD from BK re: light department audit | | |
| Defendants | OOOOO | | | Memo to JB from RB and BK re: Audit Goulet | | |
| Defendants | PPPPP | | | Lampke Investigation Report | | |
| Defendants | QQQQQ | | | email to JD from JB re: light department bills | | |
| Defendants | RRRRR | | | Letter to JD from Balliro w/ attached charge of retaliation | | |
| Defendants | SSSSS | | | Memo to JD from BK re: comments regarding vendors | | |
| Defendants | TTTTT | | | emails from JB to S. Cole | | |
| Defendants | UUUUU | | | emails b/w JB and KS | | |
| Defendants | VVVVV | | | Notes | | |
| Defendants | WWWWW | | | Sullivan Report | | |
| Defendants | XXXXX | | | Guaraldi Report | | |
| Defendants | YYYYY | | | All contested Internal Charges | | |
| Defendants | ZZZZZ | | | email to JD from JB re: Utility Assistance | | |
| Defendants | AAAAAA | | | email to KS from JB re: meeting with John | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Defendants | BBBBBB | | | email to B. Kearney from J. Beliveau re: PILOT | | |
| Defendants | DDDDDD | | | Labor Relations Commission Charge of Prohibited Practice MUP-04-4106 | | |