UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____
                                       )
DR. JOHN J. BELIVEAU,                  )
                                       )
         Plaintiff,                    )
                                       )
v.                                     )
                                       )
TOWN OF MANSFIELD MUNICIPAL            )
ELECTRIC DEPARTMENT AND                )
JOHN D'AGOSTINO,                       )
                                       )
         Defendants.                   )
_____)

CONSOLIDATED WITH:

_____
                                       )
KIMBERLY STOYLE,                       )
    Plaintiff                          )
                                       )
v.                                     )
                                       )   CIVIL ACTION NO. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC       )
DEPARTMENT, JOHN D'AGOSTINO,           )
THE TOWN OF MANSFIELD BOARD OF         )
LIGHT COMMISSIONERS, LOUIS AMORUSO,    )
MICHAEL MCCUE, DAVID MCCARTER,         )
DANIEL DONOVAN, ROGER ACHILLE          )
and STEVEN MACCAFFRIE,                 )
    Defendants                         )
_____

**PLAINTIFF DR. JOHN J. BELIVEAU'S
SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

Plaintiff, Dr. John J. Beliveau, hereby submits a proposed supplemental jury instruction as follows:

**Instruction Regarding Taxation of Damage Award:**

>If you decide to award damages to either Plaintiff in this matter, you should bear in mind that certain types of damage awards are taxable. You may take the fact that certain damage awards are taxable into account in determining what total amount of damages you should award. Compensatory damage awards to compensate a Plaintiff for lost back pay or for lost front pay are taxable. Compensatory damage awards to compensate a Plaintiff for emotional distress damages are taxable. Punitive damage awards are also taxable..

>*See* 26 U.S.C. § 104.
>S*ee also, e.g., O'Gilvie v. United States*, 519 U.S. 79 (1996) (tax case; medical malpractice) (punitive damages awards are taxable); *Commissioner v. Schleier*, 515 U.S. 323 (1995) (tax case; ADEA) (back pay and liquidated damages awards in ADEA case are both taxable); *United States v. Burke*, 504 U.S. 229 (1992) (tax case; Title VII) (before 1991 amendment, Title VII damages were not "tort-like" and thus were taxable); *Dotson v. United States*, 87 F.3d 682, 685-86 (5th Cir. 1996) (tax case; ERISA) (applying *Schleier* and *Burke* in ERISA case); *Johnston v. Harris County Flood Control Dist.*, 869 F.2d 1565, 1579-80 (5th Cir. 1989) (Title VII and section 1983) ("The distinction between the § 1983 award and the Title VII award is important for federal income tax purposes."); *Thompson v. Commissioner*, 866 F.2d 709, 712 (4th Cir. 1989) (tax case: Title VII and Equal Pay Act).

- 3 -

                    RESPECTFULLY SUBMITTED,
                    **PLAINTIFF,**
                    **DR. JOHN J. BELIVEAU,**

                    By his attorneys,

                    /s/ Christine M. Griffin
                    Juliane Balliro (BBO # 028010)
                    Christine M. Griffin (BBO # 651401)
                    Wolf, Block, Schorr and Solis-Cohen LLP
                    One Boston Place
                    Boston, MA 02108
                    617-854-4100

July 29, 2007

## CERTIFICATE OF SERVICE

    I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 29th day of July, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 29th day of July, 2007.

                    /s/ Christine M. Griffin
                    Christine M. Griffin