# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

_____
)
DR. JOHN J. BELIVEAU, )
)
    Plaintiff, )
)
v. )
)
TOWN OF MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT AND )
JOHN D'AGOSTINO, )
)
    Defendants. )
_____)

CONSOLIDATED WITH:

_____
)
KIMBERLY STOYLE, )
    Plaintiff )
)
v. )
)   CIVIL ACTION NO. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC )
DEPARTMENT, JOHN D'AGOSTINO, )
THE TOWN OF MANSFIELD BOARD OF )
LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL MCCUE, DAVID MCCARTER, )
DANIEL DONOVAN, ROGER ACHILLE )
and STEVEN MACCAFFRIE, )
    Defendants )
_____

**PLAINTIFF DR. JOHN J. BELIVEAU'S**
**MOTION TO MARK EXHIBIT 133 FOR IDENTIFICATION AND TO PRESENT**
**EXHIBIT 104 TO THE JURY IN UNREDACTED FORM**

    Plaintiff, Dr. John J. Beliveau, hereby moves the Court for leave to mark Exhibit 133, in

its unredacted form, for identification. Plaintiff Beliveau hereby further moves the Court for

BOS:23924.1/bel185-229942

leave to present Exhibit 104 to the jury in its unredacted form. As reason for this motion, Plaintiff Beliveau states as follows:

Defendants have requested that certain exhibits containing references to liability insurance be redacted before those exhibits are presented to the jury, as part of the record, for their deliberations.

Exhibits 133 and 104 are uncontested exhibits that have previously been admitted and placed before the jury in their unredacted form. There was no objection from Defendants regarding the presentation of these exhibits to the jury in their unredacted form at the time that they were admitted.

Exhibit 133 consists of the Board of Light Commissioners minutes, and the Financial Report presented at the Board of Light Commissioners meeting, that took place on 10/20/2003. Insurance is mentioned in this exhibit at page 27, paragraph 4, regarding Employee Practice Liability Insurance. This exhibit has been admitted in unredacted form without objection from Defendants. The portion of this exhibit referencing insurance has not been specifically published to the jury. Therefore, should Defendants request that this exhibit be redacted, it is Beliveau's position that this exhibit may be redacted for presentation to the jury, but should be marked in its unredacted form for identification. Plaintiff Beliveau hereby seeks leave of court to so mark this exhibit.

Exhibit 104 consists of Dr. Beliveau's termination letter. Insurance is mentioned at page 3, paragraph 2, line 4 of this exhibit. This exhibit has been admitted in unredacted form without objection from Defendants. This exhibit has also been extensively published to the jury, including the section specifically referencing insurance. This exhibit comprises one of the key documents in this case, and has been extensively published to the jury without objection.

Because this is a vital document that has been extensively published to the jury, without any objection from Defendants, Plaintiff Beliveau moves that this exhibit remain as part of the exhibit record to be presented to the jury in unredacted form.

To the extent that Defendants seek to redact insurance references from uncontested exhibits that have not previously been admitted, Plaintiff Beliveau has no objection to such redactions. Plaintiff Beliveau understands that such exhibits may include: Exhibit 101, Exhibit 160 (which is a duplicate of Exhibit 239), Exhibit 258 and Exhibit 270. [1]

Because Exhibits 133 and 104 are uncontested exhibits that have been previously admitted without objection, and because exhibit 104 has been extensively published to the jury, Plaintiff hereby moves for leave to mark exhibit 133 for identification in its unredacted form, and to mark exhibit 104 as an exhibit to be presented to the jury as part of the record in its unredacted form.

---

[1] Plaintiff Beliveau notes that the following uncontested exhibits have been previously admitted into evidence with redactions: Exhibit 210, Exhibit 257; Exhibit 286 and Exhibit 299.

RESPECTFULLY SUBMITTED,<br>
**PLAINTIFF,**<br>
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin_____
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

July 29, 2007

## CERTIFICATE REGARDING CONFERENCE PURSUANT TO LOCAL RULE 7.1

I, Christine M. Griffin, hereby certify that I have attempted to confer with counsel for the Defendants by email on Saturday, July 28, 2007, regarding the issues addressed above, but that I have so far received no response to my email inquiry regarding this motion.

 /s/Christine M. Griffin_____
Christine M. Griffin

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 29th day of July, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 29th day of July, 2007.

 /s/ Christine M. Griffin_____
Christine M. Griffin