# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF MANSFIELD MUNICIPAL )<br>ELECTRIC DEPARTMENT AND )<br>JOHN D'AGOSTINO, )<br>)<br>Defendants. ) | |

CONSOLIDATED WITH:

| | |
|---|---|
| KIMBERLY STOYLE, )<br>   Plaintiff )<br>)<br>v. )<br>) <br>THE MANSFIELD MUNICIPAL ELECTRIC )<br>DEPARTMENT, JOHN D'AGOSTINO, )<br>THE TOWN OF MANSFIELD BOARD OF )<br>LIGHT COMMISSIONERS, LOUIS AMORUSO, )<br>MICHAEL MCCUE, DAVID MCCARTER, )<br>DANIEL DONOVAN, ROGER ACHILLE )<br>and STEVEN MACCAFFRIE, )<br>   Defendants ) | CIVIL ACTION NO. 05-10354-DPW |

**REVISED EXHIBIT LIST AS OF AUGUST 2, 2007**

Plaintiff, Dr. John J. Beliveau, hereby files the attached revised exhibit list, in the form circulated in open court on August 1, 2007, on behalf of the parties.

BOS:23924.1/bel185-229942

- 2 -

RESPECTFULLY SUBMITTED,<br>
**PLAINTIFF,**<br>
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin_____
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

August 2, 2007

## CERTIFICATE OF SERVICE

    I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 2nd day of August, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 2nd day of August, 2007.

 /s/ Christine M. Griffin_____
Christine M. Griffin