UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSOLIDATED WITH:

| | |
|---|---|
| KIMBERLY STOYLE,<br>    Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, and THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 05-10354-DPW

**JOINT ASSENTED TO MOTION TO EXTEND DEADLINE
FOR PLAINTIFF BELIVEAU TO FILE
MOTIONS REGARDING THE JUDGMENT AND TO EXTEND THE DEADLINE
FOR DEFENDANTS TO RESPOND TO SAID MOTIONS**

Plaintiff, Dr. John J. Beliveau, and Defendants, the Town of Mansfield Municipal Electric Department and John D'Agostino (collectively "Defendants"), hereby jointly respectfully request that the Court extend the deadline for Beliveau to file motions regarding the judgment and for Defendants to respond to said motions. Plaintiff Kimberly Stoyle, through counsel, has

assented to this motion.  As reason for this motion, Plaintiff Beliveau and Defendants state as follows:

On August 2, 2007, a jury verdict was returned in this matter in favor of Plaintiff Beliveau and against Defendants in the amount of $655,000.

On August 2, 2007, the Court ordered that Plaintiffs file any submissions regarding the judgment (other than submissions regarding requests for costs and attorney's fees) by Friday, August 17, 2007, and that the Defendants file responses to said submissions by September 7, 2007.

Plaintiff Beliveau and the Defendants have been working to resolve this matter through settlement.  Those negotiations are ongoing.  However, Plaintiff and Defendants expect that an agreement may be reached in the next few days and that such an agreement, if reached between the parties, would be ready for presentation to the Mansfield Municipal Electric Department Board of Light Commissions, for their vote and approval, at the Board of Light Commissioners meeting scheduled to be held on Tuesday, August 28, 2007.

Plaintiff Beliveau and Defendants therefore respectfully request that the Court grant Beliveau an extension until Friday, August 31, 2007, for the filing of any submissions regarding the judgment (other than submissions regarding requests for costs and attorney's fees, which are due on September 7, 2007), and that the Court grant the Defendants until Friday, September 21, 2007, to file any response to such submissions regarding the judgment.

Should Beliveau and Defendants be able to resolve this matter through settlement, it will bring finality to this action in an efficient and cost-effective manner.  The parties therefore respectfully request that the Court permit them this extension of time to fully explore the possibility of settlement.

RESPECTFULLY SUBMITTED,
**PLAINTIFF,**
**DR. JOHN J. BELIVEAU,**

By his attorneys,

 /s/ Christine M. Griffin_____
Juliane Balliro (BBO # 028010)
Christine M. Griffin (BBO # 651401)
Wolf, Block, Schorr and Solis-Cohen LLP
One Boston Place
Boston, MA 02108
617-854-4100

RESPECTFULLY SUBMITTED,
**DEFENDANTS,**
**THE TOWN OF MANSFIELD**
**MUNICIPAL ELECTRIC**
**DEPARTMENT AND**
**JOHN O. D'AGOSTINO**,

By their attorneys,

 /s/ Deborah I. Ecker /CMG_____
Leonard H. Kesten (BBO # 542042)
Deborah I. Ecker (BBO # 554623)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

ASSENTED TO BY,
**PLAINTIFF,**
**KIMBERLY STOYLE**

By her attorney,

 /s/\_Lynn A. Leonard /CMG_____
Lynn A. Leonard (BBO # 561662)
527 Main Street, Suite 8
Melrose, MA 02176
781-662-6161

August 17, 2007

## CERTIFICATE OF SERVICE

      I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 17th day of August, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 17th day of August, 2007.

                                        /s/ Christine M. Griffin_____
                                        Christine M. Griffin