# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| | ) |
| Plaintiff, | ) |
| VS. | ) |
| | ) |
| TOWN OF MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT AND | ) |
| JOHN D'AGOSTINO, | ) |
| | ) |
| Defendants. | ) |

### ASSENTED TO JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, Dr. John J. Beliveau, The Town of Mansfield Municipal Electric Department, and John D'Agostino, hereby stipulate pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims in this Civil Action No. 04-11329-DPW be dismissed, with prejudice. The parties further waive the award of interest, costs, and attorney's fees, and waive all rights of appeal.

The Plaintiff, Kimberly Stoyle, in Civil Action No. 05-10354-DPW (the "Stoyle Action"), which was consolidated with this Civil Action No. 04-11329-DPW, has assented to this stipulation. Nothing in this stipulation shall be deemed to have any impact on the Stoyle Action.

1

**Respectfully Submitted,**

Plaintiff,                                      Defendants,
**DR. JOHN J. BELIVEAU,**                        **THE TOWN OF MANSFIELD**
By his attorneys                                **MUNICIPAL ELECTRIC DEPARTMENT**
                                                **AND JOHN O. D'AGOSTINO,**
                                                By their attorneys,


/s/ Christine M. Griffin                        /s/ Leonard H. Kesten/CMG
Juliane Balliro (BBO # 028010)                  Leonard H. Kesten (BBO # 542042)
Christine M. Griffin (BBO # 651401)             Deborah I. Ecker (BBO # 554623)
Wolf, Block, Schorr and Solis-Cohen LLP         Brody, Hardoon, Perkins & Kesten, LLP
One Boston Place                                One Exeter Plaza
Boston, MA 02108                                Boston, MA 02116
617-226-4000                                    617-880-7100


                                                /s/ Susan Jacobs/CMG
                                                Susan Jacobs, Esquire
                                                Robert Mangiaratti, Esquire
                                                Volterra, Goldberg, Mangiaratti & Jacobs
                                                Three Mill Street
                                                Attleboro, MA 02703
                                                508-222-1463


**ASSENTED TO BY:**

Plaintiff In Consolidated Civil Action No. 05-10353-DPW,
**KIMBERLY STOYLE,**
By her attorney,

/s/Lynn M. Leonard/CMG
Lynn M. Leonard, BBO# 561662
527 Main Street
Melrose, MA  02176
781-662-6161


August 31, 2007

## **CERTIFICATE OF SERVICE**

I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 31st day of August, 2007, and that I am also circulating a copy of the foregoing document to counsel Lynn Leonard by email on this the 31st day of August, 2007.

/s/ Christine M. Griffin_____
Christine M. Griffin